UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC. )<br>and LG INFOCOMM U.S.A., INC., )<br>)<br>    Defendants        ) | Civil Action No.:  04 11290 REK |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of this firm and the undersigned on behalf of Defendants, LG Electronics U.S.A., Inc., and LG Infocomm U.S.A, Inc., in the above captioned matter.

_____
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts  02142
Telephone:  (617) 452-1600
Facsimile:   (617) 452-1666
Larry.robins@finnegan.com
Jonathan.gelchinsky@finnegan.com

Mark Sommers
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC  20005
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400