UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., | ) |
|     Plaintiff | ) ) ) ) |
| v. | )   Civil Action No.: 04 11290 REK |
| LG ELECTRONICS U.S.A., INC. and LG INFOCOMM U.S.A., INC., | ) ) ) ) |
|     Defendants | ) |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Defendants LG Electronics U.S.A., Inc. and LG Infocomm U.S.A, Inc. are wholly-owned subsidiaries of LG Electronics Inc. a Korean corporation having a principle place of business at LG Twin Towers, 20 Yoido-dong, Youngdungpo-gu, Seoul, 150-721, Korea.

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile:  (617) 452-1666
Larry.robins@finnegan.com
Jonathan.gelchinsky@finnegan.com

Mark Sommers
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC 20005
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400