UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>Plaintiff )<br> )<br>v. )<br> )<br>LG ELECTRONICS U.S.A., INC. )<br>and LG INFOCOMM U.S.A., INC. )<br>Defendants ) | C.A. No. 04-11290-REK |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY SCHEDULE AND FOR A SPEEDY TRIAL

Plaintiff Life is good, Inc. ("Life is good") moves for leave to file the brief reply memorandum attached hereto in support of its motion for expedited discovery and a speedy trial. In support of this motion, Life is good states that the reply memorandum responds to arguments raised by the defendants in their opposition and will assist the Court rule on the plaintiff's motion.

LIFE IS GOOD, INC.,
By its attorneys,

_____
Robert R. Pierce (#549172)
Thomas E. Kenney (#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

### CERTIFICATION PURSUANT TO LR 7.1

I hereby certify that on July 28, 2004 I contacted counsel for the defendants in order to discuss the filing of this motion.

_____
Thomas E. Kenney

CERTIFICATE OF SERVICE

I, Thomas E. Kenney, hereby certify that this 28th day of July, 2004 I served the following documents:

1. Plaintiff's Answer to Defendants' Counterclaims, and Jury Demand;

2. Plaintiff's Motion for Leave to File Reply to Defendants' Opposition to Plaintiff's Motion for Expedited Discovery Schedule and for a Speedy Trial; and

3. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Expedited Discovery Schedule and for a Speedy Trial

upon the following counsel of record:

Lawrence R. Robins, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
(By Hand Delivery)

Douglas A. Rettew, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
1300 I Street N.W.
Washington, D.C. 20005
(By U.S. Mail)

_____
Thomas E. Kenney