UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIFE IS GOOD, INC., | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.:  04 11290 REK |
| | ) | |
| LG ELECTRONICS U.S.A., INC. | ) | |
| and LG INFOCOMM U.S.A., INC., | ) | |
| | ) | |
|     Defendants | ) | |

**CERTIFICATION OF DEFENDANTS LG ELECTRONICS U.S.A., INC.,
LG INFOCOMM U.S.A., INC., AND THEIR COUNSEL
PURSUANT TO LOCAL RULE 16.1(d)**

Without waiving the attorney-client privilege, the undersigned hereby certify that they have conferred regarding the subject matter of Local Rule 16.1(d).

Respectfully submitted,

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts  02142
Telephone:  (617) 452-1600
Facsimile:  (617) 452-1666
Larry.robins@finnegan.com
Jon.gelchinsky@finnegan.com

Mark Sommers
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC  20005
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

LG ELECTRONICS U.S.A., INC.

By: _Tae Gwan Yoon_

Name: TAE HWAN YOON

Title: VP – Brand MKT'G TEAM


LG INFOCOMM U.S.A., INC.

By: _____

Name: _____

Title: _____

LG ELECTRONICS U.S.A., INC.

By:_____

Name:_____

Title:_____

LG INFOCOMM U.S.A., INC.

By: *[signature]*

Name: Jong Hwa Choi

Title: Vice President Administration & Sales

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of the attached CERTIFICATION OF DEFENDANTS LG ELECTRONICS U.S.A., INC., LG INFOCOMM U.S.A., INC., AND THEIR COUNSEL PURSUANT TO LOCAL RULE 16.1(d) was served via facsimile and electronically via the Court's CM/ECF system on this 20th day of October 2004 to the following:

        Robert R. Pierce (#549172)
        Thomas E. Kenney (#561590)
        Pierce & Mandell, P.C.
        11 Beacon Street, Suite 800
        Boston, Massachusetts 02108
        Telephone: 671-720-2444
        Facsimile: 671-720-3693

_____