UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br>     Plaintiff | ) <br> ) <br> ) |
| v. | )    C.A. No. 04-11290-REK <br> ) |
| LG ELECTRONICS U.S.A., INC. <br> and LG INFOCOMM U.S.A., INC. <br>     Defendants | ) <br> ) <br> ) |

### PLAINTIFF'S CERTIFICATION PURSUANT TO LR 16.1(D)(3)

The plaintiff and its counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Albert Jacobs
President
Life is good, Inc.

_____
Thomas E. Kenney
BBO #561590
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444