**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 21  A 11: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LIFE IS GOOD, INC., ) | |
| Plaintiff, ) | CIVIL ACTION NO. 04-11290 REK |
| v. ) | |
| LG ELECTRONICS U.S.A., INC. and LG ) | FILING FEE PAID: |
| INFOCOMM U.S.A., INC., ) | RECEIPT # 59517 |
| ) | AMOUNT $ 50.00 |
| Defendants. ) | BY DPTY CLK |
| ) | DATE 10/20/04 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE ON BEHALF OF DEFENDANTS LG ELECTRONICS U.S.A., INC., AND LG INFOCOMM U.S.A., INC.

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Lawrence R. Robins, a member of the bar of this Court and counsel of record for Defendants LG Electronics U.S.A., Inc., and LG Infocomm U.S.A., Inc., ("LG"), hereby moves for the admission *pro hac vice* of Douglas A. Rettew, who is an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 1300 I Street, N.W., Washington, D.C., 20005, as counsel for LG.

In support of this motion, LG hereby submits the accompanying declaration which states that (1) the above mentioned individual is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

1

WHEREFORE, LG respectfully requests that this Court grant this motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

*[signature]*

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

Mark S. Sommers
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, DC 20005
Telephone: (202) 408-4000
Facsimile: (202) 408-4400