UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC., and LG<br>ELECTRONICS MOBILECOMM U.S.A., INC.<br>(formerly LG INFOCOMM U.S.A. INC.),<br><br>                 Defendants. | Civil Action No.:  04 11290 REK |

**NOTICE OF CHANGE OF ADDRESS**

Lawrence R. Robins, of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., hereby advises the court that effective January 18, 2005, the address for Douglas A. Rettew and Mark S. Sommers is as follows:

>  Douglas A. Rettew
>  Mark S. Sommers
>  FINNEGAN, HENDERSON, FARABOW
>   GARRETT & DUNNER, L.L.P.
>  901 New York Avenue, N.W.
>  Washington, D.C. 20001-4413
>
>  Telephone:  (202) 408-4000
>  Facsimile:  (202) 408-4400

Date: February 1, 2005

>  Respectfully submitted,
>
>  _____
>  Lawrence R. Robins (BBO# 632610)
>  Jonathan M. Gelchinsky (BBO# 656282)
>  FINNEGAN, HENDERSON, FARABOW,
>    GARRETT & DUNNER, L.L.P.
>  55 Cambridge Parkway
>  Cambridge, Massachusetts  02142
>  Telephone:  (617) 452-1600
>  Facsimile:   (617) 452-1666

Douglas A. Rettew
Mark S. Sommers
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Telephone: (202) 408-4000
Facsimile: (202) 408-4400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of NOTICE OF CHANGE OF ADDRESS was served this 1st day of February 2005, upon the following counsel for Plaintiff via U.S. first-class mail, postage prepaid, at the following address:

> Robert R. Pierce (#549172)
> Thomas E. Kenney (#561590)
> Pierce & Mandell, P.C.
> 11 Beacon Street, Suite 800
> Boston, Massachusetts 02108
> Telephone: 671-720-2444
> Facsimile: 671-720-3693

_____