UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br>  Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM U.S.A., <br> INC. (formerly LG INFOCOMM U.S.A., INC.), <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 04 11290 REK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Robert L. Kirby, Jr., as counsel for the Plaintiff Life is good, Inc. Mr. Kirby will serve as co-counsel with Pierce & Mandell, P.C.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Robert L. Kirby, Jr. (BBO# 550538)
　　　　　　　　　　　　　　　　　　　　NIXON PEABODY LLP
　　　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 345-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (866) 382-6125
　　　　　　　　　　　　　　　　　　　　E-mail: rkirby@nixonpeabody.com

March 30, 2005

### CERTIFICATE OF SERVICE

　　　I, Robert L. Kirby, Jr., hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by electronic mail and first class mail on March 30, 2005.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Robert L. Kirby, Jr.

BOS1479244.1