UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>                    Defendants. | Civil Action No.:  04 11290 REK |

**STIPULATED REQUEST FOR EXTENSION OF TIME**

Defendants LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (formerly LG InfoComm U.S.A., Inc.) and Plaintiff Life Is Good, Inc. stipulate and agree between and among themselves, by and through their attorneys, to a six-month extension of time for all future dates in this case as follows:

| Scheduled Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | April 30, 2005 | October 31, 2005 |
| Plaintiff's Expert Witness Designations and Reports Due | May 31, 2005 | November 30, 2005 |
| Defendant's Expert Witness Designations and Reports Due | June 30, 2005 | December 30, 2005 |
| Dispositive Motions Due | July 31, 2005 | January 31, 2006 |
| Close of Expert Discovery | July 31, 2005 | January 31, 2006 |
| Parties to File Joint Pretrial Memorandum | September 7, 2005 | March 7, 2006 |
| Final Pretrial Conference | September 14, 2005 | March 14, 2006 (or other date set by Court) |
| Trial to Begin | September 26, 2005 | March 27, 2006 (or other date set by Court) |

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC. and LG INFOCOMM U.S.A., INC.**


/s/ Lawrence R. Robins                            Dated:  April 21, 2005
Lawrence R. Robins (BBO# 632610)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone:  617-452-1600
Facsimile:  617-452-1666

Douglas A. Rettew
Mark Sommers
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:  202-408-4000
Facsimile:  202-408-4400


**LIFE IS GOOD, INC.**


/s/ Thomas R. Pierce                              Dated:  April 21, 2005
Robert R. Pierce
Thomas E. Kenney
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, Massachusetts  02108




**IT IS SO ORDERED** on this ____ day of _____, 2005.


                                                  _____
                                                  Robert E. Keeton
                                                  United States District Judge