**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 OCT 19 ⊃ 3: 33

LIFE IS GOOD, INC.,

        Plaintiff,

    v.

LG ELECTRONICS U.S.A., INC. and LG
ELECTRONICS MOBILECOMM U.S.A., INC.
(formerly LG INFOCOMM U.S.A. INC.)

        Defendants.

DISTRICT COURT
CIVIL ACTION NO. 04-11290 REK MASS.

**ORIGINAL**

## MOTION TO ADMIT COUNSEL PRO HAC VICE ON BEHALF OF DEFENDANTS

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of

Massachusetts, Lawrence R. Robins, a member of the bar of this Court and counsel of record for

Defendants LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. (formerly

LG Infocomm U.S.A. Inc.) ("LG"), hereby moves for the admission *pro hac vice* of Timothy A.

Lemper, who is an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett &

Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C., 20001, as counsel for LG.

In support of this motion, LG hereby submits the accompanying declaration which states

that (1) the above mentioned individual is a member of the bar in good standing in every

jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings

pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the

Local Rules of this District.

1

WHEREFORE, LG respectfully requests that this Court grant this motion to admit

counsel *pro hac vice* for the purposes of participating in this lawsuit.

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
larry.robins@finnegan.com
jon.gelchinsky@finnegan.com

Mark S. Sommers
Douglas A. Rettew
Timothy A. Lemper
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Dated: October 18, 2005

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the attached  MOTION TO ADMIT COUNSEL

PRO HAC VICE ON BEHALF OF DEFENDANTS was served via facsimile and U.S.

Mail on this 19th day of October 2005 to the following:

> Robert R. Pierce (#549172)
> Thomas E. Kenney (#561590)
> Pierce & Mandell, P.C.
> 11 Beacon Street, Suite 800
> Boston, Massachusetts 02108
> Telephone: 671-720-2444
> Facsimile: 671-720-3693

Jaclyn May