UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>                Defendants. | Civil Action No.:  04 11290 REK<br><br>Judge Robert E. Keeton |

## STIPULATED MOTION FOR EXTENSION OF TIME

Plaintiff Life Is Good, Inc. and Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. (formerly LG InfoComm U.S.A., Inc.), through their attorneys, jointly move this Court for an extension of time for all current deadlines in this case.

This request is not filed for purposes of delay.  The parties need the additional time to complete expert discovery that could not be completed earlier due to the intervening holidays and conflicts with the schedules of the parties' expert witnesses.  Further, the additional requested time will give the parties the opportunity to schedule possible settlement discussions, possibly through a one-day mediation.

Accordingly, the parties stipulate to and respectfully request the Court to grant an extension of the current case deadlines as follows (or as the Court otherwise finds convenient to its schedule):

| Scheduled Event | Current Date | Proposed Date |
|---|---|---|
| Close of Expert Discovery | January 31, 2006 | March 17, 2006 |
| Dispositive Motions Due | January 31, 2006 | March 24, 2006 |
| Oppositions to Dispositive Motions Due | N/A | April 24, 2006 |
| Parties to File Joint Pretrial Memorandum | March 7, 2006 | May 22, 2006 |

1

| Scheduled Event | Current Date | Proposed Date |
|---|---|---|
| Final Pretrial Conference | March 14, 2006 (or other date set by Court) | May 30, 2006 |
| Trial to Begin | March 27, 2006 (or other date set by Court) | June 14, 2006 |

The parties respectfully request that this motion be granted.

                              Respectfully submitted,

                              **LIFE IS GOOD, INC.**

Date:  January 31, 2006        /Robert L. Kirby, Jr./
                              Robert L. Kirby, Jr.
                              NIXON PEABODY LLP
                              100 Summer Street
                              Boston, Massachusetts  02110

                              Robert R. Pierce
                              Thomas E. Kenney
                              PIERCE & MANDELL, P.C.
                              11 Beacon Street, Suite 800
                              Boston, Massachusetts  02108


                              **LG ELECTRONICS U.S.A., INC. and**
                              **LG ELECTRONICS MOBILECOMM U.S.A., INC.**

Date:  January 31, 2006        /Jonathan M. Gelchinsky/
                              Lawrence R. Robins (BBO# 632610)
                              Jonathan M. Gelchinsky (BBO# 656282)
                              FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, L.L.P.
                              55 Cambridge Parkway
                              Cambridge, Massachusetts  02142

                              Mark Sommers
                              Douglas A. Rettew
                              Timothy A. Lemper
                              FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, L.L.P.
                              901 New York Avenue, N.W.
                              Washington, D.C.  20001

**IT IS SO ORDERED** on this _____ day of _____, 2006.

_____
Robert E. Keeton
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 31, 2006.