## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. (formerly LG INFOCOMM U.S.A. INC.), <br><br> Defendants. | Civil Action No.: 04 11290 REK <br><br> JUDGE ROBERT E. KEETON |

## STIPULATED MOTION FOR LEAVE TO FILE
## AMENDED ANSWER AND COUNTERCLAIM

Plaintiff Life Is Good, Inc., and Defendants LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc., through their attorneys, move this Court to grant Defendants leave to file an amended answer and counterclaim. A copy of the proposed amended pleading is attached to this motion as Exhibit A. As Defendants' amended counterclaims involve facts learned in discovery that relate to Plaintiff's activities, the parties do not anticipate the need to reopen fact discovery.

The parties further stipulate that Plaintiff will have until March 29, 2006 to file its answer to Defendants' amended counterclaim.

The parties respectfully request that this motion be granted.

Respectfully submitted,

/s/ Robert L. Kirby, Jr.
Robert L. Kirby, Jr.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Robert R. Pierce
Thomas E. Kenney

/s/ Jonathan M. Gelchinsky
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142

| | |
|---|---|
| PIERCE & MANDELL, P.C.<br>11 Beacon Street, Suite 800<br>Boston, Massachusetts 02108<br>Tel.: 617-720-2444<br>Fax: 617-720-3693<br><br>*Counsel for Plaintiff LIFE IS GOOD, INC.*<br><br>Dated: March 14, 2006 | Tel.: 617-452-1600<br>Fax: 617-452-1666<br><br>Mark Sommers<br>Douglas A. Rettew<br>Timothy A. Lemper<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Tel.: 202-408-4000<br>Fax: 202-408-4400<br><br>*Counsel for Defendants LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS MOBILECOMM U.S.A., INC.*<br><br> Dated: March 14, 2006 |

**IT IS SO ORDERED** on this _____ day of _____, 2006.

 _____
 Robert E. Keeton
 United States District Judge


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 14, 2006