UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>         Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>         Defendants. | Civil Action No.:  04 11290 REK |

**STIPULATED REQUEST FOR EXTENSION OF TIME
TO FILE AND RESPOND TO DISPOSITIVE MOTIONS**

  Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. (formerly LG InfoComm U.S.A., Inc.) and Plaintiff Life Is Good, Inc. stipulate and agree, by and through their attorneys, to a seven-day extension of time for filing dispositive motions, to and including March 31, 2006, and for filing oppositions to dispositive motions, to and including May 1, 2006.

  Pursuant to Local Civil Rule 7.1(a)(2), the parties met and conferred regarding dispositive motions and were able to narrow the issues.  The requested extension will allow the contemplated pleadings to be revised accordingly.

  Respectfully submitted,

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC. and**<br>**LG ELECTRONICS MOBILECOMM U.S.A., INC.** | **LIFE IS GOOD, INC.** |
| /s/  Timothy A. Lemper<br>Mark Sommers<br>Douglas A. Rettew<br>Timothy A. Lemper<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001<br><br>Date:  March 24, 2006 | /s/  Robert L. Kirby, Jr.<br>Robert L. Kirby, Jr.<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts  02110<br><br>Date:  March 24, 2006 |

**IT IS SO ORDERED** on this ____ day of _____, 2006.

                                                                                              Robert E. Keeton
                                                                                               United States District Judge