UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>                    Defendants. | Civil Action No.: 04 11290 REK |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

- EXHIBITS 4, 9, and 21 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S TRADEMARK DILUTION CLAIM **[DOCUMENTS ARE CONFIDENTIAL AND FILED UNDER SEAL]**

- EXHIBITS 1, 5, 15, and 18 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S TRADEMARK DILUTION CLAIM **[DOCUMENTS ARE OVERSIZED AND IN COLOR]**

The original documents are maintained in the case file in the Clerk's office.

                                              Respectfully submitted,

Date: March 31, 2006                 /s/ Timothy A. Lemper_____
                                              Lawrence R. Robins (BBO# 632610)
                                              Jonathan M. Gelchinsky (BBO#656282)
                                              FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER, L.L.P.
                                              55 Cambridge Parkway
                                              Cambridge, Massachusetts 02142
                                              Telephone: 617-452-1600
                                              Facsimile: 617-452-1660

        Mark S. Sommers (MA BBO# 545297)
        Douglas A. Rettew (*pro hac vice*)
        Timothy A. Lemper (*pro hac vice*)
        FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER, L.L.P.
        901 New York Ave., N.W.
        Washington, DC  20001
        Telephone:  202-408-4000
        Facsimile:  202-408-4400

        Counsel for Defendants
        LG Electronics U.S.A., Inc. and
        LG Electronics MobileComm U.S.A., Inc.

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 31, 2006.