**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM U.S.A., <br> INC. (formerly LG INFOCOMM U.S.A. INC.), <br><br> Defendants. | Civil Action No.:  04 11290 REK |

**ASSENTED-TO MOTION TO SEAL EXHIBITS 4, 9, AND 21 TO**
**THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON**
**PLAINTIFF'S TRADEMARK DILUTION CLAIM**

Defendants LG Electronics U.S.A., Inc. and LG Electronics MoibleComm U.S.A., Inc., hereby move to file under seal, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, Exhibits 4, 9, and 21 to the Declaration of Timothy Lemper in Support of Defendants' Motion for Summary Judgment on Plaintiff's Trademark Dilution Claim.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Plaintiff's counsel consents to this motion.

Respectfully submitted,

Date: March 31, 2006

/s/ Timothy A. Lemper
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO#656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: 617-452-1600
Facsimile: 617-452-1660

Mark S. Sommers (MA BBO# 545297)
Douglas A. Rettew (*pro hac vice*)
Timothy A. Lemper (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
Telephone: 202-408-4000
Facsimile: 202-408-4400

Counsel for Defendants
LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 31, 2006.