**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>                Defendants. | Civil Action No.:  04 11290 REK |

**[PROPOSED] ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION TO SEAL EXHIBITS 4, 9, AND 21 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON <u>PLAINTIFF'S TRADEMARK DILUTION CLAIM</u>**

Having Considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Assented-To Motion to Seal Exhibits 4, 9, and 21 to the Declaration of Timothy Lemper in Support of Defendants' Motion for Summary Judgment on Plaintiff's Trademark Dilution Claim, this Court orders as follows:

Defendants are granted leave to file the above-mentioned documents under seal pursuant to the parties' Stipulated Protective Order.

**SO ORDERED**

DATED: _____         _____
                                                                 Senior Judge Robert E. Keeton