19981
FieldRptr

1

 1                 UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3  - - - - - - - - - - - - - x

 4  LIFE IS GOOD, INC.,

 5      Plaintiff,                 Civil Action

 6  vs.                           No. 04-cv-11290-REK

 7  LG ELECTRONICS, U.S.A., INC.,

 8  LG ELECTRONICS MOBILECOMM

 9  U.S.A., INC., (formerly

10  LG INFOCOMM U.S.A., INC.),

11  Defendants.

12  - - - - - - - - - - - - - x

13      RULE 30(b)(6) VIDEOTAPED DEPOSITION of Life is

14  good., Inc., represented by Albert A. Jacobs, a

15  witness called by and on behalf of the Defendants,

16  taken pursuant to the provisions of the Federal

17  Rules of Civil Procedure, before Dana Welch, a

18  Registered Professional Reporter and Notary Public

19  in and for the Commonwealth of Massachusetts, at the

20  offices of Finnegan, Henderson, Farabow, Garrett

21  & Dunner, LLP, on Thursday, October 13, 2005,

22  commencing at 9:36 a.m.

ACE-FEDERAL REPORTERS, INC.

**Exhibit 2 to**
202 Lemper Declaration                    5646

40

1    street and --                                     10:26:39

2  Q   Would it be fair of me to say that the alleged    10:26:42

3      instances of confusion are not occurring in the   10:26:48

4      commercial marketplace and you are encountering   10:26:52

5      these outside a commercial marketplace?           10:26:58

6          MR. KIRBY:  Object to the form.               10:27:03

7      BY MR. SOMMERS:                                    10:27:05

8  Q   You can answer if you understand or I'll rephrase 10:27:05

9      the question.                                      10:27:08

10 A   Please rephrase.                                   10:27:08

11 Q   Yeah.  Would it be fair for me to say that these  10:27:09

12     alleged instances of confusion are not occurring in 10:27:13

13     a retail marketing context?                        10:27:17

14 A   No.  It wouldn't be fair to assume that.  In fact, 10:27:20

15     one of the examples I gave you was in a commercial 10:27:22

16     environment.  I've indicated that for us, many more 10:27:26

17     instances are not in the business environment.     10:27:29

18     However, it would be very unfair to assume that    10:27:31

19     they're not happening in a commercial environment. 10:27:34

20 Q   Do you know -- do you know whether these people   10:27:37

21     were seeking clarification rather than being       10:27:43

22     confused?                                          10:27:45

| | | | |
|---|---|---|---|
| 1 | | (Off-the-record discussion held.) | 10:41:32 |
| 2 | | BY MR. SOMMERS: | 10:41:32 |
| 3 | Q | Mr. Jacobs, what does your company understand LG's | 10:41:32 |
| 4 | | business to be? | 10:41:41 |
| 5 | A | A producer of electronics, producer and marketer of | 10:41:42 |
| 6 | | electronics and appliances. | 10:41:51 |
| 7 | Q | Anything else? | 10:41:52 |
| 8 | A | I don't know.  Cell phones qualify in one of those | 10:42:02 |
| 9 | | categories.  And I'm sure there's other categories. | 10:42:07 |
| 10 | | But in summary, that's -- that's what I perceive | 10:42:10 |
| 11 | | the company to be. | 10:42:12 |
| 12 | Q | Is your company in the same line of business? | 10:42:13 |
| 13 | A | I would need some clarification.  What do you mean | 10:42:18 |
| 14 | | by kind of business? | 10:42:27 |
| 15 | Q | Well, I asked you what your understanding of LG's | 10:42:29 |
| 16 | | business was and you testified that it was | 10:42:37 |
| 17 | | electronics, a producer and manufacturer of | 10:42:39 |
| 18 | | electronics.  And my simple question to you was, is | 10:42:43 |
| 19 | | Life is good. in the same line of business? | 10:42:47 |
| 20 | A | Life is good. is not in the electronics business. | 10:42:54 |
| 21 | Q | Does your company offer competing products to LG? | 10:43:01 |
| 22 | A | Very few and not closely competing. | 10:43:04 |

19981
FieldRptr

52

| | | | |
|---|---|---|---|
| 1 | Q | And what would those be? | 10:43:16 |
| 2 | A | LG, as I understand it, makes refrigerators and | 10:43:21 |
| 3 | | Life is good. makes coolers; so I would say that | 10:43:25 |
| 4 | | they're related items, but not closely competing. | 10:43:28 |
| 5 | Q | Would it be fair to say that you don't view LG as a | 10:43:31 |
| 6 | | direct competitor? | 10:43:40 |
| 7 | A | Yes, that would be fair to say. | 10:43:41 |
| 8 | Q | Does your company have any intention of going into | 10:43:44 |
| 9 | | the electronics field? | 10:43:56 |
| 10 | | MR. KIRBY:  As of today, obviously. | 10:44:02 |
| 11 | | People's intentions change over time, but I assume | 10:44:04 |
| 12 | | you're speaking as of this moment in time. | 10:44:09 |
| 13 | | MR. SOMMERS:  Could I have you just put | 10:44:13 |
| 14 | | your objection on the record.  As you know, under | 10:44:15 |
| 15 | | the Federal rules, there are numerous objections | 10:44:18 |
| 16 | | you can lodge.  And if you continue to do this and | 10:44:23 |
| 17 | | disrupt the deposition this way, we will have to go | 10:44:28 |
| 18 | | back to court. | 10:44:32 |
| 19 | | MR. KIRBY:  Mark, your question was | 10:44:33 |
| 20 | | inherently unclear.  And there was nothing either | 10:44:36 |
| 21 | | remotely in the nature of coaching or otherwise | 10:44:40 |
| 22 | | impermissible with -- with respect to my inquiry. | 10:44:43 |

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  Are you prepared to answer the question? | 10:53:13 |
| 2 | A | I am. | 10:53:17 |
| 3 | Q | Okay. | 10:53:17 |
| 4 | A | What's the question, please? | 10:53:19 |
| 5 | Q | Do you have any intentions to go into the | 10:53:21 |
| 6 | | electronic products field? | 10:53:28 |
| 7 | A | We do. | 10:53:34 |
| 8 | Q | And what are those? | 10:53:36 |
| 9 | A | We currently sell some home goods and home | 10:53:38 |
| 10 | | accessories and it is -- it is part of our plans at | 10:53:44 |
| 11 | | some point to either produce or license a complete | 10:53:51 |
| 12 | | line of home goods, that would likely include | 10:53:55 |
| 13 | | electronic items, for example, lamps, alarm clocks, | 10:53:59 |
| 14 | | radios, clocks, et cetera. | 10:54:09 |
| 15 | Q | Would it also include any appliances? | 10:54:13 |
| 16 | A | There are no definite plans for anything like that. | 10:54:23 |
| 17 | | And I'm sure -- there are no definite plans for | 10:54:29 |
| 18 | | appliances. | 10:54:32 |
| 19 | Q | And what about televisions? | 10:54:33 |
| 20 | A | There are no plans for televisions.  But that's not | 10:54:34 |
| 21 | | to say that it couldn't happen, particularly under | 10:54:38 |
| 22 | | a license agreement where someone else's expertise | 10:54:41 |

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646

1              MR. SOMMERS:  Exhibit 3 in its entirety.   10:56:35

2

3

4

5              THE WITNESS:  So is the question do we    10:56:37

6       consider these two entities together an          10:56:40

7       infringement on Life is good.?                   10:56:45

8                                                        10:56:48

9       BY MR. SOMMERS:                                  10:56:48

10  Q   Yes.                                             10:56:48

11  A   No.                                              10:57:00

12  Q   If I could hand you what's been marked as        10:57:04

13      exhibit -- which will be marked as exhibit -- well, 10:57:10

14      let me do this.  If I could refer you to simply the 10:57:25

15      stylized face portion of the logo that appears as  10:57:31

16      Exhibit 3 --                                     10:57:35

17  A   Uh-huh.                                          10:57:37

18  Q   -- and ask you the question, same question:  Is it 10:57:37

19      your company's contention that that particular logo 10:57:44

20      or part of Exhibit 3 infringes any rights of your  10:57:54

21      company?                                         10:57:58

22  A   On its own?                                      10:57:58

19981
FieldRptr

59

| | | |
|---|---|---|
| 1 Q | On its own. | 10:57:59 |
| 2 A | No. On its own, we do not see it as an | 10:58:00 |
| 3 | infringement of our rights. | 10:58:04 |
| 4 Q | Am I correct that -- well, let me -- let me ask it | 10:58:05 |
| 5 | this way: Does your company have an objection to | 10:58:16 |
| 6 | any use of the logo that's depicted in Exhibit 3? | 10:58:22 |
| 7 | MR. KIRBY: And you're referring to the | 10:58:30 |
| 8 | left-hand half of Exhibit 3? | 10:58:32 |
| 9 | MR. SOMMERS: Yes. | 10:58:34 |
| 10 | THE WITNESS: If I understand the | 10:58:35 |
| 11 | question correctly -- I'll ask you to ask it one | 10:58:37 |
| 12 | more time. | 10:58:41 |
| 13 | BY MR. SOMMERS: | 10:58:42 |
| 14 Q | Please. Is there any context in which the logo | 10:58:43 |
| 15 | that is depicted in its entirety on Exhibit 3, that | 10:58:48 |
| 16 | your company objects to? | 10:58:54 |
| 17 | MR. KIRBY: That's a new question. | 10:58:56 |
| 18 | THE WITNESS: It's very different from | 10:58:58 |
| 19 | the last time you asked it, yeah. I would ask, | 10:59:00 |
| 20 | again, for you to reask it because there's a few | 10:59:02 |
| 21 | different questions in there. | 10:59:05 |
| 22 | BY MR. SOMMERS: | 10:59:06 |

1 Q    I -- I guess what I'm asking --                    10:59:07

2 A    It's inconsistent.                                 10:59:08

3 Q    I guess what I'm asking, what -- let me -- let me  10:59:10

4      ask it this way:  And just so I understand, we     10:59:19

5      have -- your company has no objection to the use of 10:59:26

6      LG's logo as depicted on Exhibit 3, either together 10:59:32

7      with the letters LG or the logo on its own; am I    10:59:36

8      correct about that?                                 10:59:41

9 A    That's correct.                                     10:59:43

10             MR. SOMMERS:  All right.  If I could have   10:59:45

11     what's been marked as Exhibit 4.                    10:59:46

12             (Exhibit No. 4 marked for

13     identification.)

14                                                         11:00:03

15     BY MR. SOMMERS:

16 Q    Actually, before I ask that question, what is the  11:00:08

17     reason that your company does not have an objection 11:00:08

18     to the logo that's depicted on Exhibit 3?           11:00:13

19 A    We don't see it as an infringement.                11:00:16

20 Q    And what's the reason for that?                    11:00:18

21 A    It's a difficult question.  I mean, you could point 11:00:20

22     to anything in the world and say why is this not an  11:00:30

19981
FieldRptr

61

| | | | |
|---|---|---|---|
| 1 | | infringement. Because it doesn't infringe, in our | 11:00:35 |
| 2 | | perspective. | 11:00:37 |
| 3 | Q | If I could refer you to Exhibit 4 and ask, for that | 11:00:44 |
| 4 | | particular logo, does your company have an | 11:00:47 |
| 5 | | objection to LG's use of that logo? | 11:00:52 |
| 6 | A | Yes, it does. | 11:00:58 |
| 7 | Q | And what is the reason that you have an objection | 11:01:00 |
| 8 | | to it? | 11:01:02 |
| 9 | A | The word mark, "life's good," is confusingly | 11:01:03 |
| 10 | | similar to "Life is good." And in addition to | 11:01:11 |
| 11 | | that, the word mark, "life's good," combined with a | 11:01:15 |
| 12 | | form of a smiley face, makes it increasingly | 11:01:20 |
| 13 | | confusing with our logo and word mark. | 11:01:28 |
| 14 | Q | Now, am I correct that it's your position that the | 11:01:31 |
| 15 | | logo as depicted in Exhibit 3 is not believed to be | 11:01:48 |
| 16 | | an infringement of your company's rights, but the | 11:01:53 |
| 17 | | logo as it appears on Exhibit 4 is? | 11:01:57 |
| 18 | A | That's correct. | 11:02:00 |
| 19 | Q | If I could turn to specifically the appearance of | 11:02:00 |
| 20 | | the logo, the smiley face that's depicted on | 11:02:14 |
| 21 | | Exhibit 4, and ask you what is it about that logo | 11:02:20 |
| 22 | | in that context that specifically raises a problem | 11:02:27 |

| | | |
|---|---|---|
| 1 | Exhibit 2, which is the complaint filed in this | 11:08:20 |
| 2 | action. | 11:08:23 |
| 3 | A.  13? | 11:08:26 |
| 4 | Q  Yes.   Thank you.   If you could read for me into the | 11:08:28 |
| 5 | record the first sentence of paragraph 13. | 11:08:43 |
| 6 | A  "Life is good.'s corporate philosophy is based on | 11:08:46 |
| 7 | the concept that through the sale of fun products, | 11:08:51 |
| 8 | positive energy and contagious optimism may be | 11:08:53 |
| 9 | spread." | 11:08:59 |
| 10 | Q  Is that an accurate statement of your corporate | 11:08:59 |
| 11 | policy? | 11:09:02 |
| 12 | A  It is an accurate statement of a corporate policy | 11:09:02 |
| 13 | -- or philosophy, rather. | 11:09:08 |
| 14 | Q  Are there different corporate philosophies? | 11:09:10 |
| 15 | A  That is a central corporate philosophy to Life is | 11:09:14 |
| 16 | good. | 11:09:20 |
| 17 | Q  When you indicate here "fun products," what are you | 11:09:20 |
| 18 | referring to? | 11:09:25 |
| 19 | A  Products that make people smile and enjoy simple | 11:09:26 |
| 20 | pleasures. | 11:09:33 |
| 21 | Q  And through these products, how do they generate | 11:09:35 |
| 22 | positive energy and contagious optimism? | 11:09:42 |

19981
FieldRptr

66

| | | | |
|---|---|---|---|
| 1 | A | Many ways.  It's really -- there are several forms | 11:09:46 |
| 2 | | of artistic expression that we believe celebrate | 11:09:53 |
| 3 | | the glass being half full, so to speak. | 11:09:57 |
| 4 | Q | If I could also refer you to paragraph 14, and | 11:10:02 |
| 5 | | specifically, the portion that reads as follows: | 11:10:22 |
| 6 | | "That Life is good. has developed a reputation as a | 11:10:28 |
| 7 | | company that offers high -- that offers quality | 11:10:31 |
| 8 | | products that project a whimsical image and create | 11:10:34 |
| 9 | | happy and positive feelings."  Do you see that? | 11:10:38 |
| 10 | A | Do I agree with that statement in 14? | 11:10:41 |
| 11 | Q | Is it accurate? | 11:10:44 |
| 12 | A | If you don't mind, I'm just going to read it. | 11:10:46 |
| 13 | Q | Please. | 11:10:49 |
| 14 | A | Yes.  I do agree with it. | 11:10:56 |
| 15 | Q | What is it about -- what is it about your company | 11:10:59 |
| 16 | | that allows it to project that whimsical image? | 11:11:11 |
| 17 | A | There are, I think, many ingredients.  And a lot of | 11:11:16 |
| 18 | | it is artistic expression, as stated. | 11:11:25 |
| 19 | Q | Would it include use of the words "life is good"? | 11:11:28 |
| 20 | A | Certainly, that's central. | 11:11:32 |
| 21 | Q | Would it include your Jake design? | 11:11:33 |
| 22 | A | Many times. | 11:11:38 |

19981
FieldRptr

| | | | |
|---|---|---|---|
| 1 | Q | What is it about the words "life is good" that | 11:11:40 |
| 2 | | creates that? | 11:11:43 |
| 3 | A | What is it about the words "life is good" which | 11:11:44 |
| 4 | | create happy and positive feelings?  I think by | 11:11:53 |
| 5 | | their very nature, they are -- the words denote | 11:11:57 |
| 6 | | optimism. | 11:12:03 |
| 7 | Q | Is that the central message behind the words? | 11:12:04 |
| 8 | A | Is that the central message?  Is that what you | 11:12:20 |
| 9 | | said? | 11:12:23 |
| 10 | Q | Uh-huh. | 11:12:24 |
| 11 | | MR. KIRBY:  You need to speak audibly. | 11:12:25 |
| 12 | | THE WITNESS:  Say again, Bob. | 11:12:28 |
| 13 | | MR. KIRBY:  He said "uh-huh." | 11:12:30 |
| 14 | | THE WITNESS:  Oh.  Could you rephrase the | 11:12:31 |
| 15 | | question or restate the question? | 11:12:33 |
| 16 | | BY MR. SOMMERS: | 11:12:35 |
| 17 | Q | Sure.  Is that the central question of the words -- | 11:12:35 |
| 18 | | I'm sorry.  Strike that. | 11:12:43 |
| 19 | | Is that the central message of the words | 11:12:44 |
| 20 | | "life is good"? | 11:12:46 |
| 21 | A | Is what the central message of the words? | 11:12:47 |
| 22 | Q | Optimism. | 11:12:50 |

68

| | | | |
|---|---|---|---|
| 1 | A | Yes.  It's very central. | 11:13:03 |
| 2 | Q | Okay.  I guess what I'm trying to understand is how | 11:13:05 |
| 3 | | do the words "life is good" allow you to create and | 11:13:27 |
| 4 | | engender the positive feelings that your products | 11:13:42 |
| 5 | | give? | 11:13:47 |
| 6 | A | How do the words -- say that again, please. | 11:13:53 |
| 7 | Q | Maybe -- maybe what I'll do is just have you look | 11:13:56 |
| 8 | | at this article, and we'll have it marked as | 11:14:01 |
| 9 | | Exhibit 6. | 11:14:07 |
| 10 | | (Exhibit No. 6 marked for | 11:14:24 |
| 11 | | identification.) | 11:14:25 |
| 12 | | BY MR. SOMMERS: | 11:14:25 |
| 13 | Q | If I could direct you to page 2 of Exhibit 6, which | 11:14:25 |
| 14 | | is an article about your company.  There is a quote | 11:14:36 |
| 15 | | that's attributed to you that reads in the center | 11:14:42 |
| 16 | | of the page, "We're selling a message and that is | 11:14:45 |
| 17 | | optimism," Bert Jacobs said, "And if anybody needs | 11:14:48 |
| 18 | | that, it's those in the city."  Do you see that? | 11:14:52 |
| 19 | A | Yes, I do. | 11:14:55 |
| 20 | Q | Do you recall making that statement? | 11:14:56 |
| 21 | A | Not at this specific time, but I'm sure I did. | 11:15:01 |
| 22 | Q | So I guess what I'm -- I'm asking is, are the words | 11:15:06 |

| | | | |
|---|---|---|---|
| 1 | | "life is good" the message that you are selling to | 11:15:15 |
| 2 | | create that optimism? | 11:15:17 |
| 3 | A | As I said, it's very central. | 11:15:20 |
| 4 | Q | Now, am I also correct that if you refer to page 1 | 11:15:24 |
| 5 | | of Exhibit 4, there is a -- | 11:15:35 |
| 6 | | MR. KIRBY:  Exhibit 6, do you mean? | 11:15:41 |
| 7 | | MR. SOMMERS:  I'm sorry.  Exhibit 6. | 11:15:44 |
| 8 | | Thank you. | 11:15:45 |
| 9 | | BY MR. SOMMERS: | |
| 10 | Q | There is a mention about your advertising or lack | 11:15:46 |
| 11 | | of it.  And if I could maybe have you read in the | 11:15:50 |
| 12 | | first two sentences of the fifth paragraph | 11:15:54 |
| 13 | | beginning with the words "All of this has" -- | 11:15:57 |
| 14 | A | "All of this has come without a major advertising | 11:16:00 |
| 15 | | campaign.  In fact, it's come with no advertising | 11:16:03 |
| 16 | | at all.  The company's only promotions are two | 11:16:07 |
| 17 | | annual charity festivals, including one in Boston, | 11:16:10 |
| 18 | | Saturday at Lederman Field on the Esplanade, that | 11:16:14 |
| 19 | | will feature whiffle ball, horseshoes, watermelon | 11:16:18 |
| 20 | | seed spitting and more." | 11:16:20 |
| 21 | Q | Thank you.  Is that an accurate statement? | 11:16:22 |
| 22 | A | If you don't mind, I'm going to reread it. | 11:16:24 |

| | | | |
|---|---|---|---|
| 1 | Q | And what specifically happened? | 11:17:48 |
| 2 | A | We were selling T-shirts at a street fair here in | 11:17:50 |
| 3 | | Cambridge, Mass, and we sold Life is good. shirts | 11:17:59 |
| 4 | | at that street fair. | 11:18:05 |
| 5 | Q | And was this the first time you sold them? | 11:18:07 |
| 6 | A | Yes. | 11:18:10 |
| 7 | Q | And how many shirts did you sell? | 11:18:10 |
| 8 | A | 48. | 11:18:16 |
| 9 | Q | How long did it take you to sell them? | 11:18:17 |
| 10 | A | Less than an hour. | 11:18:23 |
| 11 | Q | Were you selling other shirts at the time? | 11:18:25 |
| 12 | A | We were trying. | 11:18:33 |
| 13 | Q | Did those shirts have the words "life is good" on | 11:18:34 |
| 14 | | it? | 11:18:39 |
| 15 | A | No, they didn't. | 11:18:39 |
| 16 | Q | What do you believe the reason is for the shirts | 11:18:40 |
| 17 | | that bore the words "life is good" sold quickly, | 11:18:49 |
| 18 | | while the other ones that did not bear the words | 11:18:52 |
| 19 | | "life is good" did not? | 11:18:56 |
| 20 | A | It's a very complicated question.  I don't think I | 11:18:57 |
| 21 | | could answer it briefly.  But I mean, it's sort of | 11:19:02 |
| 22 | | the foundation of our entire company, so put a lot | 11:19:09 |

```
 1        of thought into it.  I don't think it could be      11:19:14

 2        answered in a quick sentence or two.                11:19:17

 3   Q    Well, why don't you try to explain to me what your  11:19:19

 4        belief is.                                          11:19:24

 5   A    I could -- I could never explain all of it, as --   11:19:25

 6        as I said.  But I could summarize by saying that    11:19:29

 7        our -- that optimism is something that's needed.  I 11:19:36

 8        think the combination of our graphics and the words 11:19:43

 9        was appropriate and the association of Jake with    11:19:48

10        the words.  I think the colors chosen and the       11:19:50

11        styles, in addition, helped.  And I think an        11:19:58

12        emphasis on simplicity helped.                      11:20:07

13   Q    Were there colors and styles used in the other      11:20:10

14        shirts that didn't sell?                            11:20:14

15   A    No.  They were very different.                      11:20:15

16   Q    Were the words "life is good" set across the fronts 11:20:19

17        of the shirts?                                      11:20:29

18   A    Yes.                                                11:20:30

19   Q    With the Jake logo on the front of the shirt?       11:20:31

20   A    Yes.                                                11:20:37

21   Q    Was the words "life is good" appearing on labels on 11:20:38

22        the back sides of the shirts, on the inside collar? 11:20:50
```

19981
FieldRptr                                                                                      73

1  A    No.                                                              11:21:00

2  Q    Did the words "life is good" appear any place else    11:21:00

3       on the shirt?                                          11:21:04

4  A    No.                                                    11:21:05

5  Q    Would it be fair to say that people were buying        11:21:05

6       these shirts with "life is good" because of the       11:21:08

7       message of optimism?                                   11:21:10

8  A    In part.  And again, it would be a central reason.     11:21:12

9  Q    Am I correct that -- well, let me strike that.         11:21:18

10            Before you used the words "life is good,"        11:21:36

11      did you conduct any trademark searches?                11:21:40

12  A   No.                                                    11:21:44

13  Q   Before you adopted the Jake logo, did you conduct      11:21:44

14      any trademark searches?                                11:21:48

15  A   No.                                                    11:21:50

16  Q   At any time -- well, let me ask, did you -- before     11:21:51

17      adopting and using the "life is good" words on your   11:22:11

18      T-shirts, did you engage in any investigation or      11:22:16

19      research to determine if you could use those words    11:22:20

20      or not?                                                11:22:22

21  A   I don't believe so.                                    11:22:24

22  Q   What made you think that you could use those words?   11:22:26

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700        800-336-6646

19981
FieldRptr

74

```
 1 A    To be honest, we were not -- were not very      11:22:29

 2      sophisticated at the time.  We -- we were out in  11:22:35

 3      the streets, hawking T-shirts, and selling        11:22:38

 4      door-to-door in college dormitories, so I think we 11:22:43

 5      made some assumptions.                            11:22:46

 6 Q    Would you agree with me that "life is good" was a 11:22:47

 7      saying at the time?                               11:22:54

 8            MR. KIRBY:  I'm sorry.  I didn't hear       11:22:55

 9      you, Mark.  A saying?                             11:22:58

10            MR. SOMMERS:  A saying.                     11:23:00

11            THE WITNESS:  That "life is good" was a     11:23:02

12      saying at the time?                               11:23:02

13      BY MR. SOMMERS:                                   11:23:03

14 Q    Yeah.  It was a common saying.                    11:23:03

15 A    A slightly different question.  Is it a saying,   11:23:12

16      yes, or was it a saying, yes.  A common saying,   11:23:15

17      maybe not.                                        11:23:18

18 Q    But it was -- it was a saying, nonetheless?       11:23:20

19 A    Yes.                                              11:23:26

20 Q    Okay.  And did you consider using other sayings on 11:23:26

21      your T-shirts?                                    11:23:32

22 A    Yes.                                              11:23:33
```

19981
FieldRptr                                                                      75

| | | | |
|---|---|---|---|
| 1 | Q | What were those? | 11:23:34 |
| 2 | A | "Life's great."  "It's all good."  "It's all | 11:23:35 |
| 3 | | great."  "Ain't life great," et cetera. | 11:23:46 |
| 4 | Q | Did you ever see the saying "have a nice day"? | 11:23:51 |
| 5 | A | Yes. | 11:23:54 |
| 6 | Q | When did you see that? | 11:23:54 |
| 7 | A | I couldn't recollect -- you saying the first time I | 11:23:57 |
| 8 | | saw it? | 11:24:01 |
| 9 | Q | Uh-huh. | 11:24:02 |
| 10 | A | I don't ever remember really seeing it in writing. | 11:24:03 |
| 11 | | But more commonly, people use it as a greeting. | 11:24:06 |
| 12 | Q | Uh-huh.  Do you recall seeing it with -- with a | 11:24:09 |
| 13 | | smiley face? | 11:24:15 |
| 14 | A | Yes. | 11:24:16 |
| 15 | Q | When do you first recollect seeing that? | 11:24:17 |
| 16 | A | I -- I couldn't say.  I know that -- I couldn't say | 11:24:28 |
| 17 | | when I first saw it.  I think it became popular in | 11:24:29 |
| 18 | | the '60s or something like that. | 11:24:32 |
| 19 | Q | Would it be fair to say that you saw it before you | 11:24:35 |
| 20 | | put Jake and the words "Life is good." together on | 11:24:37 |
| 21 | | the T-shirts? | 11:24:40 |
| 22 | A | Probably. | 11:24:41 |

83

| | | |
|---|---|---|
| 1 | record. | 11:41:16 |
| 2 | BY MR. SOMMERS: | 11:41:22 |
| 3 | Q | You indicated before the break that you had sought | 11:41:22 |
| 4 | | to build your business around these three words and | 11:41:25 |
| 5 | | this character.  My question to you is, what are | 11:41:29 |
| 6 | | the three words? | 11:41:33 |
| 7 | A | "Life is good." | 11:41:34 |
| 8 | Q | Now, how do you use those words in terms of | 11:41:36 |
| 9 | | capitalization and small caps? | 11:41:42 |
| 10 | A | In terms of upper case and lower case letters? | 11:41:45 |
| 11 | Q | Yes. | 11:41:50 |
| 12 | A | We generally capitalize the L; and everything else | 11:41:52 |
| 13 | | is lower case; and there's a period after the D. | 11:41:57 |
| 14 | Q | And why is that? | 11:42:01 |
| 15 | A | Oh, it's just the style that we chose and -- yeah, | 11:42:04 |
| 16 | | just happens to be the style we chose. | 11:42:09 |
| 17 | Q | Were other styles considered? | 11:42:12 |
| 18 | A | Yes.  In fact, the first day that we sold them in | 11:42:35 |
| 19 | | the street, the G was capital. | 11:42:40 |
| 20 | Q | And why did you decide not to capitalize the G? | 11:42:44 |
| 21 | A | I believe we wanted it to read more like a short | 11:42:49 |
| 22 | | sentence; that's why we had the period and did not | 11:42:54 |

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646

19981
FieldRptr

84

| | | |
|---|---|---|
| 1 | make the G capital. | 11:42:58 |
| 2 Q | Am I correct that it would help communicate it as a | 11:43:00 |
| 3 | message? | 11:43:06 |
| 4 A | It would help communicate what? | 11:43:07 |
| 5 Q | The words "life is good" as a message. | 11:43:10 |
| 6 | MR. KIRBY:  Not having the G capitalized, | 11:43:14 |
| 7 | Mark ? | 11:43:16 |
| 8 | MR. SOMMERS:  Yes. | 11:43:18 |
| 9 | THE WITNESS:  I don't think I'd agree | 11:43:18 |
| 10 | with that statement entirely. | 11:43:20 |
| 11 | | 11:43:21 |
| 12 | BY MR. SOMMERS: | |
| 13 Q | What don't you agree about it? | 11:43:22 |
| 14 A | I think that "life is good" with a capital G is | 11:43:25 |
| 15 | also a message, and "life is good" with a lower | 11:43:28 |
| 16 | case G is also a message.  So I don't think that | 11:43:31 |
| 17 | "life is good" with a lower case G helps to convey | 11:43:36 |
| 18 | a message. | 11:43:40 |
| 19 Q | Do you recall who first wrote the words "life is | 11:43:44 |
| 20 | good"? | 11:43:57 |
| 21 A | It's a raging debate.  My brother John says it was | 11:43:57 |
| 22 | him and I say it was me. | 11:44:03 |

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646

1          THE WITNESS:  Business strategy today?    11:46:42

2     May I ask you, at what level?  You know, business   11:46:51

3     strategy can be very detailed.  It can be, you      11:46:55

4     know, a mid-range and then it can be an overarching 11:46:59

5     mission, so to speak.  So could you clarify which   11:47:04

6     you would like me to answer?                        11:47:08

7     BY MR. SOMMERS:                                     11:47:09

8  Q  Let's start with the overarching.                  11:47:09

9  A  Okay.  The mission of our company is to have a      11:47:11

10    great positive impact on world culture through      11:47:23

11    consumer products.                                  11:47:27

12 Q  Perhaps I can have you expand with the mid-level,   11:47:30

13    then.                                               11:47:34

14 A  Okay.  From a mid-level standpoint, we're doing     11:47:34

15    business in about 14 different countries and our    11:47:41

16    business is very strong and profitable and our      11:47:47

17    distribution is through a broad range of channels.  11:47:54

18    And we intend to strengthen our products and        11:48:00

19    strengthen our position in all marketplaces where   11:48:08

20    we do business.                                     11:48:12

21         It's also central to our mission that our  11:48:13

22    charitable efforts are integrally woven into the    11:48:16

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646

19981
FieldRptr                                                                88

1       ongoing business strategy.  So that we intend to       11:48:21

2       positively impact our culture just by selling          11:48:23

3       products with this optimistic message.  And we also 11:48:26

4       intend to reach out physically and gain awareness      11:48:30

5       and give funding to those that need it the most.       11:48:33

6   Q   Has that mid-level description of your business        11:48:36

7       strategy changed at all since 2002?                    11:48:42

8   A   No, not -- not for the most part.                      11:48:46

9   Q   Since the inception of your company, have you seen     11:48:50

10      increasing sales?                                      11:48:58

11  A   An increase?                                           11:48:59

12  Q   Increasing.                                            11:49:01

13  A   Since the inception of the company?                    11:49:02

14  Q   Right.                                                 11:49:05

15  A   Let's hope so.                                         11:49:06

16  Q   On an annual basis?                                    11:49:07

17          MR. KIRBY:  Year over year?                        11:49:09

18          MR. SOMMERS:  Yes.                                 11:49:11

19          THE WITNESS:  Yes.                                 11:49:12

20  BY MR. SOMMERS:                                            11:49:12

21  Q   Would that also be the case with your market           11:49:12

22      exposure?                                              11:49:16

19981
FieldRptr

89

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 11:49:18 |
| 2 | Q | You indicated that -- that you are now expanding | 11:49:19 |
| 3 | | outside the United States.  I believe that you said | 11:49:28 |
| 4 | | the world marketplace, but I may be wrong.  What | 11:49:35 |
| 5 | | specifically are you referring to? | 11:49:41 |
| 6 | A | I was referring to licensing and distributor | 11:49:47 |
| 7 | | agreements outside of the boundaries of the United | 11:49:51 |
| 8 | | States. | 11:49:53 |
| 9 | Q | And where would those include? | 11:49:55 |
| 10 | A | I don't know if I can list everywhere.  But most of | 11:49:58 |
| 11 | | western Europe, Scandinavia, Japan, Korea, Mexico, | 11:50:03 |
| 12 | | Canada; I guess that's all that comes to mind right | 11:50:11 |
| 13 | | now. | 11:50:16 |
| 14 | Q | And am I correct that you're hoping to use the same | 11:50:16 |
| 15 | | business strategy that you've employed in the | 11:50:20 |
| 16 | | United States in those countries? | 11:50:23 |
| 17 | A | We are using it.  Yeah, we're currently doing | 11:50:28 |
| 18 | | business; so I think it's more than hope at this | 11:50:31 |
| 19 | | point. | 11:50:34 |
| 20 | Q | All right.  Now, I referred to earlier kind of | 11:50:35 |
| 21 | | business strategies and marketing plans and things | 11:50:47 |
| 22 | | on these order.  Are there different documents for | 11:50:51 |

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646

1      economic backgrounds, et cetera.      11:53:17

2 Q    Have you done any studies or market research    11:53:18

3      helping you synthesize that down to your    11:53:25

4      demographic?    11:53:29

5 A    Very little.  I'-- I don't know that -- I -- I    11:53:31

6      don't recall any offhand.  Some of our customers    11:53:39

7      may have.  And there may have been an advertising    11:53:43

8      or PR firm who, trying to get our business, they're  11:53:53

9      not a -- we're not a client of theirs, they    11:53:57

10      attempted something.  And I'm not -- it's not clear 11:54:02

11      to me whether that's available or not.    11:54:04

12           MR. SOMMERS:  Okay.  I would ask if it is 11:54:07

13      available that it be produced.    11:54:08

14      BY MR. SOMMERS:    11:54:10

15 Q    Who is the company?    11:54:11

16 A    I don't recall the name.    11:54:12

17 Q    And to your knowledge, have you done any surveys or 11:54:13

18      studies or research at any time to measure the    11:54:17

19      degree of consumer recognition of your Life is    11:54:21

20      good. name?    11:54:27

21 A    Actually, now that you mention that, I think that  11:54:27

22      was more what this PR firm or ad agency focused on  11:54:32