19985
FieldRptr

1

            UNITED STATES DISTRICT COURT

             DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - x

LIFE IS GOOD., INC.,

     Plaintiff,           Civil Action

vs.                   No. 04-cv-11290-REK

LG ELECTRONICS, U.S.A., INC.,

LG ELECTRONICS MOBILECOMM

U.S.A., INC., (formerly

LG INFOCOMM U.S.A., INC.),

     Defendants.

- - - - - - - - - - - - - - x

   VIDEOTAPED DEPOSITION OF JOHN JACOBS, a witness

called by and on behalf of the Defendants, taken

pursuant to the provisions of the Federal Rules of

Civil Procedure, before Dana Welch, a Registered

Professional Reporter and Notary Public in and

for the Commonwealth of Massachusetts, at the

offices of Finnegan, Henderson, Farabow, Garrett

& Dunner, LLP, on Friday, October 14, 2005,

commencing at 10:31 a.m.

## ACE-FEDERAL REPORTERS, INC.

**Exhibit 3 to
Lemper Declaration**

19985
FieldRptr

| | | | |
|---|---|---|---|
| 1 | | John to step outside, I'll tell you the problem I | 10:45:54 |
| 2 | | have with the question. | 10:45:56 |
| 3 | | MR. SOMMERS:  No, that's fine.  That's | 10:45:58 |
| 4 | | fine. | |
| 5 | | | |
| 6 | | BY MR. SOMMERS: | |
| 7 | Q | Do you have any specific recollection of who | 10:46:00 |
| 8 | | specifically came up with the words "life is good"? | 10:46:02 |
| 9 | A | In the history of world?  I don't understand the | 10:46:02 |
| 10 | | question. | 10:46:06 |
| 11 | Q | Your use. | 10:46:06 |
| 12 | A | Came up with it?  We've actually -- it's kind of | 10:46:08 |
| 13 | | vague in my memory whether it was myself or Bert or | 10:46:18 |
| 14 | | even Kerrie Gross, who worked with us at that time. | 10:46:24 |
| 15 | Q | Well, at the time you came up with it, was it a | 10:46:28 |
| 16 | | saying that you were familiar with it? | 10:46:32 |
| 17 | A | Yes. | 10:46:34 |
| 18 | Q | Okay.  And why was that? | 10:46:34 |
| 19 | A | Because I'd heard it.  I had heard people say it. | 10:46:36 |
| 20 | | Yeah. | 10:46:40 |
| 21 | | MR. SOMMERS:  If I could have marked as | 10:47:00 |
| 22 | | Exhibit 27 a September 15, 2005 article. | 10:47:02 |

| | | | |
|---|---|---|---|
| 1 | Q | What about other T-shirts that are depicted here, | 11:08:58 |
| 2 | | are there any that are -- that don't enjoy large | 11:09:18 |
| 3 | | sales or end up in the obscure category that you -- | 11:09:24 |
| 4 | A | I'll try to peg one that's -- | 11:09:32 |
| 5 | | MR. KIRBY:  You looking for another | 11:09:34 |
| 6 | | example or two? | 11:09:36 |
| 7 | | MR. SOMMERS:  Yeah. | 11:09:38 |
| 8 | | THE WITNESS:  That are not popular or not | 11:09:40 |
| 9 | | as popular? | 11:09:40 |
| 10 | | BY MR. SOMMERS: | 11:09:42 |
| 11 | Q | Right. | 11:09:42 |
| 12 | A | I'd say "Rock On" on page 14.  Let's see.  Mix It | 11:09:44 |
| 13 | | Up, page 18. | 11:10:18 |
| 14 | Q | Thank you. | 11:10:30 |
| 15 | A | Uh-huh. | 11:10:30 |
| 16 | Q | If I could refer you to page 15.  And I note that | 11:10:32 |
| 17 | | the top article of clothing there in the upper | 11:10:44 |
| 18 | | right-hand corner it says, "Roll Over."  Do you see | 11:10:48 |
| 19 | | that? | 11:10:52 |
| 20 | A | I see it, yes. | 11:10:52 |
| 21 | Q | How do you come up with words to place underneath | 11:10:54 |
| 22 | | the drawings? | 11:11:02 |

19985
FieldRptr

| | | | |
|---|---|---|---|
| 1 | A | I like words.  So I think of phrases that might be | 11:11:08 |
| 2 | | appealing or funny and that would go along with the | 11:11:18 |
| 3 | | graphic or the drawing. | 11:11:22 |
| 4 | Q | Are the words you're choosing also choosing to help | 11:11:24 |
| 5 | | promote the underlying theme of the products? | 11:11:32 |
| 6 | A | Yes. | 11:11:36 |
| 7 | Q | So for example, were you involved with use of the | 11:11:38 |
| 8 | | words "Reel Time"? | 11:12:06 |
| 9 | A | Yes. | 11:12:08 |
| 10 | Q | "Downward Dog"? | 11:12:10 |
| 11 | A | Yeah. | 11:12:12 |
| 12 | Q | "Board Meeting"? | 11:12:12 |
| 13 | A | Yeah. | 11:12:14 |
| 14 | Q | And what was the reason that you chose those words? | 11:12:14 |
| 15 | A | I felt that they would resonate with people and | 11:12:20 |
| 16 | | people would get, feel a connection.  They'd | 11:12:30 |
| 17 | | understand the connection to the product, whether | 11:12:36 |
| 18 | | it was humorous or just expressing something | 11:12:40 |
| 19 | | positive or whatever the case is. | 11:12:44 |
| 20 | Q | Were those -- were those words used with drawings? | 11:12:46 |
| 21 | A | "Reel time," "Board Meeting" and -- | 11:12:52 |
| 22 | Q | "Downward Dog"? | 11:12:58 |

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 11:12:58 |
| 2 | Q | And what was "Board Meeting" used with? | 11:13:00 |
| 3 | A | That was Jake surfing with Rocket, the dog. | 11:13:08 |
| 4 | Q | And what was the purpose of using the word "Board | 11:13:12 |
| 5 | | Meeting" there? | 11:13:16 |
| 6 | A | Because that generally would be perceived as a very | 11:13:16 |
| 7 | | corporate or serious phrase.  And we turned it | 11:13:24 |
| 8 | | around and made it, to me, it's a humorous use of | 11:13:32 |
| 9 | | that phrase because of surfboard. | 11:13:36 |
| 10 | Q | Kind of anti-corporate message? | 11:13:40 |
| 11 | | MR. KIRBY:  Oh, now, I get it, John. | 11:13:42 |
| 12 | | THE WITNESS:  I don't know about | 11:13:46 |
| 13 | | anti-corporate, but a relaxed use of that phrase | 11:13:48 |
| 14 | | which is sometimes, most often used in a serious | 11:13:52 |
| 15 | | way. | 11:13:56 |
| 16 | | BY MR. SOMMERS: | 11:13:56 |
| 17 | Q | What about "reel time"? | 11:13:56 |
| 18 | A | "Reel time" -- | 11:13:58 |
| 19 | | MR. KIRBY:  Would you spell that for the | 11:14:00 |
| 20 | | reporter. | 11:14:02 |
| 21 | | THE WITNESS:  Okay.  R-E-E-L, "Reel | 11:14:04 |
| 22 | | Time."  And it was a fishing graphic.  And again, I | 11:14:06 |

19985
FieldRptr

30

| | | | |
|---|---|---|---|
| 1 | | think people usually used that phrase in a more | 11:14:10 |
| 2 | | serious setting and we turned it into a phrase | 11:14:12 |
| 3 | | referencing a very relaxed activity. | 11:14:16 |
| 4 | | BY MR. SOMMERS: | 11:14:20 |
| 5 | Q | And that was used in connection with a fishing | 11:14:20 |
| 6 | | graphic? | 11:14:26 |
| 7 | A | Yes. | 11:14:28 |
| 8 | Q | What about "Downward Dog"? | 11:14:28 |
| 9 | A | That is a yoga pose, from what I understand, and | 11:14:30 |
| 10 | | our dog -- we have a dog character named Rocket. | 11:14:36 |
| 11 | | So we had him doing the "Downward Dog" pose. | 11:14:42 |
| 12 | Q | In each of these instances, am I correct that | 11:14:48 |
| 13 | | you're using these sayings in connection with some | 11:14:56 |
| 14 | | particular graphic to communicate a message to | 11:15:02 |
| 15 | | consumers? | 11:15:06 |
| 16 | A | Yes. | 11:15:06 |
| 17 | Q | Okay. Would that be the case where I -- on page | 11:15:08 |
| 18 | | 15, where there's this shirt up above, in the | 11:15:20 |
| 19 | | right-hand corner that says "Roll Over"? | 11:15:24 |
| 20 | A | Would what be the case? What you just asked | 11:15:28 |
| 21 | | earlier? | 11:15:34 |
| 22 | Q | Right. | 11:15:34 |

19985
FieldRptr                                                                                     36

| | | | |
|---|---|---|---|
| 1 | | face, updated smiley face? | 11:23:34 |
| 2 | A | Smiley face stick figure I've heard, yeah; or even | 11:23:34 |
| 3 | | just smiley face, yeah, I've heard that. | 11:23:42 |
| 4 | Q | If I could turn back to the words "life is good," | 11:23:46 |
| 5 | | when those were first created, I believe you had | 11:23:56 |
| 6 | | testified that they were first written on a wall? | 11:24:00 |
| 7 | A | We put it up on the wall. | 11:24:04 |
| 8 | Q | Okay.  Well, let me ask you, how was it first | 11:24:06 |
| 9 | | created and maybe how did it end up on that wall? | 11:24:10 |
| 10 | A | My recollection is not crystal clear, but my best | 11:24:14 |
| 11 | | guess is that we were trying to think of a brand | 11:24:20 |
| 12 | | name that would pull together our designs.  Because | 11:24:24 |
| 13 | | we -- we had made many different designs and sold | 11:24:32 |
| 14 | | them on the road.  But we needed something that -- | 11:24:38 |
| 15 | | that was central to the whole -- we were trying to | 11:24:46 |
| 16 | | create a brand and not just have random graphics, | 11:24:52 |
| 17 | | you know, on T-shirts. | 11:24:58 |
| 18 | | And I remember there was one -- one shirt | 11:25:00 |
| 19 | | we were thinking of selling for a street fair, but | 11:25:10 |
| 20 | | it was -- it was specific to Boston.  I think it | 11:25:16 |
| 21 | | was a newspaper drawing of a newspaper kid with | 11:25:22 |
| 22 | | "Boston," but we were talking more about something | 11:25:26 |

37

| | | | |
|---|---|---|---|
| 1 | | with, you know -- I'm fishing for words because I | 11:25:32 |
| 2 | | just remember it once people -- your original | 11:25:42 |
| 3 | | question is where it came from, right? | 11:25:48 |
| 4 | | I don't know if it's enough to say I | 11:25:54 |
| 5 | | don't really know.  I remember more the response to | 11:25:56 |
| 6 | | it than what Bert and I were talking about, you | 11:25:58 |
| 7 | | know, when it came up. | 11:26:04 |
| 8 | Q | Let's go to the response.  What response did it | 11:26:04 |
| 9 | | get? | 11:26:08 |
| 10 | A | Positive response, just like Jake did.  Because we | 11:26:10 |
| 11 | | had many things on the wall, but Jake and "life is | 11:26:14 |
| 12 | | good" got a positive response. | 11:26:20 |
| 13 | Q | And what gave you the positive response?  I don't | 11:26:22 |
| 14 | | understand what you mean. | 11:26:26 |
| 15 | A | Oh, friends visiting.  We lived and worked in our | 11:26:28 |
| 16 | | apartment, so when they came by, we, you know, | 11:26:32 |
| 17 | | always asked people's opinions of things.  And | 11:26:36 |
| 18 | | those -- both those things got a positive response. | 11:26:40 |
| 19 | Q | Do you know who wrote the words "life is good" next | 11:26:42 |
| 20 | | to Jake? | 11:26:46 |
| 21 | A | Physically, I'm going to say Bert.  Like I said, we | 11:26:46 |
| 22 | | were -- I was never clear who came up with it for a | 11:26:54 |

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646          410-684-2550

| | | | |
|---|---|---|---|
| 1 | | brand name. | 11:26:58 |
| 2 | | MR. KIRBY:  He's crystal clear. | 11:27:00 |
| 3 | | THE WITNESS:  Okay. | 11:27:02 |
| 4 | | BY MR. SOMMERS: | 11:27:04 |
| 5 | Q | If I could have you turn to Exhibit 11 in there. | 11:27:04 |
| 6 | A | Just keep going down below? | 11:27:12 |
| 7 | Q | Please.  They're in numerical sequence. | 11:27:16 |
| 8 | A | Can you tell me what's on it? | 11:27:24 |
| 9 | Q | (Indicating). | 11:27:26 |
| 10 | A | Oh, okay. | 11:27:26 |
| 11 | Q | And if I could direct you down -- well, let me ask | 11:27:28 |
| 12 | | you first, are you familiar with this article? | 11:27:32 |
| 13 | A | Yes. | 11:27:34 |
| 14 | Q | And if I could direct you down to the fourth | 11:27:34 |
| 15 | | paragraph that begins with "we had been selling | 11:27:38 |
| 16 | | T-shirts." | 11:27:40 |
| 17 | A | Uh-huh. | 11:27:40 |
| 18 | Q | And my question relates to the last line of that | 11:27:40 |
| 19 | | paragraph.  And if I could have you read that into | 11:27:44 |
| 20 | | the record. | 11:27:46 |
| 21 | A | "We made a list of sayings and 'life is good' is | 11:27:46 |
| 22 | | the one every one liked." | 11:27:50 |

19985
FieldRptr

39

| | | | |
|---|---|---|---|
| 1 | Q | Is that kind of an accurate summary of what | 11:27:52 |
| 2 | | happened? | 11:27:56 |
| 3 | A | I think so.  But like I said, I'm not crystal clear | 11:27:58 |
| 4 | | on when we physically wrote down that phrase. | 11:28:04 |
| 5 | Q | And perhaps I could refer you down to 1, 2, 3, 4 -- | 11:28:08 |
| 6 | | four more paragraphs, the one that begins with | 11:28:14 |
| 7 | | "People get hit with some much negative impact." | 11:28:18 |
| 8 | A | Okay. | |
| 9 | Q | Do you see that? | 11:28:22 |
| 10 | A | Yeah. | 11:28:22 |
| 11 | Q | And my question is, the last two sentences of that | 11:28:22 |
| 12 | | paragraph that are contained in a quote, could you | 11:28:30 |
| 13 | | read those into the record for me, beginning with | 11:28:34 |
| 14 | | "life is." | 11:28:36 |
| 15 | A | "Life is good. says, enjoy your day, have fun. | 11:28:36 |
| 16 | | When other slogans can be negative, ours says relax | 11:28:38 |
| 17 | | and enjoy what you're doing." | 11:28:42 |
| 18 | Q | Do you agree with that? | 11:28:44 |
| 19 | A | Yeah, for the most part, yeah. | 11:28:46 |
| 20 | Q | Am I -- if I could have you just simply read the | 11:28:48 |
| 21 | | next paragraph into the record as well, please. | 11:29:02 |
| 22 | A | "And it's not just the Jacobs brothers who are hip | 11:29:04 |

1       on the brand's message.  Retailers all over the       11:29:08

2       country are seeing everyone from kids to older        11:29:10

3       customers buying items proclaiming that life is       11:29:14

4       good."                                                11:29:18

5   Q   My question deals with the last part of that,         11:29:18

6       "proclaiming life is good."  In that context, do      11:29:20

7       you understand the author is using "life is good"     11:29:28

8       in normal, grammatic context, as opposed to using     11:29:30

9       it as a brand name for your company?                  11:29:36

10  A   Yeah.  There's no capital L, yeah.                    11:29:38

11  Q   Have you seen the words "life is good" used in text   11:29:42

12      to communicate an ordinary meaning, other than as a   11:29:48

13      trademark of your company?                            11:29:54

14  A   To communicate what?                                  11:29:54

15  Q   An ordinary meaning, other than as a trademark for    11:29:56

16      your company.                                         11:30:00

17  A   Yes.                                                  11:30:00

18  Q   Okay.  In those contexts, what do you understand      11:30:02

19      the words to be communicating?                        11:30:10

20  A   A positive statement.                                 11:30:12

21  Q   Is it much the same message that you are trying to    11:30:18

22      communicate with your Life is good.trademark?         11:30:22

19985
FieldRptr

41

| | | | |
|--|--|--|--|
| 1 | A | I think so; usually similar, if I saw it or heard | 11:30:24 |
| 2 | | it. | 11:30:28 |
| 3 | Q | Do I understand correctly that you were an English | 11:30:28 |
| 4 | | major? | 11:30:34 |
| 5 | A | Yes. | 11:30:34 |
| 6 | | MR. KIRBY: Now you're in for it. | 11:30:40 |
| 7 | | MR. SOMMERS: Yeah. I won't ask | 11:30:42 |
| 8 | | technical English phraseologies and things. | 11:30:44 |
| 9 | | THE WITNESS: Pretty good speller. | 11:30:48 |
| 10 | | MR. KIRBY: I thought a gerund question | 11:30:52 |
| 11 | | was coming. Those are always tough ones. | 11:30:56 |
| 12 | | THE WITNESS: I don't know what that is. | 11:30:58 |
| 13 | | BY MR. SOMMERS: | 11:31:02 |
| 14 | Q | If I could have you turn to the exhibit that's | 11:31:02 |
| 15 | | directly underneath that, which is Exhibit 12, and | 11:31:04 |
| 16 | | ask, is this an article that you're familiar with? | 11:31:16 |
| 17 | A | I probably read this a long time ago, but let me | 11:31:20 |
| 18 | | just see. I would guess that I read this many | 11:31:34 |
| 19 | | years ago. | 11:31:42 |
| 20 | Q | Perhaps I could just refer you to the last | 11:31:42 |
| 21 | | paragraph in that article that starts on -- that | 11:31:48 |
| 22 | | ends on the first page -- | 11:31:52 |

| | | | |
|---|---|---|---|
| 1 | A | Uh-huh. | 11:31:52 |
| 2 | Q | -- and carries over to the second page and have you | 11:31:54 |
| 3 | | read that into the record for me, please. | 11:31:56 |
| 4 | A | This "some people think," that one? | 11:31:58 |
| 5 | Q | Kindly. | 11:32:00 |
| 6 | A | "Some people think our brand and slogan have to do | 11:32:00 |
| 7 | | with celebrating the good life, but that's not | 11:32:04 |
| 8 | | necessarily true," says Bert Jacobs.  "Our slogan | 11:32:06 |
| 9 | | is not about being in a fancy sports car, smoking | 11:32:10 |
| 10 | | a cigar.  It's about maintaining a spirit of | 11:32:14 |
| 11 | | optimism when maybe not everything is going all | 11:32:16 |
| 12 | | that well.  Every once in a while, I'll see an old | 11:32:18 |
| 13 | | car that has a few dents and there's a Life is | 11:32:22 |
| 14 | | good. bumper sticker on the back and I think to | 11:32:24 |
| 15 | | myself, 'that guy gets it.'" | 11:32:26 |
| 16 | Q | Would you agree with what Bert is quoted as saying? | 11:32:28 |
| 17 | A | Yeah. | 11:32:32 |
| 18 | | THE VIDEOGRAPHER:  We've got about | 11:32:38 |
| 19 | | 4 minutes of tape left. | 11:32:40 |
| 20 | | MR. SOMMERS:  Thank you very much. | 11:32:42 |
| 21 | | BY MR. SOMMERS: | 11:32:42 |
| 22 | Q | If I could ask you, when the concept of Jake and | 11:32:42 |

19985
FieldRptr

44

| | | | |
|---|---|---|---|
| 1 | | everything -- I think we printed 48 shirts, and we | 11:34:06 |
| 2 | | sold them all that day, with "life is good." | 11:34:10 |
| 3 | Q | What about the shirts that didn't have "life is | 11:34:12 |
| 4 | | good"? | 11:34:16 |
| 5 | A | I could guess but not as strong as "life is good." | 11:34:16 |
| 6 | Q | Okay.  Do you have an understanding of why the | 11:34:20 |
| 7 | | shirts with "life is good" sold out and the others | 11:34:24 |
| 8 | | didn't? | 11:34:26 |
| 9 | A | Because the message resonated with our customers. | 11:34:28 |
| 10 | Q | Is it your opinion that people were buying the | 11:34:32 |
| 11 | | shirts because of the saying? | 11:34:36 |
| 12 | A | And Jake, I think. | 11:34:38 |
| 13 | Q | Did you have any labels inside the shirts on the | 11:34:40 |
| 14 | | back collars? | 11:34:54 |
| 15 | A | I don't think so that day. | 11:34:58 |
| 16 | Q | Was there any labels at all on the back sides of | 11:35:00 |
| 17 | | the collars? | 11:35:04 |
| 18 | A | Yeah.  If we didn't have a Life is good. label, it | 11:35:06 |
| 19 | | probably was Oneita or -- that's my best guess; | 11:35:10 |
| 20 | | that's another label. | 11:35:14 |
| 21 | Q | And what's Oneita? | 11:35:16 |
| 22 | A | It's a T-shirt manufacturer. | 11:35:18 |

| | | | |
|---|---|---|---|
| 1 | | MR. KIRBY:  Or an American Indian tribe. | 11:35:20 |
| 2 | | THE WITNESS:  Is it?  Thank you. | 11:35:22 |
| 3 | | BY MR. SOMMERS: | 11:35:24 |
| 4 | Q | Would you have had labels with Life is good. on the | 11:35:24 |
| 5 | | first sales? | 11:35:30 |
| 6 | A | Pardon me? | 11:35:30 |
| 7 | Q | On your first sales of the T-shirts, would you have | 11:35:30 |
| 8 | | had a label with Oneita in the back or one with | 11:35:32 |
| 9 | | Life is good.? | 11:35:36 |
| 10 | A | I think you just asked that.  I think it was | 11:35:38 |
| 11 | | probably Oneita. | 11:35:40 |
| 12 | | MR. SOMMERS:  Why don't we take a break | 11:35:42 |
| 13 | | since I understand that the tape is about to | 11:35:44 |
| 14 | | expire. | 11:35:48 |
| 15 | | THE VIDEOGRAPHER:  The time is 11:34. | 11:35:50 |
| 16 | | This is the end of cassette number 1.  We're off | 11:35:54 |
| 17 | | the record. | 11:36:00 |
| 18 | | (Proceedings interrupted at 11:01 a.m. | 11:36:02 |
| 19 | | and reconvened at 11:38 a.m.) | 11:36:04 |
| 20 | | THE VIDEOGRAPHER:  Time is 11:38.  This | 11:39:56 |
| 21 | | is the beginning of cassette number 2 in the | 11:40:02 |
| 22 | | deposition of John Jacobs. | 11:40:04 |

19985
FieldRptr

55

|  |  |  |  |
|---|---|---|---|
| 1 |  | people reference us, our mark is with the capital | 11:55:34 |
| 2 |  | L. | 11:55:36 |
| 3 | Q | And no capital on the I, no capital on the G? | 11:55:36 |
| 4 | A | Right. | 11:55:42 |
| 5 | Q | What's the reason that you do that? | 11:55:42 |
| 6 | A | I like the way it looks. | 11:55:44 |
| 7 | Q | Any others? | 11:55:48 |
| 8 | A | I don't -- not that I know of. | 11:55:50 |
| 9 | Q | Did you ever consider capitalizing the G or the I? | 11:55:58 |
| 10 | A | I think some of the early designs may have had, | 11:56:06 |
| 11 |  | early sketches, but I prefer it the way we ended | 11:56:12 |
| 12 |  | up. | 11:56:16 |
| 13 | Q | When you were first considering using the words | 11:56:16 |
| 14 |  | "life is good," did you consider any other | 11:56:26 |
| 15 |  | variations of those words, such as "the good life," | 11:56:30 |
| 16 |  | "life is great"? | 11:56:38 |
| 17 | A | I think we probably did. | 11:56:40 |
| 18 | Q | What others did you consider? | 11:56:44 |
| 19 | A | Probably like the ones you suggested, "life is | 11:56:46 |
| 20 |  | great," "the good life"; life is -- "life is | 11:56:54 |
| 21 |  | great," "life is good," yeah, I'd say that's it. | 11:57:08 |
| 22 | Q | Why did you opt to choose "life is good"? | 11:57:10 |

1    A    I think it expresses something that's not too over    11:57:14

2         the top or in your face.  And "life is great" is a    11:57:24

3         little too much in my opinion.  And for some reason  11:57:28

4         "life is good," to me, communicates it's not always  11:57:38

5         good, it's not great, and the message isn't too      11:57:40

6         much.  It's -- it's just an optimistic way to look   11:57:46

7         at life.                                             11:57:52

8    Q    What about "the good life"?                          11:57:52

9    A    What about "the good life"?  I personally think      11:57:54

10        that communicates to a lot of people a life with     11:58:06

11        riches or -- people associate I think maybe with     11:58:14

12        once you've made it financially or something like    11:58:20

13        that, so I don't like that as much as "life is       11:58:24

14        good."                                               11:58:26

15   Q    It's not an image that you hope to create with Life  11:58:26

16        is good.?                                            11:58:34

17   A    What's that?                                         11:58:34

18   Q    The image that you described for "the good life."    11:58:36

19   A    No, no.                                              11:58:40

20   Q    Are you involved with the media that you use to      11:58:42

21        promote and advertise your products?                11:58:56

22   A    Can you be more specific?                            11:58:58

| | | | |
|---|---|---|---|
| 1 | | put it. | 12:02:22 |
| 2 | Q | I understand.  Let me ask you this:  What are the | 12:02:22 |
| 3 | | values of the brand? | 12:02:26 |
| 4 | A | Oh.  Simplicity, appreciation for the things we | 12:02:26 |
| 5 | | have, being positive; and those are the core values | 12:02:32 |
| 6 | | I think. | 12:02:48 |
| 7 | Q | Thank you.  Do you have an understanding of -- of | 12:02:56 |
| 8 | | how recognized your brand is among the public? | 12:03:06 |
| 9 | A | Do I have an understanding?  To what degree is hard | 12:03:16 |
| 10 | | to measure, yeah. | 12:03:24 |
| 11 | Q | Well, do you have any understanding? | 12:03:26 |
| 12 | A | From my daily experiences, yes, you know, more | 12:03:28 |
| 13 | | people are aware of it than they were at the very | 12:03:36 |
| 14 | | beginning.  I mean, that's obvious to me. | 12:03:40 |
| 15 | Q | What about as it exists today; how aware do you | 12:03:44 |
| 16 | | believe, based on your experience, the public is to | 12:03:52 |
| 17 | | your brand? | 12:03:56 |
| 18 | A | How would I measure that kind of thing?  I don't | 12:03:58 |
| 19 | | know.  If you ask me something specific I -- I just | 12:04:00 |
| 20 | | don't know how to answer that. | 12:04:04 |
| 21 | Q | Well, maybe let me ask it this way:  Would you | 12:04:08 |
| 22 | | agree with me that the brand Nike is well known? | 12:04:12 |

19985
FieldRptr

90

| | | | |
|---|---|---|---|
| 1 | | that was taken against Miller? | 12:54:44 |
| 2 | A | Miller?  I remember a "life is good" campaign by | 12:54:46 |
| 3 | | them.  And I remember them moving on from that | 12:54:54 |
| 4 | | campaign.  But I -- I don't think we -- my | 12:55:00 |
| 5 | | recollection is we didn't file anything. | 12:55:06 |
| 6 | Q | If I could refer you to Exhibit 22 in there. | 12:55:12 |
| 7 | A | Uh-huh.  What's it going to look like? | 12:55:14 |
| 8 | Q | It's -- it looks like this. | 12:55:20 |
| 9 | A | All right. | 12:55:24 |
| 10 | Q | If I could have you take a look at that and tell me | 12:55:32 |
| 11 | | is this the campaign that you're aware of? | 12:55:36 |
| 12 | A | Yep, looks like it. | 12:55:38 |
| 13 | Q | When were you aware of the campaign? | 12:55:50 |
| 14 | A | I can take a guess at what year that happened.  Do | 12:55:54 |
| 15 | | you want me to guess what year? | 12:56:04 |
| 16 | Q | If you have a recollection of -- | 12:56:06 |
| 17 | A | Well, this says right on it, '96.  That sounds | 12:56:08 |
| 18 | | about right. | 12:56:14 |
| 19 | Q | Do you know if the campaign ran before or after you | 12:56:16 |
| 20 | | first used the Life is good. name? | 12:56:24 |
| 21 | A | I think it was after we first used it. | 12:56:28 |
| 22 | Q | Are you certain of that? | 12:56:34 |

| | | | |
|---|---|---|---|
| 1 | Q | Any involvement of your company with beer? | 12:58:10 |
| 2 | A | Yeah. | 12:58:16 |
| 3 | | MR. SOMMERS: Why don't we take a break | 12:58:18 |
| 4 | | here. | 12:58:20 |
| 5 | | THE VIDEOGRAPHER: The time is 12:57 and | 12:58:22 |
| 6 | | we're off the record. | 12:58:26 |
| 7 | | (Proceedings interrupted at 12:57 p.m. | 12:58:36 |
| 8 | | and reconvened at 1:16 p.m.) | 01:15:56 |
| 9 | | THE VIDEOGRAPHER: The time is 1:16. | 01:15:56 |
| 10 | | We're back on the record. | 01:18:00 |
| 11 | Q | Mr. Jacobs, before our break, we were speaking | 01:18:02 |
| 12 | | about Miller's use of the words "life is good." | 01:18:08 |
| 13 | | And my question to you is, do you know eventually | 01:18:20 |
| 14 | | whether or not your company contacted Miller about | 01:18:28 |
| 15 | | that use? | 01:18:30 |
| 16 | A | I don't remember specifically. I remember being | 01:18:30 |
| 17 | | maybe a little intimidated by the notion of | 01:18:40 |
| 18 | | contacting such a big company. But I feel like | 01:18:44 |
| 19 | | right when we were wrestling with that, we saw that | 01:18:48 |
| 20 | | they had moved on to a new ad campaign. | 01:18:52 |
| 21 | Q | So would it be fair to say you don't know whether | 01:18:54 |
| 22 | | you contacted Miller or not? | 01:18:58 |

|  |  |  |
|---|---|---|
| 1 |  | a website works.  But my focus right now is to try | 01:41:06 |
| 2 |  | to move along a project that makes our site easier | 01:41:10 |
| 3 |  | to navigate, makes it look the way I think it | 01:41:20 |
| 4 |  | should look to represent Life is good. and make it | 01:41:24 |
| 5 |  | an overall more efficient site.  But I'll be | 01:41:32 |
| 6 |  | consulting people who -- with people who actually | 01:41:36 |
| 7 |  | understand how a website works to get that done. | 01:41:40 |
| 8 | Q | When you indicated that you're trying to make it | 01:41:50 |
| 9 |  | look the way you think it should look to represent | 01:42:04 |
| 10 |  | Life is good., what specifically are you referring | 01:42:06 |
| 11 |  | to? | 01:42:10 |
| 12 | A | We have a certain look to many of our products and | 01:42:12 |
| 13 |  | graphics and catalogs, and I want to try my best, | 01:42:16 |
| 14 |  | our best -- we want to try our best to keep the | 01:42:24 |
| 15 |  | website consistent with that look, which people | 01:42:28 |
| 16 |  | respond well to and that I like and that I feel | 01:42:32 |
| 17 |  | represents the brand well. | 01:42:36 |
| 18 | Q | Would I be correct that you believe that you have a | 01:42:38 |
| 19 |  | particular unique look about your catalogs and | 01:42:42 |
| 20 |  | things that you'd like to bring into the website? | 01:42:48 |
| 21 | A | Yes. | 01:42:50 |
| 22 | Q | Would I also be correct that you have a particular | 01:42:50 |

1    unique look that you try and use throughout all    01:42:54

2    your communications?    01:42:58

3  A    Yes.    01:43:00

4  Q    Could you just try to describe for me what that    01:43:02

5    look is?    01:43:10

6  A    Okay. Kind of friendly, informal, obviously    01:43:12

7    positive and optimistic, but colorful, and down    01:43:18

8    home would be another expression, humble, sometimes 01:43:30

9    humorous, that sort of thing.    01:43:36

10  Q    Do you believe that all these things are associated 01:43:38

11    by consumers with your company?    01:43:44

12  A    We like to think at least some of those people    01:43:46

13    relate to our company.    01:43:52

14  Q    I mean, visually in connection with those?    01:43:54

15  A    Yes.    01:43:58

16            MR. SOMMERS:  If I could take a quick    01:44:02

17    break.    01:44:04

18            THE VIDEOGRAPHER:  Time is 1:42.  We're    01:44:06

19    off the record.    01:44:08

20            (Proceedings interrupted at 1:42 p.m. and 01:44:10

21    reconvened at 1:51 p.m.)    01:52:16

22            THE VIDEOGRAPHER:  Time is 1:51.  This is 01:52:16

| | | | |
|---|---|---|---|
| 1 | | the beginning of cassette number 4 in deposition of | 01:52:42 |
| 2 | | John Jacobs.  We're back on the record. | 01:52:44 |
| 3 | | BY MR. SOMMERS: | 01:52:46 |
| 4 | Q | Mr. Jacobs, if I could ask you to look at | 01:52:46 |
| 5 | | Exhibit 10, which is a copy of your catalog. | 01:52:52 |
| 6 | A | Okay. | 01:52:54 |
| 7 | Q | Before the break, you were discussing the company | 01:52:58 |
| 8 | | look. | 01:53:02 |
| 9 | A | Uh-huh. | 01:53:02 |
| 10 | Q | Would I be correct that Exhibit 10 reflects your | 01:53:02 |
| 11 | | efforts at creating the company look? | 01:53:08 |
| 12 | A | Yeah.  It coincides with the look and feel of -- | 01:53:12 |
| 13 | | yes, the answer is yes. | 01:53:20 |
| 14 | Q | This would be a representative illustration of what | 01:53:22 |
| 15 | | the company look is? | 01:53:26 |
| 16 | A | Sure. | 01:53:26 |
| 17 | Q | Okay.  Have you had an opportunity to visit LG's | 01:53:28 |
| 18 | | site? | 01:53:34 |
| 19 | A | The website? | 01:53:34 |
| 20 | Q | Yes. | 01:53:36 |
| 21 | A | No. | 01:53:36 |
| 22 | Q | Have you had an opportunity to review LG's product | 01:53:36 |