UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br>                         Plaintiff, <br>     v. <br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM U.S.A., <br> INC. (formerly LG INFOCOMM U.S.A. INC.), <br>                         Defendants. | Civil Action No.: 04 11290 REK |

**EXHIBIT 4 TO THE DECLARATION OF TIMOTHY A. LEMPER IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON
<u>PLAINTIFF'S TRADEMARK DILUTION CLAIM</u>**

# <u>FILED UNDER SEAL</u>