AO 88 (Rev 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

Life is Good, Inc.,

**SUBPOENA IN A CIVIL CASE**

v.

LG Electronics, U.S.A., Inc., et al.

**CASE NUMBER:** 04-11290 REK (USDC for the District of Massachusetts)

TO:    Natural Life Collections, Inc.
      Florida Corporation
      1351 13th Avenue South, Suite 100
      Jacksonville Beach, Florida 32250

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Schedule A

| PLACE    Timothy A. Lemper, Esq. | DATE AND TIME |
|---|---|
| Finnegan, Henderson, Farabow, Garrett & Dunner LLP | October 31, 2005 |
| 901 New York Avenue, N.W. | |
| Washington, DC 20001 | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Timothy A. Lemper, Esq., Attorney for Defendants | October 14, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Timothy A. Lemper, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LI P
901 New York Avenue, N.W.
Washington, DC 20001
202-408-4000

**Exhibit 6 to**
**Lemper Declaration**

(See Rule 45 of Federal Rules of Civil Procedure Parts C & D on Reverse)

10/94

# AFFIDAVIT OF SERVICE

17399

Case Number: 04-11290 REK

Court: District Court, Middle District of Florida

Plaintiff: Life Is Good, Inc.

Defendant: LG Electronics, U.S.A., Inc., et al.

For: Timothy A. Lemper, Esq.                                  Date: 10/31/2005
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

Received by Capitol Process Services on the 17 day of October to be served on Natural Life Collections, Inc,
Florida Corporation at 1351 13th Avenue South, Suite 100, Jacksonville Beach, Florida 32250.

I, Randall R. Hoke, who being duly sworn, depose and say that on the 18 day of October at 10:50:00 AM,
executed service by delivering a true copy of the Subpoena In A Civil Case in accordance with the state statutes in
the manner marked below:

() **INDIVIDUAL SERVICE**: Served the within named person at .

() **SUBSTITUTE SERVICE:** By Serving  as  at .

**POSTED SERVICE:** After attempting service on  at  and on  at  the papers were posted to a conspicuous place
on the property described herein.

(X) **CORPORATE SERVICE:** By Serving Patty Hughes as President *.

() **NON-SERVICE**: For the reason detailed in the comments below.

*Served at 100 Corridor Avenue, Ponte Vedra, Florida.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in
which this service was made.

Subscribed and Sworn to before me on
the 20 day of October 2005
by the affiant who is personally known to me.

_Christine P. Klepinger_
NOTARY PUBLIC

_Randall R. Hoke / Process Server #25_
Appointed in accordance with Florida State
Statutes 48.021(2)



**Christine P. Klepinger**
**Commission # DD427031**
**Expires August 13, 2009**
Bonded Troy Fain - Insurance, Inc  800-385-7019

## SCHEDULE A

### *Definitions and Instructions*:

1.  References to "You" and "Your" specifically relate to Natural Life Collections, Inc., and its related companies, predecessors in interest, parents, subsidiaries, divisions, directors, officers, licensees, employees, agents, and representatives.

2.  The term "document" or "documents" has the same meaning as set forth in Rule 34(a) of the Federal Rules of Civil Procedure, including but not limited to: drafts, handwritten notes, memoranda, reports, customer surveys, electronic mail messages, web pages, and other digital documents, whether or not previously printed.

### *Document Request*:

1.  All non-privileged documents and things in Your possession, custody, or control that contain, evidence, or refer or relate to the use of any phrase comprised of or containing "Life Is Good" or "Life's Good" (or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good") on or in connection with the marketing, advertising, promotion, offer for sale, or sale of any product or service (including, but not limited to products, product samples, advertisements, promotions, promotional items, business plans, or other marketing materials) including but not limited to the advertisements and products referenced in Exhibit 1.

2.  All non-privileged documents and things in Your possession, custody, or control that refer or relate to any trademark application or registration for any mark comprised of or containing "Life Is Good" or "Life's Good" (or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good").

3.  Representative documents and things sufficient to identify the details of Your sale or distribution of products and/or services bearing the phrase "Life Is Good" or "Life's Good" (or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is

Great," "Living Good," "Live Good"), including but not limited to the number of units ordered, sold, or distributed, the geographic area of sale or distribution, the dollar amount of all sales, the price of the goods/services, etc.

4. Representative documents and things sufficient to identify the details of all advertisements and promotions created and/or disseminated by You that contain the phrase "Life Is Good" or "Life's Good" (or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good"), including but not limited to documents sufficient to identify each different advertisement or promotion, the date and place of each advertisement or promotion (i.e. the name of the publication or event), the method of distribution (e.g. television, radio, magazines, trade shows), the geographic scope of each advertisement or promotion, and the total dollar amount of advertising and promotional expenses.

·Search·                          EXHIBIT 1









## Welcome to the Natural Life Store

**Home**
journals
photo frames
pillows
friendship necklaces
wire posters
hooks
magnets
corner keepsakes
key chains
fabric bags
the mattress ticking collection
charm scrolls
wooden wall hangings
vintage plates
canvas fabric collection
shelf sitters
collectible tins
vintage fabric collection
wooden boxes
ceramic collection
etched mirrors
shadow box keepsakes

**Show Order**
**Privacy Policy**
**Info**
**Search**
**Index**
**Y! SHOPPING**

### Search

# *Mark Young P.A.*

Patents, Trademarks,
Copyrights, Trade Secrets,
Transactions & Government Contracts

*12086 Fort Caroline Rd., Unit 202*
*Jacksonville, Florida 32225*
*Phone: 904-996-8099*
*Cell: 904-571-8141*
*Fax: 904-996-8234*

Email: myoung@myoungpa.com

December 13, 2005
VNLC05.001.DOC

Timothy A. Lemper, Esq.
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Re:     Natural Life Collections, Inc.

Dear Mr. Lemper:

Pursuant to your request, enclosed please find a copy of the current catalogue of products sold by Natural Life Collections, Inc.  I have also enclosed a copy of my response to counsel for Life is Good.

Sincerely,

Mark Young, P.A.

Enclosure: as stated

**NL000001**

**Mark Young P.A.**

Patents, Trademarks,
Copyrights, Trade Secrets,
Transactions & Government Contracts

*9951 Atlantic Blvd., Suite 227*
*Jacksonville, Florida 32225*
*Phone: 904-721-0600*
*Cell: 904-571-8141*
*Fax: 904-721-0686*

Email: myoung@myoungpa.com

August 3, 2004

\NLC04.001.1

Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, Massachusetts 02108

Via Facsimile
Original by Certified Mail

Attention:    Thomas E Kenney, Esq.

Re:    Natural Life Collections, Inc.
       Our Ref: NLC04-001

Dear Mr. Kenney:

As counsel for Natural Life Collections, Inc. ("Natural Life"), I have reviewed your correspondence dated June 26, 2004, wherein you allege that Natural Life has violated your client's intellectual property rights. I disagree with your allegations.

Natural Life uses the phrase LIFE IS GOOD in a fair, non-infringing, ornamental manner, which is not likely to cause confusion as to source, affiliation or sponsorship. The inspirational phrase is not used as a trademark and would not lead consumers to conclude any association with your client exists. Instead, products sold by Natural Life prominently feature sentimental phrases as key decorative features. LIFE IS GOOD is but one of many such phrases displayed on Natural Life's products.

Of course, your client did not coin the phrase LIFE IS GOOD. Instead, the inspirational phrase has been around for ages. It is the title of popular music, magazine articles, publications in the Library of Congress database, and works in Copyright Office registration database. It occurs countless times in novels and has long adorned greeting cards. Natural Life's use of the phrase conforms to the public's perception as a sentimental message.

Natural Life's use of the phrase LIFE IS GOOD is also quite dissimilar from your client's mark in appearance. As an initial point of dissimilarity, your client seems to consistently display its mark in a dark uniform color, with a capital L and the remaining letters in lower case, in a very distinct typeface, with several of the letters horizontally unaligned, an with a registration symbol (even when displayed on products not covered by any registration). In sharp contrast, Natural Life's products display the phrase with noticeably different typeface, in various colors, in various horizontal, angled and vertical arrangements, sometimes with capitalized words and other times with lower case words or combinations thereof, always without any proprietary notice. Typically, your client conspicuously displays a distinctive character "Jake" or a "dog"

Thomas E Kenney, Esq.
August 3, 2004
Page 2 of 3

with its products. However, Natural Life never displays its mark with any designs that are even remotely similar to those characters.

Dissimilarities between the goods also weigh heavily against any likelihood of confusion. My client displays the phrase for the most part on keepsakes, picture frames, pillows, magnets and other decorative items. In contrast, your client mainly sells clothing under its mark. With the exceptions of mugs and pictures, which have entirely dissimilar physical properties and artwork from your client's products, there seems to be no overlap whatsoever in the product offerings.

The purchasing conditions also preclude any possibility of confusion. Natural Life's products are sold with other similar products that also display sentimental phrases such as "LIVE LOVE LAUGH," "ENJOY LIFE," and "FAITH HOPE LOVE." Merchants sell the products from ornamental point of sale displays that prominently feature the mark NATURAL LIFE GIVE. LOVE. LAUGH (as shown in the attachment). While consumers recognize NATURAL LIFE as a trademark, they perceive LIFE IS GOOD and the many other sentimental phrases displayed on the products as ornamentation and inspirational messages, rather than as an indicator of source.

Moreover, based upon our review of your client's pending applications and issued registrations, I believe Natural Life will be able to prove priority. Natural Life commenced business in 1995 (as Mimi's Things Too, Inc.), with promotion and sales of products displaying the LIFE IS GOOD phrase occurring soon thereafter. This antedates the application filing date of every one of your client's issued and prospective registrations, meaning that your client would be relegated to its territorially limited common law rights in a priority contest. This date also precedes most dates of first use alleged by your client in its applications and registrations, with the sole exception of Reg. No. 2,481,887, which we believe covers products not sold by either party.

As we honestly believe that Natural Life is not violating your client's rights, Natural Life is not prepared to phase-out use of the phrase LIFE IS GOOD on its products. Please understand that Natural Life has gone to great lengths to cultivate a unique and valuable trade identity based on its artistic hand-made keepsake items. We hope that your client will reconsider its position and conclude that the products can peacefully co-exist. However, in the event your client decides to initiate a lawsuit, you will leave Natural Life no choice but to aggressively defend its substantial investment, which may include (without limitation) asserting priority, pursuing cancellation of your client's registrations and advancing various legal and equitable defenses.

This letter is written without prejudice to or waiver of Natural Life's rights, remedies and defenses, all of which are expressly reserved.

**NL000003**

Thomas E Kenney, Esq.
August 3, 2004
Page 3 of 3

      Should you have any questions, please do not hesitate to contact me.

                Sincerely,

                Mark J. Young

Attachment: as stated

c:      Patricia L. Hughes

**NL000004**



give. love. laugh.

Mark Young P.A.
12086 Fort Caroline Rd., Unit 202
Jacksonville, Florida 32225

Mark,

Enclosed is our current catalog which indicates that Natural Life has been selling products with the sentiment "Life is Good". These products are currently offered by Natural Life for sale.

Please contact me if you need any additional documentation on this matter.

Regards,

Jeff Struble
CFO-Natural Life
904-241-0370 ext 224

**NL000006**

1351 13th Avenue South, Ste. 100 • Jacksonville Beach FL 32250
p 904.241.0370      f 904.241.4006      800.884.3856      email info@naturallife.net
www.naturallife.net



2005 **Product Catalog**

natural life

give. love. laugh.

NL000007

## catalog contents



# natural life
give. love. laugh.

*Patti, Halle, Gracie and Madison*

# welcome to natural life!

*Inside you'll discover our largest catalog yet—with more unique, trend-forward and affordable sentiment gifts! This season we explored different mediums with new artists and came up with some very cool and functional products.*

*We also expanded many of our top selling products with additional designs and wonderful new artwork! As always, we can say... "there is something for everyone!"*

*Enjoy,*

*Patti*

**NL000008**

800.884.3856 order

4

heart rocks . . . . . . . . . . . . . . . . . . . . . . . . *new!* . .4-5
mod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *new!* . .6-9
  keepsakes . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
  mini hangers . . . . . . . . . . . . . . . . . . . . . . . . . .8
  magnets . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

7

painted metal . . . . . . . . . . . . . . . . . . . . . *new!* . .10-11
  frames . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
  magnet boards . . . . . . . . . . . . . . . . . . . . . . . . .10
  mini magnets . . . . . . . . . . . . . . . . . . . . . . . . . .11
bath . . . . . . . . . . . . . . . . . . . . . . . . . . . . *new!* . .12-14
  tie-dyed soap . . . . . . . . . . . . . . . . . . . . . . . . .12
  tie-dyed candles . . . . . . . . . . . . . . . . . . . . . . . .12
  washcloths . . . . . . . . . . . . . . . . . . . . . . . . . . .14
angel notepads . . . . . . . . . . . . . . . . . . . . . *new!* . .15

23

ceramic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16-23
  latte mugs . . . . . . . . . . . . . . . . . . . . . . . . . . .17
  mini plates . . . . . . . . . . . . . . . . . . . . . . . . . . .19
  mugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
  vases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
  banks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
  trinket dishes . . . . . . . . . . . . . . . . . . . *new!* . .22
  vases . . . . . . . . . . . . . . . . . . . . . . . . . *new!* . .22
  decorative plates . . . . . . . . . . . . . . . . . *new!* . .23
  mugs . . . . . . . . . . . . . . . . . . . . . . . . . *new!* . .23
wooden . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24-31
  desk sets . . . . . . . . . . . . . . . . . . . . . . *new!* . .25
  memo boxes . . . . . . . . . . . . . . . . . . . . *new!* . .25

25

  shelf sitters . . . . . . . . . . . . . . . . . . . . *new!* . .26-27
  tiny boxes . . . . . . . . . . . . . . . . . . . . . . . . . . .28
  shadowbox keepsakes . . . . . . . . . . . . . . . . . . . . .28
  boxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
  wall hangings . . . . . . . . . . . . . . . . . . . . . . . . . .31
fabric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32-46
  vintage coin purses . . . . . . . . . . . . . . . . . . . . . .32
  vintage hand mirrors . . . . . . . . . . . . . . . . . . . . .32
  vintage pillows . . . . . . . . . . . . . . . . . . . . . . . . .32
  vintage bags . . . . . . . . . . . . . . . . . . . . . . . . . .32
  patchwork pillows . . . . . . . . . . . . . . . *new!* . .34
  patchwork wall hangings . . . . . . . . . . . *new!* . .35
  matress ticking pillows . . . . . . . . . . . . . . . . . . . .36

36

  matress ticking bags . . . . . . . . . . . . . . . . . . . . .36
  matress ticking journals . . . . . . . . . . . . . . . . . . .37
  matress ticking frames . . . . . . . . . . . . . . . . . . . .37
  felt key chains . . . . . . . . . . . . . . . . . . . . . . . . .39
  felt magnets . . . . . . . . . . . . . . . . . . . . . . . . . .40
  felt mini magnets . . . . . . . . . . . . . . . . . . . . . . .41
  felt frames . . . . . . . . . . . . . . . . . . . . . . . . . . .42
  canvas magnets . . . . . . . . . . . . . . . . . . . . . . . .43
  canvas plaques . . . . . . . . . . . . . . . . . . . . . . . . .44

40

  pillows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
  burlap frames . . . . . . . . . . . . . . . . . . . . . . . . . .45
  wall frames . . . . . . . . . . . . . . . . . . . . . *new!* . .46
tin collection . . . . . . . . . . . . . . . . . . . . . . . . . . .47-49
  lip balm tins . . . . . . . . . . . . . . . . . . . . . . . . . .48
  candle tins . . . . . . . . . . . . . . . . . . . . . . . . . . .48
  mint tins . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
  bandage tins . . . . . . . . . . . . . . . . . . . . . . . . . .49

48

nostalgic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50-51
  mini-vintage plates . . . . . . . . . . . . . . . . . . . . . .51
  etched mirrors . . . . . . . . . . . . . . . . . . . . . . . . .51
and more! . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52-57
  friendship necklaces . . . . . . . . . . . . . . . . . . . . .52
  phodography magnets . . . . . . . . . . . . . . . . . . . .53
  funny magnets and key chains . . . . . . . . . . . . . .54-55
  hooks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
  wire posters . . . . . . . . . . . . . . . . . . . . . . . . . . .57

53

printed images . . . . . . . . . . . . . . . . . . . . . . . . . .58-67
  prepaks/point of sale . . . . . . . . . . . . . . . . . . . .59-61
  friends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .62
  family . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64
  life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
area representatives . . . . . . . . . . . . . . . .68 *(back cover)*

painted metal

# frames + magnet boards

## frames

each hand-painted metal
frame includes a word magnet
plus three shaped magnets
frame size: 7.5" x 5.5" x 2"
holds 4" x 6" photo
**$7.50/item, mins of 3**

**prepak**
9 frames
**$67.50**
PMMFPAK







PMMF01 - *live love laugh*

PMMF02 - *sisters*

PMMF03 - *friends forever*

## magnet boards

each hand-painted metal board,
embellished with sparkles,
includes a word magnet plus two
shaped magnets
size: 12" x 14"
**$11/item, mins of 1**





PMMB01 - *live love laugh*

**NL000016**



PMMB02 - *life is good*

mini magnet




PMMS01




PMMS02

mini magnet sets

each set includes word magnet
plus four shaped magnets
size: 2.625" x 4.625"
**$5/set, mins of 4**

**NL000017**

display
24 magnet sets + offset
size: 3" x 8" x 11.5"
**$130**

PMMSP06





PMMS03



PMMS04






PMMS05



PMMS06



PMMS07

ceramic

# latte mugs

◀◀ detail

Stylish and trendy mug paired with a give-able sentiment
equals the perfect gift for any latte lover.

## latte mugs
microwavable and
dishwasher safe
size: 6" 16oz.
**$5/item, mins of 4**



MUG001 - *life is good*





MUG002 - *sisters are
friends forever*





MUG003 - *there's an angel
watching over you*





MUG004 - *work like you don't need
the money, dance like no one is watching,
love like you have never been hurt*





MUG005 - *friends are angels
following you through life*





MUG006 - *shoot for the moon,
even if you miss, you'll land
among the stars*





MUG007 - *friends like you
are precious and few*





MUG008 - *big dreams
start small*





MUG009 - *when I count my
blessings, I count you twice*





MUG016 - *friends are like
flowers they brighten your day*





MUG017 - *a friend is someone
who knows all about you and
likes you anyway*





MUG018 - *a mother is a
friend you never outgrow*





MUG019 - *you mean
the world to me*





prepak
**32 mugs**
**$160**
MUGPAK

new!

**NL000023**

order 800.884.3856



NL000024

800.884.385

**ceramic**

# mini plates + mugs

◀◀ detail    Charming collection of illustrated ceramic
gifts brighten any room in the home.




**PLQ001 -** *friends are
angels following you
through life*




**PLQ002**
*live love laugh*




**PLQ003 -** *things
happen for a reason,
just believe*




**PLQ012 -** *you're the kind
of friend everyone wishes
they had*



**PLQ013 -** *my sister
my friend*

## mini plates
iron stand included
size: 4" diam
**$5/item, mins of 4**





**PLQ014 -** *home is where
your mom is*



**PLQ015**
*life is good*




**PLQ016**
*friends forever*




**PLQ017 -** *friends like you
are precious and few*




**PLQ023 -** *love blooms
in a grandmother*



*new!*

**PLQ025 -** teachers
touch tomorrow

*new!*

**PLQ026**
friends

*new!*

**PLQ027**
sisters



*new!*

**PLQ028 -** a daughter is a
special part of all that's
cherished in the heart




*new!*

**PLQ029 -** shoot for the moon,
even if you miss you'll land
among the stars




### prepak
30 mini plates
**$150**
MPPAK








**MUG010 -** *you're the friend
everyone wishes they had*




**MUG011 -** *my sister, my
friend*




**MUG012 -** *home is where
your mom is*




**MUG013 -** *life is good*

## mugs
microwavable and
dishwasher safe
size: 4.25" 15oz.
**$5/item, mins of 4**

### prepak
24 mugs
**$120**
MUGPAK2







**MUG014 -** *friends forever*



**MUG015 -** *things happen for
a reason, just believe*

**NL000025**

order 800.884.3856