# ceramic
# vases

**vases**
size: 2" x 5.5"
$5/item, mins of 4




life is good
**V01**


believe
**V02**


live love laugh
**V03**


if friends were flowers i'd pick you
**V04**


be happy
**V05**

**display**
includes classic and new bestsellers or choose your own 24 vases + offset
**$150**  VP6


stop and smell the flowers
**V09**


friends forever
**V12**


you're the friend everyone wishes they had
**V17**


life is good
**V18**


live love laugh
**V19**




my sister, my friend
**V20**


friends forever
**V21**


home is where your Mom is
**V22**


friends are angels
**V23**

*new!*
teachers touch tomorrow
**V25**

*new!* Sisters.
**V26**

*new!* just believe.
**V27**

*new!* love blooms in a grandmother
**V28**

*new!* dreams come true.
**V29**

*new!* friends.
**V30**

**NL000026**

800.884.3856 order

20

Case 1:04-cv-11290-WGY    Document 29-9    Filed 03/31/2006    Page 2 of 14

ceramic

# banks


B01 - saving for a rainy day



B02 - one penny, two penny, three penny, four. saving up for the ice cream store.


B03 flowers



B04 - big dreams start small


**banks**
size: 3.75" round
**$5/item, mins of 2**


B05 - dreams come true


B06 - a penny saved is a penny earned


B08 - finders keepers


**display**
includes classic and new bestsellers or choose your own
24 banks + offset
**$150**
BP6






B09 - *life is good*


B10 - *home is where your mom is*

B11 - *things happen for a reason, just believe*




B12 - *you're the friend everyone wishes they had*



B13 - *my sister, my friend*



B14 - *friends forever*


NL000027

order 800.884.3856

# ceramic

# hand-painted ceramics

## available march 2005

### trinket dishes
balled feet on bottom
size: 4.5" diam
**$5/item, mins of 4**



prepak
16 dishes
$80
PDSHPAK



PDSH01 - *friends are angels*

PDSH02 - *live love laugh*



PDSH04 - *dreams come true*

PDSH05 - *life is good*



### vases
size: 5.5" x 2.625"
**$5/item, mins of 4**



PVSE01 - *friends are angels*



PVSE02 - *live love laugh*



prepak
16 vases
$80
PVSEPAK

NL000028





PVSE04 - *dreams come true*









PVSE05 - *life is good*

800.884.3856 order                    22

# hand-painted ceramics

ceramic

## available march 2005


PPLT01 - *friends are angels*



PPLT02 - *live love laugh*


### decorative plates
microwave and dishwasher safe
size: 8" diam
**$6.50/item, mins of 3**

prepak
12 plates
**$78**
PPLTPAK



PPLT04 - *dreams come true*



PPLT05 - *life is good*


**NL000029**

### mugs
microwave and dishwasher safe
size: 4.5" tall, 13oz.
**$5/item, mins of 4**

prepak
16 mugs
**$80**
PMUGPAK



PMUG01 - *friends are angels*



PMUG02 - *live love laugh*



PMUG04 - *dreams come true*



PMUG05 - *life is good*


23   order 800.884.3856

# wooden

# desk accessories

**◀◀ detail**

Colorful hand-painted desk companions inspire brilliant ideas.



DESK01
*live love laugh*



DESK02 - *work like you don't need the money, dance like no one is watching, love like you have never been hurt*



### desk sets
set includes pencil holder, ruler and business card holder
comes in gift box
gift box size: 6.25" x 6.25" x 2.625"
**$9/set of 3, mins of 2**

**NL000031**

### memo boxes
each box includes memo paper
size: 3.5" x 3.5" x 3.5"
**$6/item, mins of 3**

### prepak
9 memo boxes
**$54**
MEMPAK




MEMB01 - *live love laugh*





MEMB02 - *floral*




MEMB03 - *life is good*

# wooden tiny boxes + keepsakes

These tiny, hand-painted wooden boxes are perfect for storing your favorite treasures.

**detail ▶▶**

## tiny boxes
hand-painted hinged box
size: 2 to 3" x 2 to 3" x 2 to 4"
**$5/item, mins of 4**

**prepak**
24 tiny boxes
**$120**
TBOXPAK


RNO111 - *you're the kind of friend everyone wished they had*


RNO112 - *you make the world more special just by being in it*


RNO113 - *there's an angel watching over you*


RNO114
*best friends always*


RNO115
*I love you*


RNO116 - *may all your dreams come true*

## shadowbox keepsakes
sitting keepsakes with fabric matte
*designed by robbin rawlings*
size: 5.5" square
**$4.75/item, mins of 4**

**prepak**
24 shadowbox keepsakes
**$114**
SBKPAK


SBK001
*life is good*


SBK002 - *things happen for a reason, just believe*


SBK003 - *the nicest place in the world is right beside a friend*


SBK004 - *a true friend is life's greatest gift*


SBK005 - *work like you don't need the money, dance like no one is watching, love like you've never been hurt*


SBK006 - *sisters share the best journey...life*


SBK007 - *from God's heart came a mother like you*


SBK008 - *friends are angels following you through life*

NL000034

# vintage

fabric

**◀◀ detail**   This hand-embroidered fabric collection features four charming vintage-styled products.

NL000039

   

CPRS001 - *faith hope love*   CPRS002 - *live love laugh*   CPRS003 - *friends forever*   CPRS004 - *life is good*

### coin purses
detail on back
size: 6.75" x 5"
**$5/item, mins of 4**

**prepak**
16 coin purses
**$80**
CPRSPAK




   

HMR001 - *faith hope love*   HMR002 - *live love laugh*   HMR003 - *friends forever*   HMR004 - *life is good*

### hand mirrors
padded back
size: 4.35" x 7.75"
**$6/item, mins of 2**

**prepak**
8 hand mirrors
**$48**
HMRPAK




   

PLW13 - *enjoy life*   PLW14 - *best friends always*   PLW15 - *home is where your mom is*   PLW16 - *friends like you are precious and few*

### pillows
detail on back
size: 7.75" x 7.75"
**$7.50/item, mins of 2**

**prepak**
8 pillows
**$60**
PLWPAK2




   

TOTE005 - *enjoy life*   TOTE006 *best friends always*   TOTE007 - *friends like you are precious and few*   TOTE008 - *life is good*

 

### bags
detail on back
size: 6.5" x 7"
**$7.50/item, mins of 2**

**prepak**
8 bags
**$60**
BAGPAK2



order **800.884.3856**



**fabric**

# felt key chains

◀◀ detail

Soft and sassy felt key chains keep your keys close at hand and easy to find among the ordinary.

### felt key chains
back feature: plastic
pouch for mini photo
size: 2" x 2"
**$2.50/item, mins of 4**



FKC001





FKC002





FKC003







FKC004





FKC005





FKC006





FKC007





FKC008





FKC009





### spinner
32 key chains
+ offset
size: 6" x 11.25"
**$90**
FKCP08



FKC010





FKC011





FKC012





**NL000047**

order 800.884.3856

# fabric

## felt magnets

NL000048

### magnets
embroidered felt front, full magnet back
size: 2.5" x 2.5"
**$2.50/item, mins of 4**

### spinner
96 magnets + offset
size: 12" x 6" x 6"
**$270**

M24F





### display
48 magnets + offset
size: 6.5" x 11.25" x 6.5"
**$140**

M12F



 MP11F

 MP12F

 MP13F

 MP14F

 MP15F

 MP16F

 MP17F

 MP18F

 MP19F

 MP20F

 MP21F

 MP22F

 MP23F

 MP24F

 MP25F

 MP26F

 MP27F

 MP28F

 MP29F

 MP30F

**fabric**

# canvas plaques

## sitting plaques
embroidered canvas glued on wood
size: 2.5" x 3.5"
$2.75/item, mins of 4


PLQ004


PLQ005


PLQ006


PLQ007


PLQ008

## hanging plaques
embroidered canvas glued on wood
size: 5" x 6.5"
$4/item, mins of 3


**prepak**
6 hanging, 20 sitting
**$79**
FABPLQPAK

NL000052


PLQ009


PLQ010

800.884.3856 order

44

fabric

# pillows + burlap frames


PLW01


PLW02


PLW04

### pillows
hand-stitched, embroidered
sentiment pillows
size: 7.75" x 7.75"
**$7.50/item, mins of 2**

### prepak
20 pillows
**$150**
PLWPAK


PLW05


PLW06




BPF01


BPF02


BPF03

### burlap frames
hand-embroidered burlap
stretched over wood
size: 8" x 8" frame
holds 4" x 4" photo
**$4/item, mins of 3**

### prepak
18 frames
**$72**
BPFPAK


BPF04


BPF05


BPF06

NL000053

# fabric
# wall frames

NL000054

wall frames
embellished hand-embroidered frame
size: 7.875" x 12.5" (includes hanger)
holds 4" x 6" photo
**$7.50/item, mins of 3**



prepak
18 frames
**$135**
FHFRPAK



FHFR01 - *live love laugh*





FHFR02 - *the girls!*





FHFR03 - *friends bring sunshine to the heart*





FHFR05 - *where there's love there's mom*





FHFR06 - *a moment to cherish*






FHFR07 - *life is good!*





NL000055