# lip balm, candle + mint tins

## lip balm tins

each decorative tin has its own tasty flavor
tin size: 1.5" diam
**$2.50/item, mins of 4**




LIPTN01 - *live love laugh*
(grape)


LIPTN02 - *friends forever*
(cherry)


LIPTN03 - *life is good*
(peach)


LIPTN04 - *faith hope love*
(vanilla)



## candle tins

each decorative tin has its own fresh scent
tin size: 1.5" x 1.5" x 2.5"
**$3.50/item, mins of 4**

**prepak**
16 candle tins
**$56**
CDLPAK





CDLTN01 - *life is good*
(lavender)


CDLTN02 - *friends forever*
(jasmine)


CDLTN03 - *live love laugh*
(lily)


CDLTN04 - *faith hope love*
(vanilla)



## mint tins

each decorative tin includes 100 mints
tin size: 2.25" x 1.5" x .75"
**$2.50/item, mins of 4**

**NL000056**




MINTN01 - *life is good*



MINTN02 - *live love laugh*



MINTN03 - *friends forever*



MINTN04 - *faith hope love*


# bandage tins + displays

tin



BNDTN01 - *life is good*


BNDTN02 - *friends forever*



BNDTN03 - *live love laugh*



BNDTN04 - *faith hope love*

**bandage tins**
each decorative tin includes 20 coordinating bandages
tin size: 2.5" x 1.125 x 3.75"
**$3.50/item, mins of 4**

**prepak**
16 bandage tins
**$56**
BNDPAK




display
32 mint tins
size: 5" x 6.5" x 3.25"
**$80**
MINTN00



tin collection display
64 items - includes lip, candle, and bandage tins
size: 8.625" x 8.25" x 9.875"
**$192**
TINPAK



display
32 lip balm tins
size: 6.25" x 3.25" x 3"
**$80**
LIPTN00

NL000057

49   order 800.884.3856

# phodography magnets

## PHO**DOG**RAPHY

magnet series
designed by jensen hande
magnet and easel on back
size: 2.5" x 2.5"
**$2.50/item, mins of 4**



display
24 magnets + offset
size: 6.5" x 11.5" x 6.5"
**$140**
MP12DOG

NL000061


MJ001 - *dog friends make the best friends*


MJ002 *have faith*


MJ003 - *life's a beach*


MJ004 - *be happy*


MJ005 - *happiness is... the simple things in life*


MJ006 *life is good*


MJ007 - *a true friend knows all about you and loves you anyway*


MJ008 - *dogs are angels following you through life*


MJ009 - *home is where your dog is*


MJ010 - *wherever you go, go with all your heart*


MJ011 *dogs are the best therapy*


MJ012 *love me love my dog*


MJ013 *find your passion*


MJ014 *it's a ruff life*

53    order **800.884.3856**

# hooks

**NL000064**

hooks
decoupaged print on wood
attached to metal hook
size: 4" x 4" (3" hook)
**$5/item, mins of 2**




AH4B


AL007


AL022


AL024


AL028


AL029


prepak
20 hooks
$100
HOOKPAK


AL033


AR25


AR42


AR51


AR58


AR66


AR67


AR68


AR69


AR70


AR76


AR91


AR126


AR134


AR142


AR146

# wire posters

**NL000065**

**wire posters**
size: 9.5" x 9.5"
$7.50/item, mins of 2


WPH4B


WPL001


WPL007


WPL012



**prepak**
20 wire posters
$150
WPPAK


WPL028


WPL029


WPL033


WPR33




WPR35


WPR42




WPR50

WPR51


WPR58


WPR126


WPR127


WPR129


WPR139


WPR141


WPR142


WPR145

# how to order

NL000067


key chain

## printed images product format

key chains, charm scrolls, magnets and keepsakes


key chain

1. Choose the product format from this page.
2. Choose the artwork or best seller prepak from the following pages.
3. Review the following pages for display options and product codes.

key chain: $1.50/item, mins of 4

charm scroll: $3.50/item, mins of 4

magnets (all): $2.50/item, mins of 4

keepsakes: $5/item (includes easel), mins of 2


charm scroll


charm scroll


brass magnet*


raffia magnet - selected artwork only


chrome magnet*


raffia magnet


brass keepsake – easel included


chrome keepsake – easel included

\* pop-out easel on back of corner magnets

800.864.6856

# printed images

NL000073






| L024 | R128 | L017 | L026 |
|---|---|---|---|
| ML024B Brs Mgnt   CL024 Chm Scrl | MR128B Brs Mgnt   MR128R Raf Mgnt | ML017B Brs Mgnt   CL017 Chm Scrl | ML026B Brs Mgnt   CL026 Chm Scrl |
| KL024 Key Chn   L024B Brs Kpsk | CR128 Chm Scrl   KR128 Key Chn | KL017 Key Chn   L017B Brs Kpsk | KL026 Key Chn   L026B Brs Kpsk |
|  | R128B Brs Kpsk |  |  |






| L030 | R109 | R141 | L031 |
|---|---|---|---|
| ML030B Brs Mgnt   CL030 Chm Scrl | MR109B Brs Mgnt   MR109R Raf Mgnt | MR141B Brs Mgnt   MR141R Raf Mgnt | ML031B Brs Mgnt   CL031 Chm Scrl |
| KL030 Key Chn   L030B Brs Kpsk | CR109 Chm Scrl   KR109 Key Chn | CR141 Chm Scrl   KR141 Key Chn | KL031 Key Chn   L031B Brs Kpsk |
|  | R109B Brs Kpsk | R141B Brs Kpsk |  |






*simplify your life*   *life is good*   *think big*   *find your passion*

| H3 | H4B | H6 | H12 |
|---|---|---|---|
| MH3C Chr Mgnt   MH3R Raf Mgnt | MH4BC Chr Mgnt   MH4BR Raf Mgnt | MH6C Chr Mgnt   MH6R Raf Mgnt | MH12C Chr Mgnt   MH12R Raf Mgnt |
| CH3 Chm Scrl   KH3 Key Chn | CH4B Chm Scrl   KH4B Key Chn | CH6 Chm Scrl   KH6 Key Chn | CH12 Chm Scrl   KH12 Key Chn |
| H3C Chr Kpsk | H4BC Chr Kpsk | H6C Chr Kpsk | H12C Chr Kpsk |






*life is about dreams... teaching is about making them come true*

| S8 | S12 | S21 | S29 |
|---|---|---|---|
| MS8C Chr Mgnt   MS8R Raf Mgnt | MS12C Chr Mgnt   MS12R Raf Mgnt | MS21C Chr Mgnt   MS21R Raf Mgnt | MS29C Chr Mgnt   MS29R Raf Mgnt |
| CS8 Chm Scrl   KS8 Key Chn | CS12 Chm Scrl   KS12 Key Chn | CS21 Chm Scrl   KS21 Key Chn | CS29 Chm Scrl   KS29 Key Chn |
| S8C Chr Kpsk | S12C Chr Kpsk | S21C Chr Kpsk | S29C Chr Kpsk |

NL000076

# locate your area representative



give. love. laugh.

1351 13th Avenue S., Suite 100
Jacksonville Beach, FL 32250
800.884.3856 ~ info@naturallife.net
fax: 904.241.4006



merchandised example

includes:
1 wood base unit
8 adjustable shelves & brackets
1 cross bar
4 hooks
1 natural life sign
free freight for display

additional pieces sold open stock:
shelves with brackets - $12
cross bar - $12
hooks (packet of 10) - $10

**floor display**

We are proud to offer the ideal free standing floor display that will beautifully merchandise any Natural Life product. The unit is two sided and features adjustable shelves and cross bars.



side view

display
size: 22" wide x
28" deep x 62" high
$200
DISPLAY-FW01

## southeast
**AL, FL, GA, MS, KY, NC, SC, TN**
Darrah & Co.
Atlanta Gift Mart #1812
800.741.6614

## mid-atlantic
**DE, MD, OH, PA, VA, WV**
Drummers/Ivystone Group:
Columbus Ohio Market Place #107
614.777.7175
Philadelphia Gift Show, Booth #585
610.524.6400
Showroom, 301 Commerce Dr.,
Exton, PA
610.524.6400

**Eastern NY, NJ**
Eastern Sales & Associates
New York Gift Show - Javits #1272
800.347.4819

**Upstate New York**
Kimpel & Co.
315.683.5253

## new england
**CT, MA, ME, NH, RI, VT**
Ron Gilefsky
Northeast Market Center #432
Boston Gift Show #1313-25
800.225.9456

## midwest
**KS, MO, IA, NE**
Dick Krysan & Associates
Kansas City Gift Mart #306
913.338.2735

**IL, IN, MI, WI**
DNA
Chicago Merchandise Mart #12-664
800.879.8588

**MN, ND, SD**
Sales Team
Minneapolis Gift Mart #254
800.541.3879

## southwest
**AR, LA, OK, TX**
Howard Gardiner Inc.
Dallas Trade Mart #1743
800.527.5807

**CO, NM, UT, WY**
Montage
Denver Merchandise Mart #2270
303.221.0060

## west
**Southern CA, Southern NV**
Sales Producers Inc.
L.A. Mart #451
www.salesproducersinc.com
213.747.8133

**HI, Guam**
Paradise Marketing, Inc.
808.680.9208

## northwest
**ID, OR, WA**
Friis and Company
Seattle Gift Center #438
206.764.1290

**Northern CA**
Lori Minden & Assoc.
San Francisco, Moscone #2740-48
650.342.3308