AO 88 (Rev 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## FOR THE SOUTERN DISTRICT OF NEW YORK

Life is Good, Inc.,

v.

LG Electronics, U.S.A., Inc., et al.

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER:** 04-11290 REK (USDC for the District of Massachusetts)

TO:  Forbes Inc.
New York Corporation
60 5th Ave.
New York, NY 10011

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
|  | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Schedule A

| PLACE  Timothy A. Lemper, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>901 New York Ave., N.W.<br>Washington, DC 20001 | DATE AND TIME<br>October 31, 2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Timothy A. Lemper, Esq., Attorney for Defendants | DATE<br>October 24, 2005 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Timothy A. Lemper, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>901 New York Ave., N.W.<br>Washington, DC 20001<br>202-408-4000 | |

**Exhibit 7 to Lemper Declaration**

(See Rule 45 of Federal Rules of Civil Procedure Parts C & D on Reverse)

10/94

AO 88 (Rev 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on _____
              DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

10/94

## SCHEDULE A

*Definitions and Instructions*:

1. References to "You" and "Your" specifically relate to Forbes Inc., and any related business entity, employees, agents, and representatives.

2. The term "document" or "documents" has the same meaning as set forth in Rule 34(a) of the Federal Rules of Civil Procedure, including but not limited to: drafts, handwritten notes, memoranda, reports, customer surveys, electronic mail messages, web pages, and other digital documents, whether or not previously printed.

*Documents Requested*:

1. All non-privileged documents and things in Your possession, custody, or control that contain, evidence, or refer or relate to the use of any phrase comprised of or containing "Life Is Good" or "Life's Good" (including the phrase "Good Life," "The Good Life," or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good") on or in connection with the marketing, advertising, promotion, offer for sale, or sale of any product or service (including but not limited to products, product samples, advertisements, promotions, promotional items, business plans, or other marketing materials), including but not limited to the advertisements referenced in Exhibit 1.

2. All non-privileged documents and things in Your possession, custody, or control that refer or relate to any trademark application or registration for any mark comprised of or containing "Life Is Good" or "Life's Good" (or the phrase "Good Life," "The Good Life," or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good"), including but not limited to the applications and registrations referenced in Exhibit 1.

3. Representative documents and things sufficient to identify the details of Your sale or distribution of products and/or services bearing the phrase "Life Is Good" or "Life's Good" (or the phrase "Good Life," "The Good Life," or a similar phrase containing the words "life" and

"good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good"), including but not limited to the number of units ordered, sold, or distributed, the geographic area of sale or distribution, the dollar amount of all sales, the price of the goods/services, etc.

4. Representative documents and things sufficient to identify the details of all advertisements and promotions created and/or disseminated by You that contain the phrase "Life Is Good" or "Life's Good" (or the phrase "Good Life," "The Good Life," or a similar phrase containing the words "life" and "good," or a variation of either word, e.g. "Life is Great," "Living Good," "Live Good"), including but not limited to documents sufficient to identify each different advertisement or promotion, the date and place of each advertisement or promotion (i.e. the name of the publication or event), the method of distribution (e.g. television, radio, magazines, trade shows), the geographic scope of each advertisement or promotion, and the total dollar amount of advertising and promotional expenses.

677314-1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Oct 22 04:12:42 EDT 2005*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: ☐ OR Jump to record: ☐ **Record 9 out of 22**

TARR Status | ASSIGN Status | TDR Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE GOOD LIFE |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: magazines and newsletters dealing with upscale general interest topics in the fields of travel, finance, fashion, entertainment, lifestyles and consumer products. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75262680 |
| **Filing Date** | March 24, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 23, 1997 |
| **Supplemental Register Date** | October 1, 1997 |
| **Registration Number** | 2144602 |
| **Registration Date** | March 17, 1998 |
| **Owner** | (REGISTRANT) Forbes Inc. CORPORATION NEW YORK 60 Fifth Avenue New York NEW YORK 10011 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ROBERT J SCHOENBERG |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |




**Forbes.com** — Innovative Solutions to Complex Problems — IBM Innovation Series

Forbes.com | U.S. | EUROPE | ASIA
Jump | Free Trial Issue — Select Section
Search • Quote
The Best in Luxury Real Estate, Vehicles, Travel, and More
HOME PAGE FOR THE WORLD'S BUSINESS LEADERS

HOME | BUSINESS | TECHNOLOGY | MARKETS | WORK | LISTS | PERSONAL FINANCE | LIFESTYLE | MEMBERS

Home > Lifestyle > Collecting

E-mail | Print | Comments | License Reprints | E-Mail Newsletters | RSS

The Good Life
# Database Ace
Victoria Murphy



**Business Objects** is in one of technology's sweet spots, selling software that manages and analyzes data from disparate areas in a company's network. After spending millions of dollars to gather information, many businesses are struggling to make sense of it all. The firm, which is based in a suburb outside of Paris, was co-founded in 1990 by Bernard Liautaud. He remains chairman and chief executive.

Liautaud learned engineering at the Ecole Centrale in Paris. He honed his business skills at Stanford University, where he received his master of science degree in engineering management. Following that, he spent several years as a marketing manager at **Oracle** (nasdaq: ORCL - news - people ). While there, he saw opportunity in database sales. People without technical degrees wanted to tap digital data, and software could act as a translator. That thinking has made Liautaud wealthy. His stake in Business Objects (nasdaq: BOBJ - news - people ), now 2.4%, is worth $59.2 million.

The company is growing impressively and buying up rivals. In December 2003, Business Objects acquired **Crystal Decisions** for $1.2 billion. The deal helped boost sales to $926 million in 2004. Nevertheless, there are rumors that Business Objects is an acquisition target, notably from Liautaud's former employer,

**E-Mail Alerts**

Get new stories by e-mail as they are published **FREE**
Sponsored By VONAGE — Feature-filled calling plans for just $14.95/mo.

**Companies**
☐ Goldman Sachs
☐ Oracle
☐ BOBJ

**Topics**
☐ Lifestyle
☐ Good Life
☐ CEOs

Enter E-Mail Address:
[Sign Me Up!]
FAQ  Privacy Policy

**E-MAIL NEWSLETTERS**

**DESKTOP ALERTS**

Make Forbes.com My Home Page
Bookmark This Page
Free Trial Issue



"The Dell XPS Gen 5 should absolutely be at the top of your list."
PC Magazine, April 11, 2005

**Also In Lifestyle**
What It Costs To Live Well In The U.S.
Most Overpriced Places In The U.S. 2005
World's Best Hotel Bars 2005
Ten Cars With The Best Residual Values
Most Luxurious Spas In U.S.

**Most Popular Videos**
Better Sex Diet



# Forbes.com

## The Good Life

# Database Ace

Business Objects is in one of technology's sweet spots, selling software that manages and analyzes data from disparate areas in a company's network. After spending millions of dollars to gather information, many businesses are struggling to make sense of it all. The firm, which is based in a suburb outside of Paris, was co-founded in 1990 by Bernard Liautaud. He remains chairman and chief executive.

Liautaud learned engineering at the Ecole Centrale in Paris. He honed his business skills at Stanford University, where he received his master of science degree in engineering management. Following that, he spent several years as a marketing manager at Oracle (nasdaq: ORCL - news - people ). While there, he saw opportunity in database sales. People without technical degrees wanted to tap digital data, and software could act as a translator. That thinking has made Liautaud wealthy. His stake in Business Objects (nasdaq: BOBJ - news - people ), now 2.4%, is worth $59.2 million.

The company is growing impressively and buying up rivals. In December 2003, Business Objects acquired Crystal Decisions for $1.2 billion. The deal helped boost sales to $926 million in 2004. Nevertheless, there are rumors that Business Objects is an acquisition target, notably from Liautaud's former employer, Oracle.

Forbes.com recently chatted with Liautaud about finding fulfillment, proving skeptics wrong and marrying an American.

**Forbes: What five words would you use to describe yourself?**

Liautaud: Competitive, balanced, sincere, passionate and perseverant. I see a lot of CEOs who have no balance. So they see their personal lives collapse. They get divorced. I am still married. I have built a big family. I am relatively fit. I remain sane. I want to win, and I enjoy playing, whether it be a sport or business. The thing that excites me is the competition. I am very intense about creating something different.

**What was the first job you had after college?**

I finished Stanford at age 23 and went on to complete my French military service. I was deputy Scientific Attaché for Innovation at the French Embassy. I thought that sounded cool. Basically, I was writing papers for the French government. I wrote about venture capital, biotechnology. And I was helping small, innovative French companies sell in the U.S. Also, if a minister came to the U.S., I was the bag carrier.

It wasn't a real job. I knew I wasn't going to build my career there. It was not very fast moving. Embassies are full of bureaucracy. But I got to understand the difficulties French companies have when they try to sell into the U.S. market.

**What do you consider your greatest personal accomplishment?**

Is keeping balance in life. Thanks to the support of my wife, we've been able to build a great family. We have five children. And I still have very loyal friends from years before starting the company. I try to be at home on weekends. That sounds simple, but it is tough. Business Objects is a very international, decentralized company. I have offices in London, Paris and California. My free time is with my family. I don't go play golf on the weekends.

**What do you consider your greatest professional accomplishment?**

Starting Business Objects in France and turning it into a billion dollar, international organization. We had a lot of skeptics. People told me I was too young, and I am French.

When we took the company public in New York, I really felt we had done something. I remember the day of the opening on the trading floor of Goldman Sachs (nyse: GS - news - people ). We were priced at $17.50. The first trade took a while; pressure mounted. Then, 45 minutes later the stock sold at $27.50. It was a big symbol. We had made it from a small, French private company into a publicly recognized entity.

**What was the defining moment of your personal life?**



Home > Magazines > Best of the Web > BOW Directory > The Good Life





Forbes Favorites
Past Issues
Contact the Editors

Click Here for Best of The Web's NEW Weekly E-Letter

## The Good Life

### Adoption
Over the last few years, Internet adoption sites have proliferated, offering advice, support, and yes, photos of children waiting to be adopted. We...

### Angling
Before you cast your next line, hook onto these sites for how-to information, fish intelligence and online gear shopping--even where to get that...

### Baseball
Legendary St. Louis slugger Rogers Hornsby once said "People ask me what I do in winter when there's no baseball. I'll tell you what I do. I stare...

### Basketball
Basketball, even more than other sports, feeds off of highlights, stats and the fantasy team trend, making it arguably the most-wired sport around....

### Book Clubs
According to a recent Harris poll, reading is the number one leisure activity cited by Americans, more than watching television, engaging in sports...

### Cell Phone Gaming
Ever wonder why the person next to you on the train is thumbing his cell phone intensely? He's a cell phone gamer. Read on if you want to join the...

### Charitable Giving
The holiday season puts people in a very generous mood. Half of all charitable donations are made between Thanksgiving and Christmas. Increasingly,...



Folio: The Magazine for Magazine Management: Da! To the Good Life                                Page 1 of 2

**LookSmart** **ARTICLES**

Articles > Folio: The Magazine for Magazine Management > Sept 1, 2004 > Article > Print friendly

## Da! To the Good Life

Liz Borod

Byline: Liz Borod

More and more Russians are enjoying the good life. They're shopping, partying and traveling. And Western magazines are arriving on the scene to tell them how to do it. Glamour will launch a Russian edition on September 1, and Time Out St. Petersburg will launch in October. Forbes and the Robb Report both launched Russian editions in April. "The hot period has cooled down, but it's still warm," says John Cabell, CEO of Cue Ball, an international media consulting firm. (Disclosure: Primedia, Folio:'s parent company, is also a client.) Unlike other emerging markets, he adds, "you can actually make a decent amount of money in Russia."

After the U.S. and the U.K., Russia is the third most profitable country for Hearst publications, says George Green, president and CEO of Hearst Magazines International. Through a joint venture with Russian partner Independent Media, Hearst has Russian editions of Cosmo, Bazaar, Good Housekeeping and Popular Mechanics. The Russian Cosmo, which celebrated its 10th anniversary in May, has the largest paid circulation (610,000) of any women's monthly in all of Europe. In 1997, Hearst put out an 850-page issue (600 ad pages!) in honor of Moscow's 850th birthday. The company also runs two monthly stand-alone spin-offs: Cosmo Beauty and Cosmo Magic.

Like most Europeans, Russians rarely subscribe to magazines, but they stock up at the newsstand. The population of 143.7 million is highly literate and likes to read. As of 2002, there were 30,000 titles officially registered (12,726 consumer), according to the International Federation of the Periodical Press. Magazines experienced strong growth in advertising from 2001 to 2002 - a whopping 39 percent. And that's without pharmaceuticals, a staple for Western publishers. Drug companies are legally prohibited from advertising over-the-counter and prescription drugs in magazines.

"The Russian economy is better than ever," Green says. For the past five years, it has grown an average of 6.5 percent a year, according to the CIA World Factbook. And Russians are quick to spend. "There's no culture in Russia of saving or investing for the future," says Cabell, who also brokered the deal to launch Travel + Leisure Russia in December 2003. "So, as soon as Russians have money, they spend it." Advertisers want to reach those free-spending readers, who now tune in to Sex and the City, where they see commercials for the new Russian Glamour. Conde Nast plans to spend $5 million to promote Glamour. According to Conde Nast International chairman, Jonathan Newhouse, that's "the most money ever spent in the history of the country" on a new launch. Glamour was preceded in Russia by sister mags Vogue and GQ, which are produced by wholly owned Conde Nast entities.

Breaking into this market is not for the faint of heart. International Data Group (IDG), which launched a Russian edition of PC World in 1988 and has since added three titles, switched from a 50-50 joint venture with local partner Open System Publishing to a licensing agreement. IDG didn't want to hold equity there, says David Hill, president and CEO of International Publishing Services. "Publishing in Russia is a bit like the Wild West."

There is disturbing truth to that hyperbole. In a country where the new business elite includes gang members and known criminals, it's easy to run into trouble. On July 9, the editor of Forbes Russia, Paul Klebnikov, was gunned down because of a feature that ran in the May issue listing 100 of the wealthiest Russians. It may have brought unwelcome attention in a climate where people prefer to keep their finances secret, according to the Committee to Protect Journalists, a nonprofit based in New York City.

Save Money and Budgeting Forums - The Cost Of The Good Life                               Page 1 of 2




Home | Finance Articles | Discussion Area | Calculators | Newsletters | XML | Search

**CardRatings.com** — Apply online for the best rated credit cards!
Low Intro | Reward | Business | Student | Bad Credit | Start

Thursday Aug 11, 2005     U.S. Personal Revolving Credit Debt: $750,170,762,131.76

Save Money and Budgeting Forums > Budgeting Resources > Financial News
**The Cost Of The Good Life**

Login / Register | Members List | Store | Journal | Search
RSS | add to Yahoo

Post Reply

Thread Tools | Search this Thread

06-25-2005, 03:21 PM                                                                          #1



**jeffrey**
Administrator

Join Date: Apr 2004
Posts: 2,100 | Points: 54021.00 (Donate)
Journal Entries:

### The Cost Of The Good Life

What does it cost to live the good life? In an article reprinted from Forbes, msn.com tried to put a dollar figure to the question:

*We are not talking about great riches. There are millions of Americans who work hard to be able to afford the best for their families -- and themselves -- but who don't entertain notions of owning private jets, sprawling country estates or closets full of the latest fashions. Their goals are more grounded: a good education for their children, a nice house, a weekend place, the occasional trip, a night out once a week and a little money in the bank...*

**Mark Hansen Millionaire**
Chicken Soup for the Soul Author is looking for 100 people to make rich

**Tightwad Gazette**
Tightwad Gazette for sale. aff Check out the deals now!

**Free $250 Grocery Gift**
Enter your zip code to see if you qualify for $250 in Groceries

**Learn to earn 250K-500K**
A simple proven system, training provided, no selling or telling.

Ads by Gooooooogle

The results were it varied dramatically depending on where you lived, but the numbers were high across the board: $215,000 to $500,000 a year. While these numbers may seem high, the piece noted:

*Of course, these numbers are estimates: You certainly can live for less -- or for far more. Take a two-week rental instead of buying a summer home, send your children to public schools or dine at home every night, and you will need to earn less money. On the other hand, if you would rather ski in Val d'Isere than Colorado, insist that your beach house include an actual piece of beach, or splurge on a super-expensive car, you will need to pull in far more to afford such extravagance.*

One rather scary part of the article is that with this "good life" income, the fictional family only saves 1% of their income. The article noted that in this department they were being generous since the Department of Commerce says families now save less that 1% of their income.

Last edited by jeffrey : 07-19-2005 at 06:52 PM.





Case 1:04-cv-11290-WGY    Document 29-11    Filed 03/31/2006    Page 12 of 20

## Business News





**The Good Life: Database Ace**

Bernard Liautaud learned engineering at the Ecole Centrale in Paris, honed his business skills at Stanford University, and spent several years as a marketing manager at Oracle. There he realized that people without technical degrees wanted to tap digital data, and software could act as a translator.

Read Forbes.com Q&A with Business Objects CEO Bernard Liautaud

### Third Quarter 2005

**TheStreet.com**
Signs of Intelligent Software Life
August 2005

**TheStreet.com**
Business Objects Booms
July 2005

**Reuters**
Business Objects profit doubles, shares rise
July 2005

**AP**
Business Objects 2Q Profit Up to $23.1M
July 2005

**MarketWatch.com**
Business Objects quarterly profit more than doubles
July 2005

**Forbes**
The Good Life: Database Ace
June 2005

**Ottawa Sun**
Biz-Software War Escalates
May 2005

**CNBC Europe**
Business Objects Video Profile: International Business Network
April 2005

### Second Quarter 2005

**Ottawa Sun**
Biz-Software War Escalates
May 2005

tradition an dhow people celebrate birthdays".

➡ **Saner Ways to Plan a Kid's Birthday Bash, Newsday, New York, January 3, 2001**

"Kids Parties Connections (www.kidsparties.com) also contains a lot of fun information, such as the history behind birthday parties, cakes, candles and crowns, as well as a roundup of birthday traditions around the world. (In Ireland they apparently hold the birthday child upside down and "bump" him on the floor, once for each year and once for "good luck.") If you're forgetful, they will e- mail you birthday reminders...What I found most useful about the site is its listing of local party entertainers and sites, many of whom can be contacted by e- mail."

➡ **Planning a Party OnLine, the Best Party Lines on the Web, Goodhousekeeping.com (November 2000)**

Caroline Sorgen notes kidsparties.com as one of the three best kids parties sites on the web... "track down a local clown or Houdini with this list of entertainers in 31 states".

➡ **WPVI TV Channel Six, Philadelphia, Action News (November 4, 2000)**

Sallyann Mosey reporting on web party-planning: "The Internet has made party planning a lot easier...SallyAnn Mosey points you to Web sites that can help you throw a holiday hoopla or an unforgettable birthday party for your child. Ask any mom or dad, pulling off a party like this takes time -- a lot of time, but the internet can keep you from becoming a party pooper. Sites that can help...kidsparties.com"

➡ **WNBC TV Channel Four, New York City, Newschannel 4 Live at Five (October 31, 2000)**

Roseanne Colletti reporting: "You can throw a holiday hoopla or even an unforgettable birthday bash for your child without running around in circles. Just click on line where party planning just became easier......if you need to find a local entertainer, kidsparties.com lists clowns and magicians in thirty-one states.

➡ **Newschannel 9, Chattanooga, Tennessee (November 26, 2000)**

Calvin Sneed reporting on the "best websites for planning a party: "Ask any mom or dad about pulling of the perfect birthday party bash and they'll tell you it wasn't easy...Here's a listing of a few websites that can help you plan a great party....www.kidsparties.com".

➡ **Forbes, Best of the Web, The Good Life (September 11, 2000)**

Kids Parties Connection is featured and reviewed in the Good Life, Party Planning section.

"The best things in life may be free, but preparing for them is a lot easier if you can afford a fast connection to the web. Whether you're planning a holiday gala, teaching your kids the proper batting stance or finding the perfect spa, hit the web first."

Kids Parties Connection - As its name makes clear, this crisp, clean site is all about children's parties. In addition to locating a kids party place or entertainment by state, the site guides you to children's gifts by age and gender.... it boast some unusual bells and whistles, such a list of famous person's birthdays that coincide with your child..."

➡ **Kids Parties Connection is selected as an "Ask Jeeves Silver Platter Site" (July 1999)**

Ask Jeeves is the Internet's premier question answering service. Each day Jeeves answers millions of questions...The Ask Jeeves team is continually researching websites to find answers to the most frequently aksed questions. Only thos sites that meet stringent criteria are selected to be in the Jeeves Knowledgebase. Theses sites are known as the "Ask Jeeves Silver Platter Sites".

# Forbes

PHONE: 212·620·2437    FAX: 212·620·1890    mcartolano@forbes.com

MARIAROSA CARTOLANO
ASSISTANT GENERAL COUNSEL

October 28, 2005

**VIA FEDERAL EXPRESS**

Timothy A. Lemper, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, DC 20001

Re:    Subpoena Served Upon Forbes Inc.

Dear Mr. Lemper:

In response to your subpoena which was served upon Forbes Inc. on October 25, 2005, enclosed please find the following:

1.  Copies of Forbes FYI Magazine showing use of our registered trademark, "The Good Life" on the front cover. Also enclosed are screen shots from Forbes.com showing use of "The Good Life" in its lifestyle section.

2.  Copies of our trademark application and registration certificates for "The Good Life."

3.  In response to your request regarding details of our sale or distribution of our product bearing "The Good Life," which product is Forbes FYI Magazine, Forbes FYI is a supplement which is polybagged with Forbes Magazine and sent six times a year to all subscribers. No separate payment is required for Forbes FYI. The distribution of Forbes Magazine and, hence, Forbes FYI, in the U.S. and abroad is shown on the attached list.

4.  The only advertisement currently utilizing the trademark "The Good Life" is shown on the tabbed pages of the copies of Forbes FYI that are enclosed. This appears in each issue of Forbes FYI Magazine.

Very truly yours,

*[signature]*

MARIAROSA CARTOLANO

MRC/etg
Enclosure

FI000001

FORBES BUILDING    60 FIFTH AVENUE    NEW YORK, NY 10011



## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Bruce Lehman

Commissioner of Patents and Trademarks

FI000002

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,144,602

United States Patent and Trademark Office     Registered Mar. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## THE GOOD LIFE

FORBES INC. (NEW YORK CORPORATION)
60 FIFTH AVENUE
NEW YORK, NY 10011

FOR: MAGAZINES AND NEWSLETTERS DEALING WITH UPSCALE GENERAL INTEREST TOPICS IN THE FIELDS OF TRAVEL, FINANCE, FASHION, ENTERTAINMENT, LIFESTYLES AND CONSUMER PRODUCTS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-1-1996; IN COMMERCE 11-1-1996.

SER. NO. 75-262,680, FILED S.R. 3-24-1997 AM. P.R. 10-1-1997.

ELISSA GARBER KON, EXAMINING ATTORNEY


UNITED STATES
PATENT AND
TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 2144602     SERIAL NO: 75/262680     MAILING DATE: 07/24/2003
REGISTRATION DATE: 03/17/1998
MARK: THE GOOD LIFE
REGISTRATION OWNER: Forbes Inc.

CORRESPONDENCE ADDRESS:
ROBERT J SCHOENBERG
RIKER DANZIG SCHERER HYLAND & PERRETTI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ  07962-1981

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

****************************************************

## NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
016.


ROBERSON, FAITH
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION


ORIGINAL


FI000005

TMLT4A (3/2003)

| | |
|---|---|
| TRADEMARK APPLICATION SUPPLEMENTAL REGISTER, WITH DECLARATION | MARK: The Good Life |
| | CLASS NO. 16 |

### TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

**APPLICANT NAME:** Forbes Inc.

**APPLICANT BUSINESS ADDRESS:** 60 Fifth Avenue
New York, NY 10011

**APPLICANT ENTITY TYPE:**

X  Corporation -- State of Incorporation: **New York**

**GOODS AND/OR SERVICES:**
Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Supplemental Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for the following goods:

**Publications, namely magazines and newsletters of general interest**

**BASIS FOR APPLICATION**

☐ • Applicant currently is using the mark in commerce on or in connection with the above identified goods. (15 U.S.C. 1051(a), as amended). Three specimens showing the mark as used in commerce are submitted with this application.

• Date first used on the goods: **November 1, 1996**

• Date first used on goods in Interstate Commerce: **November 1, 1996**

• Type of commerce: **Interstate**

• Manner or mode of use of mark on or in connection with the goods:

**Applied to the publication**

### DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Dated: March 19, 1997        Signature: _____

Terrence O'Connor
Vice President & General Counsel
(212) 620-2405

FI000009

Drawing Page--   "The Good Life"

Applicant's Name:        Forbes Inc.

Applicant's Address:     60 Fifth Avenue
                         New York, New York   10011

Date First Used
on the Goods:            November 1, 1996

Date First Used
on the Goods in          November 1, 1996
Interstate Commerce:


THE GOOD LIFE

FI000010

## SUBSCRIPTIONS

U.S. Subscriptions:              915,531

International Subscriptions:      16,190

FI000483