

Forbes
the good life®
fyi
SUMMER SEERSUCKER
DAD AND DAUGHTER DO A DUDE RANCH
TAKI BUILDS HIS DREAM BOAT
BILL CLINTON'S RULES FOR GOLF
A NEW KIND OF SKYDIVING
NEW DVDs, CDs, VIDEO GAMES
SWELL ON WHEELS!

FI000014



APRIL 2005
Forbes
the good life
fyi
ABOARD SOUTH AFRICA'S BLUE TRAIN TO CAPE TOWN
IN PRAISE OF PRIVATE JETS
MEXICO'S HOT REAL ESTATE MARKET
NEW LUGGAGE
SEA CLOUD II
GOING PLACES

FI000015



Forbes fyi
the good life

# Advertiser Directory

**To receive free information from Forbes FYI advertisers, fill out the postage-paid card, circle the advertiser's number(s) in which you're interested, and drop it in the mail or fax it to:** *1-630-739-9700*

### Apparel

*Paul Stuart*
Paul Stuart embodies elegance, sophistication, and style, offering exclusive men's and women's suiting, sportswear, and accessories collections.
Call 800-678-8278 or visit paulstuart.com

### Automotive

*Aston Martin North America*
Aston Martin is the world's most exclusive sports car company. Since 1914 it has created motoring legends culminating in today's DB7 Vantage and V12 Vanquish.
Call 866-NA-Aston or visit www.astonmartin.com

*Bentley Motors*
Excellent ride comfort and refinement are combined with superlative handling and road-holding.
www.bentleymotors.com

*Cadillac STS*
Cadillac V-Series - Get Empowered
www.cadillacunder5.com

*Chrysler Crossfire*
Can inspiration combine beauty and intimidation? Absolutely.
www.chrysler.com/crossfire

*GMC Truck: Yukon*
GMC: We Are Professional Grade.
www.gmc.com

### Catalog Connection

*1. Ferno Performance Pools*
Ferno Performance Pools offers over 250 custom and fiberglass pools and swim spas, underwater treadmill systems, aquatic bikes and other pool accessories.
Call 888-206-7802 or visit our web site www.fernoperformancepools.com

*2. PowerBlock*
A rack of dumbbells in the space of 1 pair! Made in USA. 10 Year Warrenty. 8 models available, starting at $119.
Call 800-446-5215 or visit www.powerblock.com

*3. Sierra Trading Post*
Sierra Traditions for Men offers savings of 35-70%. Look sharp at work, play hard, and indulge in the finer things in life.
Call for Free Catalog 800-713-4535 or visit www.sierratradingpost.com

*4. The New York First Company*
Introducing a collection of office furniture, once made only for the White House. Includes: Kennedy Rocker, Library Bookcases, President's Desk, Oval Office Chair.
Call 800-581-7599 or visit our web site www.newyorkfirst.com

*5. Vixen Hill*
Create an outdoor office with Vixen Hill Gazabos and Garden Houses. For a complete brochure, contact Vixen Hill Gazebos.
Call 800-423-2766 or visit www.vixenhill.com

### Hawaiian Vacations

*Aston ResortQuest*
www.astonhotels.com

*Halekulani*
www.halekulani.com

*Hawaiian Airlines*
www.hawaiianair.com

*Mauna Kea Resort*
www.maunakearesort.com

### Hotel

*Sheraton Grand Tai Ping Yang Hotel Shanghai*
Sheraton Grand Tai Ping Yang Hotel Shanghai, an international 5-star hotel located in the city center. The hotel offers 496 elegant guestrooms including suites, with 9 restaurant & lounge/bar. It also boasts a Grand Ballroom and 13 meetings rooms with total space area of 1,452sqm.
Call 800-810-3788 or visit www.sheratongrand-shanghai.com

### Jewelry/Watches

*Chopard*
For 141 years, Chopard has created exceptional timepieces and haute jewelry in the world's most precious materials.
Enter the "World of Chopard" at www.chopard.com or (800) CHOPARD

### Restaurants

*Roy's*
Roy's features Hawaiian Fusion Cuisine - the freshest local ingredients, European sauces, bold Asian spices, with a focus on Fresh Seafood.
www.roysrestaurant.com

### Retail

*General Cigar*
Macanudo and Partagas Cigars
www.cigarworld.com

*Ravazzolo*
Visit www.ravazzolo.com or call our agent for the U.S.: Luciano Moresco & Co., Ltd.
1-212-397-4300

### Realty

*Il Villaggio Realty, Inc.*
Exceptional 3/3, 1,746 sq ft South Beach Designer Penthouse in the Setai with breathtaking ocean & city views from 2 open terraces, $15,000/month.
Call 305-673-4808 or visit www.ivrealty.com

### Travel

*Crystal Cruises*
Discover for yourself why Crystal Cruises has been named the World's Best Large Ship Cruise Line nine years running.
For a complimentary brochure call 866-569-7200.
Call 866-569-6200 or visit http://www.crystalcruises.com

*Monaco Government Tourist Office*
The Principality of Monaco, as grand as ever...and yet suprisingly affordable! Experience a place where romance, royalty, history and magic all unite. For exclusive packages at extraordinary rates go to www.MonacoAuction.com
Call 800-753-9696 or visit www.visitmonaco.com

*6. Exclusive Resorts*
Exclusive Resorts luxury residence club offers its members unparalleled access to hundred of residences in dozens of the world's best resort destinations
Call 800-447-8988 or visit www.exclusiveresorts.com

*Scotland*
Scotland greets you with a bear hug of history, culture and genuine warmth. For business or pleasure, Scotland is a rewarding retreat from the commonplace.
Call 1-800-969-SCOT(7268) or visit www.ToScotland.com

*Tourism Australia*
Hop around Australia on us with the Qantas Aussie Airpass from $ 999 from Los Angeles. The Airpass includes 3 flights within Australia.
For more information visit www.australia.com

### Yachting

*Camper & Nicholsons International*
www.camperandnicholsons.net

*Denison & Daves Yachting*
www.denisondaves.com

*International Yacht & Jet Show*
www.iyjs.com

*SeaChange International Ltd.*
www.seachange-superyachts.com

*Trinity Yachts*
www.trinityyachts.com

fyi
Fall 2004

fyi
The Luxury Express

**Issue date:** *April 25, 2005* • **Offer Expires:** *July 25, 2005*

MARCH 2005

# Forbes fyi

the good life®

ULTIMATE CELL PHONE ENVY

MICHAEL JORDAN GOES MOTORCYCLE RACING

THE HOT NEW MARKET IN VINTAGE GUITARS

FI000143

Spring Fashion 2005

# Palm Springs Eternal



# Advertiser Directory

*Free Advertiser Information* **To receive free information from Forbes FYI advertisers contact advertiser directly by website visit or by phone call.**

## Automotive

*Aston Martin North America*

Aston Martin is the world's most exclusive sports car company. Since 1914 it has created motoring legends culminating in today's DB7 Vantage and V12 Vanquish.
Call 866-NA-Aston or visit www.astonmartin.com

*Hummer*

Visit www.hummer.com

## Realty

*Il Villaggio Realty, Inc.*

Exceptional 3/3, 1, 746 sq ft South Beach Designer Penthouse in the Setai with breathtaking ocean & city views from 2 open terraces, $15,000/month.
Call 305-673-4808 or visit www.ivrrealty.com

## Restaurants

*Fleming's Prime Steakhouse & Wine Bar*

Fleming's Prime Steakhouse & Wine Bar offers the best in steakhouse dining - prime steaks, chops, fresh grilled fish and chicken with a unique and notable wine list featuring 100 fine wines by the glass.
Visit www.flemingssteakhouse.com

*Roy's*

Roy's features Hawaiian Fusion Cuisine - the freshest local ingredients, European sauces, bold Asian spices, with a focus on Fresh Seafood.
Visit www.roysrestaurant.com

## Retail

*General Cigar*

Macanudo and Partagas Cigars
Visit www.cigarworld.com

## Spas

*Cornelia Fifth Avenue*

Cornelia Fifth Avenue is New York's first and most luxurious day resort for men and women. Individual, group, and event packages now available.
Call 1-866-663-1700 or visit www.cornelia.com

## Travel

*Tourism Australia*

Hop around Australia on us with the Qantas Aussie Airpass from $999 from Los Angeles. The Airpass includes 3 flights within Australia.
Visit www.australia.com

*Crystal Cruises*

Experience gracious, attentive service and the ultimate in worldwide luxury cruising aboard Cyrstal Cruises' Six-Star fleet.
For a complimentary brochure please call 866-569-6200 or visit www.crystalcruises.com

**Issue date:** *March 14, 2005*

FI000247

JUNE 2005
Forbes the good life® fyi
THE EXQUISITE TORMENT OF STAVE PUZZLES
COOL HOT-WEATHER GIFTS
FLY-FISHING IN ARGENTINA
YOUR OWN VENETIAN PALAZZO
SUMMER'S PERFECT FIT

FI000251



# Advertiser Directory

*Free Advertiser Information* **To receive free information from Forbes FYI advertisers contact advertiser directly by website visit or by phone call.**

## Apparel

*Ravazzolo*
Visit www.ravazzolo.com or call our agent for the U.S.: Luciano Moresco & Co., Ltd. 1-212-397-4300

## Automotive

*Aston Martin North America*
Aston Martin is the world's most exculsive sports car company. Since 1914 it has created motoring legends culminating in today's DB7 Vantage and V12 Vanquish.
Visit www.astonmartin.com or call 866-NA- Aston

*Cadillac Motor Division*
Cadillac: Break Through!
Visit www.cadillac.com

*Chevrolet*
SSR: An American Revolution
Visit www.chevy.com

*Hummer*
HUMMER - Like nothing else!
Visit www.hummer.com

## Aviation

*American Express*
Visit www.americanexpress.com

*Cirrus Design Corporation*
Visit www.cirrusdesign.com

*Flight Options*
Visit www.flightoptions.com or call1-877-703-2348

*Marquis Jet*
Visit www.marquisjet.com

*TAG Aviation*
Visir www.tagaviation.com

## Design House

*Kohler*
Visit www.kohler.com

*Samsung*
Visit www.samsung.com

## Grillin' In Style

*Corazon de Agave Tequila*
Visit www.corazontequila.com

*GMC Trucks*
Visit www.gmc.com

## Jewelry/Watches

*Bailey Banks & Biddle*
Visit www.baileybanksandbiddle.com or call 800-651-4222

## Retail

*General Cigar*
Macanudo and Partagas Cigars
Visit www.cigarworld.com

## Travel

*Flight Options*
Taking fractional jet ownership to a new level of excellence.
Visit www.flightoptions.com

## Wine and Spirits

*Louis M. Martini*
Louis M. Martini wines are the voice of Cabernet Sauvignon, wines that reflect three generations of accumulated wisdom, fitting vines to the land and blending for balance in the bottle.
Visit www.louismartini.com or call 800-321-9463

## Yachting

*Azimut Yachts*
Visit www.azimutyachts.net

*Benetti Yachts*
Visit www.benettiyachts.it

*Elite Yacht Charters*
Visit www.eliteyacht.com

*Global Ship Systems*
Visit www.globalshipsystems.com

*Unusual Villas and Island Rentals*
www.unusualvillarentals.com

FI000365

**Issue date:** *June 20, 2005* • **Offer Expires:** *September 20, 2005*







SEPTEMBER 2005

the good life®
Forbes
fyi

Fall Fashion 2

# RETURN TO ELEGANCE

FI000371

A FIRST BOUND COPY

THE RISE OF THE PRIVATE HELICOPTER * A NEW GENERATION OF (FUN!) PDAs
WORLD-CLASS WATCHES * GOLF IN PROVENCE * PLUSH POOL TABLES

Advertisement

the good life
Forbes fyi

# Advertiser Directory

*Free Advertiser Information* **To receive free information from Forbes FYI advertisers contact advertiser directly by website visit or by phone call.**

### Apparel

*Ravazzolo*
Visit www.ravazzolo.com or call our agent for the U.S.: Luciano Moresco & Co., Ltd. 1-212-397-4300

*Zanella LTD.*
Zanella is the leader in the market in men's high quality pants. Zanella also offers sport and dress shirts, outerwear and sport jackets. Zanella has a complete ladies collection as well. Visit www.zanella.com or call 1-800-323-7862

### Automotive

*Aston Martin North America*
Aston Martin is the world's most exclusive sports car company. Since 1914 it has created motoring legends culminating in today's DB7 Vantage and V12 Vanquish. Visit www.astonmartin.com or call 1-866-NA-Aston

*Bentley Motors*
Excellent ride comfort and refinement are combined with superlative handling and road-holding. Visit www.bentleymotors.com

*Cadillac Motor Division*
Cadillac: Break Through! Visit www.cadillac.com

### Hotels

*Radisson Plaza Xing Guo Hotel Shanghai*
Radisson Plaza Xing Guo Hotel Shanghai is a 5-star boutique hotel situated within 7 hectares of historic gardens in the heart of the consular district. The unique garden style hotel in downtown Shanghai provides a haven for guests to relax and enjoy. Visit www.radisson.com/shanghaicn_plaza or call 1-800-333-3333

### Jewelry/Watches

*Chopard*
For 141 years, Chopard has created exceptional timepieces and haute jewelry in the world's most precious materials.
Enter the "World of Chopard" at www.chopard.com or 1-(800)-CHOPARD

### Realty

*Il Villaggio Realty, Inc.*
Exceptional 3/3, 1,746 sq ft South Beach Designer Penthouse in the Setai with breathtaking ocean & city views from 2 open terraces, $20,000/month.
Visit www.ivrrealty.com or call 1-305-673-4808

### Retail

*General Cigar*
Visit www.cigarworld.com

### Travel

*British Airways*
Visit britishairways.com or call 1-800-AIRWAYS

*Crystal Cruises*
Discover for yourself why Crystal Cruises has been named the World's Best Large Ship Cruise Line nine years running.
Visit http://www.crystalcruises.com or for a complimentary brochure call 1-866-569-7200

### Restaurants

*Roy's*
Roy's features Hawaiian Fusion Cuisine - the freshest local ingredients, European sauces, bold Asian spices, with a focus on Fresh Seafood.
Visit www.roysrestaurant.com

fyi
GOING PLACES

FI000479

**Issue date:** *September 19, 2005*



FI000006



FI000007

Forbes.com Goodlife Experience - Microsoft Internet Explorer provided by Forbes.net
http://www.forbes.com/lifestyle/goodlife/
Forbes .com
U.S. | EUROPE | ASIA
HOME PAGE FOR THE WORLD'S BUSINESS LEADERS
The Best in Luxury Real Estate, Vehicles, Travel, and More
HOME BUSINESS TECHNOLOGY MARKETS ENTREPRENEURS WORK PERSONAL FINANCE LIFESTYLE LISTS OPINIONS
THE GOOD LIFE EXPERIENCE
Sponsored by VOLVO
Autodesk's Accidental CEO
Victoria Murphy
Autodesk's Carol Bartz on being blunt, being boss and learning to love golf.
World's Best Airport Lounges 2005
Sophia Banay
The top first-class and business lounges in the Americas, Asia, Africa, Europe and the Middle East.
Ten Medical Tests You Need
Vanessa Gisquet
The right diagnostics can save you money--and help you live better and longer.
Coolest Golf Gear
Marina Gisquet
These days technology really can make you a better golfer.
ADVERTISEMENT
FIVE COURSES TO COMPLETE IT.
CLICK HERE TO PLAN YOUR DREAM VACATION
Best of The Web
more >
Weather
Nassau, NY
New York, NY
Tucson, AZ
Washington, DC
Philadelphia, PA
Channels
Healthcare
Estate Plann