# SEARS HOLDINGS CORPORATION

**Lisa D. Vargo**
Senior Paralegal
Law Department

*Sears Holdings Corporation*
3333 Beverly Road, B6-261A
Hoffman Estates, Illinois 60179
Phone: 847.286.9211
Fax: 847.286.0266
lvargo1@sears.com

November 2, 2005

<u>VIA SECOND DAY AIR</u>

Timothy Lemper, Esq.
Finnegan, Henderson, Farabow,
    Garrett& Dunner LLP
901 New York Ave., NW
Washington, D.C. 20001

> RE:    <u>Life is Good, Inc. vs LG Electronics, et al.</u>
>         Subpoena served on Sears, Roebuck and Co.
>         Sears File No.  2005-005785

Dear Tim:

Enclosed please find the following in response to the subpoena served upon Sears:

- Application for slogan "Good Life. Great Price"
- Sample advertisements with slogan "Good Life. Great Price"
- Sample retail bag with slogan "Good Life. Great Price"
- Video tape containing samples of television commercials with slogan "Good Life. Great Price"

The slogan "Good Life. Great Price" was not used on any promotional item or product.  The slogan was first used nationwide on television and radio in April of 2003.

Timothy Lemper
November 2, 2005
Page 2

I trust this fulfills **Sears'** duty to respond.  Should you have any questions, please contact me.

Very truly yours,

Lisa D. Vargo
Senior Paralegal

Enclosure

SE000002

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-10-28 15:54:48 ET

**Serial Number:** 78493813

**Registration Number:** (NOT AVAILABLE)

**Mark**

# GOOD LIFE. GREAT PRICE.

**(words only):** GOOD LIFE. GREAT PRICE.

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2005-10-18

**Filing Date:** 2004-10-04

**The Information will be/was published in the Official Gazette on** 2005-10-18

**Transformed into a National Application:** No

**Registration Date: (DATE NOT AVAILABLE)**

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**Attorney Assigned:**
TIERNEY MARGERY ANN Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-09-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Sears Brands, LLC

**Address:**                                                                    **SE000003**

Sears Brands, LLC
3333 Beverly Road
Hoffman Estates, IL 60179
United States
**Legal Entity Type:** LIMITED LIABILITY CORPORATION
**State or Country Where Organized:** Illinois
**Phone Number:** 847-286-2500
**Fax Number:** 847-286-3379

---

## GOODS AND/OR SERVICES

**International Class:** 035
RETAIL DEPARTMENT STORE SERVICES
**First Use Date:** 2003-05-04
**First Use in Commerce Date:** 2003-05-04

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-10-18 - Published for opposition

2005-09-28 - Notice of publication

2005-06-28 - Law Office Publication Review Completed

2005-06-24 - Assigned To LIE

2005-06-18 - Approved for Pub - Principal Register (Initial exam)

2005-06-16 - Teas/Email Correspondence Entered

2005-06-10 - Communication received from applicant

2005-06-10 - TEAS Response to Office Action Received

2005-05-09 - Non-final action e-mailed

2005-05-09 - Non-Final Action Written

**SE000004**

2005-05-06 - Case file assigned to examining attorney

2005-05-02 - Attorney Revoked And/Or Appointed

2005-05-02 - TEAS Revoke/Appoint Attorney Received

2004-10-13 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Scott S. Havlick (Attorney of record)

Scott S. Havlick
Holland & Hart LLP
P.O. Box 8749
555 Seventeenth Street Suite 3200
Denver CO 80201
**Phone Number:** 303-473-2710
**Fax Number:** 303-473-2720

---

**SE000005**



Good life. Great price.

# FOUR DAY SALE

## SUNDAY-WEDNESDAY

### ALL JEANS FOR THE FAMILY ON SALE

Excludes Lands' End merchandise, Two Hearts maternity and Great Price items.

**26<sup>99</sup> SALE**
Men's Levi's® 527™ Eagle jean
Reg. 34.99

**29<sup>99</sup> SALE**
Misses' Levi's® 545™ bootcut jean
Reg. 34.99

SE000038

**COOLER** EVERY DAY

STAR WARS

**STAR WARS:
REVENGE OF THE SITH
TUESDAY NOV. 1**

Fox
1 KBX013A NS12 - NS12    1



Frame 55



