# BRAND ANALYSIS OF PLAINTIFF'S MARK "LIFE IS GOOD"

Submitted by Dr. Maureen Morrin, Ph.D.

5                                              February 1, 2006

        I am an Associate Professor of Marketing at Rutgers University in Camden, NJ and I
have been asked by Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, on behalf of their
client, LG Electronics, U.S.A., Inc., LG Electronics Mobilecomm, U.S.A., Inc., ("LG") to
10  prepare a report regarding the level of brand awareness of plaintiff's mark "Life is good." This
report, which is written from the point of view of a consumer researcher, reviews the key
elements of brand equity that I have used to assess the level of brand awareness of plaintiff's
"Life is good" mark. Based on my analysis, plaintiff's "Life is good" mark does not possess a
significant let alone high level of brand awareness.

15

        My vita is in Appendix A. Compensation and certification are in Appendix B. Prior
expert witness consulting is in Appendix C. Materials reviewed are in Appendix D.

## BRAND EQUITY THEORY

20

        A trademark is referred to by consumer researchers as a "brand." The American
Marketing Association defines a brand as a "name, term, sign, symbol, or design, or a
combination of them intended to identify the goods and services of one seller or group of sellers
and to differentiate them from those of competition" (Keller 1998, p. 2). The value associated
25  with a trademark is referred to by consumer researchers as brand equity. Brand equity theory is
relevant to issues of trademark dilution because elements of brand equity are closely related to
that of a trademark's marketplace distinctiveness and fame. I am not a lawyer and do not purport
to provide any legal opinions. However, it is my understanding that trademark dilution law
applies only to marks that have become commercially famous and/or distinctive in the
30  marketplace, and thus, in order for a dilution claim to be made, an owner of a mark must first
show that its mark has achieved such level of marketplace brand awareness.

        Consumer researchers view brands as efficient information signals that lower search costs
and reduce perceived risks for consumers (Erdem and Swait 1998). In this way, brands act as a
35  shorthand communication device and a means of simplifying purchase decisions (Keller 1998).
In addition, brands are recognized by consumer researchers as income-generating assets. Brands
can provide competitive advantages to their owners that result in financial benefits. Consumer
researchers thus recognize that brands represent "enormously valuable pieces of legal property"
to their owners (Keller 1998, p. 9).

40

        Keller's (1993) conceptualization of brand equity is probably the best known and most
tested approach to understanding the customer-based equity associated with brands. According
to this model, brand equity is a function of two major dimensions: 1) brand awareness or
familiarity and 2) brand image. Brand awareness or familiarity refers to the ability of consumers
45  to recall and/or recognize the brand. Research has shown that brand awareness may play the
largest role in contributing to the monetary value of a brand (Srinivasan, Park and Chang 2005).

1

**Exhibit 13 to**
**Lemper Declaration**

Brand awareness is also the dimension of brand equity theory that is most closely related to the concept of trademark fame and/or distinctiveness in the marketplace.

50      Brand image refers to the set of associations consumers hold for the brand in their long-term memories, such as their attitudes, beliefs, and preferences for the brand. Brand equity is greater when more consumers are familiar with the brand (i.e., can recognize and recall it), and when more consumers hold favorable, strong, and unique brand associations in memory about it.

55   **MEASURING BRAND EQUITY**

Internal Measures of Brand Equity

      Owners are able to assess various aspects of their brands' equity by conducting their own
60   consumer surveys. Both brand awareness and brand image can be measured using a variety of approaches. Many owners conduct tracking studies of one or more aspects of brand equity to measure their competitive position in the marketplace and to detect increases or decreases in their brands' equity levels over time. Brand awareness can be determined using aided and unaided memory measures to test consumers' ability to recall and recognize the brand (Keller
65   1998, p. 75). Attitude and perception surveys can be used to assess brand image by measuring the strength, favorability, and uniqueness of brand associations.

          *Brand Awareness: Recognition*
      Recognition tests provide consumers with one or more stimuli and ask them if they have
70   previously seen or heard of them (e.g., Have you ever seen or heard of brand X?). From Appendix E it can be seen that the best-known brands from the major apparel companies enjoy recognition among nearly all consumers (e.g., Hanes 94%, Levi's 94%). Similarly, the best-known brands from the major athletic shoe manufacturers enjoy very high recognition levels (Nike 88%, Reebok 82%, Adidas 80%).

75

      Examples of marks that have recently been found to be famous according to federal dilution standards include: Dairy Queen, Prozac, Tylenol, and Velveeta (Welkowitz 2005, pp. 70-71). Examples of marks found not to be famous include: Teton Glacier (vodka), ABC (carpet), Swix (ski wax), and "O5" (clothing; Welkowitz 2005, pp. 70-71). It would seem that
80   marks deemed to be famous are those that are household names, which the majority of consumers in the U.S. would recognize. At least one legal scholar has suggested that a minimum threshold recognition level required to establish trademark fame should be 50%.[1] Although this number may be somewhat arbitrary, it would appear that a famous brand is one that would be recognized by a majority of the general public.

85

---

[1] Welkowitz (2002), p. 202, quoting McCarthy.

### Brand Awareness: Recall

Recall tests are more difficult for consumers, as they are provided with few or no stimuli upon which to rely as cues for retrieving information that may be stored in their long-term memories. Unaided recall tasks ask consumers to recall one or more brands without the
90  provision of any stimulus cue (e.g., Recall all the brands you have purchased in the last week). Aided recall provides some sort of stimulus cue that aids and directs the consumer's memory process (e.g., When you think of t-shirts, which brands come to mind?).

Responses to brand awareness tests can also be analyzed on the basis of the order in
95  which they occur and the latency or speed of response with which they are made, with brands appearing earlier in a recalled list and those provided faster in recognition tests indicating higher awareness levels. For example, "top-of-mind awareness" measures the proportion of survey respondents who recall a specific brand first in the list they mentally generate. Brands that enjoy high top-of-mind awareness scores are often the dominant brands within their product categories,
100  exhibiting the largest market shares.

### Brand Image

Brand image measures are often highly correlated with awareness measures and provide diagnostic information regarding reasons for brand dominance in the marketplace. Attitudes, for
105  example, can be measured in a number of ways with questions such as: "How favorable is your overall attitude toward brand X?" Attitude favorability scores can then be compared across brands to establish competitive strengths within the market. The uniqueness of brand associations can also be measured (e.g., What is most unique about brand X?), as can behaviors, (e.g., Which brands of t-shirt do you usually buy?), preferences (e.g., Is brand X worth a
110  premium price?), and other aspects of a brand's image.

### Awareness of "Life is good" Mark

One of plaintiff's co-owners (Deposition of A. Jacobs, October 13, 2005) testified that the company has never conducted any formal market research to establish what is the level of brand
115  awareness for the "Life is good" mark, or how this mark's level of brand awareness compares to that of any of its competitors.

I understand that plaintiff's expert, Mr. Robert Klein, conducted an exploratory pretest that led him to conclude that the "Life is good" mark possesses relatively low awareness and that
120  few consumers are aware of the product categories with which it is associated (Deposition of R. Klein, January 24, 2006, p. 91). Thus, the only empirical evidence indicates a low level of awareness of "Life is good" among consumers, which is in turn supported by plaintiff's expert's testimony. [2]

125

---

[2] Mr. Klein testified (p. 42) that (1) "I think the awareness of Life is good is relatively low," (2) "I think that if you were to ask people to spontaneously name companies that make T-shirts, few of them would answer Life is good," (3) "I'm familiar with the notion of a famous mark relative to dilution. And so in that case, it would be a mark that was widely recognized by consumers, buyers, customers. You know, Coca-Cola is an example of a famous mark. So I don't think Life is good is in the category of Coca-Cola."

External Measures of Brand Equity

130    There are also several independent sources, external to an owner, which can be consulted to assess the level of equity associated with brands. Perhaps the most well-known brand valuation service is that of Interbrand, which annually calculates the monetary value of the top 100 brands in the world[3]. Interbrand, which each year publishes its list of most valuable brands in *BusinessWeek* magazine, defines brand value as the net present value of future profits attributable to the brand. Research confirming the validity of Interbrand's approach to brand
135    valuation has made Interbrand the "world's leading authority on the financial valuation of the brand" (Madden, Fehle, and Fournier 2002).

There are other brand ranking approaches, such as that provided by Equitrend (of Harris Interactive) which has conducted annual surveys based on brand familiarity, quality, purchase
140    intent, expectations, and distinctiveness, since at least 1989. Each year consumers are asked to rate numerous brands, which are then ranked from high to low overall and by product category (Keller 1998). The top ten brands on Equitrend's list for 2004 exhibit familiarity scores ranging from 92% to 97%.[4] *Financial World* also publishes an annual list of the top 25 U.S. corporate brands.[5] Several of these brand valuation methods have been shown to be highly correlated with
145    other measures of firm value (Madden, Fehle and Fournier 2002).

The "Life is good" mark does not appear on these lists, or, to the best of my knowledge, on any brand valuation lists.[6]

150    **OTHER INDICATORS**

*Brand Heritage*
Although plaintiff has been in business for over a decade (www.lifeisgood.com), its existence and use of its brand do not approach the history or heritage of some of the most well-
155    known brands in the U.S. which have been in existence for over a century, such as Ivory soap (since 1879)[7] and Coca-Cola (since 1886)[8].

*Sales Revenues*
One of plaintiff's co-owners testified that some of its branded competitors are Northface
160    and Patagonia in the outdoor and adventure market, Nike, Adidas and Reebok in the athletic footwear market, and Billabong and Quicksilver in the surf and skate market (Deposition of A. Jacobs, October 13, 2005, p. 115). Plaintiff's annual sales, of approximately $60 million (Deposition of A. Jacobs, October 13, 2005, p. 227), does not begin to approach the size of any

---

[3] www.businessweek.com/pdfs/2005/0531_globalbrand.pdf

[4] www.harrisinteractive.com/news/allnewsbydate.asp?NewsID=818

[5] www.forbes.com/free_forbes/2004/0419/059tab.html

[6] LG is on the 2005 Interbrand list, with an estimated brand value of $2.6 billion.

[7] www.ivory.com/PureFun_History.htm

[8] www.coke.com

of these named competitors, such as Nike, which has over $10 billion in sales[9], Adidas/Reebok,
165  with $12 billion in sales[10], or Quicksilver, with $1.2 billion in sales[11].

*Market Share*

Plaintiff has not provided market share data of which I am aware. However, if we take its
annual sales of $60 million (Deposition of A. Jacobs, October 13, 2005, p. 227) as a percent of
170  total sales in the men's and junior boys' t-shirt market, which in 1998 were $3.86 billion (Knit t-
shirts and tank tops made for outerwear; Appendix F), its market share in this product category
would appear to be approximately 1.6%, which does not indicate market dominance or even a
significant presence within the category.

175  *Advertising and Promotion Expenditures*

The plaintiff supports its business with approximately $1.3 million annually on
advertising and promotion (Deposition of A. Jacobs, October 13, 2005, p. 259), which pales in
comparison to the total advertising expenditures for apparel in the U.S. in 2004 of $2.59 billion[12],
or in comparison to the amount spent by brands on Interbrand's list, such as Nike, which spent
180  $573 million, or the Gap, which spent $525 million in 2004[13].

*Perceptions as a Unique Source Identifier*

Moreover, it is not clear that the "Life is good" mark is recognized by consumers as a
brand, that is, as a unique source identifier, as opposed to being perceived as merely a decorative,
185  ornamental, or whimsical phrase displayed on a product. It is possible that plaintiff's use of the
words "Life is good" is perceived as an ordinary phrase about optimism, rather than as a brand. A
search on Google using the phrase "life is good" generates many other types of products and
services with the same name. A consumer survey to establish what proportion of consumers
perceive "Life is good" as a brand or indicator of unique source, as opposed to an ordinary
190  phrase, has not been provided, to my knowledge.

**CONCLUSION**

In light of the above, and in my professional opinion, plaintiff's "Life is good" mark has
195  not achieved any significant, let alone high level of brand awareness in the marketplace, and
thus, does not possess commercial fame and/or distinctiveness that trademark dilution
presupposes.

---

[9] www.portland.bizjournals.com/portland/stories/2003/06/23/daily45.html
[10] www.usatoday.com/money/industries/manufacturing/2005-08-04-adidas-1b-cover-usat_x.htm?csp=22_thd
[11] www.marketwatch.com/tools/quotes/financials.asp?symb=ZQK&sid=4014&siteid=mktw
[12] www.adage.com/images/random/lna2005.pdf
[13] www.adage.com/images/random/lna2005.pdf

200                                      **References**

Erdem, Tulin and Joffre Swait (1998), "Brand Equity as a Signaling Phenomenon," *Journal of Consumer Psychology,* 7(2), 131-157.

205   Keller, Kevin Lane (1993), "Conceptualizing, Measuring, Managing Customer-Based Brand Equity," *Journal of Marketing*, 57(1), 1-22.

Keller, Kevin Lane (1998), *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Upper Saddle River, NJ: Prentice Hall.

210
Madden, Thomas, Frank Fehle, and Susan Fournier (2002), "Brands Matter: An Empirical Investigation of Brand-Building Activities and the Creation of Shareholder Value," unpublished working paper #02-098, Harvard Business School.

215   Srinivasan, V. Chan Su Park and Dae Ryun Chang (2005) "An Approach to the Measurement, Analysis, and Prediction of Brand Equity and Its Sources," *Management Science*, 51(9), 1433-1448.

Welkowitz, David S. (2002), *Trademark Dilution: Federal, State, and International Law*,
220   Washington, DC: Bureau of National Affairs, Inc.

Welkowitz, David S. (2005), *Trademark Dilution: Federal, State, and International Law, 2005 Cumulative Supplement,* Washington, DC: Bureau of National Affairs, Inc.

225                          **Appendix A**

                        **Maureen Morrin's Vita**

230                          **MAUREEN MORRIN**

**Office**:                                    **Home**:
Rutgers University                             102 Summit Lane
School of Business, SBC 225                     Bala Cynwyd, PA 19004
235    Camden, NJ 08102                         Home: (610) 664-4789
E-mail: mmorrin@rutgers.edu                     Office: (856) 225-6713

---

**ACADEMIC POSITIONS**
240
       **Rutgers University** School of Business, Camden, NJ
       Associate Professor with tenure, July 2005 to present
       Associate Professor, July 2003 to June 2005
       Assistant Professor, July 2002 to June 2003
245
       **University of Pittsburgh** Joseph M. Katz Graduate School of Business, Pittsburgh, PA
       Assistant Professor, January 1998 to May 2002
       (taught at St. Joseph's University Fall 2001)

250    **Boston University** School of Management, Boston, MA
       Assistant Professor, September 1994 to December 1997

       **EDUCATION**

255    **New York University** Leonard N. Stern School of Business
       Doctor of Philosophy, Marketing major, Psychology minor, 1994

       **Thunderbird** The American Graduate School of International Management
       Master of Business Administration, International Marketing concentration, 1985
260
       **Georgetown University** School of Foreign Service
       Bachelor of Science in Foreign Service, International Economics major, 1982

       **HONORS/AWARDS**
265
       • Consumer Behavior Track Chair, AMA Winter Conference, St. Pete, FL Feb. 2006
       • Rutgers University School of Business Research Award ($1,800) 2005
       • NASD Foundation two-year research grant ($73,404) 2005
       • MSI/JCP Research Proposal Competition on Assortment, Finalist 2004
270    • Bright Idea Award in Marketing and Brands, NJPRO/Seton Hall 2004
       • Rutgers University School of Business Superior Achievement Award for Teaching 2004
       • Rutgers University Research Council Grant ($1,050) 2003
       • Direct Marketing Association Fellowship, DMDNY Conference 2003
       • Direct Marketing Association Fellowship, Advanced Institute in Direct Marketing 2001

275 • Faculty Representative at the Haring Symposium, Indiana University 2001
• University of Pittsburgh Central Research Development Fund Grant ($3,525) 1999-2000
• University of Pittsburgh CIBER Grant ($4,150) 1999-2000
• Boston University Dean's Development Grant (course relief) 1997
• Boston University Research Development Award ($7,000) 1996
280 • AMA John Howard Dissertation Competition Honorable Mention 1995
• New York University Outstanding Teaching Award 1993-94
• AMA Doctoral Consortium Fellow 1993

**PUBLISHED JOURNAL ARTICLES**

285

Chebat, Jean-Charles and Maureen Morrin, "Colors and Cultures: Exploring the Effects of Mall Decor on French- and Anglo-Canadian Consumer Perceptions," (forthcoming) Journal of Business Research.

Morrin, Maureen, Jonathan Lee and Greg Allenby, "Determinants of Trademark Dilution," (forthcoming
290 Sept 2006) Journal of Consumer Research.

Morrin, Maureen and Jean-Charles Chebat, "Person-Place Congruency: The Interactive Effects of Shopper Style and Mall Atmospherics on Consumer Expenditures," (2005) Journal of Service Research, 8 (2), 181-191.

Schindler, Robert, Maureen Morrin and Nada Nasr Bechwati (2005), "Shipping Charges and Shipping
295 Charge Skepticism: Implications for Direct Marketers' Pricing Formats," Journal of Interactive Marketing, 19(1), 41-53.

Bechwati, Nada Nasr and Maureen Morrin (2003), "Outraged Consumers: Getting Even at the Expense of Getting a Good Deal," Journal of Consumer Psychology, 13 (4), 440-453.

Morrin, Maureen and S. Ratneshwar (2003), "Does It Make Sense to Use Scents to Enhance Brand
300 Memory?" Journal of Marketing Research, 40 (1), 10-25. Received Bright Idea in Marketing and Brands Award from NJPRO/Seton Hall, 9/2004.

Morrin, Maureen, Jacob Jacoby, Gita Johar, Xin He, Alfred Kuss, and David Mazursky (2002), "Taking Stock of Stockbrokers: Exploring Momentum Versus Contrarian Investor Strategies and Profiles," Journal of Consumer Research, 29 (2), 188-198.

305 Alon, Anat, Maureen Morrin, and Nada Nasr (2002), "Comparing Journal of Consumer Psychology and Journal of Consumer Research," Journal of Consumer Psychology, 12 (1), 15-20. Reprinted in Consumer Behaviour, ed. Margaret Hogg, University of Lancaster, Sage Publications, June 2005, vol. 1, as part of the Sage Library in Business and Management series.

Jacoby, Jacob, Maureen Morrin, James Jaccard, Zeynep Gurhan, Alfred Kuss, and Durairaj Maheswaran
310 (2002), "Mapping Attitude Formation as a Function of Information Input: On-line Processing Models of Attitude Formation," Journal of Consumer Psychology, 12 (1), 21-34.

Jacoby, Jacob, Maureen Morrin, Gita Johar, Alfred Kuss, Zeynep Gurhan, and David Mazursky (2001), "Training Novice Investors to Become More Expert: The Role of Information Accessing Strategy," Journal of Psychology and Financial Markets, 2 (2), 69-79.

315 Morrin, Maureen and Jacob Jacoby (2000), "Trademark Dilution: Empirical Measures for an Elusive Concept," Journal of Public Policy & Marketing, 19 (2), 265-276.

Morrin, Maureen and S. Ratneshwar (2000), "The Impact of Ambient Scent on Evaluation, Attention and Memory for Familiar and Unfamiliar Brands," Journal of Business Research, 49 (2), 157-165.

Morrin, Maureen (1999), "The Impact of Brand Extensions on Parent Brand Memory Structures and
320 Retrieval Processes," Journal of Marketing Research, 36 (4), 517-525.

Jacoby, Jacob, Gita Johar, and Maureen Morrin. (1998), "Consumer Behavior: A Quadrennium," Annual Review of Psychology, 49, 319-344.

Jacoby, Jacob and Maureen Morrin (1998), "'Not Authorized or Sponsored by...': Recent Federal Cases Involving Trademark Disclaimers," Journal of Public Policy & Marketing, 17 (1), 97-107.

325

## PUBLISHED BOOK CHAPTERS AND CONFERENCE PAPERS

330    Michelfelder, Richard A. and Maureen Morrin (2005), "Product Diffusion Sales Forecasting Models," as Appendix F (pp. 817-827) of Gordon V. Smith and Russell L. Parr, Intellectual Property: Valuation, Exploitation, and Infringement Damages, Somerset, NJ: John Wiley and Sons.

Shoaf, F. Robert, Joan Scattone, Durairaj Maheswaran, and Maureen Morrin (1995), "Gender Differences in Adolescent Compulsive Consumption," in Advances in Consumer Research Conference Proceedings, Vol. XXII, 500-504.

335    Douglas, Susan P., Maureen Morrin, and C. Samuel Craig (1994), "Cross-National Consumer Research Traditions," in Research Traditions in Marketing, edited by G. Laurent, G. Lilien, and B. Pras, Boston: Kluwer Academic Press, pp. 289-306.

Morrin, Maureen (1992), "Advertising and the Self: Is Negative Affect Effective?" in Enhancing Knowledge Development in Marketing, AMA Summer Marketing Educators' Conference Proceedings, 64-71.

340

## ARTICLES UNDER REVIEW

Lee, Jonathan, Maureen Morrin and Janghyuk Lee, "Targeting Service Innovations to Non-adopters: A Retail Banking Illustration," under second review at Journal of Interactive Marketing.

345    Bechwati, Nada Nasr and Maureen Morrin, "Understanding Choice Behavior in Competitive Contexts: The Phenomenon of Voter Vengeance," under second review at Journal of Consumer Psychology.

## RESEARCH IN PROGRESS

350

Krishna, Aradhna and Maureen Morrin, "The Impact of Nondiagnostic Touch on Consumer Perceptions," write up in progress.

Morrin, Maureen, Susan Broniarczyk, Jeffrey Inman and John Broussard, "Boundary Conditions for the 1/n Heuristic," data analysis for study 3 in progress. Research proposal was finalist in MSI/JCP

355    proposal competition on choice and assortment 4/2004.

Morrin, Maureen, Susan Broniarczyk, Jeffrey Inman and John Broussard, "Exploring Gender Differences in Retirement Investing Behavior," data analysis for study 1 in progress. Research proposal was basis for NASD $73,404 grant received 2/2005.

Bickart, Barbara, Maureen Morrin and S. Ratneshwar, "Admitting to Not Knowing: Understanding

360    Consumers' Trust in Financial Advisors," data collection for study 4 in progress.

Lwin, May, Jochen Wirtz, Aradhna Krishna and Maureen Morrin, "The Relative Impact of Scent versus Color on Consumer Memory for Brand Information," data collection for study 2 in progress.

Kaufman-Scarborough, Carol, Eric Bradlow, Maureen Morrin and Greg Petro, "Improving the Crystal Ball: Integrating Retail Buyer and Consumer Forecasts," data analysis for study 1 in progress.

365    Chebat, Jean-Charles and Maureen Morrin, "The Impact of Ambient Scent and Music on Consumer Perceptions of Time," data analysis for study 1 in progress.

Yordanova, Gergana, John Hulland, Maureen Morrin, Barry Schwartz and Andrew Ward, "Re-Examination of Decision Maximization: Psychometric Properties and Derivation of a Short Form," data analysis across multiple studies in progress.

370    Lee, Janghyuk, Kyungdo Park, Jonathan Lee and Maureen Morrin, "Exploring the Antecedents of Brand Trust for High Technology Products," data analysis in progress.

## INVITED LECTURES

375    "The Impact of Ambient Scent on Consumer Behavior: Recent Findings," invited talk presented at University of Montreal, January 25, 2006.

9

"The Impact of Ambient Scent on Consumer Behavior: Recent Findings," invited talk presented at University of Kansas, Distinguished Visiting Scholars Series, October 21, 2005.

380    "When Relying on Your Attitudes Leads to Poorer Quality Decision-Making Behavior" with Susan Broniarczyk, Jeff Inman, and John Broussard, invited talk presented at University of Montreal, HEC, November 23, 2004.

"When Less Is More: The Impact of Fund Assortment, Decision Alternatives, and Decision Maker Style on Retirement Investing Behavior" with Susan Broniarczyk, Jeff Inman, and John Broussard, invited talk presented at Wharton, Decision Sciences Seminar, October 25, 2004

385    "Atmospherics and Mall Shopper Response," invited talk presented at University of Montreal, HEC, March 2004.

"401k Assortment and Investor Decision Making: Impact of Decision Flexibility," invited talk presented at Villanova University, February 2004.

"Ambient Scent and Consumer Behavior," invited lecture presented in Ph.D. proseminar at New York

390    University, November 21, 2003.

"The Impact of Ambient Scent on Evaluation, Attention and Memory for Familiar and Unfamiliar Brands," presented at University of Pittsburgh Brown Bag Seminar, October 1998.

"Olfaction and Consumer Processing of Brand Information," invited talk presented to Boston University Psychology department, December 1997.

395    "Memory Models in Consumer Behavior," invited lecture presented in Columbia University Marketing Ph.D. Seminar, New York, NY, February 1996.

"The Impact of Brand Name Dilution on Memory Retrieval and the Formation of Consideration Sets," invited talk presented at University of Connecticut seminar series, Storrs, CT, November 1995.

"The Application of Memory Theory to Consumer Behavior Issues," invited lecture presented to Boston

400    University Psychology department, Boston, MA, October 1995.

## CONFERENCE PRESENTATIONS

"Does it Pay to Beat Around the Bush? Salesperson Motives and the Effects of Obfuscation versus

405    Honesty in Communications," with Barbara Bickart and S. Ratneshwar, presented by Barbara Bickart, as part of special session titled, "Marketplace Motives and Consumer Meta-Skepticism," Association for Consumer Research conference, October 2, 2005, San Antonio, TX.

"Colors and Cultures: Exploring the Effects of Mall Decor on Consumer Perceptions," with Jean-Charles Chebat, presented at the Royal Bank International Research Seminar, September 24, 2005,

410    Montreal, Canada.

"Person-Place Congruency: The Interactive Effects of Shopper Style and Atmospherics on Consumer Expenditures," with Jean-Charles Chebat, presented at the Summer APA Conference Division 23, Washington, DC, August 19, 2005.

"Does It Pay to Beat Around the Bush? Persuasion Knowledge and Obfuscation Versus Honesty in

415    Salesperson Communications," with Barbara Bickart and S. Ratneshwar, presented by S. Ratneshwar as part of special session titled, "Persuasion Knowledge and Its Effects on Marketing Communications," at Society for Consumer Psychology Winter Conference, St. Petersburg, Florida, February 25, 2005.

"When Less Is More: The Impact of Fund Assortment, Decision Alternatives, and Decision Maker Style

420    on Retirement Investing Behavior" with Susan Broniarczyk, Jeff Inman, and John Broussard, presented as part of special session titled, "Predicting, Encouraging, and Improving Consumer Decisions Through Product Assortments," at Society for Consumer Psychology Winter Conference, St. Petersburg, Florida, February 25, 2005.

"When Less is More: The Impact of Fund Assortment, Decision Alternatives and Decision Maker Style

425    on Retirement Investing Behavior," with Susan Broniarczyk, Jeff Inman, and John Broussard, presented as part of special session titled, "You (Still) Can't Always Get What You Want: Why

Greater Choice is Demotivating," Association for Consumer Research conference, Portland,
Oregon, October 9, 2004.

430    "Shipping Charges and Shipping Charge Skepticism: Implications for Direct Marketers' Pricing Formats,"
with Robert Schindler and Nada Nasr Bechwati, presented by R. Schindler, Fordham University
Pricing Conference, New York, NY, November 2003.

"Outraged Consumers: What Lights Their Fire?" with Nada Nasr Bechwati, competitive paper presented
by N. Bechwati, Association for Consumer Research Conference, Toronto, Canada, October
2003.

435    "The Importance of Barriers to Adoption for Radical Versus Incremental Service Innovations in the Retail
Banking Industry," with Jonathan Lee and Janghyuk Lee, presented at INFORMS Marketing
Science Conference, University of Maryland, June 2003.

"Taking Stock of Stockbrokers: Exploring Investor Decision Strategies Via Verbal Protocols," with
Jacob Jacoby, Gita Johar, Xin He, Alfred Kuss, and David Mazursky, competitive paper

440    presented at Association for Consumer Research conference, Austin, Texas, October 2001.

"The Effect of Adding and Deleting Asymmetrically Dominated Decoys on Choice" with Adwait Khare
and Vikas Mittal, presented by A. Khare as part of the special session titled, "You Can't Always
Get What You Want: An Examination of Consumer Responses to Constrained Choices,"
Association for Consumer Research conference, Austin, Texas, October 2001.

445    "Consumer Vengeance: Getting Even at the Expense of Getting a Good Deal," with Nada Nasr Bechwati,
competitive paper, presented by N. Bechwati at Association for Consumer Research conference,
Salt Lake City, Utah, October 2000.

"Does It Make Sense to Use Scents to Enhance Brand Memory?" with S. Ratneshwar, competitive paper
presented at Association for Consumer Research conference, Salt Lake City, Utah, October 2000.

450    "A Model Selection Approach for Analyzing Repeated Measures Data Sets," competitive paper presented
by Nada Bechwati at Association for Consumer Research conference, Columbus, Ohio, October
1999.

"A Review and Analysis of the *Journal of Consumer Psychology* From 1992 to 1997," with Anat Alon
and Nada Nasr, competitive paper presented by A. Alon at Society for Consumer Psychology

455    Winter conference, February 1999.

"Distinguishing Better From Poorer Decision Makers: A Study of Risk Propensity in the Face of Gains
and Losses" with Jacob Jacoby, Gita Johar, Alfred Kuss, and David Mazursky, competitive paper
presented by T. Heath at Behavioral Decision Research in Management Conference, Miami,
Florida, June 1998.

460    "Olfaction and Consumer Information Processing," competitive paper presented at Society for Consumer
Psychology conference, Austin, Texas, February 1998.

"Olfaction and Consumer Processing of Brand Information," poster session presented at Association for
Consumer Research conference, Denver, Colorado, October 1997.

"The Impact of Atmospheric Odors on Consumer Information Processing," competitive paper with S.

465    Ratneshwar presented at Symposium on Retail and Service Environment Atmospherics Research,
Montréal, Québec, October 1997.

"Incongruency Effects in Brand Recall: When Is It Better to Be Different?," with Durairaj Maheswaran,
competitive paper, presented at Society for Consumer Psychology (Division 23), American
Psychological Association Conference, New York, NY, August 1995.

470    "The Effects of Brand Name Dilution on Memory Retrieval and the Formation of Consideration Sets,"
competitive paper presented at AMA Summer Marketing Educators' Conference, Washington,
DC, August 1995.

**REVIEWING ACTIVITY**

475

• Editorial Review Board member *Journal of Consumer Psychology (since 7/05)*

480
• Ad hoc journal reviewer for *American Business Law Journal, Journal of Advertising, Journal of Applied Psychology, Journal of Business Research, Journal of Consumer Research, Journal of Marketing, Journal of Public Policy & Marketing, Marketing Letters, Psychology and Marketing*.

485
• Ad hoc conference reviewer for Academy of Marketing Science, American Marketing Association, Association for Consumer Research, Fordham Pricing Conference, Royal Bank International Research Seminar, SCP-Sheth Dissertation Competition, Society for Consumer Psychology, Society for Marketing Advances.

**COURSES TAUGHT**

490
• Consumer Behavior: Undergraduate, MBA, Doctoral
• Customer Analytics: MBA
• Database Marketing: Undergraduate, MBA
• Marketing Management: Undergraduate, MBA, EMBA
• Marketing Theory and Strategy: Doctoral

495    **INDUSTRY EXPERIENCE**

**Playtex Family Products** Stamford, CT 1989-1990
*Associate Brand Manager*

500
Developed annual marketing plans for company's core brand, Playtex Tampons. Managed brand's profit and loss statement, volume forecasts, trade and consumer promotion plans, and advertising strategy.

**James River Corporation** Norwalk, CT          1987-1989
*Assistant Brand Manager*

505
Developed annual marketing plans for Bolt Paper Towels and Zee Paper Napkins. Responsible for volume forecasts, trade and consumer promotion budgets. Helped establish quality control system at recently acquired paper mill.

**Ted Bates Advertising** New York, NY   1985-1987
*Account Executive*

510
Managed broadcast and print campaigns for Kal Kan Pedigree Dog Food. As brand liaison for client and agency, provided strategic analyses of market positioning, media spending, and creative.

**MEMBERSHIPS**

515
• Association for Consumer Research
• American Marketing Association
• Direct Marketing Association
• Society for Consumer Psychology

520

**Appendix B**

**Compensation and Certification**

525    Dr. Morrin is being compensated at the rate of $175 per hour.

"I certify that the information in this report is, to the best of my knowledge, true and accurate."

Signed: _Maureen Morrin_          Date: ___February 1, 2006___

(Maureen Morrin)

530

13

**Appendix C**

**Prior Expert Witness Consulting by Dr. Maureen Morrin**

535 **The Fresh Market**: A Study to Measure the Likelihood of Confusion, If Any, Between the
Fresh Market and Arthur's Fresh Market, December 2005, on behalf of Finnegan Henderson for
The Fresh Market grocery store.


**Intel:** Study to Measure Whether the Intell Mark Dilutes the Intel Mark, completed September
540 2004, on behalf of Howrey, Simon, Arnold and White, LLP, for the Intel Corporation.
Deposition given in December 2004. This case was settled out of court prior to trial.


**Verizon:** Report on the Impact of the Yellow Book Advertising campaign completed December
2003, on behalf of Finnegan, Henderson for Verizon.

545

**Citizens National Bank**: Several reports provided on behalf of Malone Middleman, PC and
Finnegan Henderson for Citizens National Bank of Evans City, PA. First report and deposition
completed June 2002. Second report completed February 2003. Second deposition given in
March 2003. Rebuttal report completed March 2003. Report on the Effectiveness of Trademark
550 Disclaimers completed March 2003. Trial testimony given in May 2003.

14

## **Appendix D**

555

### **Materials Reviewed**

In the course of this investigation Dr. Morrin reviewed the following materials:

560

- References as cited in the report
- Plaintiff's website
- Deposition testimony of A. Jacobs, J. Jacobs, R. Klein
- Google search of "life is good"

565

15

570

**Appendix E**

**Familiarity Scores Reported by *Brandweek* for Apparel and Athletic Shoe Companies**

**United States top five apparel companies by sales, brands, company location, advertising expenditures, advertising agency, agency location, and brand recognition in dollars and percentages for 2004**

575

133658033 _Title: Spring is in the air, and so is a rebound._Source: Brandweek, 46 (25): S22, June 20, 2005. ISSN: 1064-4318_Publisher: BPI Communications, Inc._

| BRAND | COMPANY NAME, LOCATION | LEAD AGENCY, LOCATION |
|---|---|---|
| 1. Sara Lee | Sara Lee, Chicago | Various |
| Hanes | " | Martin, Richmond, VA |
| Champion | " | N/A |
| L'eggs | " | N/A |
| 2. VF | VF, Greensboro, NC | Various |
| Lee | " | Fallon, Minneapolis |
| Wrangler | " | Toth, Concord, MA & various |
| Vanity Fair | " | In-house |
| 3. Levi Strauss | Levi Strauss, San Francisco | Bartle Bogle Hegarty, New York |
| Levi's | " | Bartle Bogle Hegarty, New York |
| Docker's | " | FCB, San Francisco |
| 4. Liz Claiborne | Liz Claiborne, New York | Gotham, New York |
| Liz Claiborne | " | " |
| Dana Buchman | " | In-house |
| 5. Jones New York | Jones Apparel, Bristol, PA | AR Media, New York |

| BRAND | TOTAL SALES (billions) | MEDIA EXPENDITURES (millions) | QUALITY |
|---|---|---|---|
| 1. Sara Lee | $6.4 | $42.7 | |
| Hanes | | | 7.70 |
| Champion | | | 6.96 |
| L'eggs | | | 6.75 |
| 2. VF | 6.0 | 102.7 | |
| Lee | | | 7.05 |
| Wrangler | | | 7.14 |
| Vanity Fair | | | 6.33 |
| 3. Levi Strauss | 4.1 | 122.1 | |
| Levi's | | | 7.80 |
| Docker's | | | 7.36 |

16

|  |  |  |  |  |
|---|---|---|---|---|
| 4. Liz Claiborne | 3.6 | 17.1 |  |
| 620 | Liz Claiborne |  |  | 7.04 |
| | Dana Buchman |  |  | 7.22 |
| | 5. Jones New York | 2.9 | 34.6 | 7.41 |

| BRAND | FAMILIARITY | PURCHASE INTENT | EQUITY |
|---|---|---|---|
| 1. Sara Lee |  |  |  |
| Hanes | 94% | 7.78 | 71.0 |
| Champion | 47% | 6.77 | 58.9 |
| L'eggs | 57% | 5.87 | 53.4 |
| 2. VF |  |  |  |
| Lee | 81% | 6.52 | 59.7 |
| Wrangler | 78% | 6.49 | 59.1 |
| Vanity Fair | 33% | 5.55 | 50.1 |
| 3. Levi Strauss |  |  |  |
| Levi's | 94% | 7.30 | 69.0 |
| Docker's | 76% | 7.07 | 63.4 |
| 4. Liz Claiborne |  |  |  |
| Liz Claiborne | 50% | 6.09 | 56.3 |
| Dana Buchman | 5% | 6.12 | 53.0 |
| 5. Jones New York | 25% | 6.74 | 61.0 |

625 ... 630 ... 635 ... 640

Sources: Hoover's Online; TNS (media); Harris Interactive/EquiTrend: pxFxPI=E (see key, page S20)

645

*Copyright 2005 BPI Communications, Inc.*
Copyright © 2006, Gale Group. All rights reserved.
Gale Group is a Thomson Corporation Company

650         **United States top eight athletic shoe manufacturers by sales, company location, advertising expenditures, advertising agency, agency location, brand, and brand recognition in dollars and percentages for 2004**

Title: Many paths to cool, but big gains for all._Source: Brandweek, 46 (25): S53, June 20, 2005.
ISSN: 1064-4318_Publisher: BPI Communications, Inc._

```
655      BRAND               COMPANY NAME,
                             LOCATION

         1. Nike            Nike, Beaverton, OR
         2. Reebok          Reebok, Canton, MA
660      3. New Balance     New Balance Athl Shoe, Boston
         4. Adidas          Adidas America, Portland, OR
         5. K-Swiss         K-Swiss, Westlake Village, CA
         6. Converse        Converse, North Andover, MA
         7. Vans            Vans, Santa Fe Springs, CA
665      8. Puma            Puma North Am., Westford, MA

         BRAND               LEAD AGENCY,
                             LOCATION

670      1. Nike            Wieden + Kennedy, Portland, OR
         2. Reebok          mcgarrybowen, New York
         3. New Balance     Boathouse, Needham, MA
         4. Adidas          TBWA, SF; 180, Amsterdam
         5. K-Swiss         Gale Group, New York
675      6. Converse        Butler, Shine, Stern, SF
         7. Vans            In-house
         8. Puma            In-house
```

| BRAND | TOTAL SALES (millions) | MEDIA EXPENDITURES (millions) | QUALITY |
|-------|------|------|------|
| 1. Nike | $3,225.0 | $134.1 | 7.38 |
| 2. Reebok | 1,087.0 | 31.0 | 7.11 |
| 3. New Balance | 1,022.0 | 10.9 | 7.60 |
| 4. Adidas | 790.0 | 52.0 | 7.16 |
| 5. K-Swiss | 395.0 | 29.0 | 6.94 |
| 6. Converse | 305.0 | 3.9 | 6.92 |
| 7. Vans | 240.0 | 4.6 | 6.69 |
| 8. Puma | 209.0 | 6.2 | 6.72 |

| BRAND | FAMILIARITY | PURCHASE INTENT | EQUITY |
|-------|------|------|------|
| 1. Nike | 88% | 6.84 | 64.2 |
| 2. Reebok | 82% | 6.67 | 61.1 |
| 3. New Balance | 58% | 7.18 | 65.9 |
| 4. Adidas | 80% | 6.62 | 60.8 |
| 5. K-Swiss | 41% | 6.15 | 56.9 |
| 6. Converse | 66% | 6.05 | 55.7 |
| 7. Vans | 27% | 5.38 | 50.4 |
| 8. Puma | 54% | 5.45 | 51.4 |

```
         Sources: Sporting Goods Intelligence (sales, figures are
```

705           wholesale plus outlet/concept stares for U.S. only);
              TNS (media); Harris Interactive/EquiTrend: QxFxPl=E
              (see key, page S20)

*Copyright 2005 BPI Communications, Inc.*
710      Copyright © 2006, Gale Group. All rights reserved.
         Gale Group is a Thomson Corporation Company

**Appendix F**

715
**1998 Men's and Junior Boys' Apparel Shipments in the U.S.**

Table 43. **Quantity of Production and Value of Shipments of Men's and Junior Boys' Apparel: 1998 and 1997**

[Quantity in thousands of units. Value in millions of dollars]

| Product description | Total Quantity | Total Value | Fourth quarter Quantity | Fourth quarter Value | Third quarter Quantity | Third quarter Value | Second quarter Quantity | Second quarter Value | First quarter Quantity | First quarter Value |
|---|---|---|---|---|---|---|---|---|---|---|
| **1998** | | | | | | | | | | |
| Suits | 8,116 | 707.9 | 1,629 | 148.7 | 1,988 | 188.9 | 2,047 | 168.8 | 2,452 | 201.5 |
| **Coats, jackets, and vests:** | | | | | | | | | | |
| Down and feather filled coats, jackets, and vests | 191 | 6.5 | 48 | 2.1 | 43 | 2.0 | 50 | 1.2 | 50 | 1.2 |
| Dress and sport coats (tailored) | 10,535 | 678.7 | 2,031 | 141.5 | 3,041 | 201.3 | 2,251 | 145.6 | 3,212 | 190.3 |
| Heavy nontailored coats and jackets | 12,337 | 461.6 | 3,139 | 123.9 | 3,231 | 134.3 | 3,016 | 100.4 | 2,951 | 103.0 |
| Lightweight nontailored coats and jackets | 15,459 | 330.5 | 4,624 | 92.4 | 4,081 | 88.7 | 3,537 | 75.4 | 3,217 | 74.0 |
| Overcoats and top coats | 1,279 | 79.7 | 367 | 20.5 | 355 | 26.2 | 271 | 16.3 | 286 | 16.7 |
| Raincoats | 1,405 | 36.7 | 318 | 9.2 | 349 | 11.9 | 366 | 7.6 | 372 | 8.0 |
| Separate vests | 1,237 | 26.9 | 258 | 5.3 | 313 | 6.7 | 313 | 6.9 | 353 | 8.0 |
| Work jackets | 6,272 | 178.8 | 1,933 | 54.5 | 1,751 | 55.9 | 1,572 | 45.0 | 1,016 | 23.4 |
| **Tops:** | | | | | | | | | | |
| Woven dress and business shirts | 47,580 | 656.8 | 9,758 | 185.2 | 11,019 | 148.4 | 12,582 | 149.5 | 14,221 | 173.7 |
| Woven sport shirts | 18,539 | 233.9 | 4,024 | 51.5 | 4,541 | 58.3 | 5,210 | 60.3 | 4,764 | 63.8 |
| Work shirts | 55,272 | 540.8 | 15,547 | 150.7 | 13,880 | 144.3 | 13,028 | 125.2 | 12,817 | 120.6 |
| Knit T-shirts and tank tops made for outerwear | 785,475 | 3,860.6 | 192,987 | 852.7 | 196,728 | 979.0 | 209,636 | 1,083.7 | 186,124 | 945.2 |
| Sweatshirts | 146,131 | 793.6 | 30,851 | 195.1 | 41,840 | 269.9 | 36,908 | 192.0 | 36,532 | 136.6 |
| Other knit shirts | 93,380 | 773.3 | 18,037 | 150.4 | 24,446 | 201.8 | 27,091 | 226.5 | 23,806 | 194.6 |
| Sweaters | 11,239 | 175.2 | 2,394 | 53.3 | 3,694 | 54.1 | 2,950 | 39.7 | 2,201 | 28.1 |
| **Bottoms:** | | | | | | | | | | |
| Dress and sport trousers | 105,896 | 1,979.5 | 27,115 | 501.4 | 29,965 | 587.8 | 25,368 | 463.1 | 23,448 | 427.2 |
| Jeans | 192,846 | 3,065.4 | 54,569 | 874.9 | 51,884 | 852.4 | 45,895 | 724.2 | 40,498 | 613.9 |
| Jean-cut casual slacks | 29,606 | 294.3 | 6,730 | 75.0 | 7,724 | 77.4 | 8,569 | 77.0 | 6,583 | 64.9 |
| Shorts | 67,463 | 518.0 | 13,646 | 98.3 | 9,729 | 57.0 | 20,593 | 153.5 | 23,495 | 209.2 |
| Sweatpants | 40,313 | 230.6 | 8,428 | 47.6 | 10,405 | 78.2 | 11,555 | 66.9 | 9,925 | 37.9 |
| Workpants | 46,904 | 516.2 | 12,496 | 129.3 | 11,433 | 126.0 | 11,489 | 130.1 | 11,486 | 130.8 |
| **Underwear and nightwear:** | | | | | | | | | | |
| Pajamas and nightwear | 7,835 | 56.8 | 2,453 | 19.2 | 1,818 | 15.4 | 1,892 | 11.7 | 1,672 | 10.5 |
| Robes | 4,163 | 52.9 | 1,569 | 29.6 | 1,481 | 17.3 | 719 | 3.0 | 394 | 3.0 |
| Underwear total | 925,387 | 1,345.3 | 204,062 | 356.8 | 241,976 | 308.1 | 199,202 | 381.0 | 280,147 | 299.4 |
| Thermal underwear | 39,640 | 130.6 | 8,508 | 28.3 | 9,927 | 33.0 | 10,236 | 33.8 | 10,969 | 35.5 |
| Undershirts (1/4 sleeve and athletic types) | 406,535 | 488.8 | 71,246 | 127.6 | 118,138 | 136.1 | 79,897 | 119.5 | 137,254 | 105.6 |
| Knit undershorts and briefs | 432,547 | 608.7 | 113,277 | 171.9 | 102,505 | 117.0 | 95,599 | 196.5 | 121,166 | 123.3 |
| Woven boxer shorts | 46,665 | 117.2 | 11,031 | 29.0 | 11,406 | 22.0 | 13,470 | 31.2 | 10,758 | 35.0 |
| **Other garments:** | | | | | | | | | | |
| Coveralls, overalls, and jumpsuits | 12,515 | 309.2 | 3,231 | 78.4 | 4,581 | 92.5 | 2,389 | 71.7 | 2,314 | 66.6 |
| Jogging and warmup suits | 3,581 | 30.6 | 776 | 8.1 | 820 | 9.3 | 1,099 | 7.3 | 886 | 5.9 |
| Playsuits | 39 | 0.4 | 6 | 0.1 | 11 | 0.1 | 13 | 0.1 | 9 | 0.1 |
| Ski apparel | (D) | (D) | (D) | (D) | (D) | (D) | (D) | (D) | (D) | (D) |
| Swimwear | 1,094 | 20.4 | 239 | 4.0 | 222 | 4.4 | 285 | 5.4 | 348 | 6.6 |
| Team sports uniforms | 13,535 | 168.0 | 3,449 | 37.2 | 2,684 | 39.5 | 3,112 | 43.1 | 4,290 | 48.2 |
| Washable service apparel | 31,751 | 266.6 | 7,472 | 64.6 | 8,222 | 65.0 | 8,077 | 69.4 | 7,980 | 67.6 |

Source: Bureau of the Census, December 2000

720

20