UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIFE IS GOOD, INC.,

                    Plaintiff,

          v.

LG ELECTRONICS U.S.A., INC., and
LG ELECTRONICS MOBILECOMM U.S.A.,
INC. (formerly LG INFOCOMM U.S.A. INC.),

                    Defendants.

Civil Action No.:  04 11290 REK

**EXHIBIT 15 TO THE DECLARATION OF TIMOTHY A. LEMPER IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON
PLAINTIFF'S TRADEMARK DILUTION CLAIM**

# OVERSIZED COLOR DOCUMENT

# MANUALLY FILED