Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIFE IS GOOD, INC.,                )
                                   )
            Plaintiff,             ) No. 04-11290-REK
                                   )
    vs.                            )
                                   )
LG ELECTRONICS U.S.A., INC.,       )
and LG INFOCOMM U.S.A., INC.,      )
                                   )
            Defendants.            )
_____)

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF JASON LEE
Rule 30(b)(6)
San Diego, California
Tuesday, November 29, 2005

ORIGINAL

Reported by:
ANELA SHERADIN, RPR
CSR NO. 9128
JOB NO. 5041

Page 33

```
 1      A    Correct.
 2      Q    And where was that?
 3      A    It was a master's of business administration.
 4      Q    What school?
 5      A    In state University of New York.
 6      Q    Which branch?
 7      A    In Albany.
 8      Q    In Albany.  Was that full-time?
 9      A    That's full-time.
10      Q    So you weren't working for LG at that time?
11      A    No, not at that time.
12      Q    And what other work have you done to learn
13  English or improve your English since you've been here
14  other than taking an ESL course, and putting aside
15  speaking English every day, I take it.
16      A    Well, after graduation?
17      Q    Yes.
18      A    Well, I've been working for -- working in the
19  United States.
20      Q    Okay.  Is -- is -- you spend a lot of time on
21  the phone?
22      A    Spend a lot of time on the phone?
23      Q    Telephone, yes.
24      A    Personally?
25      Q    Yes.
```

Page 56

```
 1   process to come up with the packaging; is that fair to
 2   say?
 3        A    They do.
 4        Q    Okay.  Does LG put the words Life's Good on any
 5   of its cell phones or accessories?  Right on them.
 6        A    Life's Good?
 7        Q    Yeah.
 8        A    Tagline?  No.
 9        Q    Other than what you've told me, can you tell me
10   any other place where the Life's Good tagline will
11   appear in connection with MobileComm?
12        A    Other than TV, magazine, newspapers, sometimes
13   outdoor advertising.
14        Q    Such as?
15        A    If it's -- if it's spectacular advertising,
16   like huge wallscape-like thing, then we have a space to
17   put it.  So we put the tagline because it's advertising.
18   But the -- most of the billboards it's not very feasible
19   so we just put our logo only.
20        Q    I see.  Can you think of any other uses of
21   Life's Good besides what you've already told me?
22        A    Sometimes we put it in the brochure or
23   literature, as you have shown me.
24        Q    Literature that goes to the --
25        A    Goes to the stores.
```

```
                                                              Page 104
 1    12:44 p.m.

 2    BY MR. PIERCE:

 3        Q    Mr. Lee, when you said you discussed with the

 4    attorney the trademark, were you referring to a

 5    trademark search?

 6        A    It's -- it was about -- it was about the

 7    search.

 8        Q    Okay.  And he didn't know anything about it?

 9        A    He didn't know.

10        Q    Okay.

11        A    Search being the United States.

12        Q    Is there anybody else you discussed that you

13    wanted to add?

14        A    Well, that's the two people that I forgot to

15    mention.

16        Q    All right.  You had testified earlier that LG

17    MobileComm does not put Life's Good on the products.

18    Are there any plans to do so in the future?

19        A    We don't.

20        Q    "No"?

21        A    For the mobile -- mobile phone?

22        Q    Yes.

23        A    No, we don't.

24        Q    Are there any plans to change the use of Life's

25    Good in the future from what -- the manner in which it's
```

Page 105

```
 1   currently used?
 2       A    Use of the tagline in the advertising as a
 3   tagline?
 4       Q    Yeah.  Is there -- are there any plans to
 5   change the use of it in any way, whether it's
 6   advertisement or not?
 7       A    We don't have any plan to do that.
 8       Q    Okay.  Are there any plans to discontinue the
 9   use of a tagline at any time?
10       A    Well, that we don't know.  We don't have plan
11   yet; but if you have better tagline, then they will
12   consider it.
13       Q    Have you heard from any source that this
14   tagline is going to be used only for a certain period of
15   time?
16       A    No, I haven't heard.
17       Q    As far as you know, it's going to be used into
18   the indefinite future?
19       A    But again, if he -- if he -- if headquarters
20   creates new tagline for the global advertising.
21       Q    But you haven't heard of such a thing?
22       A    I haven't heard it yet.
23       Q    How much does MobileComm spend on an annual
24   basis in advertising?
25       A    We spend about 18 to $20 million for the
```

Page 106

1  advertising.
2      Q   18 to 20.  I have heard that LG spends a
3  hundred million dollars a year advertising in the U.S.
4  Do you know if that includes the 18 to 20 million?
5      A   That includes 18 to 20 million.
6      Q   Okay.  And so the other 80 million is for LG
7  Electronics, the appliances and flat screens and
8  whatnot?
9      A   LG Electronics.  It's all of the LG Electronics
10 divisions in the United States.
11     Q   Does that 18 to 20 million included monies
12 spent by headquarters on international advertising that
13 may appear in the United States?
14     A   That number doesn't include that.
15     Q   Do you know of any -- do you have any
16 information as to how much money that is that's spent on
17 by headquarters on U.S. advertising for the MobileComm
18 division?
19     A   I -- I don't.  I don't have that information.
20     Q   What's the fiscal year of MobileComm?
21     A   It's a calendar year.
22     Q   Okay.  And you have a budget for 2006, I take
23 it?
24     A   Well, it's not been finalized yet.
25     Q   Can you give me an estimate of the budget for

```
 1   2006 for advertisement?
 2       A   Well, again, it's not been finalized, but I
 3   think it's going to be similar level.
 4       Q   8 to 20?
 5       A   18 to 20.
 6       Q   18 to 20 million.  Okay.  Now, let me ask you
 7   this:  The sales, you say, are 3 billion for 2005; is
 8   that annualized or year to date?
 9       A   2005 it's year to date.  It's the end of --
10   until the end of October.
11       Q   End of October.  So I presume it will be closer
12   to 3.5 to 4 million when the year is over?
13       A   That I don't know.  It depends on what we
14   perform at the end of the year.
15       Q   Do you -- do you know the revenue for 2004 for
16   MobileComm?
17       A   Revenue?
18       Q   Yes.
19       A   MobileComm 2004?
20       Q   Correct.
21       A   It was -- it was around $2 billion.
22       Q   Okay.  And how about 2003?
23       A   2003 -- 2003 it was about 2 billion, too.
24       Q   Do you attribute the increase in sales to use
25   of the Life's Good tagline in any way?
```

Page 108

```
 1      A    I'm sorry?  Can you --
 2      Q    Do you attribute the increase in sales from the
 3  2 billion level in 2003 to -- I'm sorry, 2004 -- yeah,
 4  2003 -- 2 billion in 2003 --
 5      A    3.
 6      Q    2 billion in 2004.
 7      A    Yes.
 8      Q    Okay.  Do you attribute the increase from 2004
 9  to 2005 in any way to the use of the Life's Good
10  tagline?
11      A    I don't know.
12      Q    Was the advertising budget increased from 2004
13  to 2005?
14      A    Budget was increased a little bit, yes.
15      Q    What was it in 2004?
16      A    2004 it was 17.
17      Q    17 million?
18      A    Yes.
19      Q    All right.  So it wasn't increased
20  significantly?
21      A    Right.
22      Q    All right.  Why don't we show you the next
23  exhibit, please.
24           THE REPORTER:  72.
25           MR. PIERCE:  Number?
```