UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>　　　　　　　　　　Defendants. | Civil Action No.:  04 11290 REK |

**EXHIBIT 18 TO THE DECLARATION OF TIMOTHY A. LEMPER IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON
<u>PLAINTIFF'S TRADEMARK DILUTION CLAIM</u>**

# <u>OVERSIZED COLOR DOCUMENT</u>

# <u>MANUALLY FILED</u>