UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC. and )<br>LG ELECTRONICS MOBILECOMM )<br>U.S.A., INC. (formerly LG INFOCOMM )<br>U.S.A., INC.), )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-11290 REK |

## DECLARATION OF JACLYN KIDWELL

I, Jaclyn Kidwell, declare that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am employed as a law clerk at the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, D.C. 20001, counsel for Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. in this case. This declaration is based on my personal knowledge.

2. I conducted online searches for third-party products containing the phrase "Life is good" between October 2004 and May 2005.

3. Photographs of the products that I located, purchased, and photocopied with the assistance of two legal assistants under my supervision are attached to this Declaration as Exhibits 1 through 39. Information regarding those products is as follows:

| Ex. | Product Description | Uniform Resource Locator (URL) Address on the Internet | Purchase Date |
|---|---|---|---|
| 1 | Lake Champlain Chocolates T-Shirt, "Life is good. Lakes, mountains, and chocolates from Vermont" | http://www.lakechamplainchocolates.com/Products.aspx?pn_deptid=448 | 11/02/04 |
| 2 | Gorey Details T-Shirt, "Books. cats. Life is good" | http://www.goreydetails.net/search.php?category=2 | 11/05/04 |
| 3 | It's a Texas Thang T-Shirt,"Life is good" | http://easycarts.net/ecarts/TShirtsNTexas/Texas_T-Shirts.html | 01/12/05 |
| 4 | Dog T-Shirt, "Life is Good!!" | http://www.cafepress.com | 10/22/04 |
| 5 | Bib, "Life is Good" | http://www.cafepress.com | 10/22/04 |
| 6 | Long sleeve T-Shirt, "Life is Good . . . and so it is!" | http://www.cafepress.com | 10/22/04 |
| 7 | Hoodie, "Life is good" | http://www.cafepress.com | 10/22/04 |
| 8 | T-Shirt, "Life is good" | http://www.greekshops.com/detail.aspx?ProdID=TS626B | 05/18/05 |
| 9 | T-Shirt dress, "When you're the top dawg Life is good" | https://www.choiceshirts.com | 11/01/04 |
| 10 | Long-sleeve T- Shirt, "When you're the top dawg Life is good" | https://www.choiceshirts.com | 11/01/04 |
| 11 | T-Shirt, "Life is Good at the Jersey Shore" | http://www.jerseygirlusa.com | 1/12/05 |
| 12 | Sweatshirt, "Life is Good at the Jersey Shore" | http://www.jerseygirlusa.com | 1/12/05 |
| 13 | Tile coaster, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 14 | Baseball cap, "Life is good!!!" (khaki) | http://www.cafepress.com/nupathz | 10/25/04 |
| 15 | Baseball cap, "Life is good!!!" (grey) | http://www.cafepress.com/nupathz | 10/25/04 |

| Ex. | Product Description | Uniform Resource Locator (URL) Address on the Internet | Purchase Date |
|---|---|---|---|
| 16 | Baseball Jersey, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 17 | Long Sleeve T-Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 18 | Golf Shirt, "Life is good!!! | http://www.cafepress.com/nupathz | 10/25/04 |
| 19 | Stainless Travel Mug, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 20 | Mug, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 21 | Women's T-Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 22 | Ringer T-Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 23 | Women's Tank Top, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 24 | Hooded Sweatshirt, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 25 | Jr. baby doll T-shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | 10/25/04 |
| 26 | T-Shirt, "Life is Good . . .and so it is!" (blue/gold) | http://www.zazzle.com | 10/22/04 |
| 27 | Mug, "Life is Good, Mountain Horses Make it BETTER!" | http://www.cafepress.com | 10/22/04 |
| 28 | Button, "life is good" | http://www.cafepress.com | 10/22/04 |
| 29 | Hand towel, "Life is good" | http://www.victoriantrading.com/store/catalogimages/8h/i4265.html | 01/12/05 |
| 30 | Bears in a boat, "Life is Good" | http://christmas-treasures.com | 1/12/05 |
| 31 | Book, "Life is Good! lessons in joyful living" | http://www.amazon.com | 01/03/05 |
| 32 | Valentine's Day card, "Life is good . . ." | http://www.gayposters.com/lifeisgood1.html | 10/25/04 |

| Ex. | Product Description | Uniform Resource Locator (URL) Address on the Internet | Purchase Date |
|---|---|---|---|
| 33 | Billy Joe Walker CD titled "life is good" | http://www.amazon.com | 01/03/05 |
| 34 | Kenny Chesney CD titled "Everywhere We Go" featuring song "Life is good" | http://www.amazon.com | 10/18/04 |
| 35 | Lucy self titled CD featuring song "Life is good" | http://www.amazon.com | 10/18/04 |
| 36 | Jacob Young self titled CD featuring song "Life Is Good" | http://www.amazon.com | 10/18/04 |
| 37 | CD Music form the Motion Picture "Agent Cody Banks" featuring song "Life is Good" by artist Junk. | http://www.amazon.com | 10/18/04 |
| 38 | LFO titled CD "Life is Good" | http://www.amazon.com | 10/18/04 |
| 39 | Espen Lind CD titled "This is Pop Music" featuring song "Life is Good" | http://www.amazon.com | 10/18/04 |

Executed this 31 day of March, 2006.

*Jaclyn Kidwell*
Jaclyn Kidwell

**CERTIFICATE OF SERVICE**

I hereby certify that this document and exhibits filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2006.