

Exhibit 1 to Kidwell Declaration