

Exhibit 2 to
Kidwell Declaration