

Exhibit 3 to
Kidwell Declaration