

Exhibit 4 to Kidwell Declaration