

Exhibit 5 to
Kidwell Declaration