

Exhibit 6 to
Kidwell Declaration