Exhibit 7 to
Kidwell Declaration