

Exhibit 8 to
Kidwell Declaration