



Exhibit 9 to
Kidwell Declaration

T-Shirt Dress