


Exhibit 10 to Kidwell Declaration

Long Sleeve T-Shirt