

Exhibit 11 to Kidwell Declaration

T-Shirt