

Exhibit 12 to Kidwell Declaration — Sweatshirt