

Exhibit 13 to Kidwell Declaration