**Exhibit 14 to Kidwell Declaration**

THIRD PARTY USES OF "LIFE IS GOOD"