**Exhibit 15 to
Kidwell Declaration**

THIRD PARTY USES OF
"LIFE IS GOOD"