**Exhibit 16 to
Kidwell Declaration**