

Exhibit 17 to Kidwell Declaration

Long Sleeve T-Shirt