

| Exhibit 18 to Kidwell Declaration | Golf Shirt |