

**Exhibit 19 to Kidwell Declaration**