

**Exhibit 20 to Kidwell Declaration**