

Exhibit 21 to Kidwell Declaration