

**Exhibit 22 to
Kidwell Declaration**