

Exhibit 23 to Kidwell Declaration