

Exhibit 24 to
Kidwell Declaration