

Exhibit 25 to Kidwell Declaration