

Exhibit 26 to
Kidwell Declaration