

Exhibit 27 to Kidwell Declaration