

Exhibit 28 to
Kidwell Declaration