

**Exhibit 29 to
Kidwell Declaration**