**Exhibit 30 to**
**Kidwell Declaration**