

Exhibit 31 to
Kidwell Declaration