

Exhibit 32 to
Kidwell Declaration

