

Exhibit 33 to Kidwell Declaration



1. life is good 3:47
2. on the border 4:17
3. too cool for words 4:14
4. old world 3:19
5. hummingbirds and butterflies 3:36
6. west coast sunset 3:24
7. a sweet thought (featuring John Barlow Jarvis) 2:53
8. smile awhile 2:55
9. wishing well
10. key west skies 4:52

Produced by Billy Joe Walker, Jr.