

**Exhibit 34 to Kidwell Declaration**

