

**Exhibit 35 to Kidwell Declaration**

