

Exhibit 36 to Kidwell Declaration

