

Exhibit 37 to
Kidwell Declaration



- 001 THE K.G.B. > Fortune And Fame
- 002 BUTCH WALKER > My Way (Remix)
- 003 NEW WORLD IDOLS > Uptown Girl
- 004 PAPA DEE > I Say
- 005 ASKIL HOLM > Seven Days In The Sun
- 006 THE K.G.B. > I'm A Player
- 007 KATY ROSE > Teaching Myself To Dream
- 008 GRAND SKEEM > Sucka MC's
- 009 THE K.G.B. > Ain't No Foldin' The Funk
- 010 JANYELLE > What's Real
- 011 INFINITE MASS > Super Bad Ghetto Boy
- 012 JUNK > Life Is Good
- 013 JOHN POWELL > Chasing Cody/The CIA
- 014 JOHN POWELL > Cody the Boy/Girl School