

Exhibit 38 to Kidwell Declaration



01 Every Other Time
02 28 Days
03 6 Minutes
04 Alayna (feat. De La Soul)
05 Erase Her
06 Dandelion
07 Life Is Good (feat. MOP)
08 Where You Are
09 What If
10 If I Had A Dollar
11 Gravity
12 That's The Way It Is
13 The Sun Still Shines
14 Dandelion (feat. Kelis)
15 If I Learn To Fly

Executive Producer: Rich Cronin · A&R: Keith Naftaly and Hosh Gureli · Management: Bruce Garfield, Jerry Goldstein and Glenn Stone for Avenue Management Group, New York/Los Angeles. De La Soul appears courtesy of Tommy Boy Records. M.O.P. appears courtesy of Loud Records.

www.itomusic.com    www.bmg.de