

Exhibit 39 to
Kidwell Declaration

