# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM U.S.A., <br> INC. (formerly LG INFOCOMM U.S.A. INC.), <br><br> Defendants. | Civil Action No.:  04 11290 REK |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following:

- EXHIBITS 4, 9, and 21 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S TRADEMARK DILUTION CLAIM **[DOCUMENTS ARE CONFIDENTIAL AND FILED UNDER SEAL]**

- EXHIBITS 1, 5, 15, and 18 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S TRADEMARK DILUTION CLAIM **[DOCUMENTS ARE OVERSIZED AND IN COLOR]**

were served by Federal Express on March 31, 2006 to the following:

| | |
|---|---|
| Robert R. Pierce <br> Thomas E. Kenney <br> PIERCE & MANDELL, P.C. <br> 11 Beacon Street, Suite 800 <br> Boston, Massachusetts  02108 <br><br> Counsel for Plaintiff <br> Life is good, Inc. | Robert L. Kirby, Esq. <br> NIXON PEABODY, LLP <br> 100 Summer Street <br> Boston, MA 02110 <br><br> Counsel for Plaintiff <br> Life is good, Inc. |

/s/  Jenny Macioge-Reilly_____