## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   CA 04-11290

   Title:  Life is Good, Inc. v. LG Electronics et al

# N O T I C E

Please take notice that the above-entitled case previously assigned to Judge  Robert E. Keeton   has been reassigned by random draw to Judge  William G. Young  at the direction of Chief Judge Wolf for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  WGY  .

Thank you for your cooperation in this matter.

   SARAH A. THORNTON
   CLERK OF COURT

By:   /s/ *Virginia A. Hurley*
   Deputy Clerk

Date:   4/26/06

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)