## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>　　　　Plaintiff, )<br>　　v. )<br>LG ELECTRONICS U.S.A., INC., and )<br>LG ELECTRONICS MOBILECOMM )<br>U.S.A., INC. (formerly LG INFOCOMM )<br>U.S.A., INC.), )<br>　　　　Defendants. ) | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

## NOTICE OF STIPULATED DISMISSAL OF
## PLAINTIFF'S MONETARY CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Life is good., Inc. and Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A. Inc. (formerly LG Infocomm U.S.A., Inc.), by their undersigned attorneys, stipulate to the dismissal of Plaintiff's claims for monetary relief on the causes of action asserted by Plaintiff against Defendants, with prejudice.

This dismissal is without prejudice to any claims for monetary relief Plaintiff may assert in a new cause of action arising after the date of its entry.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**LIFE IS GOOD INC.**

Date: May 1, 2006　　　　　　　　　/s/ Robert L. Kirby
　　　　　　　　　　　　　　　　　　Robert L. Kirby, Esq.
　　　　　　　　　　　　　　　　　　NIXON PEABODY, LLP
　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110

　　　　　　　　　　　　　　　　　　Robert R. Pierce
　　　　　　　　　　　　　　　　　　Thomas E. Kenney
　　　　　　　　　　　　　　　　　　PIERCE & MANDELL, P.C.
　　　　　　　　　　　　　　　　　　11 Beacon Street, Suite 800
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Life is good, Inc.

|  |  |
|---|---|
|  | LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS MOBILECOMM U.S.A., INC. |
| Date: May 1, 2006 | /s/ Timothy A. Lemper<br>Mark S. Sommers (MA BBO# 545297)<br>Douglas A. Rettew (*pro hac vice*)<br>Timothy A. Lemper (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Ave., N.W.<br>Washington, DC 20001<br><br>Lawrence R. Robins (BBO# 632610)<br>Jonathan M. Gelchinsky (BBO#656282)<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>55 Cambridge Parkway<br>Cambridge, Massachusetts 02142<br><br>Attorneys for Defendants<br>LG Electronics U.S.A., Inc. and<br>LG Electronics MobileComm U.S.A., inc. |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2006.