UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC., and )<br>LG ELECTRONICS MOBILECOMM )<br>U.S.A., INC. (formerly LG INFOCOMM )<br>U.S.A., INC.), )<br>)<br>Defendants. )<br>) | Civil Action No. 04-cv-11290 WGY<br><br>Hon. William G. Young |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**

Defendants move to strike Plaintiff's demand for a jury trial. As detailed in the accompanying Memorandum of Points and Authorities, Plaintiff has dismissed all of its claims for monetary relief in this case. Because this case now involves only claims for equitable relief and the applicable statutes do not provide a right to a jury trial, Plaintiff is not entitled to a jury trial. Further, a bench trial offers substantial economies and savings over a jury trial for both the Court and the parties alike.

In accordance with Local Rule 7.1(a)(2), Defendants conferred with Plaintiff on May 11, 2006, but were unable to obtain Plaintiff's consent to this Motion.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Strike Plaintiff's Jury Demand for the reasons set forth in more detail in the accompanying Memorandum of Points and Authorities.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: May 16, 2006 | /s/ Timothy A. Lemper<br>Mark Sommers (MA BBO# 545297)<br>Douglas A. Rettew (*pro hac vice*)<br>Timothy A. Lemper (*pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Ave., N.W.<br>Washington, DC 20001<br><br>Lawrence R. Robins (BBO# 632610)<br>Jonathan M. Gelchinsky (BBO#656282)<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>55 Cambridge Parkway<br>Cambridge, Massachusetts 02142<br><br>Counsel for Defendants<br>LG Electronics U.S.A., Inc. and<br>LG Electronics MobileComm U.S.A., Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2006.