UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,                         ) <br>     Plaintiff                              ) <br>                                      ) <br>v.                                     ) <br>                                      ) <br>LG ELECTRONICS U.S.A., INC.      ) <br>and LG INFOCOMM U.S.A., INC.      ) <br>     Defendants                   ) | C.A. No. 04-11290-WGY |

**AFFIDAVIT OF DEBORAH WOODBURY**

Deborah Woodbury does hereby depose and state as follows:

1. I am employed as a litigation paralegal at Nixon Peabody, LLP, counsel for the plaintiff, Life is good, Inc., in the above-captioned action.

2. On May 30 and 31, 2006, I conducted on-line internet searches for the 39 web pages listed in the Declaration of Jaclyn Kidwell. I conducted this search in order to determine the extent to which the uses of "Life is good" referenced in Ms. Kidwell's Declaration remained in use as of May 2006.

3. As detailed on the accompanying chart, and as depicted on Exhibits 1-39 hereto, "Life is good" continues to appear on only 14 of the 39 web pages cited in the Kidwell Declaration. The phrase "Life's good" now appears instead of "Life is good" on three of the 39 web pages cited in the Kidwell Declaration.

4. The following chart reflects the results of my search for the web pages cited in the Kidwell Declaration. With respect to the "Comments" column, "Item not found" indicates that the item cited in the Kidwell Declaration is no longer found at that web address. "Same as Kidwell" indicates no change from the Kidwell Declaration. "Different use of Life is good" indicates that the use cited in the Kidwell Declaration has changed but that there is some use of "Life is good." "Now uses Life's good" is self-explanatory.

BOS1598278.1

| Ex. | Product Description | Uniform Resource Locator (URL) Address on the Internet | Comments |
|---|---|---|---|
| 1 | Lake Champlain Chocolates T-Shirt, "Life is good. Lakes, mountains, and chocolates from Vermont" | http://www.lakechamplainchocolates.com/Products.aspx?pn_deptid-448 | Item not found. |
| 2 | Gorey Details T-Shirt, "Books. Cats. Life is good" | http://www.goreydetails.net/search.php?category=2 | Same as Kidwell. |
| 3 | It's a Texas Thang T-Shirt, "Life is good" | http://www.easycarts.net/ecarts/TShirtsNTexas/Texas_T-Shirts.html | Same as Kidwell. |
| 4 | Dog T-Shirt, "Life is Good!!" | http://www.cafepress.com | Item not found. |
| 5 | Bib, "Life is Good" | http://www.cafepress.com | Item not found. |
| 6 | Long sleeve T-Shirt, "Life is Good … and so it is!" | http://www.cafepress.com | Item not found. |
| 7 | Hoodie, "Life is good" | http://www.cafepress.com | Now uses Life's good. |
| 8 | T-Shirt, "Life is good" | http://www.greekshops.com/detail.aspx?ProdID=TS626B | Same as Kidwell. |
| 9 | T-Shirt dress, "When you're the top dawg Life is good" | http://www.choiceshirts.com | Item not found. |
| 10 | Long-sleeve T-Shirt, "When you're the top dawg Life is good" | http://www.choiceshirts.com | Item not found. |
| 11 | T-Shirt, "Life is Good at the Jersey Shore" | http://www.jerseygirlusa.com | Item not found. |
| 12 | Sweatshirt, "Life is Good at the Jersey Shore" | http://www.jerseygirlusa.com | Item not found. |
| 13 | Tile coaster, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 14 | Baseball cap, "Life is good!!!" (khaki) | http://www.cafepress.com/nupathz | Item not found. |
| 15 | Baseball cap, "Life is good!!!" (grey) | http://www.cafepress.com/nupathz | Item not found. |
| 16 | Baseball Jersey, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 17 | Long Sleeve T-Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |

BOS1598278.1

| Ex. | Product Description | Uniform Resource Locator (URL) Address on the Internet | Comments |
| --- | --- | --- | --- |
| 18 | Golf Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 19 | Stainless Travel Mug, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 20 | Mug, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 21 | Women's T-Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 22 | Ringer T-Shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 23 | Women's Tank Top, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 24 | Hooded Sweatshirt, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 25 | Jr. baby doll T-shirt, "Life is good!!!" | http://www.cafepress.com/nupathz | Item not found. |
| 26 | T-Shirt, Life is Good …. And so it is!" (blue/gold) | http://www.zazzle.com | Different use of Life is good. |
| 27 | Mug, Life is Good, Mountain Horses Make it BETTER! | http://www.cafepress.com | Now uses Life's good. |
| 28 | Button, "life is good" | http://www.cafepress.com | Now uses Life's good. |
| 29 | Hand towel, "Life is good" | http://www.victoriantrading.com/store/catalogimages/8h/i4265.html | Same as Kidwell. |
| 30 | Bears in a boat, "Life is Good" | http://christmas-treasures.com | Same as Kidwell. |
| 31 | Book, "Life is Good! Lessons in joyful living" | http://www.amazon.com | Same as Kidwell. |
| 32 | Valentine's Day card, "Life is good …" | http://www.gayposters.com/lifeisgoodl.html | Same as Kidwell. |
| 33 | Billy Joe Walker CD titled "life is good" | http://www.amazon.com | Same as Kidwell. |
| 34 | Kenny Chesney CD titled "Everywhere We Go" featuring song "Life is good" | http://www.amazon.com | Same as Kidwell. |

3

| Ex. | Product Description | Uniform Resource Locator (URL) Address on the Internet | Comments |
|---|---|---|---|
| 35 | Lucy self titled CD featuring song "Life is good" | http://www.amazon.com | Same as Kidwell. |
| 36 | Jacob Young self titled CD featuring song "Life Is Good" | http://www.amazon.com | Same as Kidwell. |
| 37 | CD Music from the Motion Picture "Agent Cody Banks" featuring song "Life is Good" by artist Junk. | http://www.amazon.com | Same as Kidwell. |
| 38 | LFO titled CD "Life is Good" | http://www.amazon.com | Same as Kidwell. |
| 39 | Espen Lind CD titled "This is Pop Music" featuring song "Life is Good" | http://www.amazon.com | Same as Kidwell. |

Signed under the penalties of perjury this 1st day of June, 2006

*Deborah Woodbury*
Deborah Woodbury

CERTIFICATE OF SERVICE

I, Deborah M. Svirtunas, hereby certify that a true copy of the above document was served upon the attorney of record for each other party electronically on June 1, 2006.

*Deborah M. Svirtunas*
Deborah M. Svirtunas

4