# EXHIBIT 1



| | | |
|---|---|---|
| Corporate Gift Program | ☆ About Our Chocolates | Items in bag: 0 |
| Wedding Chocolates | ☆ Our Company | Subtotal: $0.00 |
| When to Give Chocolates | ☆ Customer Service | View Bag/Check Out |



My Account

Product Search

**Everyday Gifts** | **Seasonal Gifts** | **Event Favors** | **Gifts By Price**



Home::
### Apparel and Books

**Chocolate Apparel**
Our fun and colorful T-shirts capture playful chocolate-loving phrases.

Gifts that last all year (and then some).

Page: 1

"Over the years my wife and I have come to be very fond of your chocolate. The finest we have had. And we consider ourselves serious devotees of chocolate. We could both rhapsodize endlessly about the marvels of your chocolate. It has brought us much pleasure."
— Elliot S., Gualala, CA



Baseball Cap
$15.00



Candyfreak signed by Steve Almond
$21.50



Canvas Bag with Handles
$25.00



Chocolate T-Shirt
$15.00



Women's Pink T-Shirt
$15.00

Apparel and Books Page: 1

☆ 100% Satisfaction Guaranteed     ☆ Wholesale Site
☆ Visit Our Factory                ☆ Privacy Policy
☆ Retail Locations                 ☆ Site Map
☆



Click for details

802-864-
1-800-465-
750 Pine Street, Burlington, VT