# EXHIBIT 2

 **gorey details** 


Sign up for our newsletter,
or **view the latest!**

0 Items in your cart

**Home**

**Consignment Books!**

**Gorey Details Links**

**Gorey Details Mall**

**Affiliates**

**About Us**


Enter a word to search for, or
use the **Advanced Search Form**

Merchandise Categories:

**Halloweentown - Page 1**

**Halloweentown - Page 2**

**Halloweentown - Page 3**

**Halloweentown - Page 4**

**EG Shirts / Totes / Mugs**

**Special Gorey Gifts**

**Edward Gorey Jewelry**

**EG Books / Bookmarks**

**EG Rubber Stamps**

**EG Posters / Decorations**

**EG Journals / Address / Occasion Books**


**Gorey Glowing Bat T-shirt**
$18.00


**Gashlycrumb Tinies T-shirt**
$18.00


**WHITE Gashlycrumb Tinies T-shirt**
$19.00


**Gashlycrumb Tinies CHILD Size**
$17.00


**GREY Gashlycrumb Tinies T-shirt CHILDS' Large**
$19.00


**Gashlycrumb Tinies Sweatshirt - GREY**
$28.00


**WHITE Gashlycrumb Tinies SWEATSHIRT**
$28.00


**Gashlycrumb Tinies Lunchbox**
$18.00


**Mini Gashlycrumb Tinies Lunchbox - SAGE**
$10.00


**Mini Gashlycrumb Tinies Lunchbox - ORANGE**
$10.00


**Mini Gashlycrumb Tinies Lunchbox - RED**
$10.00


**Gashlycrumb Tinies TOTEBAG**
$20.00

Fairyland
M.C. Escher



**SALE! No Such Thing SWEATSHIRT**
$24.00



**SALE! No Such Thing...As Too Many Books TOTEBAG**
$15.00



**SALE! Edward Gorey Christmas Cat Sweatshirt**
$24.00



**SALE! books. cats. life is sweet. T-shirt**
$15.00

**Books. Cats. Life is Sweet. TOTEBAG**
$20.00

**SALE! Books. Cats. Life is Sweet - GREY SWEATSHIRT**
$24.00







**SALE! books. cats. life is good. T-shirt**
$16.00

**SALE! books. cats. life is good. Sweatshirt**
$22.00

**SALE! Books. Cats. Life is Good - L/S T-shirt**
$18.00







**SALE! Cat Aerobics SWEATSHIRT**
$24.00

**SALE! Cat Aerobics T-shirt**
$15.00

**SALE! So Many Books; So Little Time T-shirt GIRL**
$15.00