# EXHIBIT 3

# T-Shirts N Texas

## Texas T-Shirts

### Texas T-Shirts from across the Lone Star State. Free Gift.

#### Click here for Home page

- Aprons - Books N Cookbooks - Framed Art Work - Gift Baskets -
Home - About us - License Plates - Souvenirs N Gifts - Specials -
Stuffed Animals - Texas Afghans - Texas Apparel - Texas Foods -
Texas Foods N Fixins - Texas Fun Stuff - Texas Gifts - Texas Gifts
1 - Texas Kids - Texas Mugs - Texas Pottery - Texas Signs N
Sayins - Texas Souvenirs - Texas T-Shirts - Texas T-Shirts 1 -
USA T-Shirts -

### Texas Bigger Than France



Texas It's Bigger

This is a great shirt to express some US and Texas Pride. After all, Texas IS bigger than France. Show your Texas Pride and Patriotic feelings with a touch of Texas humor.

Full Front Print
Non-Shrink
Machine Washable

**Item & Price**    Medium - $16.95

**Quantity desired**    1

Click to order

View your shopping cart    Complete your order

### Don't Mess with Texas 2

Don't Mess with Texas 2

Another great Texas T-shirt. Everyone can show their Texas pride with this shirt.

Full front print
Non-shrinking
Machine washable



**Item & Price**    Small - $15.95

**Quantity desired**    1

Click to order

View your shopping cart    Complete your order

---

## It's a Texas Thang



Life is Good in Texas
Great shirt for lettin' everyone know yer from the Lone Star State even if they don't read the whole thang! And yep, life is good N Texas.

Full Front Print
Non-Shrink
Machine Washable

**Item & Price**    Medium - $15.95

**Quantity desired**    1

Click to order

View your shopping cart    Complete your order

---

## Texas Mosaic

Texas Mosaic
A beautiful pattern done as if it were made of small pieces of colored glass or tile on a navy T-shirt.

Full front design

Machine washable,
100% preshrunk heavyweight cotton

**Size & Price**    Medium #683 - $15.95