# EXHIBIT 4

 

Find the perfect graduatio

# cafepress.com

Shop, sell or create what's on your mind.

Your Account | Sign In | Cart: **0 items**

Unique gifts, T-Shirts and more

Search: All Products   Go



**Your big idea Marketplace for self-expression**

Our Marketplace is jumping with creativity, ideas, favori causes and every imaginable interest - all designed by people like you. Find products that speak to you, or crea your own products to sell for profit or fun.

**What's next for you? Do it now.**

[Go Shopping]   [Start Selling]



Are you one of our over **2.5 million** members?

Sign in to access your account.

Email Address

Password

Forgot your password?   [Sign In]
Not a member?

Connect with other members.

**CafePress Blog**
The official CafePress Blog is here!
Read more

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address



All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

 

HACKER SAFE
TESTED    01-JUN