# EXHIBIT 6

# cafepress.com

Shop, sell or create what's on your mind.

Find the perfect graduati

Your Account | Sign In | Cart: **0 items**

Unique gifts, T-Shirts and more

Search: All Products  



### Your big idea Marketplace for self-expression

Our Marketplace is jumping with creativity, ideas, favori causes and every imaginable interest - all designed by people like you. Find products that speak to you, or crea your own products to sell for profit or fun.

What's next for you? Do it now.

Go Shopping    Start Selling

### Are you one of our over **2.5 million** members?

Sign in to access your account.

Email Address

Password

Forgot your password?
Not a member?  Sign In

**Connect with other members.**

**CafePress Blog**
The official CafePress Blog is here!
Read more

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address



All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

