# EXHIBIT 7

Find the perfect graduatic  

# cafépress
.com

Shop, sell or create what's on your mind.

Your Account | Sign In | Cart: **0 items**

Unique gifts, T-Shirts and more

**Search:**  All Products  `Go`



**Your big idea Marketplace for self-expression**

Our Marketplace is jumping with creativity, ideas, favori causes and every imaginable interest – all designed by people like you. Find products that speak to you, or crea your own products to sell for profit or fun.

What's next for you? Do it now.



`Go Shopping`    `Start Selling`



Are you one of our over **2.5 million** members?

Sign in to access your account.

Email Address

Password

Forgot your password?
**Not a member?**  `Sign In`

Connect with other members.

**CafePress Blog**
The official CafePress
Blog is here!
Read more



About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials:  Email Address



All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

 

# cafepress
.com

Shop, sell or create what's on your mind.

Find the perfect graduat

Your Account | Sign In | Cart: 0 items

SHOP THE MARKETPLACE

Unique gifts, T-Shirts and more

**Search:** All Products     life is good    Go

Home > Marketplace > Life Is Good > Life's GOOD :) Jr. Hoodie





click to view
front / back:

**View Larger**

# Life's GOOD :) Jr. Hoodie

Visit this member's shop: Boston Terriers and Boxers by Design

**From the Designer**
"Boston terrier in his baby pool with a big grin."

**Product Details**

**Fit:** Form Fitting
 Body-hugging close contoured fit. **Size up for a looser fit.**

**Fabric Thickness:**

Thin                                    Thick

A fashion "must" that defines today's hip style, our Jr. Hoodie is a body-loving curve-hugger. From American Apparel, get into baby soft 100% super fine-combed cotton fleece. Front zipper, hood and pockets to keep the chill off.

- Pre-washed 7.2 oz 100% Combed Ring Spun Cotton Fleece
- Size up for a looser fit
- Made in the USA

  

**$29.99**

Size:  Size Chart
Small

Qty:                    Add to Cart
1

Available Printing Method

◉ Direct Printing
   (85% preferred)
○ Heat Transfer
   (15% preferred)

AVAILABILITY: In Stock,
ship in 2 business days
Product Number: 760160

Tell a friend about this pr

More Like this

Shop other categories:

Animals | Baby Gifts | Bumper Stickers | Comics | Dog Gifts | Fantasy Art | Gifts | Humor | Games | Geek | Insects
Military Gifts | Music | Peace | Pet Lover Gifts | Politics | Religious Gifts | Sci-Fi | Sports | T-Shirts | Unique Gifts | Urban Chic
Affiliate Programs

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address



TESTED    01-JUN

  

All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer