# EXHIBIT 8

   

## Apparel

- Apparel
- Children's Books in English
- Children's Books in Greek
- Educational
- Music
- Video & DVD

### Product Categories

Ancient Greek Replicas
Apparel & Accessories
Books, Maps & Calendars
Byzantine Icons
Children & Young Adults
Clearance
Floral Arrangements
Food & Cookware
Gifts
Greek Flag & Sports Gear
Greek Folk Art
Greeting Cards
Houseware
Jewelry
Music
Olympic Games
Collectibles
Promotional Ideas
Software
Video & DVD

[Code : TS626B] LIFE IS GOOD Greece Children's Tshirt 626B



**Price** $10.00
Size   Small

**BUY NOW!**
Quantity: 1
Add to Shopping Cart

### Product Description

Silkscreen image from Greek culture. LIFE IS GOOD Greece Children's TShirt. 100% cottton. Available only in white.

Childrens sizes S (6-8) XS (2-4)

**Style and Color Guide**

