# EXHIBIT 9



**ChoiceShirts**
T-Shirts, Sweats & More • 1-800-485-6601

Search:   ● All ○ Popular ○ New
SEARCH HINT: Enter Keyword or Item Number. No Plurals. Use CAT, not CATS

🛒 View Cart: 0 Items
📁 Saved Orders
❓ Customer Service
✉ Order Status

| Home | Search | Custom/Volume | Resellers | Affiliates | FREE SHIPPING OFFER |

**HACKER SAFE**
TESTED DAILY  01-JUN

**Popular Shirts**
Funny
Dogs
Music
Family
80's - Retro
Movies
Personalized
Clearance

**Personalized Shirts:**
Headshot Creations
*from Family Labels*
Photo Shirts
Family Characters

**All Shirt Categories**
80's - Retro  NEW!
Animal
Automotive
Beer & Bars  NEW!
Biker
Birds
Cats
Christian
Clearance  NEW!
Comics - Anime  NEW!
Cool
Country
Cover-Ups  NEW!
Decorative
Dogs
Ethnic
Exotic Wildlife
Family/Relative
Famous People  NEW!
Farm Animals
Floral
Funny
Game Wildlife
Glitter
Hardcore
Hip-Hop
Holidays
Horses
Humorous
Insects
Inspirational
Juvenile
Kids
Marine Life
Military
Morehead
Motorcycle
Movies  NEW!



ChoiceShirts.com is your #1 source for printed T-Shirts, custom T-Shirts, Sweatshirts and more.

**Don't Forget Dad!**
View All Father's Day Shirts

Father's Day is June 18th

Up to $10 OFF for Father's Day  Click for Details!    3 IS FREE! Get Free Shipping CLICK HERE

### Popular Shirt Categories

 View Most Popular Shirts   View New Shirts

These printed T-Shirt designs are available on several shirt styles including T-shirts, sweatshirts & more.
T-shirts from ChoiceShirts include printed designs and a wide selection of pre-printed shirts.


**ON FIRE**
We support Lindsay! Click Here!


**Movies ▸**
Xmen, Superman, Rocky, More T-Shirts...


**80's ▸**
Junk Food, Rocky, MTV, More T-Shirts...


**Clearance ▸**
Rock bottom prices on closeout T-Shirts.


**Music ▸**
Guns N' Roses, Led Zeppelin, More...


**Personalized ▸**
Family Characters, Photo Shirts, More...


**Holidays ▸**
Father's Day, Patriotic, More...


**Funny ▸**
Tuxedo, Censored, Drinking, Chicks, More...


**Christian ▸**
Angel, Christian Outfitters, Jesus, More T-Shirts...

**Dogs ▸**
Select Your Breed, Funny Dog, More...


**TV ▸**
Sanford & Son, Family Guy, More...


**Biker ▸**
Choppers, Women, Eagle, More T-Shirts...