# EXHIBIT 10

# ChoiceShirts®
T-Shirts, Sweats & More • 1-800-485-6601

Search: [GO]  All  Popular  New

SEARCH HINT: Enter Keyword or Item Number. No Plurals. Use CAT, not CATS

- View Cart: 0 Items
- Saved Orders
- Customer Service
- Order Status

| Home | Search | Custom/Volume | Resellers | Affiliates | FREE SHIPPING OFFER |

**HACKER SAFE** — TESTED DAILY  01-JUN

### Popular Shirts
- Funny
- Dogs
- Music
- Family
- 80's - Retro
- Movies
- Personalized
- Clearance

### Personalized Shirts:
- Headshot Creations *from Family Labels*
- Photo Shirts
- Family Characters

### All Shirt Categories
- 80's - Retro NEW!
- Animal
- Automotive
- Beer & Bars NEW!
- Biker
- Birds
- Cats
- Christian
- Clearance NEW!
- Comics - Anime NEW!
- Cool
- Country
- Cover-Ups NEW!
- Decorative
- Dogs
- Ethnic
- Exotic Wildlife
- Family/Relative
- Famous People NEW!
- Farm Animals
- Floral
- Funny
- Game Wildlife
- Glitter
- Hardcore
- Hip-Hop
- Holidays
- Horses
- Humorous
- Insects
- Inspirational
- Juvenile
- Kids
- Marine Life
- Military
- Morehead
- Motorcycle
- Movies NEW!



ChoiceShirts.com is your #1 source for printed T-Shirts, custom T-Shirts, Sweatshirts and more.

**It's All About Dad!**
View All Father's Day Shirts

Up to $10 OFF for Father's Day — Click for Details    3 IS FREE! Get Free Shipping CLICK HERE

## Popular Shirt Categories    [View Most Popular Shirts]  [View New Shirts]

These printed T-Shirt designs are available on several shirt styles including T-shirts, sweatshirts & more. T-shirts from ChoiceShirts include printed designs and a wide selection of pre-printed shirts.


**On Fire**
We support Lindsay! Click Here!


**Movies ▶**
Xmen, Superman, Rocky, More T-Shirts...


**80's ▶**
Junk Food, Rocky, MTV, More T-Shirts...


**Clearance ▶**
Rock bottom prices on closeout T-Shirts.


**Music ▶**
Guns N' Roses, Led Zeppelin, More...


**Personalized ▶**
Family Characters, Photo Shirts, More...


**Holidays ▶**
Father's Day, Patriotic, More...


**Funny ▶**
Tuxedo, Censored, Drinking, Chicks, More...


**Christian ▶**
Angel, Christian Outfitters, Jesus, More T-Shirts...


**Dogs ▶**
Select Your Breed, Funny Dog, More...


**TV ▶**
Sanford & Son, Family Guy, More...


**Biker ▶**
Choppers, Women, Eagle, More T-Shirts...