# EXHIBIT 11





# TEDDY BEARS BY THE SEASHORE

"It's like shopping Madison Avenue. The only difference is the p

We Ship all in-stock orders within 24 hours, Priority Ma

  

**BEST IN CHILDRENSWEAR FINERY!**

**COME VISIT US IN SPRING LAKE, N.J**



Send a free Jersey Girl Postcard to your friends!
**Click here**

**Click here to Join our E-mail Newsletter Mailing List !**

Winter Store Hours
11am-4pm
Yes!
We are open on Sundays!
Closed Tue & Wed

NUMBER OF VISITORS: 

