# EXHIBIT 12



Get a FREE Jersey Girl T-Shirt Click for details!



- Home
- Online Catalog
- Order Info
- Big People's Store
- Girls Department
- Boys Department
- Jersey for Kids
- Our Location
- Contact Us
- Newsletter Sign-up
- E-mail Postcards

**Winter Store Hours**
11am-4pm
Yes!
We are open on Sundays!
Closed Tue & Wed

# TEDDY BEARS BY THE SEASHORE

"It's like shopping Madison Avenue. The only difference is the p



We Ship all in-stock orders within 24 hours, Priority Ma

  

BEST IN CHILDRENSWEAR FINERY!

## COME VISIT US IN SPRING LAKE, NJ



Send a free Jersey Girl Postcard to your friends!
**Click here**

**Click here to Join our E-mail Newsletter Mailing List !**

**NUMBER OF VISITORS:**