# EXHIBIT 19

**cafépress**  Cart & Checkout | Help | Order Status | Shop Home

>>> NUPATHZ.COM ONLINE MERCHANDISE ST

# NuPathz.com
### "Bringing You a New Perspective on Life"

- » "Just Go For It!" Products
- » "My Life is Fantastic!" Products
- » "It Don't Get No Better Than This!" Products
- » Honor Student at the U of E
- » Just Barely Passing at the University of Earth
- » Naturalized Alien Products
- » "God is Cool!" Products
- » "God is Awsome!" Products
- » "God Rocks!" Products
- » "Whatever..." Products
- » "Whatever..." (More) Products
- » "Whatever..." (Even More) Products
- » "Whatever" (Still More) Products
- » Other Stuff - Goofy Stuff - Just Stuff
- » MORE "Other Stuff - Goofy Stuff"

  

**"Just Go For It!" Products**
A little encouragement can be a good thing! So... "Just Go For It!"

**"My Life is Fantastic!" Products**
Oh, what the heck. Brag a little with "My Life is Fantastic!" products!

**"It Don't Get No Be Than This!" Produ**
Tell it like it is with o Don't Get No Better This!" merchandis

  

**Honor Student at the U of E**
Got a firm grasp on life? Then tell the world you're leading the way with these great "Honor Student at the

**Just Barely Passing at the University of Earth**
Life is never easy - but it can at least be fun. Show the world your sense of

**Naturalized Alien Pro**
Tired of explaining yc - the things you say do? Take the easy wa Just show 'em all