# EXHIBIT 23

**cafepress.com**  Cart & Checkout | Help | Order Status | Shop Home

>> NUPATHZ.COM ONLINE MERCHANDISE ST

- » "Just Go For It!" Products
- » "My Life is Fantastic!" Products
- » "It Don't Get No Better Than This!" Products
- » Honor Student at the U of E
- » Just Barely Passing at the University of Earth
- » Naturalized Alien Products
- » "God is Cool!" Products
- » "God is Awsome!" Products
- » "God Rocks!" Products
- » "Whatever..." Products
- » "Whatever..." (More) Products
- » "Whatever..." (Even More) Products
- » "Whatever" (Still More) Products
- » Other Stuff - Goofy Stuff - Just Stuff
- » MORE "Other Stuff - Goofy Stuff"

# NuPathz.com
### "Bringing You a New Perspective on Life"


"Just Go For It!" Products
A little encouragement can be a good thing! So... "Just Go For It!"


"My Life is Fantastic!" Products
Oh, what the heck. Brag a little with "My Life is Fantastic!" products!


"It Don't Get No Be Than This!" Produ
Tell it like it is with o Don't Get No Better This!" merchandis(


Honor Student at the U of E
Got a firm grasp on life? Then tell the world you're leading the way with these great "Honor Student at the


Just Barely Passing at the University of Earth
Life is never easy - but it can at least be fun. Show the world your sense of


Naturalized Alien Pro
Tired of explaining yc - the things you say do? Take the easy wa Just show 'em all