# EXHIBIT 24

cafépress.com                    Cart & Checkout | Help | Order Status | Shop Home

>>> NUPATHZ.COM ONLINE MERCHANDISE ST

# NuPathz.com
## "Bringing You a New Perspective on Life"

» "Just Go For It!"
  Products
» "My Life is
  Fantastic!" Products
» "It Don't Get No
  Better Than This!"
  Products
» Honor Student at
  the U of E
» Just Barely Passing
  at the University of
  Earth
» Naturalized Alien
  Products
» "God is Cool!"
  Products
» "God is Awsome!"
  Products
» "God Rocks!"
  Products
» "Whatever..."
  Products
» "Whatever..." (More)
  Products
» "Whatever..." (Even
  More) Products
» "Whatever" (Still
  More) Products
» Other Stuff - Goofy
  Stuff - Just Stuff
» MORE "Other Stuff -
  Goofy Stuff"



**"Just Go For It!" Products**
A little encouragement can
be a good thing! So... "Just
Go For It!"



**"My Life is Fantastic!"
Products**
Oh, what the heck. Brag a
little with "My Life is
Fantastic!" products!



**"It Don't Get No Be
Than This!" Produ**
Tell it like it is with o
Don't Get No Better
This!" merchandis



**Honor Student at the U of E**
Got a firm grasp on life?
Then tell the world you're
leading the way with these
great "Honor Student at the



**Just Barely Passing at the
University of Earth**
Life is never easy - but it
can at least be fun. Show
the world your sense of



**Naturalized Alien Pro**
Tired of explaining yc
- the things you say
do? Take the easy wa
Just show 'em all