# EXHIBIT 25

cafepress | Cart & Checkout | Help | Order Status | Shop Home

>>> NUPATHZ.COM ONLINE MERCHANDISE ST

# NuPathz.com
### "Bringing You a New Perspective on Life"

- "Just Go For It!" Products
- "My Life is Fantastic!" Products
- "It Don't Get No Better Than This!" Products
- Honor Student at the U of E
- Just Barely Passing at the University of Earth
- Naturalized Alien Products
- "God is Cool!" Products
- "God is Awsome!" Products
- "God Rocks!" Products
- "Whatever..." Products
- "Whatever..." (More) Products
- "Whatever..." (Even More) Products
- "Whatever" (Still More) Products
- Other Stuff - Goofy Stuff - Just Stuff
- MORE "Other Stuff - Goofy Stuff"


**"Just Go For It!" Products**
A little encouragement can be a good thing! So... "Just Go For It!"


**"My Life is Fantastic!" Products**
Oh, what the heck. Brag a little with "My Life is Fantastic!" products!


**"It Don't Get No Be Than This!" Produ**
Tell it like it is with o Don't Get No Better This!" merchandis


**Honor Student at the U of E**
Got a firm grasp on life? Then tell the world you're leading the way with these great "Honor Student at the


**Just Barely Passing at the University of Earth**
Life is never easy - but it can at least be fun. Show the world your sense of


**Naturalized Alien Pro**
Tired of explaining yo - the things you say do? Take the easy wa Just show 'em all