# EXHIBIT 26



| | find | | cart help znew: |
|---|---|---|---|
| **Welcome** Products | Contributors | Special Collections | Create a Product M |
| First-Time Visitors | Home | Earn Money | |

The highest quality custom **t-shirts**, **mugs**, **cards**, **prints** and **real U.S. Postage** made with care and cutting edge technology.

**Featured topics:**
Spring, Father's Day, Memorial Day, Dogs, Weddings, Graduation

**Featured collections**
Disney, Barbie, Star Wars, Looney Tunes, Family Guy

**TODAY'S BEST**



Bubble Bath
by bhbphotos



   

t-shirts & apparel    mugs    postage    cards    prints

Design your perfect product in minutes with powerful yet simple design tools, and let Zazzle turn your creativity into a reality in 24 hours!

Create something

**Open your ow**
**gallery**
Earn money fr
photos, design
ideas by creati
products and
publishing ther
the Zazzle
marketplace.

Get Started

**What's your Mug for?**
The possibilities are endless! Get 10% off your mugs order of $50 or more. Enter zazzle205011 at checkout.

**Zazzle your Business!**
Make an impression with ZazzleStamps. Promote your business on real U.S. Postage!

**Disney/Pixar Cars**
Be a trendsetter! - I
first to get Disney/P
apparel before it hit
stores! Now availabl

Support a good cause! Visit the Save the Children gallery on Zazzle to purchase postage featuring children's artwork.

**Sign up** for the newsletter
email address    Sign

Customer Support | Safe Shopping Guarantee | Shipping & Returns | Associates Program | About Us | Sitemap
Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy.
Copyright © 2000-2006, Zazzle.com, Inc. All rights reserved.



marsh girl, Life is good on t...
by: ttilton1


I won't lie to you...
by: Track_7



My goal in life is to be as g...
by: Mark_Killingsworth



My goal in life is to be as g...
by: Mark_Killingsworth


I love life
by: afreka


Southern Sign June 22 -July 23
by: heaber09



If you look good and dress we...
by: yeffaham


"It's All Good in the Wood!"
by: saw45cal



Teenagers are invincible!
by: unscenephnomenon

life is good
by: flexpression


I AM
by: rickstones

Life is Good...
by: Freak_Show


COCKTAILS..(It's 5 o'clock so...
by: kwinkoff


Life is Good NNHS Ultimate
by: sleeprrzzz



Prophet muhammad Last Sermon
by: Darweesh


Soldier
by: SU_Stanford

