# EXHIBIT 27

Find the perfect graduatic

**cafepress**.com  Shop, sell or create what's on your mind.

Your Account | Sign In | Cart: **0 items** 

Unique gifts, T-Shirts and more

Search: All Products    Go



Your big idea Marketplace for self-expression

Our Marketplace is jumping with creativity, ideas, favori causes and every imaginable interest – all designed by people like you. Find products that speak to you, or crea your own products to sell for profit or fun.

What's next for you? 

Go Shopping    Start Selling



Are you one of our over **2.5 million** members?

Sign in to access your account.

Email Address

Password

Forgot your password?   Sign In
Not a member?

Connect with other members.

**CafePress Blog**
The official CafePress Blog is here!
Read more

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address



All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

 

Find the perfect grad

**cafepress**.com  Shop, sell or create what's on your mind.

Your Account | Sign In | Cart: 0 item

SHOP THE MARKETPLACE

Unique gifts, T-Shirts and more

Search: All Products | life is good

Home > Marketplace > Life Is Good > Life's GOOD :) Mug



click to view front / back:



**View Larger**

## Life's GOOD :) Mug

Visit this member's shop: Boston Terriers and Boxers by Design

**From the Designer**
"Life's GOOD :) text. Carry your positive attitude with you wherever you go, and spread it around!"

**Product Details**
The perfect size for your favorite morning beverage or late night brew. Large, easy-grip handle. Treat yourself or give as a gift to someone special.

- Measures 3.75" tall, 3" diameter
- Dishwasher and microwave safe

$14.99

Qty: 1    Add to Cart

AVAILABILITY: In Stock
ship in 2 business day
Product Number: 587

Tell a friend about this

More Like this

   

**Shop other categories:**
Animals | Baby Gifts | Bumper Stickers | Comics | Dog Gifts | Fantasy Art | Gifts | Humor | Games | Geek | Insects
Military Gifts | Music | Peace | Pet Lover Gifts | Politics | Religious Gifts | Sci-Fi | Sports | T-Shirts | Unique Gifts | Urban Chic
Affiliate Programs

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address

TRUSTe site privacy statements

HACKER SAFE
TESTED    01-JUN

All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

 

Winner