# EXHIBIT 28

Find the perfect graduatic

cafepress.com Shop, sell or create what's on your mind.

Your Account | Sign In | Cart: **0 items**

Unique gifts, T-Shirts and more

Search: All Products Go

## Your big idea Marketplace for self-expression

Our Marketplace is jumping with creativity, ideas, favori causes and every imaginable interest - all designed by people like you. Find products that speak to you, or crea your own products to sell for profit or fun.

Go Shopping | Start Selling

## Are you one of our over **2.5 million** members?

**Sign in to access your account.**

Email Address

Password

Forgot your password?
**Not a member?** Sign In

**Connect with other members.**

**CafePress Blog**
The official CafePress Blog is here!
Read more

About Us | Jobs | Affiliate Program | Contact Us | Help

**Sign up for specials:** Email Address

reviewed by TRUSTe site privacy statement

HACKER SAFE TESTED 01-JUN

All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

100

2005 Webby Awards Winner

Find the perfect grad

**cafepress.com** Shop, sell or create what's on your mind.

Your Account | Sign In | Cart: 0 iter

SHOP THE MARKETPLACE

Unique gifts, T-Shirts and more

Search: All Products    life is good

Home > Marketplace > Life Is Good > Life's GOOD :) Button



View Larger

### Life's GOOD :) Button

Visit this member's shop: Boston Terriers and Boxers by Design

**From the Designer**
"Life's GOOD :) text. Carry your positive attitude with you wherever you go, and spread it around!"

**Product Details**
Express yourself! Pin on our attention-grabbing buttons. It's a great way to wear and share what's on your mind. Add them a fun banner or fabric for a unique decorating twist. Collect 'em, trade 'em.

- 2.25 inch diameter
- Metal shell
- Mylar/UV protecting cover
- Pinned metal back

**$2.99**

Qty: 1    Add to Ca

AVAILABILITY: In Stoc
ship in 2 business day
Product Number: 587

Tell a friend about this

More Like this

   

**Shop other categories:**
Animals | Baby Gifts | Bumper Stickers | Comics | Dog Gifts | Fantasy Art | Gifts | Humor | Games | Geek | Insects
Military Gifts | Music | Peace | Pet Lover Gifts | Politics | Religious Gifts | Sci-Fi | Sports | T-Shirts | Unique Gifts | Urban Chic
Affiliate Programs

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address



All Content Copyright © 1999-2006 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

