# EXHIBIT 29

# VICTORIAN TRADING CO.COM

| HOME | ONLINE STORES | PRINT CATALOGS | CLOSEOUTS | NEWSLETTER | ABOUT US |
| SEARCH | E GREETINGS | SITE MAP | SHIPPING INFO | VIEW CART | QUICK JUMP  |



### Life is Good...

A reminder of our many blessings is at our fingertips as we dry dishes after a bounteous meal. Three hand embroidered cotton tea towels offer sage advice: 100% cotton. 19 x 28 in. $8.95 each

**Please Select:**

- ⦿ **Life is Good, #i4265 $8.95**
- ○ **Small House Great Peace , #i4268 $8.95**
- ○ **Rise & Shine , #i4269 $8.95**
- ○ Save on the trio!, #i4729 $24.95

[ADD TO CART]  [VIEW CART]  [GO BACK]

**Send a Hint to that special someone.**