# EXHIBIT 30





**Christmas Treasures**
52959 McKenzie Hwy Blue River, Oregon 97413
www.christmas-treasures.com



**Free Shipping Over $99!**
Click For Details...

Safe, Secure Online Ordering
Click Here!



 Enter Item # or Keyword    Search Our Site!


Home  Cart  Search  Help

Just Some of our Product Lines, Steinbach Nutcrackers, Big Sky Carvers, Heather Goldminc Blue Sky Clayworks, Byers Choice Carolers, Boyds Bears, Charming Tails, Christmas Lights, Department 56, German Pyramids, Melody In Motion Figurines, Old World Christmas Ornaments, Porter Music Box, Possible Dreams, Raggedy Ann, Sandicast, Harmony Kingdom, Hummel, Yankee Candle and Much, Much More!

**To browse our products please select from the following department list below, if you know what you are looking for click the search icon at the top or bottom of this page.**

# Gifts and Collectibles Product Departments
### Click on Blue Link Below To View Products On That Page

| | |
|---|---|
| Advent Calendars | Advent Calendars by Byers Choice |
| Aromatique | Aromatique, the Creator of Fragrance |
| Al Longo Carvings | Al Longo Carvings Hand carved Santas by Al Longo |
| Big Sky Carvers | Big Sky Carvers an ongoing tribute to American Craftsmanship. Including Woodcarvings, Wildlife Woodcarvings, Bearfoots, Furnishings and More! |
| Big Stuff, Inc. | Big Stuff Life Size Figurines, Holidays, Everyday, Outdoors or Indoor Decor |
| Blue Sky Heather Goldminc | An Authentic Ceramic Art Collectible from Clayworks Blue Sky by Heather Goldminc, Canadian artist, Heather Goldminc, has created a body of work to please the eye and delight the senses. |
| Byers Choice Ltd | Byers Choice Ltd hand crafted caroling figures with the feeling of 19th century England and Christmas. Carolers, Kindles Accessories and More! |
| Boyds Bears | Boyds Bears and Friends the Bearstone Collection, The Folkstone Collection, The Dollstone Collection and Much, Much More! |
| Clayworks | Clayworks Blue Sky by Heather Goldminc, Canadian artist, Heather Goldminc, has created a body of work to please the eye and delight the senses. |
| Charming Tails | Charming Tails welcome to the magical World of Charming Tails, an unique blend of both collectible figurines and gift able expressions. |
| Christmas Cards | Greeting Cards, Halloween Cards, Easter Cards, Thanksgiving Cards, Everyday Cards |
| Christmas Ornaments | Christmas Ornaments, Ornaments, Glass Ornaments, Christmas Tree Ornaments |
| Christmas Lights | Christmas Lights, Bubble Lights, Flicker Flame Lights. Night Lights, LED Christmas Lights, LED Christmas Tree Lights |
| Christian Ulbricht | Nutcrackers, Smokers, Limited Editions, Musicals and More |
| Christopher Radko | Christopher Radko Collection Fine hand crafted blown glass ornaments in turn of the century style, Snowglobes, Candy Containers and More! |
| Clothtique Santa's | Possible Dreams Presents Clothtique Santa's Designing a World of Wit & Wonderment. |
| Carvings By Patrick | Carvings By Patrick, Chain Saw Carvings By Patrick Dibala of Christmas Treasures. |
| Demdaco | Demdaco Willow Tree Angels |
| Department 56 | Department 56 Heritage Village Collection Dickens, North Pole, New England, Alpine, Christmas in the City, Snow Villages and Snowbabies. |
| Duncan Royale | Duncan Royale The History of Santa limited edition collection represents the evolution of Santa and gift-givers from 2000 B.C. to the 20th Century. |


ScanAlert
HACKER
SAFE
TESTED   01-JUN

Safe, Secure
Online Ordering
Click Here!

 *Christmas Treasures*
52959 McKenzie Hwy Blue River, Oregon 97413
www.christmas-treasures.com



**Free Shipping Over $99!**
Click For Details...

  Enter Item # or Keyword   | Search Our Site! |


Home  Cart  Search  Help



# Big Sky Bears Bearfoots
# Life Is Good Series

| Item # | Picture | Life Is Good Series Description | Price |
|---|---|---|---|
| 50111 <br> | | **"Camp Runamuck"**, 10th Anniversary Celebration Bear On a visit to the campground, We fund a lot of stuff.  The campers left all screaming So we finished off their lunch. **New For 2006!** <br><br> 7.5" Long x 5" Wide x 5" Tall | Qty: 1  Add To Cart  $30.00 |
| 50113 <br> | | **"River Rafters"**, We're heading down the river, Splashing through the rapids.  The white water explodes Like 4th of July firecrackers. **New For 2006!** <br><br> 7.5" Long x 6" Wide x 4" Tall | Qty: 1  Add To Cart  $30.00 |
| 50116 <br> | | **"Catch of the Day"**, It's the biggest trout yet!  Will it fit in my net? Oh dear, what's this? I've caught my buddy, not fish. **New For 2006!** <br><br> 7.5" Long x 6" Wide x 6.5" Tall | Qty: 1  Add To Cart  $30.00 |
| 50100 | | **"Mama & Baby Jade in Garden"**, Mama Says: "Baby please don't pull up those beautiful flowers.  I've dug and I've planted for hours and hours! | Sold Out $25.00 |

| | | | | |
|---|---|---|---|---|
| | | 6 1/4"W x 3 3/4"T | | |
| 50102 | | **"S.S. Goodlife"**, Aboard the SS life is good We fish, we talk, we float.  About the fish we catch, We exaggerate, brag and gloat.<br><br>8.50"x3"x3.50"T | Qty: 1 Add To Cart | $35.00 |
| 50104 | | **"Duffy"-Golf Bear**, Duffy's no good, in fact he stinks when putting or driving around the links.  But given the fact that he's out in the sun Laughing with friends and having some fun, He'll be back at it come rain or shine If he has a high score it's still quite fine.<br><br>5 1/2" T | Qty: 1 Add To Cart | $30.00 |
| 50105 | | **"E-Bear"-Computer Bear**, E-bear can't be bothered With household tasks or lists.  He's focused on installing His brand new upgrade disks.<br><br>4 1/4" T | Qty: 1 Add To Cart | $30.00 |
| 50106 | | **"Woody"-Bear with Basket**, This is my most favorite time of all the colors, smells and rustlings of fall.<br><br>4-1/2" Wide x 6 1/4" Tall | Qty: 1 Add To Cart | $25.00 |
| 50107 | | **"Bear Picnic"**, On a clear day you can see forever.  Let's pack our basket and enjoy lunch together. Come rain or shine, outside we'll dine.  Fresh air and sunshine suits us fine.<br><br>7-1/2" Wide x 4" Tall | Qty: 1 Add To Cart | $35.00 |
| 50108 | | **"Bear Naked", Bear In Hot Tub**, Scrub-a-dub dub One fat bear in a tub<br><br>5"W x 4 1/2"T | Qty: 1 Add To Cart | $25.00 |
| 50109 | | **"Campfire Memories"**, What more could one want Than to sit like this, With Warm fire glowing and treats that are bliss.<br><br>8"L x 3 1/2"W x 4 1/4"T | Qty: 1 Add To Cart | $35.00 |
| 50110 | | **"The Lesson"** | | |

