# EXHIBIT 31

amazon.com | Your Store | Books | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Advanced Search | Browse Subjects | Bestsellers | The New York Times® Best Sellers | Magazines | Corporate Accounts | Amazon Shorts | AmazonConnect | Bargain Books | Textboo

Search Books                     Find Gifts    Web Search

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image
Share your own customer images
Publisher: learn how customers can search inside this book.

### Life is Good!: Lessons in Joyful Living (Hardcover)
by Trixie Koontz, Dean Koontz (Editor)

**List Price:** ~~$17.95~~
**Price:** **$11.67** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $6.28 (35%)

**Availability:** Usually ships within 24 hours. Ships from and sold by Amazon.com.

**Want it delivered Friday, June 2?** Order it in the next 8 hours and 8 minutes, and choose **One-Day Shipping** at checkout. See details

**59 used & new** available from $10.42

Avg. Customer Review:
★★★★★ (15)

Sign in to rate this item
★★★★★  I own it

**Quantity:** 1
Add to Shopping Cart
or
Sign in to turn on 1-Click ordering

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**59 used & new** from $10.42

**Available for in-store pickup now** from: $17.95
Price may vary based on availability
Enter your ZIP Code: [GO]

Have one to sell? [Sell yours her]

[Add to Wish List]
[Add to Shopping List]
**NEW LIST!** Learn more.
[Add to Wedding Registry]
[Tell a friend]

### Better Together
Buy this book with **Christmas Is Good!: Trixie Treats & Holiday Wisdom** by Trixie Koontz today!

 +   **Buy Together Today: $21.62**
 Buy both now!

### Customers who bought this item also bought
- Christmas Is Good!: Trixie Treats & Holiday Wisdom by *Trixie Koontz*
- Love Heels: Tales from Canine Companions for Independence by *Dean R. Koontz*
- Marley & Me : Life and Love with the World's Worst Dog by *John Grogan*