# EXHIBIT 32







### LIFE IS GOOD–CARD

Lesbian Valentine's Day card.

Cover: Life is Good...

Inside: ...with you by my side. Happy Valentine's Day

**You might like**



NDS W Seaml Microfibe Mesh B

**Availability:** Usually ships in 3-4 business days.

**Life is Good**
10V2799  $2.25   [Order]



Dreams of



Morgan's E Men's P

By use of this site you agree to all Terms of Use, if you do not agree you must leave immedi Images may not be duplicated or saved in any fashion. Copywrite GC Resources, LLC. Gay and GayPosters.com are trademarks of GC Resources, LLC. 2000 and beyond. Inclusion of image, likeness or purchasing from this site is no indication of sexual orientation.