# EXHIBIT 33

**amazon.com** | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help | 

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music  [GO]  Find Gifts   Web Search



Customer image from Melissa Rose-Broom

   

See 4 customer images
Share your own customer images

### Life is Good
Jr. Billy Joe Walker

★★★★★ (1 customer review)

**Availability:** Available from **these sellers**.

**24 used & new** available from $1.36

**24 used & new** from $1.36

[See all buying options]

Have one to sell? [Sell yours her]

A9.com users **save 1.57%** o Amazon. Learn how.

[Add to Wish List ▼]
[Add to Shopping List]
NEW LIST! Learn more.
[Add to Wedding Registry]
[Tell a friend]

< Return to Product Overview

## All Customer Images

Highest rated 

Page: 1

 

 

View top rated images in Music

[Add Your Image]  | Product information | Help

Image 4 of 4    From Melissa Rose-Broom "princess_vespa" (Cohutta, GA USA) REAL NAME™

[prev] [next]   Was this image helpful? [Yes] [No]   (Report this)

Be the first to rate this image!

*Billy Joe Walker, Jr.*
*life is good*

< Return to Product Overview

**Feedback**
▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **update product info**? (We'll ask you to sign in so we can get back to you)
▸ Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

Search  Amazon.com    for  

**Your Recent History**
Learn more

| Recently Viewed Products | Recently Viewed Categories | Recent Searches | Customers who bought items in your Recent History also bought: |
|---|---|---|---|
| Everywhere We Go ~ | • Music<br>• Amazon.com | • billy joe walker<br>• Kenny Chesney<br>• lucy | |

