# EXHIBIT 34

amazon.com | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music    GO    Find Gifts    Web Search

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in .



See larger image
Share your own customer images

**Everywhere We Go**
Kenny Chesney
★★★★ (67 customer reviews)
More about this product

**List Price:** $13.98
**Price:** **$8.97** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $5.01 (36%)

**Availability:** Usually ships within 24 hours. Ships from and sold by Amazon.com.

**Want it delivered Friday, June 2?** Order it in the next 6 hours and 58 minutes, and choose **One-Day Shipping** at checkout. See details

**130 used & new** available from $2.48

This item is part of our Blowout Music Store, where you'll find extra savings on hundreds of CDs across all genres.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering

 A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**130 used & new** from $2.48

**Available for in-store pickup now** from: $13.99
Price may vary based on availabilit

Enter your ZIP Code:  GO

Have one to sell? Sell yours her

Add to Wish List
Add to Shopping List
NEW LIST! Learn more.
Add to Wedding Registry
Tell a friend

## Better Together

Buy this album with I Will Stand ~ Kenny Chesney today!

 +  **Buy Together Today: $17.94**

Buy both now!

## Customers who bought this item also bought

I Will Stand ~ *Kenny Chesney*
Me & You ~ *Kenny Chesney*
No Shoes No Shirt No Problems (Bonus Track) ~ *Kenny Chesney*
In My Wildest Dreams ~ *Kenny Chesney*

Be As You Are ~ *Kenny Chesney*
All I Need to Know ~ *Kenny Chesney*
When the Sun Goes Down ~ *Kenny Chesney*
Kenny Chesney - Greatest Hits ~ *Kenny Chesney*

**Explore similar items:** in Music, in DVD

## Product Details

**Audio CD** (March 2, 1999)
**Number of Discs:** 1
**Label:** Bna Entertainment
**ASIN:** B000000I7GR
**Also Available in:** Audio Cassette
**Average Customer Review:** ★★★★☆ based on 67 reviews. (Write a review.)
**Amazon.com Sales Rank:** #5,669 in Music (See Top Sellers in Music)
    Yesterday: #3,046 in Music

## Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information

Try our music sampler to hear all song samples from this album: [Listen to all]

|  | Music Sampler | Windows Media | RealOne Player |
|---|---|---|---|
| 1. What I Need To Do | Listen | Listen | Listen |
| 2. How Forever Feels | Listen | Listen | Listen |
| 3. You Had Me From Hello | Listen | Listen | Listen |
| 4. Kiss Me, Kiss Me, Kiss Me | Listen | Listen | Listen |
| 5. Life Is Good | Listen | Listen | Listen |
| 6. Everywhere We Go | Listen | Listen | Listen |
| 7. She Thinks My Tractor's Sexy | Listen | Listen | Listen |
| 8. California | Listen | Listen | Listen |
| 9. Baptism | Listen | Listen | Listen |
| 10. A Woman Knows | Listen | Listen | Listen |
| 11. I Might Get Over You | Listen | Listen | Listen |

## Editorial Reviews

### Amazon.com
Modern country fulfills a real musical need. It offers songs about adult issues--relationships, employme religion, and children--couched in the modern production values familiar to more recent generations.