# EXHIBIT 35

amazon.com | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |  

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music

Find Gifts | A9 Web Search

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image
Share your own customer images

## Lucy [IMPORT]
Maaya Sakamoto

★★★★★ (4 customer reviews)
More about this product

**List Price:** $41.99
  **Price:** **$41.99** & this item ships for **FREE with Super Saver Shipping**. Details

**Availability:** Usually ships within 1 to 2 days. Ships from and sold by Amazon.com.

Only 3 left in stock--order soon (more on the way).

**11 used & new** available from $32.80

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**11 used & new** from $32.80

Have one to sell? 

Add to Wish List
Add to Shopping List
NEW LIST! Learn more.

Add to Wedding Registry
Tell a friend

### Better Together

Buy this album with Maaya Sakamoto - Easy Listening ~ Maaya Sakamoto today!

 +    **Buy Together Today: $68.98**



### Customers who bought this item also bought

Maaya Sakamoto - Easy Listening ~ *Maaya Sakamoto*

Single Collection: Hotchpotch ~ *Maaya Sakamoto*

Yunagi Loop ~ *Maaya Sakamoto*

Singles Collection: Nikopachi ~ *Maaya Sakamoto*

Syonen Alice ~ *Maaya Sakamoto*

**Explore similar items:** in Music

## Product Details

**Audio CD** (March 28, 2001)

**Format:** Import

**Label:** Jvc Victor

**ASIN:** B00005HWCY

**Average Customer Review:** ★★★★★ based on 4 reviews. (Write a review.)

**Amazon.com Sales Rank:** #105,451 in Music (See Top Sellers in Music)
Yesterday: #99,081 in Music

## Track Listings

1. Lucy
2. Mameshiba
3. Strobe no Sora (A Stroboscopic Sky)
4. Alkaloid
5. Koucha (Cup of Tea)
6. Kinobori no Akai Skirt (Tree-Climbing and a Red Skirt)
7. Life is Good
8. Honey Bunny
9. T-Shirt
10. Kuuki to Hoshi (Air and Stars)
11. Rule ~A Iroasenai Hibi
12. Watashi wa Oka no Ue Kara Kabin wo Nageru (I Throw a Vase from Atop a Hill)

## Tag this product (What's this?)

Your tags: Add your first tag

## Customer Reviews

**Average Customer Review:** ★★★★★
**Write an online review** and share your thoughts with other customers.

**Search Customer Reviews** (What's th

1 of 1 people found the following review helpful:

★★★★★ **Another great from Maaya**, June 19, 2003
Reviewer: **"ellie-chan"** (USA) - See all my reviews
I think this album is a good example of what Maaya is capable of. It has a few of her more pop-style pieces (Honey Bunny, Koucha) and some that are kind of pop, but that aren't so typical. (Mameshiba ✓ That's my fav) There are also some soft sweet pieces (Lucy, Kuuki to Hoshi) that kind of complete the album's feel. As usual, Maaya has come out with an album that doesn't give you a whole slew of the same kind of song - there are more than one genre on there. Personally, this is one of my favorite Maa Sakamoto albums. If you liked this, I would recommend DIVE as well.