# EXHIBIT 36

amazon.com | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help | 

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music | GO | Find Gifts | Web Search

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in .



See larger image
Share your own customer images

### Jacob Young
Jacob Young

★★★★☆ (17 customer reviews)
More about this product

**List Price:** $18.98
**Price:** **$18.98** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**Availability:** Usually ships within 5 to 9 days. Ships from and sold by Amazon.com.

**25 used & new** available from $1.28

**Quantity:** 1

Add to Shopping Cart
or
Sign in to turn on 1-Click ordering

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**25 used & new** from $1.28

Have one to sell? 

Add to Wish List
Add to Shopping List
NEW LIST! Learn more.
Add to Wedding Registry
Tell a friend

## Better Together
Buy this album with Freedom ~ Kurth & Taylor today!

 +  **Buy Together Today: $31.97**



## Customers who bought this item also bought

Freedom ~ *Kurth & Taylor*
No Regrets ~ *Kassie Depaiva*
Evening Falls ~ *Jacob Young*
Something Beautiful ~ *Bobbie Eakes*
Naked ~ *Kassie Depaiva*
3 Sides ~ *Bob Guiney*
The Killing Club by *Marcie Walsh*
The EP ~ *Kurth & Taylor*

**Explore similar items:** in Music, in Books, and in DVD

## Product Details

**Audio CD** (September 11, 2001)

**Original Release Date:** 2001

**Number of Discs:** 1

**Label:** Artemis Classics

**ASIN:** B00005NG59

**Average Customer Review:** ★★★★☆ based on 17 reviews. (Write a review.)

**Amazon.com Sales Rank:** #74,758 in Music (See Top Sellers in Music)
   Yesterday: #70,213 in Music

## Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information

Try our music sampler to hear all song samples from this album: [ Listen to all ]

|  | Music Sampler | Windows Media | RealOne Player |
|---|---|---|---|
| 1. Life Is Good | Listen | Listen | Listen |
| 2. Rock Me Steadily | Listen | Listen | Listen |
| 3. Something More Than This | Listen | Listen | Listen |
| 4. She's Running Away | Listen | Listen | Listen |
| 5. Let's Get Lost | Listen | Listen | Listen |
| 6. Opposite Of Everything | Listen | Listen | Listen |
| 7. She Made Me Love You More | Listen | Listen | Listen |
| 8. Devil's In The Details | Listen | Listen | Listen |
| 9. Twisted | Listen | Listen | Listen |
| 10. 8 Hour Love Story | Listen | Listen | Listen |
| 11. Sleep Tonight | Listen | Listen | Listen |
| 12. You Don't Have To Be Alone | Listen | Listen | Listen |

## Tag this product (What's this?)

   **Your tags:** Add your first tag

## Customer Reviews

   **Average Customer Review:** ★★★★☆                                    Search Customer Reviews (What's th
   **Write an online review** and share your thoughts with other
   **customers.**

   1 of 1 people found the following review helpful: