# EXHIBIT 37

**amazon.com** | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help | 

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music [GO] Find Gifts | A9 Web Search

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image
Share your own customer images

### Agent Cody Banks [SOUNDTRACK]
Various Artists - Soundtracks - 2003
★★★★★ (6 customer reviews)
More about this product

**List Price:** $13.98
**Price:** **$13.98** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**Availability:** Usually ships within 24 hours. Ships from and sold by Amazon.com.

Only 5 left in stock--order soon (more on the way).

**Want it delivered Friday, June 2?** Order it in the next 6 hours and 5 minutes, and choose **One-Day Shipping** at checkout. See details

**49 used & new** available from $1.75

**Quantity:** 1
[Add to Shopping Cart]
or
Sign in to turn on 1-Click ordering

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**49 used & new** from $1.75

Have one to sell? [Sell yours here]



[Add to Wish List ▼]
[Add to Shopping List]
NEW LIST! Learn more.
[Add to Wedding Registry]
[Tell a friend]

---

### Better Together

Buy this album with A Cinderella Story ~ Haylie Duff today!

 +    **Buy Together Today: $27.96**
[Buy both now!]

---

### Customers who bought this item also bought

A Cinderella Story ~ *Various Artists*
The Italian Job ~ *John Powell*
Agent Cody Banks 2 - Destination London **DVD** ~ Frankie Muniz

Freaky Friday ~ *Various Artists*

**Explore similar items:** in Music, in DVD

## Product Details

**Audio CD** (March 11, 2003)

**Number of Discs:** 1

**Format:** Soundtrack

**Label:** Hip-O Records

**ASIN:** B00008L3NE

**Average Customer Review:** ★★★★☆ based on 6 reviews. (Write a review.)

**Amazon.com Sales Rank:** #114,558 in Music (See Top Sellers in Music)
   Yesterday: #111,634 in Music

## Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information

Try our music sampler to hear all song samples from this album: [ Listen to all ]

| | Music Sampler | Windows Media | RealOne Player |
|---|---|---|---|
| 1. Fortune And Fame - The K.G.B. | Listen | Listen | Listen |
| 2. My Way (Remix) - Butch Walker | Listen | Listen | Listen |
| 3. Uptown Girl - New World Idols | Listen | Listen | Listen |
| 4. I Spy - Papa Dee | Listen | Listen | Listen |
| 5. Seven Days In The Sun - Askil Holm | Listen | Listen | Listen |
| 6. I'm A Player - The K.G.B. | Listen | Listen | Listen |
| 7. Teaching Myself To Dream - Katy Rose | Listen | Listen | Listen |
| 8. Sucka MC's - Grand Skeem | Listen | Listen | Listen |
| 9. Ain't No Fakin' The Funk - The K.G.B. | Listen | Listen | Listen |
| 10. What's Real - Janyelle | Listen | Listen | Listen |
| 11. Super Bad Ghetto Spy - Infinite Mass | Listen | Listen | Listen |
| 12. Life Is Good - Junk | Listen | Listen | Listen |
| 13. Chasing Cody/The CIA - John Powell | Listen | Listen | Listen |
| 14. Cody The Spy/Girl School - John Powell | Listen | Listen | Listen |

## Tag this product (What's this?)

   Your tags: Add your first tag