# EXHIBIT 38

amazon.com | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music 

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in .



See larger image



See 2 customer images
Share your own customer images

## Life Is Good
LFO (Pop)

★★★★☆ (58 customer reviews)
More about this product

**List Price:** $18.98
**Price: $18.98** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**Availability:** This title usually ships within 5 to 8 days. Please note that special order titles occasionally go out of print, or labels run out of stock. We will notify you if we are unable to obtain this title. Ships from and sold by Amazon.com.

**102 used & new** available from $0.01

**Quantity:** 1

[Add to Shopping Cart]
or
Sign in to turn on 1-Click ordering

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**102 used & new** from $0.01

Have one to sell? [Sell yours her]

[Add to Wish List]
[Add to Shopping List]
NEW LIST! Learn more.
[Add to Wedding Registry]
[Tell a friend]

## Better Together

Buy this album with Into Your Head ~ BBmak today!

 +  **Buy Together Today: $32.96**
[Buy both now!]

## Customers who bought this item also bought

Into Your Head ~ *BBMak*

O2 ~ *O-Town*

O-Town ~ *O-Town*

LFO ~ *LFO*

Sooner or Later ~ *BBMak*

5ive: The Album ~ *5ive*

Invincible ~ *5ive*

98 Degrees ~ *98 Degrees*

**Explore similar items:** in Music

## Product Details

**Audio CD** (June 26, 2001)

**Number of Discs:** 1

**Label:** J-Records

**ASIN:** B00005KJ2G

**Average Customer Review:** ★★★★☆ based on 58 reviews. (Write a review.)

**Amazon.com Sales Rank:** #68,845 in Music (See Top Sellers in Music)
    Yesterday: #64,756 in Music

## Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information

Try our music sampler to hear all song samples from this album: [ Listen to all ]

| | Music Sampler | Windows Media | RealOne Player |
|---|---|---|---|
| 1. Every Other Time | Listen | Listen | Listen |
| 2. 28 Days | Listen | Listen | Listen |
| 3. 6 Minutes | Listen | Listen | Listen |
| 4. Alayna | Listen | Listen | Listen |
| 5. Erase Her | Listen | Listen | Listen |
| 6. Dandelion | Listen | Listen | Listen |
| 7. Life Is Good | Listen | Listen | Listen |
| 8. Where You Are | Listen | Listen | Listen |
| 9. What If | Listen | Listen | Listen |
| 10. If I Had A Dollar | Listen | Listen | Listen |
| 11. Gravity | Listen | Listen | Listen |
| 12. That's The Way It Is | Listen | Listen | Listen |
| 13. The Sun Still Shines | Listen | Listen | Listen |
| 14. Dandelion | Listen | Listen | Listen |
| 15. Silent | Listen | Listen | Listen |
| 16. Silent | Listen | Listen | Listen |
| 17. Silent | Listen | Listen | Listen |
| 18. Silent | Listen | Listen | Listen |
| 19. Silent | Listen | Listen | Listen |
| 20. Silent | Listen | Listen | Listen |

See all 69 tracks on this disc