# EXHIBIT 39

amazon.com | Your Store | Music | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases | Music You Should Hear | Blowout Music | Free Downloa

Search Music

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.



See larger image
Share your own customer images

**This Is Pop Music [ORIGINAL RECORDING REMASTERED] [IMPORT]**
Espen Lind
★★★★★ (1 customer review)
More about this product

**Availability:** Available from **these sellers**.

**4 used & new** available from $35.99

**4 used & new** from $35.9

See all buying options

Have one to sell? Sell yours her

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List
Add to Shopping List
NEW LIST! Learn more.
Add to Wedding Registry
Tell a friend

## Product Details

**Audio CD** (November 6, 2001)

**Format:** Original recording remastered, Import

**Label:** Polygram Int'l

**ASIN:** B00005L90U

**Average Customer Review:** ★★★★★ based on 1 review. (Write a review.)

**Amazon.com Sales Rank:** #158,166 in Music (See Top Sellers in Music)
    Yesterday: #151,898 in Music

## Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information

Try our music sampler to hear all song samples from this album: Listen to all

| | Music Sampler | Windows Media | RealOne Player |
|---|---|---|---|
| 1. Joni Mitchell On The Radio | Listen  | Listen  | Listen  |
| 2. Where The Lost Ones Go | Listen | Listen | Listen |

| | | | |
|---|---|---|---|
| 3. Black Sunday | Listen | Listen | Listen |
| 4. Coming Home | Listen | Listen | Listen |
| 5. Everything's Falling Apart | Listen | Listen | Listen |
| 6. Everybody Says | Listen | Listen | Listen |
| 7. The Dolphin Club | Listen | Listen | Listen |
| 8. I Want You | Listen | Listen | Listen |
| 9. This Is The Time! This Is The Place! | Listen | Listen | Listen |
| 10. Life Is Good | Listen | Listen | Listen |
| 11. Pop From Hell | Listen | Listen | Listen |

## Editorial Reviews

**Product Description**
HDCD digitally mastered.

## Tag this product (What's this?)

Your tags: Add your first tag

## Customer Reviews

**Average Customer Review:** ★★★★★
**Write an online review** and share your thoughts with other customers.

**Search Customer Reviews** (What's th

4 of 4 people found the following review helpful:

★★★★★ **Excellent Norwegian Musician!**, December 3, 2001
Reviewer: **Thnairg "Tom"** (Oregon, USA) - See all my reviews

Espen Lind emphasizes the first word in the title of this album by underlining it on the cover. It's undoubtedly a comment on the "mass-produced" pop that's cranked out at an alarming rate by the like of Max Martin and Andreas Carlsson for Britney Spears, NSYNC, and the rest of the herd of teen-pop c cows. Having listened to this album, I can wholeheartedly agree: THIS IS POP MUSIC definitely ... som of the best I've heard in a long time, in fact!

From the ever-so-slightly Far-East-sounding melody in the verses of "Joni Mitchell On The Radio", to th hauntingly beautiful duet with Sissel (of "Titanic" fame) on "Where The Lost Ones Go", to the nearly operatic final cut, "Pop From Hell" (if you can imagine a collaboration between Andrew Lloyd Weber an Freddie Mercury, they probably would have come up with something like this!), "This Is Pop Music" is a stupendous showcase of Espen Lind's talents as a songwriter, vocalist (sheesh, can he hit those high notes!), and instrumentalist. Yep, he doesn't just sing, folks!

I almost never spend this much for a CD (whether it's an import or not), but I was rather impressed by Espen Lind's previous album, "Red". This album, I'm happy to say, didn't disappoint me. It's just as go as "Red", if not a little better, and definitely worth the money. Buy it before it's gone!!

Was this review helpful to you? [Yes] [No] (Report this)