UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIFE IS GOOD, INC., <br>     Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | C.A. No. 04-11290-WGY |
| LG ELECTRONICS U.S.A., INC. <br> and LG INFOCOMM U.S.A., INC. <br>     Defendants | ) <br> ) <br> ) | |

**EXHIBIT A TO AFFIDAVIT OF ALBERT JACOBS**

**FILED MANUALLY**