UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>    Plaintiff )<br> )<br>v. )<br> )<br>LG ELECTRONICS U.S.A., INC. )<br>and LG INFOCOMM U.S.A., INC. )<br>    Defendants ) | C.A. No. 04-11290-WGY |

**ASSENTED-TO MOTION TO SEAL SECOND AFFIDAVIT OF THOMAS KENNEY**

Plaintiff Life is good, Inc. hereby moves to file under seal, pursuant to the Parties' Stipulated Protective Order entered by the Court in this case, the Second Affidavit of Thomas Kenney.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Defendants' counsel consents to this motion.

                        Respectfully submitted,

                        /s/_____
                        Robert L. Kirby, Jr. (BBO#550538)
                        Mark D. Robins (BBO#559933)
                        NIXON PEABODY LLP
                        100 Summer Street
                        Boston, MA 021110
                        (617) 345-1000

                        Robert R. Pierce (BBO#549172)
                        Thomas E. Kenney (BBO#561590)
                        PIERCE & MANDELL, P.C.
                        11 Beacon Street, Suite 800
                        Boston, MA 02108
June 1, 2006              (617) 720-2444

CERTIFICATE OF SERVICE

    I, Robert L. Kirby, Jr., hereby certify that a true copy of the above document was served upon the attorneys of record for each other party electronically on June 1, 2006.

                        /s/_____
                        Robert L. Kirby, Jr.

BOS1598520.1