UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIFE IS GOOD, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No.  04-11290-WGY |
| | ) | |
| LG ELECTRONICS U.S.A., INC. | ) | |
| and LG INFOCOMM U.S.A., INC. | ) | |
|     Defendants | ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S ASSENTED-TO MOTION TO SEAL SECOND AFFIDAVIT OF THOMAS KENNEY

Having considered Plaintiff's Assented-To Motion to Seal Second Affidavit of Thomas

Kenney, this Court orders as follows:

Plaintiff is granted leave to file the above-mentioned document under seal pursuant to the

parties' Stipulated Protective Order.

**SO ORDERED.**

DATED: _____        _____

                                      Judge William G. Young