UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIFE IS GOOD, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No.  04-11290-WGY |
| | ) | |
| LG ELECTRONICS U.S.A., INC. | ) | |
| and LG INFOCOMM U.S.A., INC. | ) | |
|     Defendants | ) | |

**AFFIDAVIT OF THOMAS F. KENNEY**

**<u>FILED MANUALLY DUE TO SIZE OF EXHIBITS</u>**

BOS1598520.1