UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br>    Plaintiff<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.<br>and LG INFOCOMM U.S.A., INC.<br>    Defendants | )<br>)<br>)<br>)  C.A. No. 04-11290-WGY<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

- Affidavit of Thomas E. Kenney **[Due to size of exhibits].**

- Second Affidavit of Thomas E. Kenney **[Documents are confidential and filed under seal]**

- Exhibit A to Affidavit of Albert Jacobs **[Document is bound and cannot be scanned].**

The original documents are maintained in the case file in the Clerk's office.

LIFE IS GOOD, INC.,
By its attorneys,

/s/
Robert L. Kirby, Jr. (BBO#550538)
Mark D. Robins (BBO#559933)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 021110
(617) 345-1000

Robert R. Pierce (BBO#549172)
Thomas E. Kenney (BBO#561590)
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

June 1, 2006

CERTIFICATE OF SERVICE

I, Robert L. Kirby, Jr., hereby certify that a true copy of the above document was served upon the attorneys of record for each other party electronically on June 1, 2006.

/s/
Robert L. Kirby, Jr.