## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. (formerly LG INFOCOMM U.S.A., INC.),<br><br>                Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

### ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A. Inc. move the Court for leave to file a reply brief in support of Defendants' motion to strike Plaintiff Life is good, Inc.'s jury demand.

Defendants believe a reply brief is necessary to address new issues raised in Plaintiff's opposition to Defendants' motion to strike the jury. Specifically, Plaintiff raises two new issues regarding (1) its right to a jury trial based on Defendants' prayer for attorneys' fees and costs under Section 38 of the Lanham Act, 15 U.S.C. § 1120, for Defendants' counterclaim for fraudulent registration; and (2) the use of an advisory jury in a trademark infringement case.

Defendants' reply brief, attached as Exhibit A, addresses these issues and Defendants believe it will assist the Court in ruling on Defendants' motion to strike Plaintiff's jury demand. A proposed order is attached as Exhibit B.

WHEREFORE, Defendants respectfully request that the Court grant Defendants leave to file a reply brief in support of their motion to strike Plaintiff's jury demand.

**Local Rule 7.1 Certification**

In accordance with Local Rule 7.1(a)(2), Defendants have conferred with Plaintiff, and Plaintiff consents to this motion.

Respectfully submitted,

Date:  June 1, 2006

/s/ Timothy A. Lemper
Mark Sommers (MA BBO# 545297)
Douglas A. Rettew (*pro hac vice*)
Timothy A. Lemper (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
Telephone:  202-408-4000
Facsimile:  202-408-4400

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO#656282)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone:  617-452-1600
Facsimile:  617-452-1666

Attorneys for Defendants
LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2006.

/s/  Timothy A. Lemper