# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. (formerly LG INFOCOMM U.S.A., INC.),<br><br>        Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

### [PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Having considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Assented-To Motion for Leave to File Reply Brief in Support of Defendants' Motion to Strike Plaintiff's Jury Demand, this Court orders as follows:

Defendants are granted leave to file the Reply attached as Exhibit A to the above-mentioned motion.

**SO ORDERED**

DATE: _____         _____
                                              District Judge William G. Young