**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. (formerly LG INFOCOMM U.S.A., INC.),<br><br>               Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND COUNTERCLAIMS TO DELETE REFERENCE TO 15 U.S.C. § 1120 AND ATTORNEYS' FEES AND COSTS IN PRAYER FOR RELIEF**

Having considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Combined Motion and Supporting Memorandum for Leave to Amend Counterclaims to Delete Reference to 15 U.S.C. § 1120 and Attorneys' Fees and Costs in Prayer for Relief, this Court orders as follows:

Defendants are granted leave to file the amended pleading attached as Exhibit A to the above-mentioned motion.

**SO ORDERED**

DATE: _____
                                                                                                            District Judge William G. Young