## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. (formerly LG INFOCOMM U.S.A., INC.), <br><br> Defendants. | Civil Action No. 04-11290 WGY <br><br> Hon. William G. Young |

### [PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S LOCAL RULE 56.1 STATEMENT

Having considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Assented-To Motion for Leave to File Defendants' Response to Plaintiff's Local Rule 56.1 Statement, this Court orders as follows:

Defendants are granted leave to file the Reply attached as Exhibit A to the above-mentioned motion.

**SO ORDERED**

DATE: _____    _____
                                                                                District Judge William G. Young