UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS MOBILECOMM<br>U.S.A., INC. (formerly LG INFOCOMM<br>U.S.A., INC.),<br><br>           Defendants. | CIVIL ACTION NO. 04-11290 WGY<br><br>Hon. William G. Young |

## DECLARATION OF DANNY AWDEH

I, Danny Awdeh, declare that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, D.C. 20001, counsel for Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. ("Defendants") in this case. I am making this Declaration in support of Defendants' motion for summary judgment on the trademark dilution claim asserted in this case by Plaintiff Life is good, Inc. ("Plaintiff"). This declaration is based on my personal knowledge.

2. A true and correct copy of excerpts from the deposition of Dr. Robert Klein is attached as Exhibit 1 to this Declaration.

3. A true and correct copy of the pretest questionnaire used in conducting the survey designed by Plaintiff's survey expert, Mr. Robert Klein, is attached as Exhibit 2 to this Declaration.

4. A true and correct copy of excerpts from the deposition of John Taylor is attached as Exhibit 3 to this Declaration.

5.    A true and correct copy of excerpts from the deposition of Jason Lee is attached as Exhibit 4 to this Declaration.

Executed this 6th day of June, 2006.

_____
Danny M. Awdeh

## CERTIFICATE OF SERVICE

I hereby certify that this document and exhibits filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2006.

/s/  Timothy A Lemper
Timothy A Lemper