Exploratory

**RESPONDENT NAME:** _Phyllis_

INTRODUCTION:
- From AMS – research about customer needs to help companies develop and improve services and products . . .
- Confidential
- Colleagues viewing

WARM-UP:
- I'd like to start off by asking you what you recognize about various logos.
- For each one that I present to you, please tell me the company you associate with it. If you do not know, it is ok to say so.
- Show 6 logos – for each, write verbatim response

*(Anyway – they are for adults and for children)*

| 1. | 4. |
|---|---|
| 2. | 5. |
| 3. | 6. |
|   |   |

I am now going to present you with some phrases. For each one that I present to you, please tell me what comes to mind?

For example, when talking with other people, I have said "THE REAL THING" to people, some of the responses I heard were:
- *Beverages*
- *coke*
- *coca cola company*
- *a play or book by Tom Stoppard*
- *Something that is not an imitation*

There are no right or wrong answers. I am just trying to see what is top of mind for you.

| 1. | 5. |
|---|---|
| 2. | 6. |
| 3. | 7. |
|   |   |



Exhibit 2 to Awdeh Declaration

AMS 000155

Exploratory

■ End with "When I say LIFE IS GOOD, what comes to mind?" [CAPTURE VERBATIM RESPONE, ASK ANYTHING ELSE]

■ If "A" response does not mention any product or service, ask "Do you or do you not associate LIFE IS GOOD with any products or services? If YES, ASK "Which ones?' [CAPTURE VERBATIM RESPONE, ASK ANYTHING ELSE, PROBE UNTIL NO MORE SAID]

■ Ask everyone

Show STIMULUS 1 (LIG slogan and logo) and then STIMULU 2 (LG slogan and logo) [ROTATE]

[READ] You will now view two images. Please review them as if you might if you saw them in advertising or on products.

[READ] Thinking about the images you just viewed, which of the following do you best describes your belief about the image you saw first and the second image you viewed? [PRESENT CARD WITH OPTIONS]

- ☑ The images are associated with the same company
- ☑ The images are associated with different companies that <u>do not have</u> a business connection or affiliation *different*
- ☐ The images are associated with companies that <u>have</u> a business connection or affiliation
- ☐ Something else?
- ☐ You are unsure or have no opinion

[READ] Why do you say that? PROBE.

*Name
life is good co.
life is good*

*LG                    LG
healthy

o Conservative
o food              Clothing –
                    Blueprint*

AMS 000156

Exploratory

## ■ DEBRIEF SECTION FOR ALL RESPONDENTS

Review of LIG and LG images.

- Discuss what they know and do not know about the images /companies/ products
- See how people respond to them side by side.
- Does anyone respond about evolution of image
- Show good/life slogans – evaluate reactions
- Show possible controls

AMS 000157