

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x
LIFE IS GOOD, INC.,           :
                              :
        Plaintiff,            :
                              :
    v.                        : No. 04 11290 REK
                              :
LG ELECTRONICS U.S.A., INC.,  :
                              :
        Defendant.            :
------------------------------x

Washington, D.C.

Wednesday, November 9, 2005

Deposition of

JOHN I. TAYLOR

a witness, called for examination by counsel for Plaintiff, pursuant to notice and agreement of counsel, beginning at approximately 9:36 a.m., at the law offices of Nixon Peabody, 401 9th Street, NW., Washington, D.C., before Lauri M. Ploch of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

**Exhibit 3 to Awdeh Declaration**

```
 1    the premium products that command a premium
 2    price in the marketplace, are targeted to a
 3    high-income household.
 4         Q    You would agree with me that people
 5    in the 25-to-49 demographic are likely
 6    prospective purchasers of t-shirts, wouldn't
 7    you?
 8         A    I'm not an expert in T-shirts.  We
 9    are in the electronics business.
10         Q    I understand that, but wouldn't you
11    agree with me that people in the 25-to-49
12    demographic probably buy t-shirts?
13         A    Sure.
14         Q    And hats?
15         A    Sure.
16         Q    And people who make over 75,000 or
17    $100,000 a year probably buy television and
18    T-shirts, right?
19         A    I would guess, sure.
20         Q    Now, you testified this morning
21    that one of the things you did in preparing
22    to come and testify today is, you tried to
```

```
 1    find out everything you could about instances
 2    of potential confusion between Life is good
 3    and the Life's Good marketing slogan.
 4              Did I get that right?
 5    A    That's right.
 6    Q    Tell me how you went about doing
 7    that.
 8    A    I spoke with a variety of people
 9    inside of our company and really focused in
10    three areas:  In our customer service area,
11    our promotional and trade show area, and
12    sales.
13    Q    And did you speak with people from
14    these three different areas or divisions
15    separately, or did you bring them all
16    together for a meeting?
17    A    Separately.
18    Q    Why don't you tell me what you
19    found out.  And if it is easier for you to
20    break it out by each of the three divisions,
21    we can do that, or if it is easier for you to
22    lump them together, you can do that.
```

1    A    I laid out the parameters,
2    explaining the basics of this suit.  Some had
3    not heard of Life is good.  I explained that
4    they make a variety of products, like
5    t-shirts and hats, and asked them to check,
6    check and see if there were any instances of
7    inquiries from consumers, from retailers, any
8    suggestion that there might be confusion
9    between Life is good and LG.
10   Q    And what did these people report to
11   you?
12   A    Starting with customer service, our
13   consumer information center receives 4,000
14   telephone calls a day.  We get about 100,000
15   inquiries a month, including emails, regular
16   mail, and those phone calls.  Every
17   interaction with a customer is logged.  The
18   details of that interaction are put into a
19   database.
20        So all of that was searched, and
21   there was an extensive search.  We talked to
22   the customer service representatives.  There

1   was not one single incident of any confusion.

2       Q   And these customer service

3   representatives, or the people who man your

4   customer information center, do they deal

5   with people at the consumer buying public

6   level?

7       A   Yes, primarily consumers.

8       Q   People who have a question about

9   their warranty on their television or

10  something like that?

11      A   Right.

12      Q   Who did you talk to at the

13  promotional and trade show level?

14      A   I talked to the promotion managers

15  for the divisions who oversee both our

16  retailer and consumer promotions.  They have

17  a lot of interface with retailers and some

18  consumers at various public events, but

19  mostly it's more of trade communications.

20          They also reported not a single

21  incident of any confusion.

22      Q   And how about the people that you

133

```
 1    talked to at the sales level?
 2        A    I spoke with sales managers, who in
 3    turn checked with their field sales to --
 4    with the same parameters, and again came back
 5    with no incidents of confusion.
 6        Q    And when you were conducting this
 7    review, what did you mean as an incident of
 8    confusion?  How did you explain that to these
 9    folks?
10        A    I left it very wide open.  I said
11    if you had any inquiries about, have you seen
12    this Life is good T-shirt, is that associated
13    with your company?  Or somebody called the
14    customer information center saying my Life is
15    good T-shirt ripped in the washing machine,
16    are you going to replace it?  You know,
17    anything.  And they had a very free reign,
18    and I have great confidence in the people I
19    talked to.
20        Q    Going back to the customer service
21    level, how is it that a customer of LG
22    Electronics would know what phone number to
```

134

1  call?

2      A    It is widely published in magazines

3  and on our web site.  It is the main number

4  to call, a toll-free number that covers all

5  of our product divisions.

6           MR. KIRBY:  Can I have this marked

7  as the next exhibit, please.

8                (Deposition Exhibit No. 41 was

9                marked for identification.)

10          BY MR. KIRBY:

11     Q    Mr. Taylor, do you have Exhibit 41

12 in front of you?

13     A    I do.

14     Q    And do you see that this is also an

15 Internet web page for the lge.com web site?

16     A    Right, the corporate site.

17     Q    And by that you mean the web site

18 maintained by LG Electronics, Inc.?

19     A    In Korea, correct.

20     Q    I can report to you, I went to that

21 site yesterday and printed out these copies

22 for us.