

Exhibit 1 to Nicoletti Declaration