

Exhibit 2 to Nicoletti Declaration