



View larger image
E-mail this page to a friend

**Body Candy Italian Charms Laser LIFE IS GOOD**
Item LAS-00013

Was $23.95
Now **$4.99**
You Save $18.96

Quantity  1

Body Candy Italian Charms Laser LIFE IS GOOD Details Size 9mm Modular Charm Link M Finish Metal Stainless Steel HOT NEW Laser Charms are etched in bold lettering to create a cu

Free Shipping Info
Usually ships within 1-2 days

You may also like



Body Candy Italian Charms Laser GIRLS ROCK

Body Candy Italian Charms Laser HO-HUM FACE

Body Candy Italian Charms Laser I LOVE MY DOG

Product Info | Shipping Info | Return Policy | Customer Service | Store Info

Exhibit 3 to Nicoletti Declaration