




SIGN I
SHOPP
CHECK

ITALIAN CHARMS & BRACELETS | BROOCHES | RINGS | NECKLACES & PENDANTS | WATCHES | BRACELETS & EARRINGS | FU

SEARCH [ ] GO

0 items Total: $0.00

**SPECIALS...**
Clearance
Sale
Best Selling
What's New

**SHOP...**
Italian Charms
Bracelets & Earrings
Brooches & Pins
Fun Jewelry
Necklaces & Pendants
Rings
Watches

**WHOLESALERS**



**CUSTOMER SERVICE**
LEAVE MESSAGE
Helpful Info
FAQ
Contact Us:
info@pugster.com
1-888-PUGSTER

Home > Search > Life Is Good X2 Italian Charm

## Life Is Good X2 Italian Charm



This X2 Italian charm features a lime green base with tiny flower details and the words LIFE IS GOOD. The new X2 version charm is a finer high quality charm Crafted and authenticated by Pugster Inc.

**Today's Price: $8.99**

Item No. X2_V2024Z_PG
0 in Bag

Metal: stainless steel
Paint: enamel

Quantity: 1    **ADD TO BAG**



WHY SHOP PUGSTER.COM?

Exhibit 4 to Nicoletti Declaration