





**SPECIALS...**
Clearance
Sale
Best Selling
What's New

**SHOP...**
Italian Charms
Bracelets & Earrings
Brooches & Pins
Fun Jewelry
Necklaces & Pendants
Rings
Watches

**WHOLESALERS**

**CUSTOMER SERVICE**

LEAVE MESSAGE
Helpful Info
FAQ
Contact Us:
info@pugster.com
1-888-PUGSTER

Home > Search > Life Is Good! Photo Charm

## Life Is Good! Photo Charm



This picture charm features a beautiful open field on a nice day with the words LIFE IS GOOD! written across the top. Crafted and authenticated by Pugster, Inc.

**Today's Price: $7.48**

Item No. V1062
0 in Bag

Metal: stainless steel

Quantity: 1    ADD TO BAG


BEAUTIFUL BROOCHES SHOP NOW

WHY SHOP PUGSTER.COM?

Exhibit 5 to Nicoletti Declaration