

Exhibit 6 to Nicoletti Declaration