

Exhibit 7 to Nicoletti Declaration