Case 1:04-cv-11290-WGY    Document 50-11    Filed 06/06/2006    Page 1 of 1

George Dawson and Richard Glaubman

# *Life* Is So Good

One man's extraordinary journey through the 20th century

and how he learned to read at age 98



CHRISTOPHER AWARD

"A remarkable autobiography...

The feel-good story of the year."

—*The Christian Science Monitor*

Exhibit 10 to Nicoletti Declaration