REAL
LIFE IS
GOOD E
NOUGH

John Watts

**Exhibit 11 to Nicoletti Declaration**