

Exhibit 13 to Nicoletti Declaration

