# Life is good
*a guided gratitude journal*

Caroll McKanna Shreeve

Exhibit 14 to Nicoletti Declaration

# Life is good

a guided gratitude journal

Caroll McKanna Shreeve

WALKING STICK PRESS
Cincinnati, Ohio