cafepress.com



**Purposefully Activate Laws of Physics to Generate the Wealth you Deserve.**

"Welcome to the Education You Should Have Received All Along."

Wealth Beyond Reason : **"Life Is Good" Poster**



Size: 23.0" x 35.0"
View Larger

## "Life Is Good" Poster

A Simple Reminder that despite temporary "evidence", that Life IS GOOD! Features Bob Doyle's family dog, Louie.

### $21.99

Qty:
1        [ Add to Cart ]

AVAILABILITY: In Stock, will ship in 2-3 business days (shipped separately)
Product Number: 36271038

Tell a friend about this product!

**Product Information**
Perfect for dressing up any wall, this is the perfect size for maximum visual impact, or instantly creating a theme for a room. Images look great on this high-quality poster, printed on heavyweight 7 mil semi-gloss paper using superior dye inks. Image size 23" X 35". Treat yourself or give as a gift.

Web site Copyright 2002, Boundless Living Design · Contact Us

This shop is powered by CafePress.com.
Copyright © 1999-2006 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

Exhibit 15 to Nicoletti Declaration