

Exhibit 16 to Nicoletti Declaration