

Exhibit 17 to Nicoletti Declaration