Exhibit 19 to Nicoletti Declaration