

**Exhibit 20 to Nicoletti Declaration.**