

Exhibit 21 to Nicoletti Declaration