

Exhibit 22 to Nicoletti Declaration