# Life is Good

by Sacha Eckes

Exhibit 23 to Nicoletti Declaration