IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC., (formerly LG INFOCOMM U.S.A., INC.)<br><br>               Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

**DECLARATION OF MARK S. SOMMERS IN SUPPORT OF**
**DEFENDANTS' MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Mark S. Sommers, declare that the following are true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

1. I am a member of the bar of the District of Columbia, New York, Massachusetts, and Illinois. I am also a member of the U.S. District Court for the District of Columbia, U.S. District Court for the Southern District of New York; U.S.D.C. for the Eastern District of New York; U.S.D.C. for the Northern District of Illinois; and U.S. Court of Appeals for the Federal Circuit.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: June 14, 2006                           __/s/ Mark S. Sommers_____
                                                             Mark S. Sommers