```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-11290-WGY

 4

 5   * * * * * * * * * * * * * * * * * *
                                        *
 6   LIFE IS GOOD, INC.,                *
                                        *
 7              Plaintiff,              *
                                        *
 8   v.                                 *    MOTION HEARING
                                        *
 9   LG ELECTRONICS U.S.A., INC. and    *
     LG ELECTRONICS MOBILECOMM U.S.A.   *
10   INC., (formerly LG INFOCOMM U.S.A.,*
     INC.),                             *
11              Defendants.             *
                                        *
12   * * * * * * * * * * * * * * * * * *
              BEFORE:  The Honorable William G. Young,
13                         District Judge

14   APPEARANCES:

15           NIXON PEABODY LLP (By Robert L. Kirby,
        Esq.), 100 Summer Street, Boston, Massachusetts
16      02110
             - and -
17           PIERCE & MANDELL, P.C. (By Robert R.
        Pierce, Esq. and Thomas E. Kenney, Esq.),
18      11 Beacon Street, Suite 800, Boston, Massachusetts
        02108, on behalf of the Plaintiff
19
             FINNEGAN, HENDERSON, FARABOW, GARRETT &
20      DUNNER, L.L.P (By Mark Sommers, Esq. and Timothy
        A. Lemper, Esq.), 901 New York Avenue, N.W.,
21      Washington, D.C. 20001, on behalf of the
        Defendants
22

23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     June 15, 2006
```