IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS MOBILECOMM U.S.A., INC. (formerly LG INFOCOMM U.S.A. INC.) <br><br> Defendants. | CIVIL ACTION NO. 04-11290 <br> Hon. William G. Young |

**ASSENTED-TO MOTION TO ADMIT COUNSEL
PRO HAC VICE ON BEHALF OF DEFENDANTS**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Lawrence R. Robins, a member of the bar of this Court and counsel of record for Defendants LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (formerly LG InfoComm U.S.A. Inc.) ("LG"), hereby moves for the admission *pro hac vice* of Evan A. Raynes, who is an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C., 20001, as counsel for LG.

In support of this motion, LG hereby submits the accompanying declaration which states that (1) the above mentioned individual is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

WHEREFORE, LG respectfully requests that this Court grant this motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that Defendants' counsel conferred with Plaintiff's counsel. Plaintiff's counsel consents to this motion.

Dated: July 21, 2006

    /s/ Lawrence R. Robins
Lawrence R. Robins (BBO# 632610)
Email: larry.robins@finnegan.com
Jonathan M. Gelchinsky (BBO# 656282)
Email: jon.gelchinsky@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666

Mark Sommers (admitted *pro hac vice*)
Email: mark.sommers@finnegan.com
Douglas A. Rettew (admitted *pro hac vice*)
Email: doug.rettew@finnegan.com
Timothy A. Lemper (admitted *pro hac vice*)
Email: tim.lemper@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

3

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 21, 2006.

    /s/ Lawrence R. Robins
    Lawrence R. Robins (BBO# 632610)