IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A., INC.)<br><br><br>    Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

### DECLARATION OF EVAN A. RAYNES IN SUPPORT OF DEFENDANTS' MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Evan A. Raynes, declare that the following are true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

1. I am a member of the bar of the District of Columbia and California. I am also a admitted to practice in the United States District Court for the District of Columbia, the Northern District of California, and the Western District of Michigan.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: July 21, 2006       /s/ Evan A. Raynes_____
                  Evan A. Raynes

1