UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC. )<br>and LG INFOCOMM U.S.A., INC. )<br>    Defendants ) | C.A. No. 04-11290-WGY |

## NOTICE OF APPEARANCE

To the clerk:

Kindly enter the appearance of Mark D. Robins in this case as counsel for plaintiff, Life is good, Inc.

                                            LIFE IS GOOD, INC. ,
                                            By its attorneys,

                                            /s/ Mark D. Robins

                                            Robert L. Kirby, Jr. (BBO#550538)
                                            Mark D. Robins (BBO#559933)
                                            NIXON PEABODY LLP
                                            100 Summer Street
                                            Boston, MA 021110
                                            (617) 345-1000

                                            Robert R. Pierce (BBO#549172)
                                            Thomas E. Kenney (BBO#561590)
                                            PIERCE & MANDELL, P.C.
                                            11 Beacon Street, Suite 800
                                            Boston, MA 02108
July 21, 2006                                   (617) 720-2444

10055748.1

CERTIFICATE OF SERVICE

    I, Robert L. Kirby, Jr., hereby certify that a true copy of the above document was served upon the attorneys of record for each other party electronically on June 1, 2006.

                                        /s/ Robert L. Kirby
                                        Robert L. Kirby, Jr.