# EXHIBIT A

10055722.1

**PLAINTIFF'S PROPOSED TRIAL EXHIBITS**

|  | **DEPOSITION EXHIBIT NO.** | **BATES NO.** | **DESCRIPTION** |
|---|---|---|---|
| 1. |  |  | Certified copy of Federal Trademark Registration No. 2,025,737 |
| 2. |  |  | Certified copy of Federal Trademark Registration No. 2,055,452 |
| 3. |  |  | Certified copy of Federal Trademark Registration No. 2,481,887 |
| 4. |  |  | Certified copy of Federal Trademark Registration No. 2,692,561 |
| 5. |  |  | Certified copy of Federal Trademark Registration No. 2,826,245 |
| 6. |  |  | Certified copy of Federal Trademark Registration No. 2,865,595 |
| 7. |  |  | Certified copy of Mass. Trademark Registration No. 64517 |
| 8. |  |  | Certified copy of Mass. Trademark Registration No. 64920 |
| 9. |  |  | Certified copy of Mass. Trademark Registration No. 64921 |
| 10. |  |  | Certified copy of Mass. Trademark Registration No. 64922 |
| 11. |  |  | Certified copy of Mass. Trademark Registration No. 64923 |
| 12. |  |  | Certified copy of Mass. Trademark Registration No. 65074 |
| 13. |  |  | Life is good t-shirt |
| 14. |  |  | Life is good hat |
| 15. |  |  | Life is good plastic bottle |
| 16. |  |  | Life is good bag |
| 17. |  |  | Life is good ceramic mug |
| 18. |  |  | Life is good travel mug |
| 19. |  | LG007545 | Life's Good travel mug (photo) |
| 20. |  | LG007593 | Life's Good baseball hat (photo) |
| 21. |  | (missing) | "Life's Good" travel bag |
| 22. |  | LG007594 | "Life's Good" white t-shirt |
| 23. |  | LG007591 | "Life's Good" plastic bottle |
| 24. |  | LG007584 | 7 Reasons "Life's Good" brochure |
| 25. |  | LG007562-7563 | Life's Good tag |
| 26. |  | LG007569 | Life's Good display |
| 27. | 36 |  | Certified copy of LG Trademark App. No. 78/416,600 |
| 28. |  |  | LIG Portfolio |

10055722.1

|     | **DEPOSITION EXHIBIT NO.** | **BATES NO.** | **DESCRIPTION** |
| --- | --- | --- | --- |
| 29. |     |     | LIG Portfolio |
| 30. |     |     | LIG Portfolio |
| 31. |     |     | LIG Portfolio |
| 32. | 3   |     | LG Logo |
| 33. | 4   |     | LG Logo with "Life's Good" |
| 34. | 6   |     | Boston Herald Article 6/6/05 |
| 35. | 10  | 000157-000232 | LIG Spring/Summer '05 Cat. |
| 36. | 11  | 000146 | DNR Mag Article 9/4/98 |
| 37. | 12  |     | Sporting Goods Business article 10/1/03 |
| 38. | 13  | LG007545, 7549, 7562, 7564, 7591, 7593, 7594 | Life's Good Ads |
| 39. | 14A | LG007545, 7549, 7562, 7564, 7591, 7593, 7594 | Photos of LG promotional items |
| 40. | 25  |     | LIG sales/net income and mkt exp. (1998-2004) |
| 41. | 27  |     | American Mkt Ass'n Art. - 9/15/05 |
| 42. | 28  |     | NW Business Review article 2/7/03 |
| 43. | 29  | 000141 | Boston Mag. Art. |
| 44. | 31  | LG003148 | LG Corp. Identity (from website) |
| 45. | 32  |     | Business Week article 1/24/05 |
| 46. | 33  |     | LG & Logo Registration |
| 47. | 34  |     | LG Corp. Press release - Website |
| 48. | 37  |     | LG Brand Identity (from Website) |
| 49. | 40  |     | Life's Good Sweepstakes |
| 50. | 41  |     | LGE.com Webpage |
| 51. | 42  | LG003720-3731 | Life's Good Magazine |
| 52. | 43  |     | Jacob's Gallery App. for LIG (Class 25) |
| 53. | 47  |     | LIG 2/29/96 Trademark App. (Class 25) |
| 54. | 53  | 001177, 001012-1013, 000870 | Rolex Cease and Desist and Response |
| 55. | 61  | LG002734 | LG Phone Ad |
| 56. | 62  | LG002144 | LG/Life's Good Calendar - Website |
| 57. | 63  | LG002138-2139 | LG Ads |
| 58. | 66  | LG002787-2788 | LG cellphone ad |
| 59. | 69  | LG006445-6471 | LG Recomm. Re: New tagline |
| 60. | 70  | LG006472-6590 | WPP: Team LG |
| 61. | 71  | LG006472-6590 | LG Brand Comm. Guidelines |
| 62. | 72  | LG006123-6154 | LG 12/03 Sales Meeting |
| 63. | 73  | LG006337-6340 | LG Concept Piece |
| 64. | 74  | LG006356-6368 | LG Brand Evolution |

10055722.1

|      | **DEPOSITION EXHIBIT NO.** | **BATES NO.** | **DESCRIPTION** |
|------|---------------------------|---------------|-----------------|
| 65.  | 78 | LG007737-7738 | LG Press Release 6/17/05 |
| 66.  | 79 | LG007739-7740 | LG Press Release 1/7/04 |
| 67.  | 80 | LG007741-7742 | LG Press Release 12/17/03 |
| 68.  | 82 |  | LG TV Ad |
| 69.  |    | 000008 | LIG Line Sheet |
| 70.  |    | 000570 | Page from LIG Spring 2002 Catalog |
| 71.  |    | 000673 | 7/18/2001 Letter from X-Mas Tree |
| 72.  |    | 000676-679 | 6/26/2001 Letter to X-Mas Tree |
| 73.  |    | 000680 | 2/28/01 Letter to Soccer Mart |
| 74.  |    | 000681-682 | 2/12/01 Letter from Soccer Mart |
| 75.  |    | 000683-684 | 2/18/04 Letter from Express |
| 76.  |    | 000685-686 | 2/17/04 Letter from Express |
| 77.  |    | 000687-690 | 2/13/04 Letter from Express |
| 78.  |    | 000696-697 | 5/7/02 Letter from Crazy Shirts |
| 79.  |    | 000718-719 | 12/6/01 Letter to Crazy Shirts |
| 80.  |    | 000732-733 | 12/6/01 Letter to Top Dawg |
| 81.  |    | 000743-746 | 8/12/99 Letter to Horse Feathers |
| 82.  |    | 000747 | 8/13/99 Letter from Horse Feathers |
| 83.  |    | 000756 | 7/10/01 Letter from Hang Arounds |
| 84.  |    | 000758 | 8/15/01 Letter from Ames |
| 85.  |    | 000759-762 | 8/13/01 Letter to Ames |
| 86.  |    | 000777-779 | 6/28/96 Letter from Reid Smith re: Ames |
| 87.  |    | 000816-818 | 9/12/01 Letter from Avia |
| 88.  |    | 000821-825 | 9/5/01 Letter to Avia |
| 89.  |    | 000827 | 2/11/98 Letter from Art Greetings |
| 90.  |    | 000830 | 10/21/97 Letter to Art Greetings |
| 91.  |    | 000884-885 | 2/3/99 Letter to Bum Wraps |
| 92.  |    | 001001 | Life's Good Comp. 5/14/04 |
| 93.  |    | 001014-1016 | 1/19/05 Letter to Life is good Coffee TN |
| 94.  |    | 001030-1033 | Assignment: Jacobs Gallery to LIG 8/97 |
| 95.  |    | 001183-1234 | LIG Spring/Summer 2004 Catalog |
| 96.  |    | 001235-1246 | LIG Summer 2004 Catalog |
| 97.  |    | 001247-1290 | LIG Fall 2004 Catalog |
| 98.  |    | 001291-1310 | LIG Holiday Collection 2004 Catalog |
| 99.  |    | 001324-1328 | Cease and Desist letter to Benton Silkscreening |
| 100. |    | 001332-1334 | Cease and Desist letter to The Limited |
| 101. |    | 001335-1338 | Cafepress email to Sam Reid |
| 102. |    | 001354-1355 | Cease and Desist letter to James Smith |
| 103. |    | 001365-1366 | Cease and Desist letter to Gorey Details |
| 104. |    | 001383-1385 | Cease and Desist letter to World Wide Sport Supply with response |
| 105. |    | 001388-1390 | Cease and Desist letter to Gator Garb with |

10055722.1

- 5 -

|  | DEPOSITION EXHIBIT NO. | BATES NO. | DESCRIPTION |
|---|---|---|---|
|  |  |  | response |
| 106. |  | 001392-1393 | Cease and Desist letter to PC Print Shop |
| 107. |  | 001400-1405 | Cease and Desist letter to Von Zipper |
| 108. |  | 001414-1417 | Cease and Desist letter to University Co-operative Society with response |
| 109. |  | 001418-1419 | Cease and Desist letter to U-Name-It |
| 110. |  | 001420-1421 | Cease and Desist letter to Fishboy Art |
| 111. |  | 001424-1425 | 1/7/05 USA Today advertisement for LG |
| 112. |  | 002038-2042 | Cease and Desist letter to Life is Good Products with response |
| 113. |  | 002061-2072 | Cease and Desist letter to Cafepress with response |
| 114. |  | 002488-2451 | LIG Fall/Winter 2004 Catalog |
| 115. |  | 002664-2665 | Cease and Desist letter to State of Wisconsin |
| 116. |  | 002717-2727 | Various emails and notes regarding instances of actual confusion |
| 117. |  | 002757-2759 | LIG Sales History Report 2001-11/7/05 |
| 118. |  | 002789-2796 | LIG Listing of Massachusetts customers |
| 119. |  | 002797-3265 | LIG Massachusetts sales records |
| 120. |  | 003295-3296 | LIG Settlement Agreement with May Stores |
| 121. |  | 003319-3344 | Life is good at home; home furnishings program |
| 122. |  | 003345-3355 | Life is good Watermelon Festival |
| 123. |  | 003356-3358 | Cease and Desist letter to Carney's |
| 124. |  | 003399 | LG advertisement |
| 125. |  | 003400-3413 | Olympus Fashion Week |
| 126. |  | 003414-3416 | Designer Website re: Fashion Week |
| 127. |  | 003417-3421 | LG Mobile Phone Fashion Contest |
| 128. |  | 003422-3423 | Cell Phone fashion accessories |
| 129. |  | 003424-3428 | LG Fashion Phone |
| 130. |  | 003429-3431 | Mercedes Benz Fashion Week |
| 131. |  | 003441-3452 | Instances of actual confusion |
| 132. |  | 003477-3481 | Instances of actual confusion |
| 133. |  | 001432-1457 | Jacobs Gallery Sales Ledger |
| 134. |  | 001548 | Jacobs Gallery Purchase Order (12/8/94) |
| 135. |  | 001569-1636 | LIG Financial Statements 1998-2004 |
| 136. |  | LG007781 | LGE Gross Sales 2003-2005 |
| 137. |  | LG008373-8374 | LG Washer Ad |
| 138. |  | LG008378 | LG Microwave Ad |
| 139. |  | LG008380 | LG Refrigerator Ad |
| 140. |  | LG008381 | LG Microwave Ad |
| 141. |  | LG008383 | LG Ad |
| 142. |  | LG008384 | LG Ad |

10055722.1

|      | DEPOSITION EXHIBIT NO. | BATES NO. | DESCRIPTION |
|------|------------------------|-----------|-------------|
| 143. |                        | LG008385  | LG Ad |
| 144. |                        | LG008392  | LG Plasma Ad |
| 145. |                        | LG008393  | LG Plasma TV Ad |
| 146. |                        | LG008400  | LG Phone Ad |
| 147. |                        | LG008408  | LG Cell Phone Ad |
| 148. |                        | LG000001  | LG TV Ads |
| 149. |                        | LG002742  | LG Cell Phone Print Ad |
| 150. |                        | LG002805  | LG Cell Phone Ad |
| 151. |                        | LG002815  | LG Web Page |
| 152. |                        | LG003647-3650 | LG Television Print Ads |
| 153. |                        | LG003653  | LG Washing Machine TV Ad |
| 154. |                        | LG003664  | LG Print Ad – Coffee Maker |
| 155. |                        | LG003676  | LG Print Cell Phone Ad |
| 156. |                        | LG003757  | LG "Life's Good" Coffee Mug |
| 157. |                        | LG003784  | Model with "Life's good" t-shirt |
| 158. |                        | LG 003850-3960 | LG Brand Communication Guidelines |
| 159. |                        | LG004877  | Message to LG Partners |
| 160. |                        | LG008492-8495 | LG Print Ad for TV |
| 161. |                        | LG006316-6324 | LG/ABC Promotion |
| 162. |                        | LG006363  | Life's Good usage form |
| 163. |                        | LG007692-7736 | LG Electronics USA Consumer Electronics Dealers Support Site |
| 164. |                        | 003515-3517 | Network Solutions transfer confirmation request to LIG (3/13/06) |
| 165. |                        | 003518-3519 | Weatherchannel.com LG/Life's Good competition |
| 166. |                        | 003520-3521 | Photos of Life's Good dress design |
| 167. |                        | 003522    | LG Ad, International Herald Tribune, 6/10/06 |
| 168. |                        | 003523    | LG Ad, USA Today, 1/7/05 |
| 169. |                        | 003524    | LG Ad, Wall Street Journal, 8/27/04 |
| 170. |                        | 003525    | LG Ad, L.A. Times, 1/15/06 |
| 171. |                        | 003482-3483 | Emails regarding actual confusion (6/28/06) |
| 172. |                        | 003503-3504 | Email requesting information for LG case (10/14/05) |
| 173. |                        | 003505-3506 | Emails regarding actual confusion (10/6/05) |
| 174. |                        | 003509-3511 | Emails regarding actual confusion (10/11/05) |
| 175. |                        | 003512    | Email regarding actual confusion (10/8/05) |
| 176. |                        | Pending   | Tape recording of LG automated phone answering system |

10055722.1