# EXHIBIT B

## DEFENDANT'S PROPOSED TRIAL EXHIBITS

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 1 | 2 | | | Plaintiff's Complaint |
| 2 | 3 | | | LG Logo |
| 3 | 4 | | | LG Logo w/ "Life's Good" |
| 4 | 5 | | | Jake Logo |
| 5 | 6 | | | Boston Herald, "Jake-pot! 'Good' life gets better" |
| 6 | 7 | | | Smiley face design |
| 7 | 8 | | | Photograph of bag w/ smiley face design and "Have a Nice Day" |
| 8 | 9 | | | LIGI t-shirt |
| 9 | 10 | | | LIGI Spring/Summer 2005 catalog |
| 10 | 11 | | | DNR, "Everything's 'Jake' at Life Is Good" |
| 11 | 12 | | | Sporting Goods Business, "Living the Good Life" |
| 12 | 13 | | | LG phone, refrigerator, and TV advertisements; LGE website printout |
| 13 | 14A | LG007545 LG007549 LG007562 LG007564 LG007591 LG007593 LG007594 | LG007545 LG007549 LG007562 LG007564 LG007591 LG007593 LG007594 | Photographs of LG giveaways:  coffee cup, calculator, luggage tag, bag, bottle, hat, and t-shirt |
| 14 | 15 | | | Photographs of LG giveaway:  t-shirt |
| 15 | 16 | | | Plaintiff's responses to Defendants' first set of interrogatories |
| 16 | 17 | | | PTO website printout:  Serial No. 74/654,470 for LIFE IS GOOD (Stylized) |
| 17 | 18 | | | PTO website printout:  Serial No. 78/081,293 for LIFE IS GREAT (Stylized) |
| 18 | 19 | | | PTO website printout:  Serial No. 75/654,228 for LIFE IS GOOD . . . THERE'S ICE CREAM |
| 19 | 20 | | | PTO website printout:  Serial No. 75/554,487 for LIFE IS GOOD. WE MAKE IT BETTER |
| 20 | 21 | | | PTO website printout:  Serial No. 74/593,136 for LIFE IS GOOD |
| 21 | 22 | | | Photographs of Miller TV commercial |
| 22 | 23 | | | PTO File History for Registration No. 2,481,887 for LIFE IS GOOD |
| 23 | 24 | | | PTO File History for Registration No. 2,692,561 for LIFE IS GOOD |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 24 | 25 | 001759<br>001747<br>001682<br>001713<br>001580<br>001594<br>001633<br>001645<br>001722 | 001759<br>001747<br>001682<br>001713<br>001580<br>001594<br>001633<br>001645<br>001722 | LIGI financial information |
| 25 | 27 | | | American Marketing Association, "Feel-good T-shirts spark cult following, sell simpler lifestyle" |
| 26 | 28 | | | New Hampshire Business Review, "Life has been good for Life Is Good duo" |
| 27 | 29 | | | Boston Magazine, "The Good Life" |
| 28 | 30 | | | Plaintiff's notice of deposition of LGE USA pursuant to Rule 30(b)(6) |
| 29 | 31 | LG003148 | LG003148 | LGE website printout:  Corporate Identity |
| 30 | 32 | | | Business Week, "Korea's LG: Will it be the Next Samsung?" |
| 31 | 33 | | | PTO website printout:  Serial No. 74/651,244 for LG Logo |
| 32 | 34 | | | LGE USA website printout:  "LG Electronics and Ogilvy Public Relations Awarded the Gold at 2005 Sabre Awards Ceremony" |
| 33 | 35 | | | Defendants' responses to Plaintiff's first set of interrogatories |
| 34 | 36 | | | PTO website printout:  Serial No. 78/416,600 for LG Logo with "Life's Good" |
| 35 | 37 | | | LGE website printout:  Brand Identity |
| 36 | 38 | | | Photograph of LIGI hat |
| 37 | 39 | | | Defendants' Answer, Affirmative Defenses, and Counterclaims |
| 38 | 40 | | | Life's Good Sweepstakes and Instant Wing Game website printout |
| 39 | 41 | | | LGE website printout:  What's New; Hot Products |
| 40 | 42 | LG003720 | LG003731 | LG trade show magazine |
| 41 | 43 | | | LIGI application for Serial No. 74/633,170 for LIFE IS GOOD, dated February 13, 1995 |
| 42 | 44 | 002441 | 002444 | PTO Office Action for Serial No. 74/633,170 for LIFE IS GOOD, dated July 19, 1995 |
| 43 | 45 | | | LIGI Response to Office Action for Serial No. 74/633,170 for LIFE IS GOOD, dated October 27, 1995 |
| 44 | 46 | | | PTO Office Action for Serial No. 74/633,170 for LIFE IS GOOD, dated January 2, 1996 |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 45 | 47 | | | LIGI application for 75/066,995 for LIFE IS GOOD, dated February 29, 1996 |
| 46 | 48 | | | LIGI Combined Affidavit of Use and Incontestability for Registration No. 2,025,737 for LIFE IS GOOD, dated January 18, 2002 |
| 47 | 49 | | | PTO Office Action for Serial No. 75/939,492 for LIFE IS GOOD, dated August 17, 2000 |
| 48 | 50 | | | PTO Office Action for  Serial No. 75/939,492 for LIFE IS GOOD, dated December 18, 2000 |
| 49 | 51 | | | PTO Office Action for Serial No. 76/347,362 for LIFE IS GOOD, dated March 11,  2002 |
| 50 | 52 | | | PTO Office Action for 76/319,447 for LIFE IS GOOD, dated December 3, 2001 |
| 51 | 53 | 001177 001012 001013 000870 | 001177 001013 001013 000870 | Letter from Rolex Watch USA, Inc. counsel to LIGI, dated January 31, 2005 |
| 52 | 54 | 000816 | 000823 | Letter from American Sporting Goods counsel to LIGI, dated September 12, 2001 |
| 53 | 55 | 000894 002130 002713 002676 | 000904 002130 002714 002679 | Letter from Natural Life counsel to LIGI, dated August 26, 2004 |
| 54 | 56 | 000693 002004 002011 | 000695 002006 002013 | Letter from Hallmark Cards counsel to LIGI, dated December 13, 2002 |
| 55 | 57 | 001324 | 001328 | Letter from LIGI to Benton Silkscreening, dated April 1, 2004 |
| 56 | 58 | 002664 | 002665 | Letter from LIGI to Wisconsin Department of Tourism, dated December 30, 2004 |
| 57 | 59 | 002687 | 002687 | Email from "Mary" to LIGI |
| 58 | 61 | LG002734 | LG002734 | LG phone spec sheet |
| 59 | 62 | LG002144 | LG002144 | LG 2005 calendar w/ phone |
| 60 | 63 | LG002138 | LG002139 | LG 2005 calendar w/ laundry product |
| 61 | 64 | LG002135 | LG002135 | LG 2005 calendar w/ phone |
| 62 | 65 | LG002795 | LG002796 | LG 2004 phone spec sheet |
| 63 | 66 | LG002787 | LG002788 | LG 2004 phone spec sheet |
| 64 | 67 | LG004976 | LG004982 | LG customer list (excerpts) (HIGHLY CONFIDENTIAL) |
| 65 | 68 | LG006401 | LG006407 | WPP: Team LG-LGE contract (HIGHLY CONFIDENTIAL) |
| 66 | 69 | LG006445 | LG006471 | LG presentation:  Recommendation on New Global Tagline (HIGHLY CONFIDENTIAL) |
| 67 | 70 | LG006325 | LG006325 | WPP: Team LG presentation (excerpt) (HIGHLY CONFIDENTIAL) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 68 | 71 | LG006472 | LG006590 | LG Electronics Brand Communications Guidelines (HIGHLY CONFIDENTIAL) |
| 69 | 72 | LG006123 | LG006154 | LG presentation: December 2003 Sales Meeting (HIGHLY CONFIDENTIAL) |
| 70 | 73 | LG006337 | LG006340 | WPP: Team LG presentation (excerpt) (HIGHLY CONFIDENTIAL) |
| 71 | 74 | LG006356 | LG006368 | WPP: Team LG presentation (excerpt) (HIGHLY CONFIDENTIAL) |
| 72 | 75 | LG007585 | LG007585 | Photograph of LG giveaway: tissue box |
| 73 | 76 | LG007549 | LG007549 | Photograph of LG giveaway: calculator |
| 74 | 77 | LG007544 | LG007544 | Photograph of LG giveaways: calculator and pen |
| 75 | 78 | LG007737 | LG007738 | LGE USA website printout: "Leader Singled Out Among 'Best of the Info Tech 100" |
| 76 | 79 | LG007739 | LG007740 | LGE USA website printout: "LG Electronics Unveils U.S. Branding Strategy at 2004 International Consumer Electronics Show" |
| 77 | 80 | LG007741 | LG007742 | LGE USA website printout: "LG Electronics Launches 2004 U.S. Branding Effort; Illuminates New Times Square Billboard" |
| 78 | 81 | | | LIGI Expert Report: Klein Survey |
| 79 | 82 | | | LG TV advertisement |
| 80 | 83 | AMS000155 | AMS000157 | Klein pretest questionnaire |
| 81 | 84 | AMS 003588 | AMS 003588 | Klein pretest results |
| 82 | 85 | AMS 000063 | AMS 00065 | Klein pretest screener |
| 83 | 86 | AMS 000067 | AMS 000117 | Klein pretest stimuli |
| 84 | 87 | AMS 000063 | AMS 000063 | Klein pretest screener |
| 85 | 88 | AMS 003591 | AMS 003591 | Klein demographic information |
| 86 | 89 | AMS 000478 | AMS 000537 | Klein discarded questionnaires |
| 87 | 90 | AMS 000322 | AMS 000393 | Klein discarded questionnaires |
| 88 | 91 | AMS 000430 | AMS000477 | Klein discarded questionnaires |
| 89 | 92 | AMS 000394 | AMS 000429 | Klein discarded questionnaires |
| 90 | 93 | AMS 000811 | AMS 001120 | Klein discarded questionnaires |
| 91 | 94 | AMS 000586 | AMS 000810 | Klein discarded questionnaire |
| 92 | 95 | | | LG Expert Report: Morrin Report |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 93 | 96 | | | LG Expert Report: Morrin Critique of Klein Report |
| 94 | 99 | | | LG Expert Report: Reitter Survey |
| 95 | | LG003148 LG003158 LG003580 LG003591 | LG003148 LG003169 LG003588 LG003592 | LGE website printout: Corporate Identity |
| 96 | | LG008499 | LG008508 | LGE USA website printout: Products |
| 97 | | LG003158 | LG003169 | LGE website printout: History |
| 98 | | LG007807 | LG007815 | LGE presentation: Welcome to LG Electronics (HIGHLY CONFIDENTIAL) |
| 99 | | LG007816 | LG007817 | LGE presentation: Key Messages (HIGHLY CONFIDENTIAL) |
| 100 | | LG007781 | LG007781 | LGE USA Products and Gross Sales (HIGHLY CONFIDENTIAL) |
| 101 | | LG003580 | LG003592 | LGE website printout: Public Services |
| 102 | | LG007818 | LG007836 | LGE website printout: Corporate Social Responsibility |
| 103 | | LG006325 | LG006368 | WPP: Team LG presentation (HIGHLY CONFIDENTIAL) |
| 104 | | LG008490 | LG008490 | LG Logo |
| 105 | | LG008491 | LG008491 | LG Logo w/ "Life's Good" |
| 106 | | LG003652 | LG003252 | LG 2003 tradeshow video (CD) |
| 107 | | LG003653 | LG003253 | LG 2003 "Don't Tell Mom" TV commercial (CD) |
| 108 | | LG000001 | LG000001 | LG 2004 TV commercials (CD) |
| 109 | | LG008466 | LG008466 | LG 2005 TV commercials (CD) |
| 110 | | LG008464 | LG008464 | LG 2004 PR film (CD) |
| 111 | | LG008465 | LG008465 | TV coverage of LG (CD) |
| 112 | | LG006316 | LG006323 | LGE presentation: HDTV advertisements (HIGHLY CONFIDENTIAL) |
| 113 | | LG007837 | LG007849 | LGE website printouts: 2006 Print Ads and TV Ads |
| 114 | | LG000011 LG000025 LG000031 LG000091 | LG000012 LG000029 LG000031 LG000100 | LGE website printouts: 2003-2004 Print Ads |
| 115 | | LG007857 | LG007877 | LGE USA website printouts: 2004-2006 Print Ads, Internet Ads, and Outdoor Advs; Sponsorships; Conferences |
| 116 | | LG008377 | LG008377 | LG 2003 refrigerator advertisement |
| 117 | | LG008372 | LG008372 | LG 2003 laundry advertisement |
| 118 | | LG008378 | LG008378 | LG 2003 microwave advertisement |
| 119 | | LG003657 | LG003657 | LG 2004 refrigerator advertisement |
| 120 | | LG008380 | LG008380 | LG 2004 refrigerator advertisement |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 121 | | LG008379 | LG008379 | LG 2004 laundry advertisement |
| 122 | | LG003658 | LG003658 | LG 2004 microwave advertisement |
| 123 | | LG002254 | LG002255 | LG 2004 refrigerator spec sheet |
| 124 | | LG004375 | LG004375 | LG 2004 refrigerator point of purchase display |
| 125 | | LG004394 | LG004394 | LG 2004 microwave point of purchase display |
| 126 | | LG008382 | LG008382 | LG 2004 microwave advertisement |
| 127 | | LG004350 | LG004373 | LG 2004 air conditioner brochure |
| 128 | | LG004151 | LG004177 | LG 2004 appliances brochure |
| 129 | | LG004975 | LG004975 | LG 2005 refrigerator advertisement |
| 130 | | LG008385 | LG008385 | LG 2005 laundry advertisement |
| 131 | | LG008384 | LG008384 | LG 2005 dishwasher advertisement |
| 132 | | LG004149 | LG004150 | LG 2005 refrigerator advertisement |
| 133 | | LG008386 | LG008386 | LG 2006 laundry advertisement |
| 134 | | LG008387 | LG008387 | LG 2006 refrigerator advertisement |
| 135 | | LG008388 | LG008388 | LG 2006 air conditioner advertisement |
| 136 | | LG008389 | LG008389 | LG 2003 computer monitor advertisement |
| 137 | | LG008390 | LG008390 | LG 2003 computer monitor advertisement |
| 138 | | LG008391 | LG008391 | LG 2003 DVD/CD writer advertisement |
| 139 | | LG008392 | LG008392 | LG 2004 TV advertisement |
| 140 | | LG008393 | LG008393 | LG 2004 TV advertisement |
| 141 | | LG008394 | LG008394 | LG 2004 computer monitor advertisement |
| 142 | | LG004970 | LG004790 | LG 2004 TV catalogue |
| 143 | | LG008395 | LG008395 | LG 2005 TV advertisement |
| 144 | | LG008396 | LG008396 | LG 2005 TV advertisement |
| 145 | | LG008397 | LG008397 | LG 2005 computer monitor advertisement |
| 146 | | LG006645 | LG006645 | LG 2005 TV advertisement |
| 147 | | LG007572 | LG007572 | LG 2005 TV promotion |
| 148 | | LG008492 | LG008492 | LG 2006 TV advertisement |
| 149 | | LG008493 | LG008494 | LG 2006 TV brochure |
| 150 | | LG008495 | LG008495 | LG 2006 wireless speaker kit spec sheet |
| 151 | | LG008398 | LG008398 | LG 2003 phone advertisement |
| 152 | | LG008399 | LG008399 | LG 2004 phone advertisement |
| 153 | | LG008400 | LG008400 | LG 2004 phone advertisement |
| 154 | | LG008401 | LG008401 | LG 2004 phone advertisement |
| 155 | | LG008402 | LG008402 | LG 2004 phone advertisement |
| 156 | | LG008417 | LG008435 | LG 2004 phone catalog |
| 157 | | LG008403 | LG008403 | LG 2005 phone advertisement |
| 158 | | LG008404 | LG008404 | LG 2005 phone advertisement |
| 159 | | LG008405 | LG008405 | LG 2005 phone advertisement |
| 160 | | LG008406 | LG008406 | LG 2005 phone advertisement |
| 161 | | LG008408 | LG008408 | LG 2005 phone advertisement |
| 162 | | LG008411 | LG008412 | LG 2006 phone spec sheet |
| 163 | | LG008409 | LG008409 | LG 2006 phone advertisement |
| 164 | | LG008410 | LG008410 | LG 2006 phone advertisement |
| 165 | | LG008413 | LG008414 | LG 2006 phone spec sheet |

7

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 166 | | LG008436 | LG008450 | LG 2006 trade show magazine |
| 167 | | LG007805 | LG007806 | LGE USA website printout: "Pucker Up New York: Residents and Tourists Celebrate the Holidays Under the World's Largest Mistletoe" |
| 168 | | LG008359 | LG008360 | Freemont Street Experience website printout |
| 169 | | LG008361 | LG008371 | Photographs of Fremont Street Experience |
| 170 | | LG007747 | LG007777 | LGE USA presentation: LGDA 2004 Proposed Media Plan (HIGHLY CONFIDENTIAL) |
| 171 | | LG006591 | LG006620 | LGE MobileComm presentation: Building the Brand (HIGHLY CONFIDENTIAL) |
| 172 | | LG006369 | LG006370 | LGE USA advertising expenditures (2003) (HIGHLY CONFIDENTIAL) |
| 173 | | LG006311 | LG006311 | LGE USA advertising expenditures (2003) (HIGHLY CONFIDENTIAL) |
| 174 | | LG006630 | LG006633 | LGE USA advertising expenditures (2004) (HIGHLY CONFIDENTIAL) |
| 175 | | LG001998 | LG001999 | LGE website printout: "Newsweek, Foresees LG Electronics as the Hottest Player in the Electronics Industry for 2005" |
| 176 | | LG007973 | LG008174 | Print coverage of LG |
| 177 | | LG008175 | LG008181 | Broadcast, print, and print coverage of LG (CONFIDENTIAL) |
| 178 | | LG008182 | LG008358 | Online coverage of LG |
| 179 | | LG007783 | LG007784 | LGE USA information on advertising impressions (HIGHLY CONFIDENTIAL) |
| 180 | | LG007785 | LG007786 | LGE USA information on advertising impressions (HIGHLY CONFIDENTIAL) |
| 181 | | LG007787 | LG007787 | LGE USA information on advertising impressions (HIGHLY CONFIDENTIAL) |
| 182 | | LG007788 | LG007800 | LGE USA information on advertising impressions (HIGHLY CONFIDENTIAL) |
| 183 | | LG007801 | LG007804 | LGE USA information on advertising impressions (HIGHLY CONFIDENTIAL) |
| 184 | | LG007782 | LG007782 | LGE USA Number of Publications Distributed (HIGHLY CONFIDENTIAL) |
| 185 | | LG007595 | LG007595 | Photograph of LG trade show banner |
| 186 | | LG004874 | LG004876 | Photograph of LG trade show banner |
| 187 | | LG004869 | LG004869 | Photograph of LG trade show banner |
| 188 | | LG007582 | LG007583 | LG giveaway: paper bag (photograph(s) and physical exhibit) |
| 189 | | LG004872 | LG004873 | LG giveaway: tissue box (photograph(s) and physical exhibit) |
| 190 | | LG004890 | LG004890 | LG giveaway: measuring tape (photograph(s) and physical exhibit) |
| 191 | | LG007539 | LG007539 | LG giveaway: post-it note (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 192 | | LG007541 | LG007541 | LG giveaway:  mini flash light (photograph(s) and physical exhibit) |
| 193 | | LG007543 | LG007543 | LG giveaway:  USB flash drive (photograph(s) and physical exhibit) |
| 194 | | LG007544 | LG007544 | LG giveaway:  calculator and pen (photograph(s) and physical exhibit) |
| 195 | | LG007545 | LG007545 | LG giveaway:  cup (photograph(s) and physical exhibit) |
| 196 | | LG007549 | LG007549 | LG giveaway:  calculator (photograph(s) and physical exhibit) |
| 197 | | LG007552 | LG007552 | LG giveaway:  notepad (photograph(s) and physical exhibit) |
| 198 | | LG007553 | LG007553 | LG giveaway:  planner (photograph(s) and physical exhibit) |
| 199 | | LG007554 | LG007554 | LG giveaway:  shirt (photograph(s) and physical exhibit) |
| 200 | | LG007555 | LG007555 | LG giveaway:  pom-pom (photograph(s) and physical exhibit) |
| 201 | | LG007556 | LG007556 | LG giveaway:  football (photograph(s) and physical exhibit) |
| 202 | | LG007557 | LG007557 | LG giveaway:  binder (photograph(s) and physical exhibit) |
| 203 | | LG007558 | LG007558 | LG giveaway:  shirt (photograph(s) and physical exhibit) |
| 204 | | LG007559 | LG007559 | LG giveaway:  windbreaker (photograph(s) and physical exhibit) |
| 205 | | LG007560 | LG007560 | LG giveaway:  tape measure (photograph(s) and physical exhibit) |
| 206 | | LG007561 | LG007561 | LG giveaway:  pen (photograph(s) and physical exhibit) |
| 207 | | LG007562 | LG007563 | LG giveaway:  luggage tag (photograph(s) and physical exhibit) |
| 208 | | LG007564 | LG007564 | LG giveaway:  leather bag (photograph(s) and physical exhibit) |
| 209 | | LG007568 | LG007568 | LG giveaway:  candy jar (photograph(s) and physical exhibit) |
| 210 | | LG007575 | LG007575 | LG giveaway:  phone jack (photograph(s) and physical exhibit) |
| 211 | | LG007576 | LG007576 | LG giveaway:  keychain (photograph(s) and physical exhibit) |
| 212 | | LG007577 | LG007577 | LG giveaway:  pen (photograph(s) and physical exhibit) |
| 213 | | LG007578 | LG007578 | LG giveaway:  pen (photograph(s) and physical exhibit) |
| 214 | | LG007579 | LG007579 | LG giveaway:  pen (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 215 | | LG007580 | LG007580 | LG giveaway:  pen (photograph(s) and physical exhibit) |
| 216 | | LG007581 | LG007581 | LG giveaway:  pen (photograph(s) and physical exhibit) |
| 217 | | LG007591 | LG007591 | LG giveaway:  water bottle (photograph(s) and physical exhibit) |
| 218 | | LG007593 | LG007593 | LG giveaway:  baseball cap (photograph(s) and physical exhibit) |
| 219 | | LG007594 | LG007594 | LG giveaway:  t-shirt (photograph(s) and physical exhibit) |
| 220 | | LG007596 | LG007596 | LG giveaway:  folder (photograph(s) and physical exhibit) |
| 221 | | LG007569 | LG007569 | LG giveaway:  acrylic display (photograph(s) and physical exhibit) |
| 222 | | LG007692 | LG007736 | LGE USA website printout:  LG giveaways |
| 223 | | LG004976 | LG006047 | LG customer list (HIGHLY CONFIDENTIAL) |
| 224 | | LG007680 | LG007684 | LG price sheet for appliances (HIGHLY CONFIDENTIAL) |
| 225 | | LG007685 | LG007691 | LG price sheet for TVs and DVDs (HIGHLY CONFIDENTIAL) |
| 226 | | LG008451 | LG008453 | LIGI t-shirt (photograph(s) and physical exhibit) |
| 227 | | LG008454 | LG008455 | LIGI flags (photograph(s) and physical exhibit) |
| 228 | | LG008456 | LG008457 | LIGI bag (photograph(s) and physical exhibit) |
| 229 | | LG008469 | LG008470 | LIGI coffee mug (photograph(s) and physical exhibit) |
| 230 | | LG008471 | LG008472 | LIGI t-shirt (photograph(s) and physical exhibit) |
| 231 | | LG008473 | LG008474 | LIGI t-shirt (photograph(s) and physical exhibit) |
| 232 | | LG008475 | LG008476 | LIGI t-shirt (photograph(s) and physical exhibit) |
| 233 | | LG008477 | LG008478 | LIGI t-shirt (photograph(s) and physical exhibit) |
| 234 | | LG008479 | LG008480 | LIGI t-shirt (photograph(s) and physical exhibit) |
| 235 | | LG008481 | LG008481 | LIGI baseball cap (photograph(s) and physical exhibit) |
| 236 | | LG008482 | LG008482 | LIGI baseball cap (photograph(s) and physical exhibit) |
| 237 | | LG008483 | LG008483 | LIGI baseball cap (photograph(s) and physical exhibit) |
| 238 | | LG008484 | LG008484 | LIGI baseball cap (photograph(s) and physical exhibit) |
| 239 | | LG008485 | LG008485 | LIGI frisbee (photograph(s) and physical exhibit) |
| 240 | | LG008486 | LG008486 | LIGI round sticker (photograph(s) and physical exhibit) |
| 241 | | LG008487 | LG008487 | LIGI oval sticker (photograph(s) and physical exhibit) |
| 242 | | LG008488 | LG008489 | LIGI key chain (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 243 | | LG006638 LG007605 | LG006639 LG007625 | All Things Jeep website printouts |
| 244 | | | | Exhibit 1 to Declaration of Dana Nicoletti: "Life is good when Jesus is life" t-shirt (photograph(s) and physical exhibit) |
| 245 | | | | Exhibit 2 to Declaration of Dana Nicoletti: "Miller Lite Life is Good Maryland" t-shirt (photograph(s) and physical exhibit) |
| 246 | | | | Exhibit 3 to Declaration of Dana Nicoletti: Website printout for "LIFE IS GOOD" charm (photograph(s) and physical exhibit) |
| 247 | | | | Exhibit 4 to Declaration of Dana Nicoletti: Website printout for "LIFE IS GOOD" charm (photograph(s) and physical exhibit) |
| 248 | | | | Exhibit 5 to Declaration of Dana Nicoletti: Website printout of "LIFE IS GOOD!" charm (photograph(s) and physical exhibit) |
| 249 | | | | Exhibit 6 to Declaration of Dana Nicoletti:  CD with "Life Is Good" (photograph(s) and physical exhibit) |
| 250 | | | | Exhibit 7 to Declaration of Dana Nicoletti: "LIFE IS GOOD When You've Got a NANA Like Mine" t-shirt (photograph(s) and physical exhibit) |
| 251 | | | | Exhibit 8 to Declaration of Dana Nicoletti:  "Life is Good...Hockey is Better" sweatshirt (photograph(s) and physical exhibit) |
| 252 | | | | Exhibit 9 to Declaration of Dana Nicoletti:  "Joy, Fun, Love, Life is Good" charm (photograph(s) and physical exhibit) |
| 253 | | | | Exhibit 10 to Declaration of Dana Nicoletti: Book cover with "Life Is So Good" (photograph(s) and physical exhibit) |
| 254 | | | | Exhibit 11 to Declaration of Dana Nicoletti:  CD with "RealLifeIsGoodEnough" (photograph(s) and physical exhibit) |
| 255 | | | | Exhibit 12 to Declaration of Dana Nicoletti: Book cover of "Life Is Good..." (photograph(s) and physical exhibit) |
| 256 | | | | Exhibit 13 to Declaration of Dana Nicoletti: Reese's "Life Is Good Between Reese's Cups" cap (photograph(s) and physical exhibit) |
| 257 | | | | Exhibit 14 to Declaration of Dana Nicoletti: Journal with "Life is good" (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 258 | | | | Exhibit 15 to Declaration of Dana Nicoletti: Website printout of "Life is Good" poster (photograph(s) and physical exhibit) |
| 259 | | | | Exhibit 16 to Declaration of Dana Nicoletti:  CD with "Life Is Good" (photograph(s) and physical exhibit) |
| 260 | | | | Exhibit 17 to Declaration of Dana Nicoletti: "Life Is Good In The Navy Pub" sign (photograph(s) and physical exhibit) |
| 261 | | | | Exhibit 18 to Declaration of Dana Nicoletti: "Life Is Good In The Army Pub" sign (photograph(s) and physical exhibit) |
| 262 | | | | Exhibit 19 to Declaration of Dana Nicoletti: "Life Is Good In The Air Force Pub" sign (photograph(s) and physical exhibit) |
| 263 | | | | Exhibit 20 to Declaration of Dana Nicoletti: "Life Is Good In The Coast Guard Pub" sign (photograph(s) and physical exhibit) |
| 264 | | | | Exhibit 21 to Declaration of Dana Nicoletti: "Life Is Good In The Marines Pub" sign (photograph(s) and physical exhibit) |
| 265 | | | | Exhibit 22 to Declaration of Dana Nicoletti:  CD with "Life Is Good" (photograph(s) and physical exhibit) |
| 266 | | | | Exhibit 23 to Declaration of Dana Nicoletti: Book cover with "Life Is Good" (photograph(s) and physical exhibit) |
| 267 | | | | Exhibit 1 to Declaration of Jaclyn Kidwell:  "Life is good. Lakes, Mountains and chocolates from Vermont" t-shirt (photograph(s) and physical exhibit) |
| 268 | | | | Exhibit 2 to Declaration of Jaclyn Kidwell: "books., cats., life is good."  t-shirt (photograph(s) and physical exhibit) |
| 269 | | | | Exhibit 3 to Declaration of Jaclyn Kidwell:   "It's a Texas Thang life is good" t-shirt (photograph(s) and physical exhibit) |
| 270 | | | | Exhibit 4 to Declaration of Jaclyn Kidwell:  "Life is good with dog" t-shirt (photograph(s) and physical exhibit) |
| 271 | | | | Exhibit 5 to Declaration of Jaclyn Kidwell:  "Life is SO GOOD" bib (photograph(s) and physical exhibit) |
| 272 | | | | Exhibit 6 to Declaration of Jaclyn Kidwell:  "Life is Good... ...and so it is!" t-shirt (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 273 | | | | Exhibit 7 to Declaration of Jaclyn Kidwell: "Life is good" sweatshirt (photograph(s) and physical exhibit) |
| 274 | | | | Exhibit 8 to Declaration of Jaclyn Kidwell: "LIFE IS GOOD" t-shirt (photograph(s) and physical exhibit) |
| 275 | | | | Exhibit 9 to Declaration of Jaclyn Kidwell: "When You're The Top Dawg Life is good" dress (photograph(s) and physical exhibit) |
| 276 | | | | Exhibit 10 to Declaration of Jaclyn Kidwell: "When You're The Top Dawg Life is good" t-shirt (photograph(s) and physical exhibit) |
| 277 | | | | Exhibit 11 to Declaration of Jaclyn Kidwell: "Life is Good at the Jersey Shore" t-shirt (photograph(s) and physical exhibit) |
| 278 | | | | Exhibit 12 to Declaration of Jaclyn Kidwell: "Life is Good at the Jersey Shore" sweatshirt (photograph(s) and physical exhibit) |
| 279 | | | | Exhibit 13 to Declaration of Jaclyn Kidwell: "Life is Good!!!" coaster (photograph(s) and physical exhibit) |
| 280 | | | | Exhibit 14 to Declaration of Jaclyn Kidwell: "Life Is Good!!!" baseball cap (photograph(s) and physical exhibit) |
| 281 | | | | Exhibit 16 to Declaration of Jaclyn Kidwell: "Life Is GOOD!!!" baseball shirt (photograph(s) and physical exhibit) |
| 282 | | | | Exhibit 19 to Declaration of Jaclyn Kidwell: "Life is Good!!!" coffee mug (photograph(s) and physical exhibit) |
| 283 | | | | Exhibit 20 to Declaration of Jaclyn Kidwell: "Life is GOOD!!!" coffee mug (photograph(s) and physical exhibit) |
| 284 | | | | Exhibit 26 to Declaration of Jaclyn Kidwell: "Life is Good... ...and so it is!" t-shirt (photograph(s) and physical exhibit) |
| 285 | | | | Exhibit 27 to Declaration of Jaclyn Kidwell: "Life is GOOD Mountain Horses Make it BETTER!" coffee mug (photograph(s) and physical exhibit) |
| 286 | | | | Exhibit 28 to Declaration of Jaclyn Kidwell: "Life is good" button (photograph(s) and physical exhibit) |
| 287 | | | | Exhibit 29 to Declaration of Jaclyn Kidwell: "Life is good" hand towel (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 288 | | | | Exhibit 30 to Declaration of Jaclyn Kidwell: "LIFE IS GOOD" figurine (photograph(s) and physical exhibit) |
| 289 | | | | Exhibit 31 to Declaration of Jaclyn Kidwell: "Life is good!" book cover (photograph(s) and physical exhibit) |
| 290 | | | | Exhibit 33 to Declaration of Jaclyn Kidwell:  CD with "life is good" (photograph(s) and physical exhibit) |
| 291 | | | | Exhibit 34 to Declaration of Jaclyn Kidwell:  CD with song titled "Life Is Good" (photograph(s) and physical exhibit) |
| 292 | | | | Exhibit 35 to Declaration of Jaclyn Kidwell:  CD with song titled "Life Is good" (photograph(s) and physical exhibit) |
| 293 | | | | Exhibit 36 to Declaration of Jaclyn Kidwell:  CD with song titled "Life Is Good" (photograph(s) and physical exhibit) |
| 294 | | | | Exhibit 37 to Declaration of Jaclyn Kidwell:  CD with song titled "Life is Good" (photograph(s) and physical exhibit) |
| 295 | | | | Exhibit 38 to Declaration of Jaclyn Kidwell:  CD with "LIFE IS GOOD" and song titled "Life is Good"(photograph(s) and physical exhibit) |
| 296 | | | | Exhibit 39 to Declaration of Jaclyn Kidwell:  CD with song titled "Life Is Good" (photograph(s) and physical exhibit) |
| 297 | | LG008496 | LG008498 | LIFE IS GOOD" bumper sticker |
| 298 | | 000693 HM000001 | 000693 HM000064 | Exhibit 4 to Declaration of Timothy Lemper: subpoena for deposition of Jason Gorden and documents produced in response to subpoena |
| 299 | | MB000013 MB000001 MB000018 MB000034 | MB000017 MB000001 MB000023 MB000039 | Exhibit 5 to Declaration of Timothy Lemper: subpoena for deposition of Miller Brewing Company and documents produced in response to subpoena |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 300 | | NL000001<br>NL000006<br>NL000016<br>NL000023<br>NL000031<br>NL000034<br>NL000039<br>NL000046<br>NL000052<br>NL000061<br>NL000064<br>NL000067<br>NL000073<br>NL000076 | NL000004<br>NL000008<br>NL000017<br>NL000029<br>NL000031<br>NL000034<br>NL000039<br>NL000048<br>NL000057<br>NL000061<br>NL000065<br>NL000067<br>NL000073<br>NL000076 | Exhibit 6 to Declaration of Timothy Lemper: subpoena for deposition of Natural Life Collections and documents produced in response to subpoena |
| 301 | | FI000001<br>FI000004<br>FI000009<br>FI000483<br>FI000014<br>FI000137<br>FI000143<br>FI000247<br>FI000251<br>FI000365<br>FI000371<br>FI000479<br>FI000006 | FI000002<br>FI000005<br>FI000010<br>FI000483<br>FI000015<br>FI000137<br>FI000143<br>FI000247<br>FI000251<br>FI000365<br>FI000371<br>FI000479<br>FI000008 | Exhibit 7 to Declaration of Timothy Lemper: subpoena for deposition of Forbes Inc. and documents produced in response to subpoena |
| 302 | | SE000001<br>SE000038 | SE000005<br>SE000038 | Exhibit 8 to Declaration of Timothy Lemper: subpoena for deposition of Sears, Roebuck & Co. and documents produced in response to subpoena |
| 303 | | THC000001<br>THC000008a<br>THC000009a<br>THC000010 | THC000007<br>THC000008b<br>THC000009b<br>THC000010 | Exhibit 9 to Declaration of Timothy Lemper: subpoena for deposition of The Hershey Company and documents produced in response to subpoena |
| 304 | | AG000001 | AG000007 | Documents produced by Bally Gaming Systems in response to subpoena |
| 305 | | JB000001 | JB000077 | Documents produced by John Burys in response to subpoena |
| 306 | | CR000001 | CR000006 | Documents produced by Caley Ridge Assisted Living in response to subpoena |
| 307 | | FI000001 | FI000483 | Documents produced by Forbes Inc. in response to subpoena |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 308 | | GT000001 | GT000051 | Documents produced by GameTech in response to subpoena |
| 309 | | GR000001 | GR000020 | Documents produced by Great River Economic Development Foundation in response to subpoena |
| 310 | | HM000001 | HM000064 | Documents produced by Hallmark Cards Inc. in response to subpoena |
| 311 | | THC000001 | THC000010 | Documents produced by The Hershey Co. in response to subpoena |
| 312 | | MB000001 | MB000111 | Documents produced by Miller Brewing Co. in response to subpoena |
| 313 | | MB000001 | | Photographs of Miller TV commercial produced in response to subpoena |
| 314 | | MILIFE000001 MILIFE000013 | MILIFE000111 MILIFE000013 | Documents produced by Life Is Good, Inc. (Michigan) in response to subpoena |
| 315 | | MELIFE000001 MELIFE000015 MELIFE000087 | MELIFE000012 MELIFE000084 MELIFE000151 | Documents produced by Life Is Good (Massachusetts) in response to subpoena |
| 316 | | NL000001 | NL000076 | Documents produced by Natural Life Collections, Inc. in response to subpoena |
| 317 | | RN000001 | RN000031 | Documents produced by Robin Nedboy in response to subpoena |
| 318 | | MB000002 | MB000012 | Documents produced by Nutramarks, Inc. in response to subpoena |
| 319 | | RX000001 | RX000002 | Documents produced by Rolex Watch U.S.A., Inc. in response to subpoena |
| 320 | | SE000001 | SE000058 | Documents produced by Sears Holdings Corporation in response to subpoena |
| 321 | | | | LG Expert Report:  Butters Report |
| 322 | | LG007878 | LG007972 | Exhibits to Butters Report |
| 323 | | LG008458 | LG008459 | Photographs and physical exhibit of "Have a Nice Day" t-shirt (photograph(s) and physical exhibit) |
| 324 | | LG008460 | LG008460 | Photographs and physical exhibit of "Have a Nice Day" bag (photograph(s) and physical exhibit) |
| 325 | | LG008461 | LG008461 | "Have a Nice Day" poster (photograph(s) and physical exhibit) |
| 326 | | LG008462 | LG008463 | Photographs and physical exhibit of "Have a Nice Day" coffee mug (photograph(s) and physical exhibit) |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 327 | | LG008467 | LG008467 | "Have a Nice Day" bumper sticker (photograph(s) and physical exhibit) |
| 328 | | LG008468 | LG008468 | "Have a Nice Day" magnet (photograph(s) and physical exhibit) |
| 329 | | LG004971 LG006624 LG007630 LG007660 | LG004973 LG006627 LG007656 LG007677 | Third-party use of smiley face designs |
| 330 | | | | LG Expert Report:  Simms Report |
| 331 | | | | PTO file history for Registration No. 2,025,737 for LIFE IS GOOD |
| 332 | | | | LIGI request to record assignment for Registration No. 2,025,737 for LIFE IS GOOD and Registration No. 2,055,452 for Jake Logo |
| 333 | | | | PTO file history for Registration No. 2,865,595 for LIFE IS GOOD |
| 334 | | | | PTO file history for Registration No. 2,481,887 for LIFE IS GOOD |
| 335 | | | | PTO file history for Serial No. 75/939,492 for LIFE IS GOOD |
| 336 | | | | PTO file history for Serial No. 76/319,447 for LIFE IS GOOD |
| 337 | | | | PTO file history for Registration No. 2,826,245 for LIFE IS GOOD |
| 338 | | | | PTO file history for Registration No. 2,826,245 for LIFE IS GOOD |
| 339 | | | | PTO file history for Registration No. 2,692,561 for LIFE IS GOOD |
| 340 | | | | PTO file history for Serial No. 78/660,154 for LIFE IS GOOD |
| 341 | | | | PTO file history for Serial No. 78/416,600 for LG Logo with "Life's Good" |
| 342 | | | | PTO file history for Registration No. 2,055,452 for Jake Logo |
| 343 | | 002205 002182 | 002230 002182 | Documents re Serial No. 76/319,447 for LIFE IS GOOD |
| 344 | | 002398 | 002415 | Documents re Serial No. 75/939,492 for LIFE IS GOOD |
| 345 | | 002416 | 002423 | Documents re Serial No. 76/347,362 LIFE IS GOOD |
| 346 | | 002425 002670 | 002452 002675 | Documents re Serial No. 74/633,170 for LIFE IS GOOD |
| 347 | | 002454 | 002458 | Documents re Serial No. 78/066,995 LIFE IS GOOD |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 348 | | 002736 | 002747 | PTO Certificates of Registration for Registration No. 2,025,737 for LIFE IS GOOD, Registration No. 2,055,452 for JAKE SYMBOL, Registries No. 2,454,376 for DO WHAT YOU LIKE. LIKE WHAT YOU DO., Registration No. 2,481,887 for LIFE IS GOOD, Registration No. 2,962,561 for LIFE IS GOOD, Registration No. 2,911,483 for GOOD TECH |
| 349 | | | | Exhibit A to Affidavit of Albert Jacobs:  LIGI Fall/Winter 2006 catalog |
| 350 | | 000157 | 000232 | LIGI Spring/Summer 2005 catalog |
| 351 | | 000233 | 000296 | LIGI Fall/Winter 2004 catalog |
| 352 | | 000297 | 000324 | LIGI Golf & Tennis Fall 2004 catalog |
| 353 | | 000325 | 000396 | LIGI Spring/Summer 2004 catalog |
| 354 | | 000397 | 000428 | LIGI Golf & Tennis 2004 catalog |
| 355 | | 000429 | 000448 | LIGI Golf & Tennis 2003 catalog |
| 356 | | 000449 | 000496 | LIGI 2003 catalog |
| 357 | | 000497 | 000535 | LIGI Fall-Winter 2002 catalog |
| 358 | | 000536 | 000571 | LIGI Spring 2002 catalog |
| 359 | | 000572 | 000595 | LIGI Fall 2001 catalog |
| 360 | | 000596 | 000615 | LIGI Spring 2001 catalog |
| 361 | | 000616 | 000631 | LIGI Fall 2000 catalog |
| 362 | | 000632 | 000643 | LIGI Spring 2000 catalog |
| 363 | | 000644 | 000667 | LIGI 1999 catalog |
| 364 | | 000907 | 000910 | Jacobs Gallery clothing tags, mailing labels, and business cards |
| 365 | | 000925 | 000984 | LIGI Fall-Winter 2003 catalog |
| 366 | | 000985 | 001000 | LIGI 1998 catalog |
| 367 | | 001183 | 001234 | LIGI Spring/Summer 2004 catalog |
| 368 | | 001235 | 001246 | LIGI Summer 2004 catalog |
| 369 | | 001247 | 001290 | LIGI Fall 2004 catalog |
| 370 | | 001291 | 001310 | LIGI Holiday Collection 2004 catalog |
| 371 | | 002488 | 002551 | LIGI Fall/Winter 2004 catalog |
| 372 | | 000137 | 000139 | Worthwhile, "The Sunshine Boys" |
| 373 | | 000142 | 000142 | Philadelphia Inquirer, "Upbeat icon is ticket to good fortune for Villanova grad and his brother" |
| 374 | | 000143 | 000143 | Entrepreneur Magazine, "John Jacobs, 33, Bert Jacobs, 36, Life Is Good" |
| 375 | | | | Excerpts of Exhibit A to Affidavit of Thomas Kenney:  Articles on LIGI" |
| 376 | | 000023 | 000130 | LIGI customer list |
| 377 | | 001426 | 001431 | LIGI customer list |
| 378 | | 000148 | 000156 | LIGI price list |
| 379 | | 003453 | 003462 | E-mails on LIGI book concept survey |
| 380 | | 003463 | 003476 | LIGI book concept survey |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 381 | | 002159 | 002159 | PTO website printout:  Serial No. 78/402,056 for LIFE IS GOOD HERE |
| 382 | | 002007 | 002008 | PTO website printout:  Serial No. 76/017,366 for LIFE IS GOOD |
| 383 | | 002094 | 002094 | Correspondence re Todd Alix |
| 384 | | 002104 | 002105 | PTO website printout:  Serial No. 78/424,777 for LIFE IS GOOD |
| 385 | | 002106 | 002107 | PTO website printout:  Serial No. 78/354,535 for LIFE'S GOOD |
| 386 | | 001933 002146 | 001935 002157 | Correspondence re SkinMedica |
| 387 | | 001392 | 001395 | Correspondence re PC Print Shop |
| 388 | | 001413 | 001413 | Correspondence re Community Alliance for Teen Safety |
| 389 | | 001420 | 001423 | Correspondence re Fishboy Art and Design |
| 390 | | 001963 | 001966 | Correspondence re Island Giving-Delay Gifts, Inc. |
| 391 | | 001959 | 001962 | Correspondence re Choice Shirts |
| 392 | | 001324 003378 | 001328 003379 | Correspondence re Benton Silkscreening |
| 393 | | 000867 | 000869 | Correspondence re Cape Cod Olde Tyme Candies |
| 394 | | 000015 | 000016 | PTO website printout:  Registration No. 2,283,346 for LIFE IS GOOD. WE MAKE IT BETTER |
| 395 | | 000009 | 000010 | PTO website printout:  Registration No. 2,562,053 for LIFE IS GREAT! |
| 396 | | 000011 000017 | 000012 000020 | PTO website printout:  Registration No. 2,087,491 for TENEMOS MILLER LITE. VIVIMOS EN TEXAS.  QUE VIDA TAN BUENA" |
| 397 | | 000871 | 000879 | Correspondence re John Burys |
| 398 | | 002698 | 002700 | Correspondence re San Francisco Coffee |
| 399 | | 002703 | 002704 | Correspondence re Banana Republic |
| 400 | | 001878 | 001882 | Correspondence re Wisconsin Department of Tourism |
| 401 | | 002716 002661 | 002716 002663 | Correspondence re TeamWorld, Inc. |
| 402 | | 000013 | 000014 | PTO website printout:  Registration No. 2,302,299 for LIFE IS GOOD...THERE'S ICE CREAM! |
| 403 | | 001883 | 001885 | Correspondence re RusticDecorating.com |
| 404 | | 001012 001177 002103 | 001013 001177 002103 | Correspondence re Rolex |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 405 | | 000839 002035 | 000840 002035 | Correspondence re Bob's Stores |
| 406 | | 000841 002036 | 000843 002040 | Correspondence re Life is Good Products, Inc. |
| 407 | | 000894 002123 002130 002676 | 000904 002125 002130 002679 | Correspondence re  Natural Life Collections |
| 408 | | 000905 002120 | 000906 002120 | Correspondence re Buffalo Shirt Company |
| 409 | | 000783 001987 | 000808 001989 | Correspondence re Resources for Independence |
| 410 | | 001896 001915 | 001910 001932 | Correspondence re C. Warlick |
| 411 | | 002134 002694 | 002136 002695 | Correspondence re The Black Dog Tavern Company, Inc. |
| 412 | | 001936 002144 | 001939 002145 | Correspondence re Cayucos Surf Company, Inc |
| 413 | | 000683 001329 | 000690 001334 | Correspondence re Limited Brands, Inc. |
| 414 | | 000693 002004 002011 | 000695 002006 002018 | Correspondence re Hallmark Cards |
| 415 | | 000721 002009 002056 | 000733 002010 002058 | Correspondence re Top Dawg |
| 416 | | 002108 002160 002769 003285 | 002119 002163 002787 003290 | Correspondence re Indian River Coffee |
| 417 | | 002172 003268 003303 | 002173 003274 003303 | Correspondence re Jill Robinson |
| 418 | | 000809 | 000810 | Correspondence re Pooler & Associates |
| 419 | | 002164 002788 002715 | 002165 002788 002715 | Correspondence re William Arteaga |
| 420 | | 003291 003495 | 003396 003500 | Correspondence re Wal-mart Stores, Inc. |
| 421 | | 003293 | 003294 | Correspondence re Lake Champlain Chocolates |
| 422 | | 003361 | 003362 | Correspondence re Hydrangeas Gift Shop |
| 423 | | 003363 | 003364 | Correspondence re Janelle Frerichs |
| 424 | | 003365 | 003366 | Correspondence re Crystal Clear Industries |
| 425 | | | | Plaintiff's responses to Defendants' request for admissions |

| Exh. No. | Deposition Exh. | Beginning Doc. No. | Ending Doc. No | Description |
|---|---|---|---|---|
| 426 | | | | Plaintiff's responses to Defendants' interrogatories |
| 427 | | | | Plaintiff's Local Rule 56.1 State of Disputed Facts |