# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A., INC.),<br><br>    Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO STRIKE THE SURVEY OF PLAINTIFF'S EXPERT ROBERT KLEIN

Having considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Motion in Limine and Supporting Memorandum to Strike the Survey of Plaintiff's Expert Robert Klein, this Court orders as follows:

Defendants' motion is granted.

**SO ORDERED**

DATE: _____        _____
                                 District Judge William G. Young