LIFE IS GOOD, INC. V. LG ELECTRONICS U.S.A., INC
Civil Action No. 04 11290 WGY

DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO STRIKE THE SURVEY OF PLAINTIFF'S EXPERT ROBERT KLEIN

# Exhibit 1

Report of Robert L. Klein

in the matter of


Life is good, Inc.

v.

LG Electronics U.S.A., Inc. and
LG Electronics Mobilecomm U.S.A., Inc.


# Likelihood of Confusion

# Survey Results and Conclusions


December 14, 2005

Applied Marketing Science, Inc.
303 Wyman Street, Suite 205
Waltham, MA 02451

## Qualifications as an expert

My name is Robert L. Klein. I am the president and co-founder of Applied Marketing Science, Inc., a marketing consulting firm located in Waltham, Massachusetts. A complete copy of my curriculum vitae is attached hereto as Exhibit A and contains a complete list of my publications as well as the cases in which I have testified.

I received a Bachelor of Science degree in Mechanical Engineering in 1966 from the Massachusetts Institute of Technology, Cambridge, Massachusetts, and a Master of Science degree in 1968 from the MIT Sloan School of Management. I served as a commissioned officer in the US Public Health Service from 1968 to 1970 and was stationed at the National Institutes of Health in Bethesda, Maryland.

I returned to the Boston area in 1970 to join three former professors in starting Management Decision Systems, Inc. (MDS). I was Senior Vice President responsible for the development of market research models and measurement tools to forecast new product success, to measure the impact of advertising and other promotions, and to help product managers increase the profitability of their brands. In 1985, MDS had 250 employees and offices in the U.S., Europe, and Asia.

In 1985 Information Resources, Inc. (IRI), then the 4th largest market research company in the world, acquired MDS. IRI specialized in the collection and analysis of data generated by supermarket scanners. I became Executive Vice President of IRI with responsibility for custom consulting and market research projects outside the world of consumer packaged goods.

In 1989 I left IRI to start Applied Marketing Science, Inc. with an MIT professor and a former client as partners. For the past 16 years we have conducted market research including hundreds of surveys on a wide range of both consumer and business products and services. These surveys have been used by companies such as Intel, America On-line, Sprint, Blue Cross & Blue Shield, Exelon, Gillette, American Airlines, Pacific Gas & Electric, U.S. Robotics, Florida Power & Light and many others to make multi-million dollar decisions concerning the development of new products and services. I am the president of AMS and we currently have 20 employees working out of our office in suburban Boston. AMS bills my time at the rate of $450 per hour.

I am a member of the American Society for Quality, the Product Development and Management Association, the Institute for Operations Research and Management Science, and I am a Certified Product Development Professional.

I have served as an expert witness in cases involving surveys for a wide range of product and service companies. I have conducted surveys to measure

1

confusion and secondary meaning in trademark cases and to calculate damages in non-trademark matters. I have testified in Federal Court regarding surveys and their use for both plaintiffs and defendants. In addition to serving as a testifying expert, I have consulted with other experts in the design, analysis and presentation of the results of survey research.

## Background and Assignment

"Life is good" is a registered trademark of Life is good, Inc. (hereafter "LIG") for a variety of goods including clothing for infants, children and adults, pet supplies, bags, headwear, coffee mugs, beach towels, blankets, etc. LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (hereafter "LG") manufacture and sell a broad range of consumer products including cell phones and appliances using their LG registered trademark. Recently, LG has begun using the slogan "Life's Good" with their registered word and design marks in their advertising and on their Internet websites.[1] It is my understanding that LG's total revenue in the U.S. is over $8 billion dollars per year and that they spend over $100 million dollars per year in advertising in the U.S. LIG does little or no advertising.

I have been asked by counsel for LIG to design, conduct and analyze a survey to determine the likelihood that customers who see the LG trademark in conjunction with the slogan "Life's Good" will be confused and believe that LIG and LG are either the same company or are affiliated in some way.

## Summary of Opinion

Based on the results of the survey I designed, it is likely that a significant number of consumers will be confused and believe that LIG and LG are the same company or have a business affiliation or connection. After accounting for guessing and other forms of "background noise,"[2] 18.0% of potential customers are likely to be confused based on the similarity of the LIG and LG slogans. This measure of "net confusion" is well above levels that courts have found to be probative of likelihood of confusion. Given the wide range of products made by both LIG and LG, virtually every person in the United States is a potential

---

[1] http://www.lge.com/about/corporate/html/corporateidentity_bi.jsp on December 1, 2005 included the following statement: "The LG Electronics Life's Good signature consists of the LG logo and the LG letters and the slogan Life's Good, set in the Charlotte Sans typeface, curved around the LG symbol. The curving of the slogan reinforces LG's personality and uniqueness. The consistent usage of this signature helps to clearly identify and connect every division and product form LG Electronics across the globe."

[2] See, for example: "Likelihood of confusion – Evaluating the significance of survey results – Background noise" §32:187 in *McCarthy on Trademarks and Unfair Competition*, Fourth Edition, May 2005

customer of either company. With a current U.S. population of over 245 million people age 12 and over, this result shows that a very large number of people are likely to be confused by LG's continued use of the slogan "Life's Good."

## Survey Methodology

The survey that I developed used a standard test and control design to measure the extent to which respondents were confused by the marks in question. This test and control format filters out the "background noise" that can be introduced by guessing or other random effects. In addition, the interview was "double-blind" in that neither the interviewers nor the respondents were aware of either the identify of the survey sponsor nor how the information was to be used.

Interviews were conducted in nine shopping malls across the United States. In each site, qualified respondents were randomly assigned to either the "test" cell or the "control" cell. This random assignment of respondents is critical to the ability of the test to accurately measure the effect of LG's use of the "Life's Good" slogan. Prior to the design of the final survey instrument, a limited number of exploratory, pre-test interviews were conducted at a shopping mall in Livingston, NJ. This testing of interview questions and procedures prior to launching a survey is a standard research practice that assures that the questions to be asked will be understood by respondents and that the logistics of the interview process are simple and straightforward. Following standard market research industry practice, no data from test interviews was included in the results reported below.

In the test cell, respondents were first shown either the LIG graphic or the LG graphic (see appendix 2 for reproductions of all stimuli used). The LIG graphic contained the "Jake" face symbol and the words "Life is good" in LIG's characteristic font under the face symbol. The LG graphic contained the LG symbol of a stylized face ("The Face of the Future") with the letters LG and the words "Life's Good" in a circular design around the lower left quadrant of the logo. The LIG logo and slogan were printed in black on white paper. The LG logo and slogan were shown in their characteristic red color with the LG initials in grey. After they had seen the first graphic, it was removed from their view and they were then shown the other graphic. To avoid any order bias, half of the respondents saw the LIG graphic first and half saw the LG graphic first.

In the control cell, a similar procedure was used with respondents seeing the same LIG graphic, but a modified form of the LG graphic (also in appendix 2) was used as a control. As can be seen, the difference between the LG graphic and the control graphic was the substitution of the words "Lucky Gold" for "Life's Good" on the LG graphic. The phrase "Lucky Gold" was chosen because it has the initials (LG) and is closely related to the prior name of the company ("Lucky

Goldstar"). Additionally, it is my understanding that LIG would have no objection to the use of "Lucky Gold" in place of "Life's Good."

The slogans "Life is good" and "Life's Good" can appear on or be used in advertising for a wide variety of products. For this reason, I decided to show the graphics outside the context of a particular product or article of clothing in order to eliminate any bias associated with the specific product or category chosen.

Both LG and LIG make products that can be bought by virtually anyone. Thus the appropriate target population or universe consists of all adults. In order to obtain a representative sample of this population, interviewing was conducted at nine shopping malls across the U.S. (see appendix 3) and age and gender quotas were established based on national census information.

Potential respondents were approached while walking through the shopping mall and the screening interview shown in Appendix 4 was administered. As is customary in surveys of this type, potential respondents were offered a small cash incentive (five dollars) to encourage their participation. Qualified respondents were then taken to a separate, enclosed interview area where the survey shown in Appendix 5 was administered.

The survey began with two "warm-up" questions concerning shopping behavior in the mall. Respondents were then shown one of the images and allowed to look at it for as long as they wished. After they had returned the image to the interviewer, they were shown the second image. Again, they were allowed to look at it for as long as they wished. After they had finished looking at the images and returned them to the interviewer, who put them out of sight, they were asked several questions about the images they had seen.

The first question (Q3) was:

> Thinking about what you just viewed, do you believe that what you saw first and what you saw second come from the same company, different companies or do you not know or have no opinion?

In order to avoid any order bias in the way the question was asked, half the respondents were asked as shown above ("...same company, different companies...") and half were read the options in the reverse order ("...different companies, the same company...")

Respondents who answered "same company" were asked the follow-up question: "Why do you say that?" Interviewers were instructed to probe and clarify respondent answers in accordance with the interviewer instructions in Appendix 6. They were then thanked for their participation, and information for validation (first name and phone number) was collected.

Respondents who did not answer "same company" were asked Q4:

Which of the following statements best describes what you believe about what you viewed?

- What you saw first and what you saw second come from companies that <u>have</u> a business affiliation or connection.
- What you saw first and what you saw second come from companies that <u>do not have</u> a business affiliation or connection.

  or

- You don't know or have no opinion

All respondents except those answering don't know/no opinion were asked the follow-up question: "Why do you say that?"

Appendix 7 displays the data from the screening interviews and the actual questionnaires. Telephone validation interviews were conducted with 100% of the sample by a separate interviewing organization. In one location, there was a significant deviation from the prescribed interview protocol and all the questionnaires from that location were discarded prior to any analysis or review of those questionnaires. In another location, a significant number of interviews conducted by a single interviewer failed to validate and all of that interviewer's work was discarded. Four additional interviews (two from the Chicago field site and one each from the Dallas and Des Moines sites) were excluded because they failed validation.

## Survey Results and Analysis

The stimuli used in both the test and control cells were made up of both words and symbols. In addition to the face symbols, the images contain the words "Life is good" and "Life's Good." It is my understanding that it is the similarity of the phrases that is at issue and that LIG does not object to the LG "face" symbol when used without the "Life's Good" slogan nor to the use of the initials "LG." Some respondents could be confused by the use of the face in each symbol or by the "LG" initials which was present in both the LG test and control stimuli.

The answers to the open-end question "why do you say that?" were analyzed to determine if the reason that the respondent answered "same company" to Q3 or "business affiliation or connection" to Q4 was due to the slogan used or was it due to some other reason. I examined each answer to determine whether or not the slogan was referred to unambiguously.

5

Typical responses to Q3 in the test cell that I judged to refer to the slogan as a reason for their belief that the images came from the same company were:

| Respondent # | Response to Q3 |
|---|---|
| 0041 | They both have Life's Good in the Logo |
| 2004 | The phrase is the same, only the logo is different |
| 4025 | Because they both have logos and say that life is good; both logos have a face that's smiling |
| 5049 | They have the same slogan |
| 7011 | They both say "Life's Good" |
| 8034 | Because they both say the same thing |

Typical responses to Q4 in the test cell that I judged to refer to the slogan as a reason for their belief the images came from companies that had a business affiliation or connection were:

| Respondent # | Response to Q4 |
|---|---|
| 0004 | One says life's good and looks like it's something for kids and the other one says life is good and looks like a Business logo. |
| 1034 | Because of the slogan life is good |
| 4010 | Because the slogan is the same. Both use a happy face, Both say "Life is Good". |
| 5033 | They say the same thing |
| 8003 | The same wording "Life is Good" |

As can be seen in Table 1 (below), 27.3% of respondents in the test cell answered that the slogans on the images they saw led them to believe that the images either came from the same company or were from companies that had a business connection or association. In the control cell, 9.3% of the respondents expressed a similar belief. Subtracting the percentage in the control cell from the percentage in the test cell results in a net confusion measure of 18.0%

| Cell | Number of respondents | Number answering "same company" in Q3 and giving the slogan as the reason | Number answering "business connection" in Q4 and giving the slogan as the reason | Total number confused by the slogan | Total % Confused as a result of the slogan |
|---|---|---|---|---|---|
| Test | 205 | 39 | 17 | 56 | 27.3% |
| Control | 205 | 11 | 8 | 19 | 9.3% |
| Net | | | | | 18.0% |

Table 1 – Analysis results

6

In addition to the responses to Q3 and Q4, which showed likelihood of confusion, there were several responses that indicated that there was some *actual* confusion already present in the market. For example, respondent #0044 in response to why he believed the two graphics were from the same company answered: "I have a cell phone that says Life is Good, one is the cell company LG." Similarly, respondent #5026 answered, "I have some of there (sic) clothing and I saw there (sic) trademark LG and there (sic) catchy slogan" in response to why she believed they had a business affiliation or connection. LG's continued use the slogan "Life's Good" in their advertising will make more people aware and result in more examples of actual confusion as demonstrated here.

## Survey Conclusions

The results of this survey clearly shows that a substantial number of individuals are likely to be confused by LG's continued use of the slogan "Life's Good" and to believe that LIG and LG are either the same company or have a business affiliation or connection.

Robert L. Klein

Appendices:
1. c.v. of Robert L. Klein
2. Copies of stimuli used
3. addresses of field sites
4. screener questionnaire
5. main questionnaire
6. field and interviewer instructions
7. printout of data

# [APPENDIX 1]

## C.V. of Robert L. Klein

**Business Address:**    Applied Marketing Science, Inc.
303 Wyman Street, Suite 205
Waltham, MA 02451
(781) 684-1230 ext 121
fax: (781) 684-0075

**E-mail:**    bklein@ams-inc.com

**Home Address:**    203 Windsor Road
Newton, MA 02468
(617) 965-0605

**Education:**    MASSACHUSETTS INSTITUTE OF TECHNOLOGY, SLOAN SCHOOL
OF MANAGEMENT, Master of Science in Management, June 1968.
Teaching Assistantship 2nd year.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Bachelor of
Science in Mechanical Engineering, June 1966, Dean's List 4 terms.

**Career Positions:**
**1989-present**    APPLIED MARKETING SCIENCE, INC., Waltham, MA
Co-founder and President. AMS is a marketing research and consulting
organization with offices in Waltham, MA. AMS helps clients in a broad
range of product and service industries identify and use the Voice of the
Customer to develop new products and services and understand
customer behavior. Developed the VOCALYST® system of market
research and analysis to efficiently collect and structure customer wants
and needs.

**1985-1988**    INFORMATION RESOURCES, INC., Waltham, MA
Executive Vice President. Founded and led the Custom Projects Group, a
custom marketing science analysis and consulting organization
emphasizing non-consumer packaged goods applications of management
science models and measurement systems. Participated in the early
development and popularization of Quality Function Deployment (QFD) in
the United States and promoted its use through articles and speeches.

**1970-1985**    MANAGEMENT DECISION SYSTEMS, INC., Waltham, MA
Senior Vice President. Participated in the founding of this prestigious
software and marketing science consulting firm. Held a variety of
positions during its growth to a $25M company including Chief Financial
Officer, Head of Models Development Division, member of Executive and
Compensation Committees, Head of various client service and consulting
groups prior to its merger with Information Resources. Responsible for
the development and commercialization of numerous marketing science
models including ASSESSOR, BRANDAID II, CATALYST, Coupon
Laboratory, and DEFENDER.

Robert L. Klein

| | |
|---|---|
| 1968-1970 | U.S. PUBLIC HEALTH SERVICE, National Institutes of Health, Division of Computer Research and Technology, Bethesda, MD, Commissioned Officer (rank equivalent to Army Capt.) Original member of a management science consulting group founded to apply these principles to the operations of the National Institutes of Health. Responsible for various projects in both the medical research area and the business and grants management area. |

Publications:

"New Products Director in Wonderland," *Household and Personal Products Industry*, November 1977

"Researcher's Model can Help Marketer Do a Better Job," *Marketing News*, January 27, 1978

"ASSESSING the Difference: Simulation Can Mean An Edge," *Advertising Age*, February 19, 1979

"Using Supermarket Scanner Panels to Measure the Effectiveness of Coupon Promotions," *Marketing: Measurement and Analysis 1981*, Editor: John W. Keon, Proceedings of the Third ORSA/TIMS Special Interest Conference on Market Measurement and Analysis, March, 1981

"Determinants of Coupon Effectiveness," (with John Little and Karl Irons), *Advances and Practices of Marketing Science 1983*, Editor: Fred Zufryden, Proceedings of 1983 ORSA/TIMS Marketing Science Conference, March 1983.

"Getting the Product Mix Strategy Right via a Model for Positioning Assessment and Potential Prediction," (with Katherine Moore and Sandra Eubank), *Proceedings of the ESOMAR Seminar on New Product Development*, Athens, Greece, November 1983

"Simulation Model Helps Marketers Assess Effects of Defensive Moves," *Marketing News*, March 30, 1984.

"How to Use Research to Make Better Sales Promotion Marketing Decisions," *Handbook of Sales Promotion*, Editor: Stanley Ulanoff, McGraw-Hill, Inc. 1985

"Right Price on New Product Boosts Profit Potential," *Marketing Review*, AMA/New York Chapter, September-October, 1985

"Without Good Research, Quality Is A Shot In The Dark," (with John R. Hauser), *Marketing News*, January 4, 1988.

"New Techniques for Listening to the Voice of the Customer," *Transactions of the Second Symposium on Quality Function Deployment*, Novi, Michigan, June 1990.

Robert L. Klein

"How QFD Saved a Company," *Transactions of the Fourth Symposium on Quality Function Deployment,* Novi, Michigan, June 1992.

"QFD at PG&E," (with Amy Tessler and Norm Wada) *Transactions of the Fifth Symposium on Quality Function Deployment,* Novi, Michigan, June 1993.

"The Voice of the Customer for Groupware," *Proceedings of Groupware 94,* San Jose, CA, August 1994.

"Quality Programs and Quality Profits" *Transactions of the Seventh Symposium on Quality Function Deployment,* Novi, Michigan, June 1995.

"Incentive Pay for Customer Satisfaction," *Transactions of the Seventh Symposium on Quality Function Deployment,* Novi, Michigan, June 1995.

"Pilot Programs and What Utilities Are Not Learning About Marketing," *The Energy Daily, Special Edition -- The Branded Utility: Marketing A New Approach,* January 1997

"How Much Is An Infringing Feature *Really* Worth," *Intellectual Property Today,* October 2002

| | |
|---|---|
| Expert Witness | Young, et al. v. Nationwide Life Ins. Co., et al.<br>Civ. No. G-97-628 (S.D. Texas)<br>Class certification (1998, report) |

Walker, et al. v. MediaOne Group, Inc., et al.
C.A. No. 99-CV-1170 (N.D. Georgia)
Class certification (1999, report)

State Farm, et al v. Birnbaum, et al.
Case #308274, Superior Court, San Francisco, California
Trade secrets (2000, report)

Providian Credit Card Cases
Judicial Council Coordination Proceeding No. 4085
Superior Court, San Francisco, California
Trade secrets (2000, report)

Albert v. Warner-Lambert Company
C.A. No. 99-CV-11700RGS (Massachusetts)
Marketing and Business Forecasting (2001, report and deposition)

Tusher Family v. Bulldog Capital Management
JAMS Binding Arbitration Ref No. 1100031683
Statistical analysis of survey results (2002 report)

Robert L. Klein

CE Resource v. National Center of Continuing Education
Case # CIV. S-01-1796 DFL PAN (E.D. California, Sacramento)
Trade Dress (Secondary Meaning and Confusion) (2002, report and deposition)

Adidas America and Adidas-Salomon AG v. Target Corp, E.S. Originals, Inc. and B.U.M. International, Inc., No. CV01-1582 ST (Oregon)
Trademark Confusion (2003, report and deposition)

R. Straman and Newport Convertible v. Volkswagen of America, et al
No. 812391 (Orange County, California Superior Court)
Sales forecasting (2003 deposition)

Trade Service Corporation v. Material Express.com, et al
No. 02 CV 1133 H (LAB), S.D. California
Sales forecasting (2003 report and deposition)

Eco Manufacturing LLC v. Honeywell International Inc.
1:03-CV-0170, S.D. Indiana, Indianapolis Division
Trademark Confusion (2003 report, deposition and hearing testimony)

Aldridge, et al. v. A.T. Cross, et al., No. 00 203 ML (Rhode Island)
New Product Forecasting (2003 report and deposition)

Grant Products International, Inc. v. American Products Company, Inc.
EDCV-02-1198 VAP (SLGx) C.D. California, Eastern Division
Secondary Meaning (2003 report and deposition)

Chicago National League Ball Club, Inc. v. Skybox on Waveland, et al.
No, 02 C 9105, N.D. of Illinois, Eastern Division
Trademark confusion (2003 report, deposition and trial testimony)

Pioneer Corporation v. Hitachi High Technologies America
TTAB Opposition No. 125,458 (2004 Report and deposition)

Procter & Gamble Company v. Colgate-Palmolive Company
TTAB Opposition Nos. 110,811, 110,969, 113,796 &115,346
Cancellation No. 27,735 (2004 Report, 2005 Report and deposition)

Nationwide Mutual Insurance Company v. Sovereign Bank and Sovereign Bancorp, Inc., Case No. C2-cv-4-24, S.D. of Ohio, Eastern Division
Trademark confusion (2004 Report, deposition and hearing testimony)

One Congress Street JV, LCC and Central Parking Systems, Inc.
American Arbitration Association, Case 11 115 02443 03
Customer behavior survey (2004 Report and testimony)

Coastal Communication Service, Inc. and Telebeam Telecommunications Corporation v. The City of New York, Case No. 02 Civ. 2300 (RJD)(SMG)
E.D. of New York,
Customer behavior survey (2004 Report, 2005 Report and Deposition)

Robert L. Klein

S&M Nutec, LLC v. T.F.H. Publications, Inc.
Case No. 03-1033-CV-W-NKL, W.D. of Missouri, Western Division
Secondary Meaning (2005 Report and Deposition)

Intervention, Inc. v. Avanir Pharmaceuticals, et. al.
No. CGC-02-406924, San Francisco County Superior Court
Class Certification (2005 Report)

Dan Mele and Blizzard Records, Inc. v. Davidson & Associates
Case No. 02-CV-0450E(F) W.D. of New York
Survey rebuttal (2005 Report)

Vokal, Inc. v. Nelly and Vokal Clothing Company
Case No. 6:04-CV-254-ORL-31DAB, M.D. of Florida, Orlando Division
Trademark Confusion (2005 Report)

Sebastian International, Inc. v. Russolillo, et al
Case No. CV-00-03476 CM (JWJx), C.D. of California
Trademark Counterfeiting Damages (2005 Report)

Ruth S. King v. McNeil Nutritionals, LLC and McNeil-PPC, Inc.
Index No. 600168/05, Supreme Court State of NY
Similarly:
Duval County, Florida (Case No.: 16-2004-CA0000379 XX Division: CV-A)
Erie County, Ohio (Case No. 2004 CV 849)
Kanawha County, West Virginia (Civil Action No. 04-C-3377)
Los Angeles County, California (Case No. BC 326265)
Essex County, New Jersey (Docket No. L-1217-05)
Class Certification (2005 Report)

Avocados Plus, Incorporated, et al. v. Mike Hohanns, et al.
Case No. 02-1798, DC
False Advertising (2005 Report)

Professional:    Member INFORMS, ASQ, PDMA, INTA, CASRO
Certified New Product Development Professional

5

# [APPENDIX 2]

Life is good graphic shown in both test and control cells



LG Graphic shown in test cell



Modified LG Graphic shown in control cell



# [APPENDIX 3]

Carlene Research Sites for Mall Study

Atlanta Metro
Perimeter Mall, Atlanta, GA 30346
Tel: 770-730-0622

Nashville Metro
Opry Mills Mall, Nashville, TN 37214
Tel: 615-514-0105

Dallas Metro
Grapevine Mills Mall, Grapevine, TX 76051
Tel: 972-724-6816

Chicago Metro
Hawthorne Center, Vernon Hills, IL 60061
Tel: 847-816-1237

San Francisco Metro
Stonestown Galleria, San Francisco, CA 94132
Tel: 415-566-9925

Des Moines Metro
Merle Hay Mall, Des Moines, IA 50310
Tel: 515-270-6555

Philadelphia Metro
Moorestown Mall, Moorestown, NJ 08057
Tel: 856-231-0600

Ft. Lauderdale Metro
Sawgrass Mills Mall, Sunrise, FL 33323
Tel: 954-838-7173

Boston Metro
Silver City Galleria, Taunton, MA 02780
Tel: 508-880-0087

Denver Metro
Colorado Mills Mall, Lakewood, CO 80401
Tel: 303-279-2199

# [APPENDIX 4]

## SCREENER
## Shopping Habits & Advertising

RECRUITER:_____

INTERVIEWER:_____

LOCATION:  0 – Taunton      1 – Philadelphia    2 – Chicago      3 – Dallas
4 – Nashville      5 – Atlanta      6 – Ft. Lauderdale      7 – Des Moines
8 – Denver      9 – San Francisco

INTERVIEW DAY/DATE:_____

INTERVIEW START TIME:_____    INTERVIEW END TIME:_____

### *APPROACH MALES/FEMALES WHO APPEAR TO BE OVER THE AGE OF 18.*

Spoke to.....but initial refusal before Q.S1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

Language/hearing difficulty

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

## INTRODUCTION:

Hello, I'm _____ from _____, a market research company here at the mall. We're conducting a short survey today.  May I ask you a few quick questions?

**S1a.**      First of all, which of the following categories includes your age?  **READ LIST. CIRCLE APPROPRIATE CODE:**

| Less than 18 years of age | X | TERMINATE WITH THANKS |
|---|---|---|
| 18 – 34 years of age | 1 | |
| 35 – 54 years of age | 2 | CONTINUE – WATCH |
| 55 + years of age | 3 | AGE/GENDER QUOTAS |

S1a...Less than 18 years of age

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

Obviously over 18 years of age – but "refused"

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

Over Quota - Age

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

1

**S1b.**  I am going to read you a list of reasons why people say they are visiting this mall.  Please tell me, which, if any, apply to your visit today.  You may choose more than one reason. **READ LIST.  CIRCLE AS MANY CODES AS APPLY.**

| | | |
|---|---|---|
| You are just walking around browsing | 1 | |
| You can to the mall to shop in one or more particular stores | 2 | |
| You are just passing through to kill time | 3 | |
| You came to go to a restaurant | 4 | **CONTINUE** |
| You came to meet a friend | 5 | |
| You came to return or exchange one or more items | 6 | |
| You came to get something repaired | 7 | |
| DO NOT READ:  Other reason:  specify | 8 | |

**S2.**  Do you work in a store or restaurant that is located in this mall?

| | | |
|---|---|---|
| YES | 1 | **TERMINATE WITH THANKS** |
| NO | 2 | **CONTINUE** |

S2...Works in the mall

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

**S3.**  Do you or does any member of your household work for any of the following types of companies? **READ LIST AND CIRCLE AS MANY AS APPLY**

| | | |
|---|---|---|
| An advertising agency | 1 | **TERMINATE WITH THANKS** |
| A company that conducts market research | 2 | **TERMINATE WITH THANKS** |
| DO NOT READ: None of the above | 3 | **CONTINUE** |

S3...Security

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

**S4.**    **RECORD GENDER......DO NOT ASK**

| | | |
|---|---|---|
| MALE | 1 | **CONTINUE – WATCH AGE/GENDER QUOTAS** |
| FEMALE | 2 | **CONTINUE – WATCH AGE/GENDER QUOTAS** |

**S5.**  Do you use glasses for reading? If so, do you have them with you?

| | | |
|---|---|---|
| YES | 1 | **CONTINUE TO INVITATION** |
| NO | 2 | **CONTINUE TO INVITATION** |
| YES....but does not have them | 3 | **TERMINATE WITH THANKS** |

S5...Does not have reading glasses with him/her

Case 1:04-cv-11290-WGY    Document 63-2    Filed 08/25/2006    Page 25 of 60

## INVITATION

**READ:**

I would like to invite you to our office right here in the mall to participate in a brief market research study about shopping habits and advertising.    The interview will take 5 minutes of your time and you will receive $5.00 in cash for your participation.  Can you help us today?

| YES | 1 | **CONTINUE** |
|-----|---|--------------|
| NO | 2 | **TERMINATE WITH THANKS** |

Qualified, but refused invitation

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

Record any midway or other terminates here

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

3

# [APPENDIX 5]

**VERSION A**

RESP. #__ __ __ __

Exhibit: **G1**
**G2**
**H1**
**H2**

**QUESTIONNAIRE**
**Shopping Study**

<u>INTERVIEWER</u>_____     <u>DATE</u>_____

Q1.     **[READ]** How often have you visited this mall in the past month?

**[READ]**
❑  1 – 3 times
❑  4 – 6 times
❑  7 or more

Q2.     **[READ]** Which types of stores have you shopped at in the past month?

**[READ]**
❑  Department store
❑  Electronics store
❑  Specialty clothing store
❑  Pet store
❑  Or are there any others? (specify): _____

Q3.    **[READ]** I am going to show you two pages with images and words that you might see in advertisements or on products. I will show you each page, one at a time. Please take whatever time you need to look at each one.

**[PRESENT PAGE 1, TAKE AWAY WHEN RESPONDENT IS FINISHED, PRESENT PAGE 2, TAKE AWAY WHEN RESPONDENT IS FINISHED]**

**[READ]** Thinking about what you just viewed, do you believe that what you saw first and what you saw second come from the same company, different companies or do you not know or have no opinion?

- ❑ Same company **[CONTINUE TO Q3A]**
- ❑ Different companies **[SKIP TO Q4]**
- ❑ Don't Know/No opinion  **[SKIP TO Q4]**

Q3A. **[READ]** Why do you say that? **[PROBE]**

_____

_____

_____

**[IF DIFFERENT or DON'T KNOW/NO OPINION IN Q3, ASK Q4, OTHERWISE SKIP TO "Thank and Terminate"]**

Q4.    **[READ]**  Which of the following statements best describes what you believe about what you viewed?

**[READ]**
- ❏ What you saw first and what you saw second come from companies that <u>have</u> a business affiliation or connection.
- ❏ What you saw first and what you saw second come from companies that <u>do not have</u> a business affiliation or connection. or
- ❏ You don't know or have no opinion  **[SKIP TO "Thank and Terminate"]**

Q4A. **[READ]** Why do you say that? **[PROBE]**

_____

_____

_____

 **[READ]**  Those are all of the questions I have for now.  Thank you for your time today.

RESP. #__ __ __ __

**VERSION B**

Exhibit: **G1**
**G2**
**H1**
**H2**

### QUESTIONNAIRE
### Shopping Study

<u>INTERVIEWER</u> _____     <u>DATE</u> _____

Q1.   **[READ]** How often have you visited this mall in the past month?
❏   1 – 3 times
❏   4 – 6 times
❏   7 or more

Q2.   **[READ]** Which types of stores have you shopped at in the past month?
❏   Department store
❏   Electronics store
❏   Specialty clothing store
❏   Pet store
❏   Or are there any others? (specify): _____

Q3.    **[READ]** I am going to show you two pages with images and words that you might see in advertisements or on products. I will show you each page, one at a time. Please take whatever time you need to look at each one.

**[PRESENT PAGE 1, TAKE AWAY WHEN RESPONDENT IS FINISHED, PRESENT PAGE 2, TAKE AWAY WHEN RESPONDENT IS FINISHED]**

**[READ]** Thinking about what you just viewed, do you believe that what you saw first and what you saw second come from different companies, the same company or do you not know or have no opinion?

      ❑ Different companies **[SKIP TO Q4]**
      ❑ Same company **[CONTINUE TO Q3A]**
      ❑ Don't Know/No opinion  **[SKIP TO Q4]**

Q3A. **[READ]** Why do you say that? **[PROBE]**

_____

_____

_____

**[IF DIFFERENT or DON'T KNOW/NO OPINION IN Q3, ASK Q4, OTHERWISE SKIP TO "Thank and Terminate"]**

Q4.    **[READ]**  Which of the following statements best describes what you believe about what you viewed?

**[READ]**
- ❑ What you saw first and what you saw second come from companies that <u>do not have</u> a business affiliation or connection.
- ❑ What you saw first and what you saw second come from companies that <u>have</u> a business affiliation or connection.
  **or**
- ❑ You don't know or have no opinion  **[SKIP TO "Thank and Terminate"]**

Q4A. **[READ]** Why do you say that? **[PROBE]**

_____

_____

_____

**[READ]** Those are all of the questions I have for now.  Thank you for your time today.

# [APPENDIX 6]

---

### SUPERVISOR AND INTERVIEWER INSTRUCTIONS

#### *Shopping Habits & Advertising*

| Taunton | Philadelphia | Chicago | Dallas | Nashville |
|---|---|---|---|---|
| Atlanta | Ft. Lauderdale | Des Moines | Denver | San Francisco |

---

**Important Notes:**

Your quota is to complete 48 questionnaires beginning on Thursday, November 10, 2005 and ending the evening of Sunday, November 13, 2005. (48 completes are required to reach the desired number of versions and rotations.....12 G1, 12 G2, 12 H1, 12 H2.)

We have provided questionnaires for each location. (Note that all screeners and questionnaires must be accounted for at the end of the study.)

Interviewing is to be conducted during morning, afternoon, and evening mall hours.

## LIST OF MATERIALS

In addition to these instructions, each site will receive the following:

### 50 Screeners

Please use one screener during the intercept process until you have recruited a qualified respondent. *Because screeners are used over and over until you recruit someone, light erasures are allowed on the screeners only.*

Please use the tick-mark boxes on the screener to capture recruiting statistics. The field site supervisor will be responsible for maintaining the daily tally of these results. SCREENING STATISTICS MUST BE COLLECTED AND FAXED TO THE APPLIED MARKETING SCIENCE OFFICE EACH DAY. FAX NUMBER IS 781-684-0075.

### 50 Paper-clipped questionnaires

ALL questionnaires have been filled in with Respondent Number and the rotation protocol.

It is important to maintain questionnaires in the order in which you received them. Interviewers MUST take and use the questionnaire from the top of the pile as they proceed to interview after a respondent has been recruited.

### Exhibits:

Note that exhibits have been stapled into the lettered folders. *DO NOT REMOVE exhibits from their corresponding folders.*

- 3 folder packets labeled G1 (hand first, hand second)
- 3 folder packets labeled G2 (hand first, hand second)
- 3 folder packets labeled H1 (hand first, hand second)
- 3 folder packets labeled H2 (hand first, hand second)

**Administrative Forms:**

   i.   **Daily/Master Tally Sheet for screening statistics** (including completes by rotation.)

   ii.   **Quota/Completes Tracking Sheet** (Age, Gender, Rotation)

   iii.   **Briefing Sign-in Sheet** (for interviewers and supervisors)

   iv.   **Respondent Sign-out** sheet for receipt of incentive

   v.   **Validation sheets (last in the stack of each questionnaire – not stapled)** – The name and telephone number of every respondent interviewed must be maintained on this sheet for real-time validation purposes.

   vi.   **Validation Logs** – to be filled in with names and phone numbers and AGE of every completed interview (get information from the validation sheet associated with each completed interview.)

Anyone working on this study is to be instructed to take care in not misplacing any of the survey materials. No survey materials are to be removed from your facility with the exception of materials used in recruiting respondents. **ALL SURVEY MATERIALS ARE CONFIDENTIAL.**

*If any materials are missing, or any instructions are unclear, please notify <u>immediately.</u>*

## BRIEFING

A conference call briefing will be set up for <u>Thursday, November 10, 2005 at 2:00pm (Eastern Daylight Time). Please calculate the time for your particular location.</u>

**Please refer to the conference call procedure outlined below.**

---

**CONFERENCE CALL PROCEDURE IS AS FOLLOWS:**

At time mentioned above for your site please call:

### *1-866-616-4804*

You will be transferred directly to a Conference Bridge
(or put on hold at this time until Conference Chairperson sets up her call).

---

## CREW SIZE

A minimum of two recruiters/interviewers <u>and a supervisor</u> should be briefed and assigned to work on this study.

## RESPONDENTS

Respondents will be paid $5.00 for their time.  We have provided a sign-out sheet that indicates that each respondent received the $5.00 cash incentive.

Qualified respondents are *males and females over the age of 18 who:*

- Do not work in a store or restaurant located in the mall.
- Do not personally work for or live in the same household as someone who works for any of the following: an advertising agency or a company that conducts market research
- Have their reading glasses with them, if they require reading glasses.
- Do not present a language difficulty.

## QUOTAS

Quotas for age by gender have been established:

*Quota Group – Males (total 23)*

| 18-34 | 7 |
|---|---|
| 35-54 | 9 |
| 55 or older | 7 |

*Quota Group  - Females (total 25)*

| 18-34 | 7 |
|---|---|
| 35-54 | 9 |
| 55 or older | 9 |

## GENERAL RECRUITING PROCEDURE

- Do not interview anyone you know.

- Terminate the attempt to interview if there is a language or hearing difficulty.

- Please understand what "Initial Refusal" means.  It is imperative to maintain an accurate record of true "Initial Refusals."

    ### WAVE-OFFS DO NOT COUNT AS AN INITIAL REFUSAL

    An initial refusal is someone that you actual SPOKE TO by at least attempting the introduction or completing the introduction.

    This information is used in our analysis of the data.....every attempt must be made to insure the integrity of this important requirement.

    We understand that some days/shifts are going to be busier than others.  We are not using this information to determine "how busy" an interviewer or a team was while attempting to recruit.

- Do not attempt to screen/qualify anyone who has, or might have, overheard the screening of a previous respondent

- During the screening portion of the interview, if you approach a group of two or more, address your request to only one of the individuals and request that the other individual(s) not help or assist the participating individual with his/her answers. If this occurs, terminate the attempt to interview.

- Do not position yourself in a manner in which a respondent can read any of the words or questions on the Screener/Questionnaire.

## Screening Protocol

- After positioning yourself at your assigned screening site, you should attempt to screen the first person approaching your site who appears to be 18 years of age. If that individual does not qualify, or does not meet any available screening criteria, you should approach the next individual, and the next, until you locate a qualified participant.

- Proceed from attempt to screen/qualify to attempt to screen/qualify utilizing the selection method described, approaching each prospective respondent.

*You must maintain an accurate record of screening stats on the screener itself. We have provided tally boxes under each question on the screening document for this purpose.*
*THESE STATISTICS MUST COLLECTED DAILY AND FAXED TO APPLIED MARKETING SCIENCE AT 781-684-0075*

- **After qualifying a respondent, you are to take that individual to your facility to be interviewed in your interviewing area.**

- The private interviewing area should contain a table and two chairs. The interviewer and the respondent are to be seated across the table from each other during the questionnaire portion of the interview.

- For completed interviews, copy the respondent number PRERECORDED on the questionnaire to the corresponding screener.

- All screeners must be stapled ON TOP OF THE corresponding <u>completed</u> questionnaire. Completed validation pages are not stapled to their corresponding questionnaires. Therefore, once you collect name, last initial and telephone number, paperclip to the screener and completed questionnaire.

- See more on validation protocol on the last page of these instructions.

- **All screeners must be initialed by the recruiter/interviewer.**

- **Upon completion of the interview, you are to return to the mall and position yourself at your assigned screening site, and repeat the respondent selection process previously described.** (NOTE: *If you wish, trained/briefed recruiters may be assigned to recruit only...and then to escort the respondent to the facility for the survey where a trained/briefed interviewer may conduct the interview. No one may work on this study if they have not been trained/briefed with these materials AND have signed the appropriate paperwork.*

## QUESTIONNAIRE PROCEDURE

General Questionnaire reminders:

It is important that:

- **The questions are read verbatim.**

- The responses are recorded clearly & accurately, in a manner in which they can be read.

- Each Questionnaire is administered in a completely uniform manner, reading each question exactly as it is written. Allow the respondent as much time as he/she needs to answer before proceeding to the next question. Do not change the wording of any question, and ask only the questions included on the Screener and Questionnaire.

- All questionnaires must be initialed by the interviewer

- All specific instructions for execution of the Questionnaires are on the Questionnaires themselves, written in **BOLD CAPITAL LETTERS.**

### Handling of Exhibits:

As instructed by the questionnaire itself, please handle the exhibits as follows:

1. Each exhibit is in a folder marked with a letter/number combination (G1, G2, H1, H2), which appears at the top right hand corner of the first page of the questionnaire.

2. The letter number that is pre-circled on the questionnaire is the packet of folders you pick and use for that particular respondent.

3. The questionnaire will instruct the interviewer exactly when to show the FIRST folder in the packet to the respondent.

4. Allow the respondent to handle the FIRST folder as long as he/she wants and then take it away.

5. Then hand respondent the SECOND folder, allow the respondent to handle the SECOND folder as long as he/she wants and then take it away.

6. **When the respondent indicates that he/she has finished reviewing the SECOND FOLDER, place the TWO FOLDERS somewhere that is** <u>completely out of the respondent's sight</u> *before proceeding with Q.3.* **TO REITERATE, BEFORE Q.3 IS ASKED, THE FOLDERS MUST BE PUT AWAY OUT OF RESPONDENT'S SIGHT.**

   **Then READ "Why do you say that? RECORD IN SPACE PROVIDED USING STANDARD PROBING AND CLARIFYING TECHNIQUES.** *SEE SECTION ON PROBING AND CLARIFYING.*

**ONLY IF THE RESPONDENT ANSWERS DIFFERENT OR "DON'T KNOW"** TO Q.3 do you ask Q.4 and Q.4a. *OTHERWISE, SKIP OVER, THANK RESPONDENT AND COLLECT VALIDATION INFORMATION.*

**Terminations:**

If an interview is terminated during the Questionnaire portion, mark **terminate (TM)** on the Questionnaire where this occurred and note an explanation in the margin of the Questionnaire. <u>Do not erase or reuse the Questionnaire.</u> If you experience a terminated interview, recruit another respondent and continue with the next survey. *You must return all surveys to us by the completion of the study. This includes TERMINATED surveys, as well as, completed surveys.*

## *MISSING NUMBERS IN SEQUENCE MUST BE ACCOUNTED FOR.*

### Erasing/Changing Responses

<u>*Light erasures are allowed on the screener only*</u> since they are used over and over again until you get a qualified (and cooperative respondent.)

***Erasures are not allowed on the Questionnaire.*** If you make an error in executing the Questionnaire, put a line through the error and put the initials "IE" (Interviewer Error) next to the error.

If the respondent makes an error, while you are executing the Questionnaire, put a line through the error and put the initial "RE" (Respondent Error) next to the error.

### Instructions for Open-Ended Questions (Probing and Clarifying Protocol)

Our task is to get complete answers to all open-ended questions. **We must make those answers as clear as possible: This means that it must be clear what the respondent SAYS....AND what the respondent MEANS.** A combination or probing and clarifying techniques accomplish this. **Examples follow.**

#### *PROBING*

Probing is inquiring to find if there are additional answers to a **question asked.**

Probing is accomplished using the NEUTRAL probe:   "What else?"

All open-end questions requiring probing should be probed until a response of "nothing else" is reached.

When a thought is completely clarified, the next probe should be "What else?" Then the next thought should also be clarified (see below) as necessary and then, again, the probe "What else?"

Questions should end with the final probe of "what else" and the indication of the final response.

<u>**Do not use "anything else" as a probe**</u> because it gives an automatic opportunity for the respondent to say "no." When you probe with "what else", the respondent can still answer "nothing," but he/she does not have an automatic opportunity to end the interview.

### CLARIFYING

Clarifying means explaining what the respondent has already said.

Clarifying is done using KEY WORD clarifications. Key words, or phrases, are those used by the respondent in his/her response to the question asked.

### "I DON'T KNOW"

"I don't know" is a legitimate response to a question and does not require repeating the question and certainly not clarifying or probing. It is difficult to ask, "Why don't you know?" and if you ask "anything at all" you may be suggesting to the respondent that you need an answer and for the respondent to guess. So, if you get "I don't know," simply accept it and follow the skip pattern to the next question.

### NON-RESPONSE

Answers that are not responsive to the question asked required re-asking the question.

## STANDARD ABBREVIATIONS

Standard abbreviations are always ENCLOSED IN PARENTHESES (along with the key word being clarified, when applicable.)

OUTSIDE the parentheses is what the respondent says in his/her verbatim answer. DO NOT LEAVE ABBREVIATIONS OUTSIDE THE PARENTHESES.

Do not use "P" in a circle (this has been used by some interviewers to indicate a "probe." You must use the abbreviations (or similar) below.

| What Else | W/E |
| What do you mean? | W/M |
| What about? | W/A |
| Explain | Exp. |
| W/W | What way? |
| How | How |
| Why | Why |
| For non-response | (RQ) for repeat question |

**SHIPPING**

Shipping Information:

Please make all of your shipments using FedEx.

Applied Marketing Science's FedEx number for third-party billing is:

## 1388-7646-2

Please ship all packages Priority Overnight (early delivery) so that we will receive them as early the next day as possible.

AMS Address

**Applied Marketing Science, Inc.
303 Wyman Street
Waltham, MA   02451**

Shipping

Please send your first shipment (i.e. any completes from Thursday evening to arrive at AMS on Friday, November 11, 2005.

The second shipment of any completes from both Friday and Saturday, November 12th) to arrive on Monday (early delivery), November 14th.

The completes from Sunday, November 13th should be sent to arrive for early delivery on Tuesday, November 15th......i.e. you may ship these out on Monday.

## All shipments must be sent overnight (early delivery.)

*REMINDER:  PLEASE FAX THE TALLY OF QUESTIONNAIRE STATISTICS DAILY*

## VALIDATION

- Make a separate pile of the individual validation pages.  The information from these sheets must be recorded on the Validation Log provided in order to conduct the telephone validations.

- Validation logs have been supplied to record the first name, last initial, telephone number, and age group of the respondent.  Information for all completed interviews must be recorded on this log.

- Applied Marketing Science will conduct a thorough telephone validation (100% validation) of the completed interviews for each site.

- You must return the Validation Log sheets with your final shipment.  Validations will begin immediately on Tuesday, November 15, 2005.

# [APPENDIX 7]

Data Layout & Key

Column headings reference the questions in the Screener (S) and Main (Q) questionnaires:

Q-ROT indicates whether respondent saw rotation A or B of the questionnaire
    1=version A
    2=version B

EX-ROT indicates which graphics were shown and the order in which they were shown
    1= "Life is good" shown first, "Life's Good" shown second
    2= "Life's Good" shown first, "Life is good" shown second
    3= "Life is good" shown first, "Lucky Gold" shown second
    4= "Lucky Gold" shown first, "Life is good" shown second

Q3B is the code to indicate whether the reason in Q3A refers to the slogan as the reason for their answer to Q3
    1= yes, the slogan was a reason for their answer
    2= no, the slogan was not a reason for their answer

Q4B is the code to indicate whether the reason in Q4A refers to the slogan as the reason for their answer to Q4
    1= yes, the slogan was a reason for their answer
    2= no, the slogan was not a reason for their answer

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|------|-------|--------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|----|----|----|----|-----|----|
| 0001 | 1 | 1 | 2 | 1 | 0 | 0 | | | 1 | | | | | | | | 1 | 0 | 2 | 2 | 1 | 2 |
| 0002 | 2 | 1 | 2 | 1 | 0 | 0 | | | 1 | | | | | | | | 1 | 0 | 1 | 2 | 0 | 2 |
| 0003 | 1 | 2 | 2 | 2 | 0 | 0 | | 1 | | | | | | | | | 1 | 0 | 2 | 2 | 0 | 3 |
| 0004 | 2 | 2 | 3 | 2 | 0 | 0 | | | | 1 | | | | | | | 1 | 0 | 1 | 2 | 0 | 2 |
| 0005 | 1 | 3 | 2 | 4 | 0 | 0 | | | | | 1 | | | | | | 0 | 0 | 2 | 2 | 0 | 2 |
| 0006 | 2 | 3 | 3 | 1 | 0 | 0 | 1 | | | | | | | | | | 0 | 0 | 1 | 2 | 0 | 3 |
| 0007 | 1 | 4 | 2 | 7 | 0 | 0 | 1 | | | | | | | | | | 1 | 0 | 1 | 2 | 0 | 3 |
| 0008 | 2 | 4 | 4 | 1 | 0 | 0 | | | 1 | | | | | | | | 1 | 1 | 2 | 2 | 1 | 2 |
| 0009 | 1 | 1 | 3 | 1 | 0 | 0 | | 1 | | 1 | | | | | | | 0 | 0 | 2 | 2 | 0 | 2 |
| 0010 | 2 | 1 | 2 | 2 | 0 | 0 | | | | | | | | | | | 0 | 0 | 1 | 2 | 0 | 3 |
| 0012 | 2 | 2 | 3 | 3 | 0 | 0 | 1 | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 2 |
| 0014 | 2 | 3 | 3 | 0 | 0 | 0 | | | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 3 |
| 0015 | 1 | 4 | 4 | 2 | 0 | 0 | | | | | 1 | | | | | | 0 | 0 | 1 | 2 | 0 | 2 |

2

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | 1 |  |  |  | Restaurant | 2 |  |  | 3 |  |  |
| 0002 | 1 | 1 |  |  |  | movie theatre | 2 |  |  | 3 |  |  |
| 0003 | 1 | 1 |  |  | 1 | Hair Salon | 2 |  |  | 2 |  | One has what looks like a kid's toy logo and the other one has a buiness logo. The smiley face looks like PBS logo. (w/e) (nfi) |
| 0004 | 1 | 1 |  |  | 1 | Restaurant | 2 |  |  | 1 |  | One says life's good and looks like It's something for kids and the other one says life is good and looks like a Business logo. 1 (w/e) (nfi) |
| 0005 | 1 | 1 |  |  |  |  | 2 |  |  | 2 |  | The names are different. (w/e) (nfi) |
| 0006 | 1 | 1 |  |  | 1 | Restaurant | 2 |  |  | 1 |  | The names are different and so are the logos. (w/e) (nfi) |
| 0007 | 1 | 1 | 1 | 1 | 1 | Jewelry Store | 2 |  |  | 2 |  | The first one looks like a clothing store. The second one looks like a Restaurant. |
| 0008 | 1 | 1 | 1 |  |  |  | 1 | 2 | They look similliar graphically (p) same logo (w/e) nfi |  |  |  |
| 0009 | 1 | 1 | 1 |  |  |  | 2 |  |  | 2 |  | Completely different message (p) different use of letter type (w/e) nothing |
| 0010 | 1 | 1 |  | 1 |  |  | 2 |  |  | 2 |  | alternate use of graphics (p) different slogan (w/e) nfi |
| 0012 | 1 | 1 |  |  |  |  | 2 |  |  | 2 |  | completely different use of words(p) look almost opposite of each other. (w/e) n/a |
| 0014 | 1 | 1 | 1 | 1 | 1 | Restaurant | 3 |  |  | 2 |  | Not the same logo (w/e) two different logo's (w/e)nothing |
| 0015 | 1 |  | 1 |  |  |  | 3 |  |  | 3 |  |  |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0016 | 2 | 4 | 4 | 1 | 0 | 0 | | 1 | | | | | | | | 1 | 0 | 2 | 1 | 0 | 2 |
| 0017 | 1 | 1 | 3 | 5 | 0 | 0 | | | | | | | | | | 0 | 0 | 1 | 1 | 0 | 2 |
| 0018 | 2 | 1 | 3 | 0 | 0 | 0 | | | 1 | | | | | | | 1 | 0 | 1 | 1 | 0 | 2 |
| 0019 | 1 | 2 | 3 | 0 | 0 | 0 | | | | | | 1 | | | | 1 | 0 | 1 | 2 | 0 | 2 |
| 0020 | 2 | 2 | 3 | 0 | 0 | 0 | | | | | | 1 | | | | 0 | 0 | 1 | 2 | 0 | 3 |
| 0021 | 1 | 3 | 2 | 0 | 0 | 0 | | 1 | | | | | | | | 0 | 0 | 1 | 2 | 0 | 2 |
| 0022 | 2 | 3 | 2 | 5 | 0 | 0 | 1 | | 1 | 1 | | | | | | 1 | 0 | 2 | 2 | 0 | 2 |
| 0023 | 1 | 4 | 3 | 1 | 0 | 0 | 1 | | | | | | | | Mall Walking | 1 | 1 | 2 | 2 | 0 | 2 |
| 0024 | 2 | 4 | 4 | 6 | 0 | 0 | | | 1 | 1 | 1 | | | 1 | | 3 | 0 | 2 | 1 | 0 | 3 |
| 0025 | 1 | 1 | 4 | 0 | 0 | 0 | | | | | | | | | | 0 | 0 | 1 | 2 | 0 | 1 |

3

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0016 | 1 | | | | | | 2 | | | 2 | | One sounds like cigarettes and the other looks like a logo from Newbury Comics (p) no (w/e) nothing |
| 0017 | 1 | 1 | 1 | 1 | 1 | | 3 | | | 3 | | |
| 0018 | 1 | 1 | 1 | 1 | 1 | | 3 | | | 3 | | |
| 0019 | 1 | 1 | 1 | 1 | 1 | | 2 | | | 2 | | Nothing has the same similarities (p) two different sayings (p) they have nothing in common (we)nothing |
| 0020 | 1 | 1 | 1 | 1 | 1 | | 3 | | | 3 | | |
| 0021 | 1 | 1 | 1 | | | | 3 | | | 2 | | They don't even look the same (p) two different pictures (we) nothing |
| 0022 | 1 | 1 | 1 | | 1 | Hair Salon, Vitamin Store, Restaurant, Travel Agency | 2 | | | 2 | | One says Life Is Good and has a very childish or child friendly logo and the other one says Lucky Gold and looks like the logo for the cell phone LG. (w/e)nfi |
| 0023 | 1 | | 1 | | 1 | Dollar Store Hair Salon | 2 | | | 2 | | The names are different. 1st Ad looked like it was for cigarettes. 2nd Ad looked like a kids ad |
| 0024 | 1 | | 1 | | 1 | Restaurant,Movie theatre,Jewelry, Hair Salon, Dollar Store | 2 | | | 2 | | One says life is good and the other one says lucky gold (p) the names are different and the logo's both might look like smiley faces but they're also different w/e npl |
| 0025 | 1 | 1 | | | | | 2 | | | 3 | | |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|------|-------|--------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|----|----|----|----|-----|----|
| 0026 | 2 | 1 | 3 | 2 | 0 | 0 | 1 | 1 | | | | | | | | 1 | 0 | 1 | 2 | 0 | 2 |
| 0027 | 1 | 2 | 2 | 1 | 0 | 0 | 1 | | | | | | | | | 1 | 0 | 1 | 2 | 1 | 1 |
| 0028 | 2 | 2 | 4 | 5 | 0 | 0 | 1 | | | | | | | | | 0 | 0 | 2 | | 0 | 1 |
| 0029 | 1 | 3 | 3 | 0 | 0 | 0 | 1 | | | | | | | | | 4 | 0 | 2 | 2 | 0 | 2 |
| 0030 | 2 | 3 | 2 | 0 | 0 | 0 | 1 | | | | | | | | | 0 | 0 | 2 | 2 | 0 | 1 |
| 0031 | 1 | 4 | 2 | 1 | 0 | 0 | 1 | | | | | | | | | 0 | 0 | 2 | 2 | 1 | 1 |
| 0032 | 2 | 4 | 4 | 0 | 0 | 0 | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 1 |
| 0033 | 1 | 1 | 4 | 0 | 0 | 0 | 1 | | | 1 | | | | | | 0 | 0 | 2 | 1 | 0 | 2 |
| 0035 | 1 | 2 | 4 | 1 | 0 | 0 | | 1 | | | | | | | | 2 | 0 | 1 | 2 | 0 | 1 |
| 0036 | 2 | 2 | 2 | 7 | 0 | 0 | 1 | | | | | | | | | 1 | 0 | 1 | 2 | 0 | 2 |

5

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0026 | 1 | 1 | 1 | | 1 | Sporting Good,Movies, Restaurant,Cell phone Store | 2 | | | 1 | 1 | The logos are completely different but they have similar phrases on the paper. (p)I know that their different companies because the second one is a cell phone company (p)I got on LG phone. I don't know what the 1st one is but it looks like it might be s |
| 0027 | 1 | 1 | | | 1 | Toy Store, | 2 | | | 2 | | The pictures (p) The pictures don't match even though the wording does. (w/e)NFI |
| 0028 | 1 | | 1 | | 1 | Restaurants | 2 | | | 3 | | |
| 0029 | 1 | | | | 1 | Candle Store, Gift Store | 2 | | | 2 | | Two different logo designs, The logo's aren't the same (w/e)NFI |
| 0030 | 1 | | 1 | | 1 | restaurant | 2 | | | 1 | 2 | Logos are different One is a smiley face the other the initials of the company made to look like a smiley face (w/e) nfi |
| 0031 | 1 | | 1 | | | | 2 | | | 3 | | |
| 0032 | 1 | | | | | | 3 | | | 3 | | |
| 0033 | 1 | 1 | 1 | 1 | | | 3 | | | 1 | 1 | Round logo with a form of a smile (p) both say life is good (w/e)no |
| 0035 | 1 | 1 | 1 | | | | 2 | | | 2 | | The logo's are different and one company makes cell phones because my friend owns an LG phone (w/e)NFI |
| 0036 | 1 | 1 | 1 | | 1 | Sporting Good | 2 | | | 2 | | The first logo is a cellphone company. The second looks familiar but I don't know what it is (w/e)NFI |

6

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|------|-------|--------|-----|------|------|------|------|------|------|------|------|------|------|------|------|----|----|----|----|-----|----|
| 0037 | 1 | 3 | 4 | 1 | 0 | 0 |   |   |   |   |   |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 2 |
| 0038 | 2 | 3 | 4 | 1 | 0 | 0 |   | 1 |   | 1 |   |   |   |   |   | 0 | 0 | 2 | 2 | 0 | 2 |
| 0039 | 1 | 4 | 4 | 2 | 0 | 0 |   |   |   |   | 1 |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 3 |
| 0040 | 2 | 4 | 4 | 1 | 0 | 0 |   | 1 |   |   |   |   |   |   |   | 0 | 0 | 2 | 2 | 0 | 2 |
| 0041 | 1 | 1 | 4 | 0 | 0 | 0 | 1 |   |   |   |   |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 3 |
| 0042 | 2 | 1 | 4 | 1 | 0 | 0 | 1 |   |   |   |   |   |   |   |   | 0 | 0 | 2 | 1 | 1 | 3 |
| 0043 | 1 | 2 | 3 | 1 | 0 | 0 | 1 |   |   |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 3 |
| 0044 | 2 | 2 | 3 | 6 | 0 | 0 |   |   | 1 |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 1 |
| 0045 | 1 | 3 | 2 | 0 | 0 | 0 |   | 1 |   |   |   |   |   |   |   | 1 | 0 | 1 | 1 | 0 | 1 |
| 0046 | 2 | 3 | 4 | 3 | 0 | 4 | 1 |   |   | 1 |   |   |   |   |   | 3 | 0 | 1 | 1 | 0 | 2 |
| 0047 | 1 | 4 | 2 | 1 | 0 | 0 |   | 1 |   |   |   | 1 |   |   |   | 0 | 0 | 1 | 2 | 1 | 2 |
| 0048 | 2 | 4 | 3 | 2 | 0 | 2 | 1 |   | 1 |   | 1 |   |   |   |   | 1 | 0 | 2 | 1 | 0 | 3 |
| 0051 | 1 | 1 | 3 | 0 | 0 | 0 | 1 |   | 1 |   |   |   |   |   |   | 1 | 0 | 2 | 2 | 0 | 2 |

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|------|-----|-----|-----|-----|-----|-----|----|-----|-----|----|-----|-----|
| 0037 | 1 | 1 | | | | | 2 | | | | 2 | Totally different words and logo (w/e) NFI |
| 0038 | 1 | 1 | 1 | | | | 2 | | | | 2 | Nothing is simillar (p) completely different words. (w/e) NFI |
| 0039 | 1 | 1 | | | | | 1 | 2 | They both have the initials L.G. in it (p) very similiar. (w/e)nfi | | | |
| 0040 | | | | 1 | | | 2 | | | | 2 | Totally different logo's all together. (w/e)nfi |
| 0041 | | 1 | | | | | 1 | 1 | They both have Life's Good in the Logo. (w/e)nfi | | | |
| 0042 | | | 1 | 1 | | | 2 | | | | 2 | Nothing looks related to any of the 2 logo's. (w/e)nfi |
| 0043 | 1 | 1 | | | | | 1 | 1 | They both have the same message. (w/e)nfi | | | |
| 0044 | 1 | | | | 1 | Restaurant | 1 | 1 | I have a cell phone that says Life is Good, one is the cell company LG (w/e)nfi | | | |
| 0045 | 1 | 1 | | | | | 2 | | | | 2 | different styles of writing (w/e)nfi |
| 0046 | 1 | 1 | | | 1 | Book Store | 2 | 2 | | | 2 | These logos look totally different One is a smiley face and one says Lucky Gold I Don't see how they have anything to do with each other (w/e) nfi. |
| 0047 | 1 | 1 | | | | | 3 | | | | 2 | Because they are two different pictures two different faces (w/e)nfi. |
| 0048 | 1 | 1 | 1 | 1 | | | 2 | | | | 2 | They have two different pitcures (w/e) They also have different writing (w/e)no |
| 0051 | 1 | 1 | 1 | 1 | | | 3 | | | | 3 | |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|------|-------|--------|-----|------|------|------|------|------|------|------|------|------|------|------|------|----|----|----|----|-----|----|
| 0052 | 2 | 1 | 4 | 0 | 1 | 0 | 1 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 2 | 2 | 0 | 3 |
| 1001 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 2 |
| 1002 | 2 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |   |   |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 1 |
| 1003 | 1 | 2 | 3 | 0 | 0 | 0 | 1 |   |   |   |   |   |   |   |   |   | 0 | 0 | 2 | 2 | 0 | 2 |
| 1004 | 2 | 2 | 2 | 0 | 0 | 0 | 1 |   |   |   | 1 |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 1 |
| 1005 | 1 | 3 | 3 | 0 | 0 | 0 |   | 1 |   | 1 | 1 |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 1 |
| 1007 | 1 | 4 | 3 | 0 | 0 | 0 | 1 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 1 |
| 1008 | 2 | 4 | 3 |   |   |   | 1 |   |   |   |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 3 |
| 1009 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 1 |   | 1 |   |   |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 2 |
| 1010 | 2 | 1 | 3 | 0 | 0 | 0 |   | 1 |   |   |   |   |   |   |   |   | 1 | 0 | 1 | 1 | 0 | 3 |
| 1011 | 1 | 2 | 2 | 0 | 0 | 0 | 1 | 1 |   | 1 |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 1 |
| 1012 | 2 | 2 | 2 | 0 | 0 | 0 | 1 |   |   | 1 |   |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 1 |
| 1013 | 1 | 3 | 2 | 0 | 0 | 0 | 1 |   |   | 1 |   |   |   |   |   |   | 0 | 0 | 1 | 2 | 0 | 1 |
| 1014 | 2 | 3 | 3 | 2 | 0 | 0 | 1 |   | 1 |   |   |   |   |   |   |   | 5 | 0 | 1 | 1 | 0 | 3 |

9

10

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 0052 | 1 | 1 | 1 | 1 | 1 | Hair Salon | 2 | | | 2 | | They have two different logo's (p) they don't even look similiar (p) nothing |
| 1001 | 1 | 1 | | | | | 1 | 1 | The same slogan Life Is Good. (Else) NE | | | The first one seems to be more artsy + carefree while the second one I know to be electronics. I am familiar with that company (else) NG |
| 1002 | 1 | 1 | | | | | 2 | | | 2 | | |
| 1003 | 1 | 1 | 1 | | | | 3 | | | 3 | | |
| 1004 | | 1 | | | | | 3 | | | 3 | | |
| 1005 | 1 | | 1 | | | | 2 | | | 3 | | |
| 1007 | 1 | 1 | 1 | | | | 2 | | | 1 | | Because I remember seeing both in a store while shopping 2 (else) NE |
| 1008 | | 1 | | | | | 3 | | | 3 | | |
| 1009 | | | 1 | | | | 2 | | Because it's a different drawing but they're based on the same information 1 (else) NE | 2 | | Because LG is a very reputable and serious electronic provider and manufacturer (else) The often seem more like any apparel company (else) nothing else |
| 1010 | 1 | 1 | | | | Drug Store | 1 | | I think they just try to advertise it differently but it comes from the same company. (else) NE | | | |
| 1011 | 1 | | 1 | | | Shoe Store | 1 | | | 1 | | |
| 1012 | 1 | 1 | 1 | | | | 2 | | | 1 | | Because they have the same 2 logo (else) NE |
| 1013 | 1 | 1 | 1 | | | | 3 | | | 3 | | |
| 1014 | 1 | 1 | 1 | | | | 2 | | | 3 | | |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015 | 1 | 4 | 2 | 0 | 3 | 0 | | 1 | | 1 | | | | | | | 0 | 0 | 1 | 1 | 0 | 2 |
| 1016 | 2 | 4 | 4 | 0 | 0 | 0 | | | | | | | | | 1 | Shopping with grandchildren | 0 | 0 | 2 | 1 | 0 | 1 |
| 1018 | 2 | 1 | 4 | 0 | 0 | 0 | | | | | | | | | 1 | taking walks for heart | 1 | 0 | 1 | 1 | 0 | 3 |
| 1019 | 1 | 2 | 3 | 0 | 0 | 0 | | 1 | | | | | | | | | 2 | 0 | 1 | 2 | 0 | 2 |
| 1023 | 1 | 4 | 4 | 0 | 0 | 0 | | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 2 |
| 1025 | 1 | 1 | 4 | 0 | 0 | 0 | | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 1 |
| 1029 | 1 | 3 | 2 | 0 | 0 | 0 | 1 | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 1 |
| 1030 | 2 | 3 | 4 | 0 | 0 | 0 | 1 | | | | | | | | | | 0 | 0 | 1 | 1 | 0 | 2 |
| 1031 | 1 | 4 | 3 | 0 | 0 | 0 | 1 | 1 | | 1 | | | | | | | 0 | 0 | 2 | 2 | 0 | 3 |
| 1032 | 2 | 4 | 3 | 0 | 0 | 0 | 1 | 1 | | | | | | | | | 0 | 0 | 2 | 2 | 0 | 1 |
| 1033 | 1 | 1 | 3 | 0 | 0 | 0 | 1 | | | 1 | | | | | | | 0 | 0 | 1 | 1 | 0 | 2 |
| 1034 | 2 | 1 | 2 | 0 | 0 | 0 | | | | 1 | | | | | | | 0 | 0 | 1 | 2 | 0 | 2 |
| 1036 | 2 | 2 | 4 | 0 | 0 | 0 | | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 3 |
| 1037 | 1 | 3 | 2 | 0 | 0 | 2 | 1 | 1 | | 1 | | | | | | | 0 | 0 | 2 | 2 | 0 | 2 |
| 1038 | 2 | 3 | 3 | 0 | 0 | 0 | 1 | | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 1 |

11

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015 | 1 | 1 | | | 1 | Candle Shop | 2 | 2 | | | 2 | The LG is an electronics company + the second one looked more artsy (else) NE |
| 1016 | 1 | | 1 | | | | 2 | 2 | | | 1 | Their logos (mean) I do not know how to explain it (else) 2 nothing else |
| 1018 | | | | 1 | | | 3 | 3 | | | 3 | |
| 1019 | 1 | | 1 | | | | 1 | 1 | 2 Basic instinct (mean) they look like they came from the same place because the graphics look the same (else) me | | | |
| 1023 | 1 | | 1 | | | | 1 | 1 | 1 Because of the theme (meor) They both speak to feeling good being positive (else) nothing else  1 They look alike sort of (mean) they both sort of say life is good (else) nothing else | | | |
| 1025 | 1 | | | | | | 1 | 1 | 1 else | | | |
| 1029 | 1 | 1 | | | | | 3 | 3 | | | 3 | |
| 1030 | 1 | 1 | 1 | | 1 | food court | 3 | 3 | | | 3 | There is nothing that connected one to the other |
| 1031 | 1 | 1 | 1 | | 1 | Eye Glass store | 3 | 3 | | | 2 | |
| 1032 | 1 | | 1 | | | | 3 | 3 | | | 3 | |
| 1033 | 1 | 1 | | | 1 | food court, sports place | 2 | 2 | | | 3 | |
| 1034 | 1 | 1 | | | | | 2 | 2 | | | 1 | Because of the slogan life is good (else) nothing else |
| 1036 | 1 | | 1 | | | | 2 | 2 | | | 3 | |
| 1037 | 1 | | 1 | 1 | 1 | Grocery store | 2 | 2 | | | 3 | |
| 1038 | 1 | | | | | | 2 | 2 | | | 2 | Two different logos (else) two different logos (else) nothing else |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX movies | S2 | S3 | S4 | S5 | S5A | Q1 |
|------|-------|--------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1039 | 1 | 4 | 3 | 0 | 0 | 0 | 1 |   |   |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 1 |
| 1040 | 2 | 4 | 2 | 0 | 0 | 0 | 1 |   |   |   |   |   |   | 1 |   | 0 | 0 | 2 | 2 | 0 | 3 |
| 1042 | 2 | 1 | 4 | 0 | 0 | 0 |   | 1 |   |   |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 1 |
| 1043 | 1 | 2 | 4 | 0 | 0 | 0 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 2 |
| 1044 | 2 | 2 | 3 | 0 | 0 | 0 | 1 |   |   |   |   |   |   |   |   | 0 | 0 | 2 | 2 | 0 | 1 |
| 1045 | 1 | 3 | 3 | 0 | 0 | 0 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 1 |
| 1046 | 2 | 3 | 2 | 0 | 0 | 0 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 2 | 2 | 0 | 2 |
| 1047 | 1 | 4 | 4 | 0 | 0 | 0 | 1 |   | 1 |   |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 3 |
| 1048 | 2 | 4 | 3 | 0 | 0 | 0 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 2 | 1 | 0 | 1 |
| 1050 | 2 | 1 | 4 | 0 | 0 | 0 | 1 | 1 |   |   |   |   |   |   |   | 0 | 0 | 1 | 1 | 0 | 1 |

13

14

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1039 | | | | | 1 | Food store, Home Improvement | 3 | | | 2 | | I am familiar with the first one. They make phones, appliances TV consumer electronics and when you look at the second one it looks as though they're trying to market to young people (else) NE |
| 1040 | 1 | | 1 | 1 | | | 2 | | | 3 | | |
| 1042 | 1 | | | | 1 | optomitrist | 2 | | | 2 | | Two different types of advertisements (else) one looks like a logo (else) nothing else |
| 1043 | | | 1 | | | | 3 | | | 1 | | Just my way of thinking (else) It's a good way to promote your product. (else) NE |
| 1044 | 1 | | | | | | 2 | | | 1 | | well I think the first one is for business (else) NE |
| 1045 | 1 | 1 | 1 | 1 | 1 | Grocery stores | 2 | | | 2 | | Two different approaches one was upbeat + straight forward the second one was edgier (else) NE |
| 1046 | 1 | | 1 | | | | 2 | | | 2 | | Because they look so different (else) NE |
| 1047 | 1 | | | | 1 | Hallmark | 2 | | | 3 | | |
| 1048 | 1 | | 1 | | | | 1 | 2 | It's possible that they could come from the same company. I don't know if it's pertinent to the advertising. | | | |
| 1050 | 1 | | | | | | 2 | | | 2 | | Because of the style of the logo. The first logo seemed crude like for a mom and pop shop. |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1051 | 2 | 3 | 2 | 2 | 0 | 0 | | | | 1 | 1 | | | | | 0 | 0 | 1 | 2 | 0 | 1 |
| 1052 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | | 1 | 1 | | | | | | 0 | 0 | 2 | 2 | 0 | 1 |
| 1053 | 2 | 1 | 4 | 1 | 0 | 0 | 1 | | | | | | | | | 2 | 2 | 1 | 1 | 0 | 1 |
| 1054 | 1 | 2 | 3 | 0 | 0 | 0 | 1 | | | 1 | | | | | | 0 | 0 | 2 | 2 | 0 | 1 |
| 1055 | 2 | 2 | 3 | 0 | 0 | 0 | | | 1 | | | | | | | 2 | 1 | 1 | 1 | 0 | 1 |
| 1056 | 1 | 3 | 4 | 0 | 0 | 0 | 1 | | | 1 | | | | | | 0 | 0 | 2 | | 0 | |
| 1057 | 2 | 3 | 4 | 2 | 0 | 0 | 1 | 1 | | 1 | | | | | | 2 | 0 | 1 | 1 | 0 | 2 |
| 1058 | 1 | 4 | 4 | 3 | 0 | 0 | 1 | | | | | | | | | 0 | 0 | 1 | 1 | 0 | 2 |
| 1059 | 2 | 4 | 3 | 0 | 0 | 0 | | 1 | 1 | | | | | | | 0 | 0 | 1 | 2 | 0 | 3 |
| 2001 | 1 | 1 | 3 | 0 | 0 | 0 | | 1 | | | | | | | | 0 | 0 | 2 | 1 | 0 | 2 |
| 2002 | 2 | 1 | 3 | 0 | 0 | 0 | | | | | | | | | | 2 | 0 | 2 | 1 | 0 | 1 |
| 2003 | 1 | 2 | 4 | 0 | 0 | 0 | 1 | | | 1 | 1 | | | | | 1 | 0 | 2 | 1 | 0 | 1 |
| 2004 | 2 | 2 | 3 | 1 | 0 | 0 | 1 | | | | 1 | | | | | 0 | 0 | 1 | 2 | 0 | 1 |
| 2005 | 1 | 3 | 3 | 0 | 0 | 0 | | 1 | | | 1 | | | | | 1 | 0 | 2 | 1 | 0 | 2 |

16

| RESP | Q21 | Q22 | Q23 | Q24 | Q25 | Q2X | Q3 | Q3B | Q3A | Q4 | Q4B | Q4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1051 | | 1 | | | | | 2 | | | 2 | | I know that LG makes telephones and TVs. I think the other one looks french because of the berrel. And it doesn't look like something a technology company would use. ELSE (ne) |
| 1052 | | | | | | | | | | | | The first picture was a tee shirt company. The 2nd is appliances. (mean) LG is my cell phone and kitchen appliances. |
| 1053 | 1 | | | | 1 | None | 2 | | | 2 | | |
| 1054 | | | | | 1 | Book Store | 3 | | | 3 | | |
| 1055 | | 1 | | | 1 | None | 2 | | | 3 | | |
| 1056 | 1 | | | | 1 | Card Store | 2 | | | 3 | | |
| 1057 | | 1 | | | 1 | Movies - Suncoast | 2 | | | 3 | | |
| 1058 | 1 | | | 1 | 1 | Dollar Store | 1 | 2 | They are both in the same catagory that would be humor. (mean) the colors and when I saw it, it made me happy. | | | |
| 1059 | | 1 | 1 | | 1 | Sporting Goods Store | 2 | | | 1 | 2 | It sounds like they are promoting their product in some sort of way (else) |
| 2001 | 1 | | 1 | | | | 3 | | | 1 | 2 | It looks like a logo for a phone company (we) |
| 2002 | 1 | | 1 | | | | 3 | | | 3 | | |
| 2003 | 1 | | 1 | | | | 1 | 2 | It's a happy face (p)we nothing | | | |
| 2004 | 1 | | 1 | | | | 1 | 1 | The phrase is the same, only the logo (picture) is different | | | |
| 2005 | 1 | | | | | | 2 | | | 1 | 1 | The motto is the same. Thats it. |

| RESP | Q-ROT | EX-ROT | S1A | S1A1 | S1A2 | S1A3 | S1B1 | S1B2 | S1B3 | S1B4 | S1B5 | S1B6 | S1B7 | S1B8 | S1BX | S2 | S3 | S4 | S5 | S5A | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 2 | 3 | 4 | 0 | 0 | 0 | | | | 1 | | | | | | 1 | 0 | 1 | 1 | 0 | 1 |
| 2007 | 1 | 4 | 2 | 1 | 0 | 0 | | | | | | | 1 | | | 0 | 0 | 2 | 2 | 0 | 1 |
| 2008 | 2 | 4 | 4 | 0 | 0 | 0 | | 1 | | | 1 | | | | | 0 | 0 | 2 | 2 | 0 | 1 |
| 2009 | 1 | 1 | 4 | 0 | 0 | 0 | 1 | 1 | | 1 | 1 | | | | | 0 | 0 | 1 | 1 | 0 | 1 |
| 2010 | 2 | 1 | 3 | 0 | 0 | 0 | 1 | 1 | | | 1 | | | | | 1 | 0 | 1 | 2 | 0 | 2 |
| 2011 | 1 | 4 | 2 | 0 | 0 | 0 | | 1 | | | | | | | | 0 | 0 | 1 | 2 | 0 | 1 |
| 2012 | 2 | 2 | 2 | 0 | 0 | 0 | | 1 | | 1 | 1 | | | | | 2 | 0 | 2 | 2 | 0 | 2 |
| 2013 | 1 | 3 | 3 | 0 | 0 | 0 | 1 | | | 1 | 1 | | | | | 0 | 0 | 1 | 1 | 0 | 3 |
| 2014 | 2 | 3 | 3 | 0 | 0 | 0 | | 1 | | | 1 | | | | | 0 | 0 | 2 | 1 | 0 | 2 |
| 2016 | 2 | 4 | 2 | 0 | 0 | 0 | | 1 | | | | | | | | 0 | 0 | 2 | 1 | 0 | 2 |
| 2017 | 1 | 1 | 3 | 0 | 0 | 0 | 1 | | | | | | | | | 0 | 0 | 2 | 1 | 0 | 3 |
| 2018 | 2 | 1 | 2 | 1 | 0 | 0 | | 1 | | | 1 | | | | | 0 | 0 | 2 | 2 | 0 | 2 |

17