LIFE IS GOOD, INC. V. LG ELECTRONICS U.S.A., INC
Civil Action No. 04 11290 WGY

DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO STRIKE THE SURVEY OF PLAINTIFF'S EXPERT ROBERT KLEIN

# Exhibit 5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------x

LIFE IS GOOD, INC.,                    :

                                       :

            Plaintiff,                 :

                                       :

      v.                               : No. 04 11290 REK

                                       :

LG ELECTRONICS U.S.A., INC., :

                                       :

            Defendant.                 :

-----------------------------x



Washington, D.C.

Tuesday, June 6, 2006

Deposition of

MAUREEN MORRIN

a witness, called for examination by counsel for

Plaintiff, pursuant to notice and agreement of

counsel, beginning at approximately 10:15 a.m., at

the law offices of Finnegan Henderson Farabow

Garrett & Dunner, LLP, 901 New York Avenue, NW.,

Washington, D.C., before Mary Ann Payonk of

Beta Court Reporting, notary public in and for the

District of Columbia, when were present on behalf

of the respective parties:

209

1       A     It doesn't mean that throwing out

2   data because you have to makes the remaining

3   data good.

4       Q     And is there anything that you

5   might do in that circumstance to address the

6   situation?

7       A     Well, it's not just that one

8   problem.  If you read further, there were

9   numerous types of errors.  And at the time I

10  wrote this report I tallied up 112

11  respondents who had been thrown out.

12  Actually in preparing for this deposition I

13  went and hand-counted all the surveys that I

14  had and found an additional 11 incremental

15  respondents from Florida who had also been

16  thrown out in addition to this 112, bringing

17  the total up to 123, which is over 20 percent

18  of the total sample size.  And in my opinion,

19  that's a large amount of data to dump.  I've

20  never seen a study where that much data was

21  omitted.

22      Q     Let's just start with the sentence

213

1    there were additional respondents obtained to

2    replace the ones that had been omitted?

3        A    I can't say for sure.  It would

4    seem to me that they did not do that in San

5    Francisco because the reported sample size in

6    San Francisco is lower than that of the other

7    markets.  And in the other markets, maybe one

8    to eight respondents are affected, so -- and

9    Klein does not indicate to my knowledge when

10   he found out about each of these problems and

11   what measures he took to address them.

12       Q    If additional responses were

13   obtained to address the ones that were being

14   omitted, might that affect your conclusion?

15       A    I don't think so, because taken as

16   a whole, the various types of errors, which

17   include interviewer errors, validation

18   failures, bad skip patterns, questionable

19   interviews, site error, the fact that there

20   are so many types of errors that have been

21   identified leads me to question even the data

22   that are included, because I'm not sure that

214

1    he was able to find all the errors.  It's

2    such a wide range of types of errors, who

3    knows those that -- that -- that weren't

4    even, you know, detected by him?

5              So -- and some markets were

6    completely omitted, such as Florida, so I

7    guess my response is just, you know, adding

8    more respondents to the pool does not make me

9    feel comfortable with throwing out that many

10   respondents.

11        Q    Have you seen survey -- likelihood

12   of confusion surveys with errors such as the

13   ones listed here before?

14        A    I have never seen a survey where so

15   many people are omitted based on errors.

16   This is unprecedented in my experience.

17        Q    And do you recall seeing surveys

18   where responses were omitted before?

19        A    Off the top of my head, no.

20        Q    In the last sentence of that

21   paragraph you refer to -- you use the words

22   "inappropriate data collection procedures."