## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>      Defendants. | Civil Action No.:  04 11290 REK |

## **NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

1. EXHIBIT 8 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO STRIKE PLAINTIFF'S EVIDENCE OF ALLEGED CONFUSION; and

2. EXHIBIT 3 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE ON DEFENDANTS' INTENT

The original documents are maintained in the case file in the Clerk's office.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  August 25, 2006 | /s/  Timothy A. Lemper_____ |

Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO#656282)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts  02142
Telephone:  617-452-1600
Facsimile:  617-452-1660

Mark S. Sommers (MA BBO# 545297)
Douglas A. Rettew (*pro hac vice*)
Timothy A. Lemper (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
Telephone:  202-408-4000
Facsimile:  202-408-4400

Counsel for Defendants
LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., Inc.

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 25, 2006.

/s/  Timothy A. Lemper_____