**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>                              Defendants. | Civil Action No.:  04 11290 REK |

**DEFENDANTS' MOTION TO SEAL EXHIBITS**

Defendants LG Electronics U.S.A., Inc. and LG Electronics MoibleComm

U.S.A., Inc., hereby move to file under seal, pursuant to the Parties' Stipulated Protective

Order entered by the Court in this case, the following documents:

1.     EXHIBIT 8 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT
OF DEFENDANTS' MOTION IN LIMINE TO STRIKE PLAINTIFF'S
EVIDENCE OF ALLEGED CONFUSION; and

2.     EXHIBIT 3 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT
OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND
EVIDENCE ON DEFENDANTS' INTENT

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1</u>

I certify that Defendants' counsel conferred with Plaintiff's counsel.  Plaintiff's

counsel consented to this motion.

Respectfully submitted,

Date:  August 25, 2006

/s/  Timothy A. Lemper
Lawrence R. Robins (BBO# 632610)
Jonathan M. Gelchinsky (BBO#656282)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts  02142
Telephone:  617-452-1600
Facsimile:  617-452-1660

Mark S. Sommers (MA BBO# 545297)
Douglas A. Rettew (*pro hac vice*)
Timothy A. Lemper (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
Telephone:  202-408-4000
Facsimile:  202-408-4400

Counsel for Defendants
LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non registered participants on
August 25, 2006.

/s/  Timothy A. Lemper