## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>        Defendants. | Civil Action No.:  04 11290 WGY<br><br>Hon. William G. Young |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBITS

Having Considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Motion to Seal Exhibits, the Court orders as follows:

Defendants' motion is granted.

**SO ORDERED**

DATED: _____              _____
                            District Judge William G. Young