UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A., INC.),<br><br>        Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE
TO STRIKE PLAINTIFF'S EVIDENCE OF ALLEGED CONFUSION**

    Having considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Motion in Limine and Supporting Memorandum to Strike Plaintiff's Evidence of Alleged Confusion, this Court orders as follows:

    Defendants' motion is granted.

**SO ORDERED**

DATE: _____        _____
                                                                     District Judge William G. Young