LIFE IS GOOD, INC. V. LG ELECTRONICS U.S.A., INC
Civil Action No. 04 11290 WGY

DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO STRIKE PLAINTIFF'S EVIDENCE OF ALLEGED CONFUSION

# Exhibit 2

**EXHIBIT 2: CHART OF OBJECTIONS PLAINTIFF'S CONFUSION EVIDENCE**

| No. | Person | Multiple Hearsay | No Confusion | Vague/ Conclusory | Mere Inquiries | Not Consumers | Bias |
|---|---|---|---|---|---|---|---|
| 1 | Shawn White's Neighbor | ✓ |  | ✓ | ✓ | ✓ | ✓ |
| 2 | Jim Crawford | ✓ | ✓ |  |  | ✓ |  |
| 3 | "Ralph" at "Bless Your Sole" | ✓ | ✓ |  |  | ✓ | ✓ |
| 4 | Woman at Newbury Street Store | ✓ |  | ✓ | ✓ |  | ✓ |
| 5 | Carole Brown | ✓ |  | ✓ |  |  | ✓ |
| 6 | Dawne Guay | ✓ |  |  |  |  | ✓ |
| 7 | John Jacobs' Neighbor | ✓ |  | ✓ | ✓ | ✓ | ✓ |
| 8 | "Dave" the "Dude" | ✓ |  | ✓ |  | ✓ | ✓ |
| 9 | David Coskey | ✓ | ✓ |  |  | ✓ | ✓ |
| 10 | Rick Horvatic | ✓ |  | ✓ |  |  |  |
| 11 | Janice Frank |  | ✓ |  |  | ✓ |  |
| 12 | Joe Klein |  | ✓ |  |  | ✓ | ✓ |
| 13 | Charlie Hurwitch |  | ✓ |  |  | ✓ |  |
| 14 | Patricia Ruffino |  | ✓ |  |  | ✓ |  |
| 15 | Lindsay Hale |  | ✓ |  |  | ✓ |  |
| 16 | Karen Lynch | ✓ |  |  |  |  |  |
| 17 | "Robert" the Remodeler | ✓ |  |  | ✓ | ✓ | ✓ |
| 18 | Frempong Kankam | ✓ |  |  |  | ✓ | ✓ |

1

| No. | Person | Multiple Hearsay | No Confusion | Vague/ Conclusory | Mere Inquiries | Not Consumers | Bias |
|---|---|---|---|---|---|---|---|
| 19 | Vicki Castle | ✓ | | ✓ | | | ✓ |
| 20 | "Several customers" at Shaw's Country Store | ✓ | | ✓ | | | ✓ |
| 21 | Customer at Sherman's Life is Good | ✓ | | ✓ | | | ✓ |
| 22 | "A guy" at a store in Dexter, Michigan | ✓ | | ✓ | | ✓ | ✓ |
| 23 | Dr. Matthew Hoffman | ✓ | | ✓ | | ✓ | ✓ |
| 24 | Dr. Steven Hoffman | ✓ | | ✓ | | ✓ | ✓ |
| 25 | Michael Larson | ✓ | | ✓ | | ✓ | ✓ |
| 26 | Alan Taschner | ✓ | | ✓ | | ✓ | ✓ |
| 27 | Daniel Pedneault | ✓ | | ✓ | | ✓ | ✓ |
| 28 | "Malori" | ✓ | ✓ | | | ✓ | ✓ |
| 29 | Danny Eng | ✓ | | ✓ | | ✓ | ✓ |
| 30 | "Folks" that have spoken to Nancy Kluesner | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 31 | "Mike M.," former co-worker of Mike Sabourin | ✓ | | ✓ | | | ✓ |
| 32 | Friend at Basketball Arena | | | ✓ | ✓ | ✓ | ✓ |