LIFE IS GOOD, INC. V. LG ELECTRONICS U.S.A., INC
Civil Action No. 04 11290 WGY

DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO STRIKE PLAINTIFF'S EVIDENCE OF ALLEGED CONFUSION

# Exhibit 6

19985
FieldRptr

1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3

 4  - - - - - - - - - - - - - - x

 5  LIFE IS GOOD., INC.,

 6          Plaintiff,           Civil Action

 7  vs.                          No. 04-cv-11290-REK

 8  LG ELECTRONICS, U.S.A., INC.,

 9  LG ELECTRONICS MOBILECOMM

10  U.S.A., INC., (formerly

11  LG INFOCOMM U.S.A., INC.),

12          Defendants.

13  - - - - - - - - - - - - - - x

14      VIDEOTAPED DEPOSITION OF JOHN JACOBS, a witness

15  called by and on behalf of the Defendants, taken

16  pursuant to the provisions of the Federal Rules of

17  Civil Procedure, before Dana Welch, a Registered

18  Professional Reporter and Notary Public in and

19  for the Commonwealth of Massachusetts, at the

20  offices of Finnegan, Henderson, Farabow, Garrett

21  & Dunner, LLP, on Friday, October 14, 2005,

22  commencing at 10:31 a.m.
```

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700    800-336-6646    410-684-2550

|    |   |                                                                      |          |
|----|---|----------------------------------------------------------------------|----------|
| 1  |   | Obviously, you're familiar with the                                  | 12:05:24 |
| 2  |   | defendant in this action, LG. My question to you                     | 12:05:28 |
| 3  |   | is, when did you first become aware of the                           | 12:05:34 |
| 4  |   | existence of the company LG?                                         | 12:05:38 |
| 5  | A | I may have seen an ad or something. But I do                         | 12:05:42 |
| 6  |   | remember a friend calling, who lives out west, who                   | 12:05:48 |
| 7  |   | saw a sign at an arena, maybe it was the Staple                      | 12:05:52 |
| 8  |   | Center, where the Lakers play. But my guess would                    | 12:05:56 |
| 9  |   | be that was a year and a half, two years ago.                        | 12:06:04 |
| 10 | Q | Before then, had you ever heard of the company LG?                   | 12:06:10 |
| 11 | A | I don't think so. And my estimate of when that                       | 12:06:16 |
| 12 |   | was, I don't know, two years, maybe a little more,                   | 12:06:26 |
| 13 |   | maybe a little less. But I don't think I had heard                   | 12:06:30 |
| 14 |   | of it.                                                               | 12:06:34 |
| 15 | Q | Do you have an understanding of what line of                         | 12:06:34 |
| 16 |   | business LG is in?                                                   | 12:06:40 |
| 17 | A | Yeah.                                                                | 12:06:42 |
| 18 | Q | What's that?                                                         | 12:06:42 |
| 19 | A | It's electronics. They sell cell phones,                             | 12:06:42 |
| 20 |   | refrigerators, that sort of thing.                                   | 12:06:48 |
| 21 | Q | Perhaps I could ask you to -- well, let me ask you,                  | 12:06:52 |
| 22 |   | now that you've become aware of LG, do you have an                   | 12:07:06 |

| | | | |
|---|---|---|---|
| 1 | A | I've had people tell me they -- you want very | 12:37:44 |
| 2 | | specifics, I assume. | 12:37:54 |
| 3 | Q | Yes. | 12:37:56 |
| 4 | A | Yeah. I've got several examples. One was the -- a | 12:37:56 |
| 5 | | friend of mine who I work with, said, when he was | 12:38:10 |
| 6 | | leaving his old company, went down to visit his | 12:38:14 |
| 7 | | regional sales manager, and the manager came into | 12:38:20 |
| 8 | | the room the last day he was going to be down there | 12:38:24 |
| 9 | | in Connecticut and said, "Well, you'd never guess, | 12:38:28 |
| 10 | | it was so strange, I was at Best Buy last night, | 12:38:30 |
| 11 | | looking at flat screen TVs, and who made it, but | 12:38:34 |
| 12 | | Life is good." And he said something like, "Wow, | 12:38:40 |
| 13 | | you guys are making everything now." | 12:38:46 |
| 14 | | And Mike said, "No, actually we don't -- | 12:38:48 |
| 15 | | that's not Life is good." | 12:38:54 |
| 16 | | And I've heard of two other ones that | 12:38:58 |
| 17 | | relate to Best Buy, very similar stories, where a | 12:39:00 |
| 18 | | young sales person told a friend that -- this is a | 12:39:06 |
| 19 | | friend of a friend, Carol Scully, her -- her friend | 12:39:14 |
| 20 | | walked into a store and the sales person indicated | 12:39:24 |
| 21 | | that she was buying a refrigerator from Life is | 12:39:30 |
| 22 | | good. And the other one is Susan deMarco, very | 12:39:36 |

|    |   |                                                                           |          |
|----|---|---------------------------------------------------------------------------|----------|
| 1  |   | similar one, where there was confusion about --                           | 12:39:42 |
| 2  |   | there's a reference to Life is good. and the                              | 12:39:48 |
| 3  |   | refrigerator.                                                             | 12:39:52 |
| 4  |   | And I remember a person who works in our                                  | 12:39:54 |
| 5  |   | store on Newbury Street saying that a woman walked                        | 12:39:58 |
| 6  |   | in and asked about a billboard in New York and was                        | 12:40:00 |
| 7  |   | confused, said, do you -- is that your ad or I                            | 12:40:06 |
| 8  |   | don't really understand what Life is good. makes or                       | 12:40:10 |
| 9  |   | something like that.                                                      | 12:40:12 |
| 10 | Q | Now, did you talk to any of the individuals who                           | 12:40:14 |
| 11 |   | allegedly expressed confusion, yourself?                                  | 12:40:18 |
| 12 | A | I've had a personal -- I've had several personal                          | 12:40:22 |
| 13 |   | interactions where people were -- were confused.                          | 12:40:28 |
| 14 |   | One I can recall is a neighbor who asked me about                         | 12:40:32 |
| 15 |   | an air conditioning unit, if our company had some                         | 12:40:36 |
| 16 |   | sort of deal or had gotten into that product                              | 12:40:40 |
| 17 |   | category.                                                                 | 12:40:42 |
| 18 | Q | Anything other than that?                                                 | 12:40:44 |
| 19 | A | I have not really made a point to document those.                         | 12:40:46 |
| 20 |   | A lot of times, it's personal interactions with                           | 12:40:54 |
| 21 |   | people when you just meet them and you tell them                          | 12:40:56 |
| 22 |   | what you do, they say -- you know, that's when the                        | 12:41:00 |

19985
FieldRptr
81

| | | | |
|---|---|---|---|
| 1 | | confusion usually comes up. | 12:41:04 |
| 2 | Q | Okay. Let's go back to the four instances that you | 12:41:06 |
| 3 | | told me about earlier. | 12:41:10 |
| 4 | A | Okay. | 12:41:12 |
| 5 | Q | And my question to you is, did you personally | 12:41:12 |
| 6 | | discuss with the individual who was allegedly | 12:41:16 |
| 7 | | confused why they were confused? | 12:41:20 |
| 8 | A | No. No. | 12:41:24 |
| 9 | Q | So you have no personal knowledge of what was | 12:41:24 |
| 10 | | spoken or said? | 12:41:28 |
| 11 | A | You mean, I wasn't there? | 12:41:28 |
| 12 | Q | Yes. | 12:41:32 |
| 13 | A | Correct. | 12:41:34 |
| 14 | Q | And you have no personal knowledge of actually what | 12:41:34 |
| 15 | | was said from the individual? | 12:41:38 |
| 16 | A | Right, other than what was passed on to me. | 12:41:38 |
| 17 | Q | Okay. And who is the individual on the -- the | 12:41:42 |
| 18 | | first example you used, an individual named Mike, | 12:41:48 |
| 19 | | who was the person that uttered the alleged | 12:41:52 |
| 20 | | instance of confusion? | 12:41:54 |
| 21 | A | His name is Mike. His last name begins with an M. | 12:41:56 |
| 22 | | And the company my -- the guy at our company his | 12:42:00 |

|   |   |   |   |
|---|---|---|---|
| 1 |   | name is Mike Sabourin, S-A-B-O-U-R-I-N, who heard | 12:42:06 |
| 2 |   | it. And the guy who said it is Mike and begins | 12:42:14 |
| 3 |   | with an M. And I believe he's a regional sales | 12:42:16 |
| 4 |   | manager for the company called SAS, S-A-S. It's a | 12:42:20 |
| 5 |   | software company. | 12:42:24 |
| 6 | Q | And what -- what is -- well, let me strike that. | 12:42:26 |
| 7 |   | Why was Mr. Sab -- is it Sabourin? | 12:42:32 |
| 8 | A | Sabourin. | 12:42:38 |
| 9 | Q | -- talking to Mr. Mike M? | 12:42:40 |
| 10 | A | I would guess he had business down there, but also | 12:42:42 |
| 11 |   | saying good-bye because that was his last time he | 12:42:44 |
| 12 |   | was going to see him before moving on to Life is | 12:42:48 |
| 13 |   | good. | 12:42:50 |
| 14 | Q | The second one you mentioned is Carol Scully. | 12:42:50 |
| 15 | A | Yeah. | 12:42:54 |
| 16 | Q | Who is the individual that uttered the alleged | 12:42:56 |
| 17 |   | confusion? | 12:42:58 |
| 18 | A | I don't know the name of that person. | 12:43:00 |
| 19 | Q | What about the individual who uttered the alleged | 12:43:02 |
| 20 |   | confusion that Ms. Susan deMarco indicated? | 12:43:06 |
| 21 | A | Yeah. She told me the name, but I don't remember | 12:43:14 |
| 22 |   | it right now. | 12:43:16 |

19985
FieldRptr
83

| | | | |
|---|---|---|---|
| 1 | Q | When did you talk to her? | 12:43:16 |
| 2 | A | I e-mailed her or she e-mailed me maybe, I don't | 12:43:18 |
| 3 | | know, five days ago. | 12:43:32 |
| 4 | Q | Do you have a copy of that e-mail? | 12:43:32 |
| 5 | A | With me? | 12:43:34 |
| 6 | Q | No. Do you have one? | |
| 7 | A | Oh, it would probably be in my e-mail box. | 12:43:34 |
| 8 | Q | We would ask that you produce it. | 12:43:38 |
| 9 | A | Okay. | 12:43:40 |
| 10 | Q | And did Ms. deMarco give you the name of -- the | 12:43:40 |
| 11 | | name of the -- let me strike that. | 12:43:46 |
| 12 | | What did Ms. DeMarco give you in terms of | 12:43:48 |
| 13 | | information? | 12:43:52 |
| 14 | A | Just a few sentences, saying, whoever this woman | 12:43:52 |
| 15 | | was in Best Buy and got confusing information about | 12:44:00 |
| 16 | | the source of the refrigerator. | 12:44:08 |
| 17 | Q | Did she detail exactly what was said? | 12:44:10 |
| 18 | A | Yeah. Let's see. There were two examples | 12:44:12 |
| 19 | | involving -- two or three involving Best Buy, so | 12:44:18 |
| 20 | | I'm trying to think. I think the one from Susan | 12:44:22 |
| 21 | | said that the -- the young sales associate told the | 12:44:24 |
| 22 | | woman that the refrigerator was made by Life is | 12:44:34 |

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700    800-336-6646    410-684-2550

| # | | | Time |
|---|---|---|---|
| 1 | Q | And Mr. Sabourin? | 12:47:22 |
| 2 | A | Sabourin, he said late May, 2005, because that's | 12:47:24 |
| 3 | | when he was leaving SAS. | 12:47:32 |
| 4 | Q | Okay. Let's turn to your alleged confusion and | 12:47:34 |
| 5 | | that's if you would give me -- well, let me ask | 12:47:36 |
| 6 | | this: Strike that. | 12:47:44 |
| 7 | | When did this utterance occur? | 12:47:46 |
| 8 | A | My guess is summer of '04. | 12:47:48 |
| 9 | Q | And where did this occur? | 12:47:52 |
| 10 | A | In front of my condominium. | 12:47:56 |
| 11 | Q | And who was it with? | 12:47:58 |
| 12 | A | Lawrence McCray is who -- there's two neighbors | 12:48:04 |
| 13 | | that I see a lot or talk to. And there's a chance | 12:48:08 |
| 14 | | it could be Dennis Quilty (phonetic). But I | 12:48:18 |
| 15 | | believe it was Lawrence McCray. | 12:48:20 |
| 16 | Q | Are you absolutely sure? | 12:48:22 |
| 17 | A | No. No. I was going to ask if he recalled, but I | 12:48:26 |
| 18 | | didn't. I think it was one of those neighbors. | 12:48:30 |
| 19 | Q | Did this neighbor, whoever it is, know that you | 12:48:32 |
| 20 | | work with Life is good.? | 12:48:42 |
| 21 | A | Yes. | 12:48:44 |
| 22 | Q | And what was the reason for them talking to you? | 12:48:44 |

| | | | |
|---|---|---|---|
| 1 | A | I think that's why he brought it up. I think he | 12:48:50 |
| 2 | | had seen a "life's good" ad and then he saw the air | 12:48:54 |
| 3 | | conditioner and asked if we made the product or had | 12:49:00 |
| 4 | | some association with it. | 12:49:04 |
| 5 | Q | Specifically, what did he say? | 12:49:10 |
| 6 | A | Oh. "Don't tell me you guys are making air | 12:49:12 |
| 7 | | conditioners now." But that's -- that's -- I don't | 12:49:22 |
| 8 | | know the exact wording, so that's my best guess. | 12:49:26 |
| 9 | Q | Had he purchased an air conditioner? | 12:49:30 |
| 10 | A | It's, I believe, in a unit that's not owned by | 12:49:34 |
| 11 | | either one of us; so it's someone else's unit. | 12:49:38 |
| 12 | Q | He wasn't involved with the purchase? | 12:49:42 |
| 13 | A | No. | 12:49:44 |
| 14 | Q | Okay. Did he see the air conditioner? | 12:49:44 |
| 15 | A | Did he what? | 12:49:52 |
| 16 | Q | See the air conditioner? | 12:49:54 |
| 17 | A | Did he see it? Yes. I think that's why he made | 12:49:56 |
| 18 | | the comment. | 12:49:58 |
| 19 | Q | What was the reason -- let me ask this: Do you | 12:50:00 |
| 20 | | have personal knowledge of how and what he saw that | 12:50:06 |
| 21 | | created the specific alleged confusion? | 12:50:10 |
| 22 | A | I don't, no. | 12:50:16 |

19985
FieldRptr

88

| | | | |
|---|---|---|---|
| 1 | Q | Do you know if it was the product itself? | 12:50:16 |
| 2 | A | I don't know. | 12:50:20 |
| 3 | Q | Would it be fair to say that you don't know what | 12:50:22 |
| 4 | | spurred the alleged instance of confusion from this | 12:50:34 |
| 5 | | neighbor? | 12:50:36 |
| 6 | A | I could only speculate because I don't know. | 12:50:38 |
| 7 | Q | Okay. You indicated earlier that you thought he | 12:50:40 |
| 8 | | had seen a "life's good" ad. Do you recall that? | 12:51:14 |
| 9 | A | I do recall, yeah, that's -- that would be my | 12:51:18 |
| 10 | | speculation, that he saw the ad and then he saw the | 12:51:20 |
| 11 | | product. | 12:51:24 |
| 12 | Q | But we don't know that for sure? | 12:51:24 |
| 13 | A | Correct. | 12:51:26 |
| 14 | Q | Do you know whether or not LG was publishing | 12:51:26 |
| 15 | | advertisements for its air conditioners with the | 12:51:40 |
| 16 | | logo depicted as Exhibit 4 at that time? | 12:51:48 |
| 17 | A | I don't know. | 12:51:50 |
| 18 | Q | Other than what we've talked about of the four or | 12:51:52 |
| 19 | | five instances that you just recounted, do you have | 12:52:28 |
| 20 | | any other personal knowledge? | 12:52:32 |
| 21 | A | When you say personal knowledge -- | 12:52:34 |
| 22 | Q | Yes. | 12:52:36 |

| | | | |
|---|---|---|---|
| 1 | A | -- I directly heard it? | 12:52:36 |
| 2 | Q | Yes. | 12:52:38 |
| 3 | A | No. I told you, many instances where I didn't | 12:52:40 |
| 4 | | record someone's name, just people saying, "Are you | 12:52:42 |
| 5 | | guys making cell phones" or comments like that. | 12:52:46 |
| 6 | Q | So you didn't directly hear it? | 12:52:48 |
| 7 | A | I've got other examples from other people. But no | 12:53:14 |
| 8 | | -- wait, those I did directly hear. I just don't | 12:53:18 |
| 9 | | have a record of people's names and dates. | 12:53:22 |
| 10 | Q | So you don't know the specifics of why they were | 12:53:28 |
| 11 | | asking the questions? | 12:53:32 |
| 12 | A | Correct. | 12:53:32 |
| 13 | Q | Mr. Jacobs, are you involved with the protection in | 12:53:32 |
| 14 | | any manner of your company's trademarks? | 12:54:10 |
| 15 | A | Not really. I mean, I guess I'm kept abreast of | 12:54:14 |
| 16 | | any big things happening, but not a lot of direct | 12:54:20 |
| 17 | | focus in that area. | 12:54:24 |
| 18 | Q | Are you familiar with any of your company's past | 12:54:26 |
| 19 | | efforts to enforce its rights? | 12:54:30 |
| 20 | A | I know there have been, but it's primarily done by | 12:54:32 |
| 21 | | our attorney. | 12:54:38 |
| 22 | Q | Do you have any specific knowledge of any action | 12:54:38 |