UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>                          Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>                          Defendants. | Civil Action No.:  04 11290 WGY<br><br>Hon. William G. Young |

**EXHIBIT 8 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT
OF DEFENDANTS' MOTION IN LIMINE TO STRIKE PLAINTIFF'S
<u>EVIDENCE OF ALLEGED CONFUSION</u>**

**FILED UNDER SEAL PURSUANT TO PARTIES'**

**STIPULATED PROTECTIVE ORDER**