## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A., INC.),<br><br>　　　　　　Defendants. | Civil Action No. 04 11290 WGY<br><br>Hon. William G. Young |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE ON DEFENDANTS' INTENT

　　Having considered Defendants LG Electronics U.S.A, Inc.'s and LG Electronics MobileComm U.S.A., Inc.'s Motion in Limine and Supporting Memorandum to Exclude Argument and Evidence on Defendants' Intent, this Court orders as follows:

　　Defendants' motion is granted.

**SO ORDERED**

DATE: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　District Judge William G. Young