LIFE IS GOOD, INC. V. LG ELECTRONICS U.S.A., INC
Civil Action No. 04 11290 WGY

DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO EXCLUDE ARGUMENT AND EVIDENCE ON DEFENDANTS' INTENT

# Exhibit 1



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x
LIFE IS GOOD, INC.,            :
                              :
          Plaintiff,          :
                              :
     v.                       : No. 04 11290 REK
                              :
LG ELECTRONICS U.S.A., INC.,  :
                              :
          Defendant.          :
------------------------------x


                         Washington, D.C.

                    Wednesday, November 9, 2005

     Deposition of

                    JOHN I. TAYLOR

     a witness, called for examination by counsel for

     Plaintiff, pursuant to notice and agreement of

     counsel, beginning at approximately 9:36 a.m., at

     the law offices of Nixon Peabody, 401 9th Street,

     NW., Washington, D.C., before Lauri M. Ploch of

     Beta Court Reporting, notary public in and for the

     District of Columbia, when were present on behalf

     of the respective parties:

1    been designated to testify on behalf of LG

2    Electronics U.S.A. on those matters set forth

3    on Schedule A?

4        A    Yes, I am.

5        Q    And have you reviewed the various

6    matters set forth on Schedule A, the 21

7    paragraphs?

8        A    Yes, I have.

9        Q    And can you confirm for me that you

10   indeed are the person at LG Electronics

11   U.S.A. with information on the 21 or so

12   paragraphs?

13       A    Yes, I am.

14           MR. SOMMERS:  We will simply

15   qualify that in a letter to counsel that we

16   have objected to the scope of some of those

17   topics.

18           MR. KIRBY:  Understood.

19           BY MR. KIRBY:

20       Q    Mr. Taylor, what is the

21   relationship between LG Electronics U.S.A.

22   and LG Electronics, Inc.?

1        A    LG Electronics, Inc. is a $38

2   billion global corporation with operations --

3   76 subsidiaries in 39 countries.  It is the

4   parent company of LG Electronics U.S.A.

5        Q    Does that make LG Electronics

6   U.S.A. the wholly owned subsidiary of LG

7   Electronics, Inc.?

8        A    You know, I'm not sure about the

9   legal structure.  We are a subsidiary.

10       Q    And can you tell me what the

11  relationship is between LG Electronics, Inc.,

12  and LG Corp or corporation?

13       A    LG Corporation, formerly known as

14  LG Group, is the conglomerate under which LG

15  Electronics, Inc.  Falls.  It includes LG

16  Chemical and other parts that frankly I'm not

17  that familiar with.

18       Q    I just want us, going back to

19  something I had mentioned earlier, to try to

20  be clear about which of the various

21  corporations we are talking about.

22            So is it fair to say that LG

1      Q    Please.

2      A    It's not very shorthand, but I

3   would call it the LG logo with the Life's

4   Good tag line.

5      Q    I could have done better than that,

6   Mr. Taylor.

7          Now, I want you to focus on Exhibit

8   4, the LG logo with the Life's Good tag line,

9   and I would like you to tell me, sir, how it

10   came about that LG first started using it.

11      A    LG Electronics U.S.A.?

12      Q    Please.

13      A    LG electronics U.S.A. began using

14   the LG logo with the Life's Good tag line I

15   believe in late 2003, based on direction from

16   LG Electronics, Inc. in Korea.

17      Q    Do you know what company created

18   the LG logo with the Life's Good tag line?

19      A    I'm not sure.  That was handled by

20   LG corporate in Korea.

21      Q    As far as you know, it wasn't

22   anybody at LG Electronics U.S.A. that came up

1    with it?

2        A    That is correct.

3        Q    It came out of one of the

4    affiliated Korean entities?

5        A    I'm not really sure, but it came

6    from Korea.

7        Q    You don't know if it was an

8    employee for one of the affiliated LG

9    companies even that first came up with the LG

10   logo with the Life's Good tag on it?

11              MR. SOMMERS:   I'm just going to

12   object to its form.

13              MR. KIRBY:   I actually got it

14   right, Mark.

15              THE WITNESS:   I understand it was

16   first used in Australia.

17              BY MR. KIRBY:

18       Q    Do you know whether the LG logo

19   with the Life's Good tag line was created by

20   an advertising firm that worked for one of

21   the LG companies?

22       A    I believe -- I am not really sure.

1    undertaken at LG Electronics?

2        A    I do not.  This is the first time

3    I've ever seen this document.

4        Q    And it's the first time, I take it,

5    that you ever heard that there was a diligent

6    investigation undertaken?

7        A    Yes.

8        Q    Do you know whether Life's Good

9    Electronics conducted a trademark search

10    before it began using the -- I misspoke.

11    Thank you.

12            Do you know whether LG Electronics

13    conducted a trademark search before it began

14    using the LG logo with the Life's Good tag

15    line?

16        A    I assume they did.  Those matters

17    are handled by LG corporate in Korea.

18        Q    And do you assume that they did

19    because it is the corporate policy to conduct

20    such trademark investigations before you

21    begin the use of a new logo or tag line?

22        A    Yes, I do.

1          MR. SOMMERS:  I would just ask, for

2    your use of the word "you," that we clarify

3    which entities we are talking about now.

4          MR. KIRBY:  LG Electronics U.S.A.

5          MR. SOMMERS:  Then I will object to

6    the form.

7          MR. KIRBY:  I may have messed it

8    up, so let me try and clean it up.

9          BY MR. KIRBY:

10     Q    Do you know whether LG Electronics,

11   Inc. has a policy to conduct trademark

12   searches before it begins using a new logo?

13     A    Yes.

14     Q    And what is that policy?

15     A    Again, I'm not a trademark

16   attorney, but the corporate, legal and

17   intellectual property group in Korea handles

18   these matters.

19     Q    And it is your understanding that

20   before LG Electronics, Inc. would direct LG

21   Electronics U.S.A.  To begin using a new

22   logo, that LG Electronics, Inc.  Would take

1    suitable trademark searches?

2         A    Correct.

3         Q    And is it similarly the case that

4    it is your understanding that before LG

5    Electronics, Inc. would direct LG Electronics

6    U.S.A., to start using a new corporate tag

7    line, that LG Electronics, Inc. would conduct

8    reasonable trademark searches?

9         A    That's my understanding, yes.

10        Q    Does LG Electronics U.S.A.,

11   independent of LG Electronics, Inc., conduct

12   trademark searches before it begins

13   implementing the use of a new logo?

14        A    No, we do not.

15        Q    You defer to the corporate parents?

16        A    Correct.

17        Q    And is that likewise the case with

18   respect to corporate tag lines, that you

19   defer to the corporate parent, LG

20   Electronics, Inc., rather than conduct your

21   own trademark searches?

22        A    Certainly if we identify anything

60

1    that might be in question, we would call it

2    to their attention, but it is really the

3    responsibility of corporate.

4         Q    And you didn't participate, I

5    gather, in any of these trademark searches?

6         A    I did not.

7         Q    And do you have any knowledge

8    whether in fact they occurred?

9         A    I assume they did.

10        Q    You just assumed, based on your

11   experience at the company, that they adhered

12   with the policy in this case?

13        A    Right.

14        Q    Did LG Electronics U.S.A. know of

15   the existence of the plaintiff, Life is good,

16   Inc., before LG Electronics U.S.A. started

17   using the LG logo with the Life's Good tag

18   line?

19        A    I don't think so.

20        Q    And why do you say that?

21        A    From my personal knowledge, I

22   hadn't run across Life is good.  I don't

76

1          BY MR. KIRBY:

2      Q    Here is what I'm trying to get at,

3   and tell me if I've got this right or wrong.

4          If LG Electronics U.S.A. doesn't

5   know who it is that first had the idea of

6   using the corporate tag line Life's Good, and

7   doesn't know what was in that person's mind

8   or those person's mind when they came up with

9   the idea of using the corporate tag line

10   Life's Good, then doesn't it necessarily

11   follow, sir, that LG Electronics U.S.A. has

12   no idea whether the corporate tag line Life's

13   Good was created in good faith for reasons

14   completely unrelated to the plaintiff?

15      A    It's not that black and white.  Not

16   necessarily.  You know, when LG corporate

17   explained their decision to LG in the U.S. in

18   the fall of 2003, when the brand

19   communication guidelines were developed, the

20   rationale was explained, and the meaning of

21   Life's Good and what we are trying to

22   accomplish with this marketing theme.

77

1      Q    But LG's management did not explain

2   to LG Electronics U.S.A. how the tag line was

3   developed, right?

4      A    I wasn't at those meetings, so I

5   don't know.

6      Q    Let me go back to the meeting that

7   you testified about a moment ago.  That's the

8   October 2003 meeting of senior executives?

9      A    Yes, sir.

10     Q    Where did that occur?

11     A    In Seoul.

12     Q    And were you present?

13     A    I was not.

14     Q    And did somebody who was in

15  attendance on behalf of LG Electronics U.S.A.

16  come back and report to his or her colleagues

17  here stateside about the substance of that

18  meeting?

19         MR. SOMMERS:  Objection to

20  foundation.

21         MR. KIRBY:  Let me lay more

22  foundation.

78

1          BY MR. KIRBY:

2      Q    To your knowledge, was somebody

3   from LG Electronics U.S.A. in attendance at

4   this meeting in Seoul in October 2003?

5      A    There was nobody from LG

6   Electronics U.S.A.  At the meeting.

7      Q    Who was at the meeting?

8      A    I believe it was senior executives,

9   including the CEO and the division

10   presidents, and other senior executives such

11   as the CFO.

12      Q    Of what company?

13      A    Of LG Electronics, Inc.

14      Q    And did any one or more

15   participants in this meeting in Seoul then

16   report to or issue a directive to LG

17   Electronics U.S.A.?

18      A    I'm unclear about the process, but

19   the corporate decision was made and was

20   communicated to the appropriate executives at

21   LG Electronics U.S.A.

22      Q    Including you?

79

1      A    It got down to me.  I'm two layers

2   down, but yes.

3      Q    And what message ultimately made

4   its way to you?

5      A    Well, in December of 2003, the

6   brand communications guidelines were

7   published.  It was very timely.  We were

8   preparing for the consumer electronics show

9   in January of 2004 and how we would

10   incorporate the new global corporate tag line

11   into our themes for that show.

12      Q    And did LG Electronics U.S.A. roll

13   out the use of the LG logo with the Life's

14   Good tag line sometime at the end of 2003 or

15   early 2004?

16      A    There was some preliminary use in

17   late 2003, but 2004 was really the first

18   widespread use in the United States of the LG

19   logo paired with the Life's Good tag line.

20      Q    Was the LG logo with the Life's

21   Good tag line rolled out internationally at

22   or around that time, end of 2003, early 2004?

```
 1        A    Yes.

 2        Q    Was there any one company in the LG

 3   corporate structure that was ahead of the

 4   others in the roll-out of the LG logo with

 5   the Life's Good tag line?

 6        A    You are talking about companies

 7   around the world or --

 8        Q    Yes.

 9        A    I'm not sure.  My focus is in the

10   United States.

11        Q    I think you told me earlier that

12   you don't know for sure whether or not

13   anybody within the LG corporate empire

14   conducted a trademark search before LG rolled

15   out the LG logo with the Life's Good tag

16   line; is that right?

17        A    Pretty sure they did.

18        Q    You don't know for sure?

19        A    Yeah.

20        Q    You assume they did?

21        A    Right.

22        Q    And one of the reasons you assume
```