UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A.,<br>INC. (formerly LG INFOCOMM U.S.A. INC.),<br><br>        Defendants. | Civil Action No.: 04 11290 WGY<br><br>Hon. William G. Young |

**EXHIBIT 3 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND <u>EVIDENCE ON DEFENDANTS' INTENT</u>**

**FILED UNDER SEAL PURSUANT TO PARTIES'**

**STIPULATED PROTECTIVE ORDER**