LIFE IS GOOD, INC. V. LG ELECTRONICS U.S.A., INC
Civil Action No. 04 11290 WGY

DECLARATION OF TIMOTHY LEMPER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO EXCLUDE ARGUMENT AND EVIDENCE ON DEFENDANTS' INTENT

# Exhibit 4

31
eldRptr

1

1   UNITED STATES DISTRICT COURT

2   DISTRICT OF MASSACHUSETTS

3   - - - - - - - - - - - - - - x

4   LIFE IS GOOD, INC.,

5       Plaintiff,                    Civil Action

6   vs.                               No. 04-cv-11290-REK

7   LG ELECTRONICS, U.S.A., INC.,

8   LG ELECTRONICS MOBILECOMM

9   U.S.A., INC., (formerly

10  LG INFOCOMM U.S.A., INC.),

11  Defendants.

12  - - - - - - - - - - - - - - x

13      RULE 30(b)(6) VIDEOTAPED DEPOSITION of Life is

14  good., Inc., represented by Albert A. Jacobs, a

15  witness called by and on behalf of the Defendants,

16  taken pursuant to the provisions of the Federal

17  Rules of Civil Procedure, before Dana Welch, a

18  Registered Professional Reporter and Notary Public

19  in and for the Commonwealth of Massachusetts, at the

20  offices of Finnegan, Henderson, Farabow, Garrett

21  & Dunner, LLP, on Thursday, October 13, 2005,

22  commencing at 9:36 a.m.

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage

| | | | |
|---|---|---|---|
| 1 | | you not to answer. If it's for some independent | 03:02:17 |
| 2 | | reason -- | 03:02:20 |
| 3 | | THE WITNESS: That's exactly why. | 03:02:20 |
| 4 | | BY MR. SOMMERS: | 03:02:22 |
| 5 | Q | Does it have to do with a fact? | 03:02:22 |
| 6 | A | No. It has to do with a question I want to ask my | 03:02:23 |
| 7 | | attorneys in confidence. Are you comfortable with | 03:02:27 |
| 8 | | that? | 03:02:41 |
| 9 | Q | I don't know the nature of it, and no, I'm not | 03:02:43 |
| 10 | | comfortable with it. But as a courtesy to you, | 03:02:45 |
| 11 | | I'll withdraw the question. | 03:02:48 |
| 12 | A | Thank you. | 03:02:50 |
| 13 | Q | Mr. Jacobs, does -- is it -- let me strike that. | 03:03:11 |
| 14 | | Is -- is it your company's contention | 03:03:27 |
| 15 | | that LG adopted its "life's good" tag line for | 03:03:29 |
| 16 | | purposes of trading off the good will of your | 03:03:36 |
| 17 | | company? | 03:03:40 |
| 18 | A | I have no idea and can't really speak to that. I | 03:03:41 |
| 19 | | have no idea why they started it. | 03:03:45 |
| 20 | Q | So am I correct that you would have no facts to | 03:03:47 |
| 21 | | indicate that LG adopted the words "life's good" to | 03:03:52 |
| 22 | | trade on the good will of your company? | 03:03:59 |

| | | | |
|---|---|---|---|
| 1 | A | That's correct. | 03:04:01 |
| 2 | Q | Would that also be the case, that you have no facts | 03:04:03 |
| 3 | | to indicate that LG adopted its "life's good" tag | 03:04:08 |
| 4 | | line to trade off the selling power of your | 03:04:13 |
| 5 | | company's brand? | 03:04:17 |
| 6 | A | Do I have any facts to indicate that they created | 03:04:18 |
| 7 | | that -- what did you call it? | 03:04:25 |
| 8 | Q | Tag line. | 03:04:29 |
| 9 | A | That tag line to benefit from -- | 03:04:30 |
| 10 | Q | To trade off the selling power of your slogan. | 03:04:35 |
| 11 | | MR. KIRBY: Why don't -- why don't I | 03:04:40 |
| 12 | | suggest you start that question again, Mark. The | 03:04:42 |
| 13 | | record is going to be a jumbled mess. | 03:04:45 |
| 14 | | MR. SOMMERS: Yeah. | 03:04:47 |
| 15 | | BY MR. SOMMERS: | 03:04:47 |
| 16 | Q | Mr. Jacobs, I'm just trying to learn, do you have | 03:04:48 |
| 17 | | any facts that indicate that LG adopted its tag | 03:04:51 |
| 18 | | line "life's good" for purposes of trading off the | 03:04:56 |
| 19 | | selling power of your company's use of Life is | 03:05:02 |
| 20 | | good.? | 03:05:06 |
| 21 | A | Okay. I guess I'll repeat my answer. I have no | 03:05:06 |
| 22 | | idea why "life's good" chose to use -- why LG chose | 03:05:12 |

| | | |
|---|---|---|
| 1 | to use "life's good" in association with its brand. | 03:05:17 |
| 2 Q | Okay. And am I also correct that you would have no | 03:05:20 |
| 3 | facts to indicate that it did so to trade off your | 03:05:25 |
| 4 | good will? | 03:05:29 |
| 5 A | That's correct. | 03:05:30 |
| 6 Q | Okay. Or trade off the selling power of your | 03:05:31 |
| 7 | company? | 03:05:34 |
| 8 A | Yeah. I have no idea why. | 03:05:35 |
| 9 Q | Okay. Or that it did so for purposes of boosting | 03:05:38 |
| 10 | its own sales? | 03:05:51 |
| 11 A | I -- I would -- I would venture to guess that they | 03:05:52 |
| 12 | created that in hopes of boosting their sales, | 03:05:55 |
| 13 | certainly. | 03:06:01 |
| 14 Q | I guess I meant off the backs of your hard labor. | 03:06:01 |
| 15 A | Off the backs of -- yeah, I would have no facts or | 03:06:04 |
| 16 | ideas to indicate that they did so to -- to benefit | 03:06:07 |
| 17 | off of our -- our brand. | 03:06:11 |
| 18 Q | Mr. Jacobs, can you tell me, have -- has your | 03:06:13 |
| 19 | company lost any customers or sales or business as | 03:06:36 |
| 20 | a result of LG's use of the "life is good" -- | 03:06:48 |
| 21 | "life's good" tag line? | 03:06:55 |
| 22 A | I would have no way of knowing. | 03:07:04 |