**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIFE IS GOOD, INC., <br><br>                     Plaintiff, <br><br>       v. <br><br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM U.S.A., <br> INC. (formerly LG INFOCOMM U.S.A. INC.), <br><br>                     Defendants. | Civil Action No.:  04 11290 WGY |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of  the following:

1.  EXHIBIT 8 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT  OF DEFENDANTS ' MOTION IN LIMINE TO STRIKE PLAINTIFF'S EVIDENCE OF ALLEGED CONFUSION; and

2.  EXHIBIT 3 TO THE DECLARATION OF TIMOTHY LEMPER IN SUPPORT  OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE ON DEFENDANTS' INTENT

were served by Federal Express on August 25, 2006, to the following:

| | |
|---|---|
| Robert R. Pierce <br> Thomas E. Kenney <br> PIERCE & MANDELL, P.C. <br> 11 Beacon Street, Suite 800 <br> Boston, Massachusetts  02108 <br><br> Counsel for Plaintiff <br> Life is good, Inc. | Robert L. Kirby, Esq. <br> NIXON PEABODY, LLP <br> 100 Summer Street <br> Boston, MA 02110 <br><br> Counsel for Plaintiff <br> Life is good, Inc. |

                                  /s/  Jenny Macioge-Reilly_____