UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>    Plaintiff )<br> )<br>v. )<br> )<br>LG ELECTRONICS U.S.A., INC. )<br>and LG INFOCOMM U.S.A., INC. )<br>    Defendants ) | C.A. No. 04-11290-WGY |

PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE
EXPERT TESTIMONY OF RANY L. SIMMS

For the reasons set forth in its supporting memorandum submitted herewith, Plaintiff Life is good, Inc. hereby moves for an Order precluding the proposed expert testimony of Rany L. Simms.

                                      LIFE IS GOOD, INC.,
                                      By its attorneys,

                                      /s/ Robert L. Kirby, Jr.
                                      Robert L. Kirby, Jr. (BBO#550538)
                                      Mark D. Robins (BBO#559933)
                                      NIXON PEABODY LLP
                                      100 Summer Street
                                      Boston, MA 021110
                                      (617) 345-1000

                                      Robert R. Pierce (BBO#549172)
                                      Thomas E. Kenney (BBO#561590)
                                      PIERCE & MANDELL, P.C.
                                      11 Beacon Street, Suite 800
                                      Boston, MA 02108
August 28, 2006                         (617) 720-2444

CERTIFICATION PURSUANT TO LR 7.1

    I hereby certify that I conferred with counsel for the defendants prior to the filing of this motion and determined that defendants do not assent to this motion.

                                      /s/ Robert L. Kirby, Jr.
                                      Robert L. Kirby, Jr.

10097804.1

CERTIFICATE OF SERVICE

    I, Robert L. Kirby, Jr., hereby certify that a true copy of the above document was served upon the attorneys of record for each other party electronically on August 28, 2006.

                                          /s/ Robert L. Kirby, Jr.
                                          Robert L. Kirby, Jr.