UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS GOOD, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC. )<br>and LG INFOCOMM U.S.A., INC. )<br>    Defendants ) | C.A. No. 04-11290-WGY |

**STIPULATION OF DISMISSAL**

All parties hereto stipulate to the dismissal of all claims and counterclaims in this action with prejudice and without costs, all parties hereby waiving all rights of appeal.

                                                    LIFE IS GOOD, INC.,
                                                    By its attorneys,

                                                    ____/s/_Thomas E. Kenney____
                                                    Robert R. Pierce (#549172)
                                                    Thomas E. Kenney (#561590)
                                                    Pierce & Mandell, P.C.
                                                    11 Beacon Street, Suite 800
                                                    Boston, MA 02108
                                                    (617) 720-2444

THE DEFENDANTS,
By their attorneys,

_____/s/_Mark Sommers_____
Mark Sommers
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
1300 I Street N.W.
Washington, D.C. 20005
(202) 408-4000